**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) |
| | ) |
| BYJU'S ALPHA, INC., | ) Chapter 11 |
| | ) |
|                 Debtor. | ) Case No. 24-10140 (JTD) |
| | ) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Brian Schartz, P.C. of Kirkland & Ellis LLP and Kirkland & Ellis International LLP to represent GLAS Trust Company LLC, in its capacity as Administrative Agent and Collateral Agent (as defined in that certain credit and guaranty agreement dated as of November 24, 2021) in the above-captioned chapter 11 case.

Dated: February 5, 2024

*/s/ Laura Davis Jones*
Laura Davis Jones (No. 2436)
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19801
Telephone: (302) 652-4100
Email: ljones@pszjlaw.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of New York and Texas, and I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised December 21, 2023. I further certify that the annual fee of $50.00 has been paid to the Clerk of the Court for the District Court.

Dated: February 5, 2024

*/s/ Brian Schartz*
Brian Schartz, P.C.
Kirkland & Ellis LLP
Kirkland & Ellis International LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Email: brian.schartz@kirkland.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

4868-7772-7650.2 31581.00001