

# United States Bankruptcy Court
# District of Delaware

## Appearances before the Honorable Judge John T. Dorsey

Monday, February 5, 2024

03:00 PM

**24-10140-JTD BYJU's Alpha, Inc.**

Rick Archer
via: Audio Only
Representing:
Law360

Michael Blackmon
via: Video and Audio
Representing:
Interested Party

Christine Botvinnik
via: Video and Audio
Representing:
Debtor

Robert S. Brady
via: Video and Audio
Representing:
Debtor

Christopher R Bryant
via: Audio Only
Representing:
Camshaft

Linda J. Casey
via: Video and Audio
Representing:
United States Trustee

Nicole Chen
via: Audio Only
Representing:

William E Chipman
via: Video and Audio
Representing:
Creditor

Joseph B. Cicero
via: Video and Audio
Representing:
Creditor

Kenneth P. Coleman
via: Video and Audio
Representing:
Creditor

Sean Crotty
via: Audio Only
Representing:

Jamie Lynne Edmonson
via: Audio Only
Representing:
Interested party

Kenneth J. Enos
via: Video and Audio
Representing:
Debtor

Benjamin Finestone
via: Video and Audio
Representing:
Debtor

Kelli M Finnegan
via: Audio Only
Representing:


Kanika Goenka
via: Video and Audio
Representing:
Creditor

Uday Gorrepati
via: Audio Only
Representing:

Jason Gusciora
via: Audio Only
Representing:
UCC

Taylor Harrison
via: Audio Only
Representing:

Daniel Holzman
via: Video and Audio
Representing:
Debtor

Richard U.S. Howell
via: Video and Audio
Representing:
GLAS Trust Company LLC

Laura Davis Jones
via: Video and Audio
Representing:
GLAS

Peter J Keane
via: Video and Audio
Representing:
GLAS Trust Company LLC

Susheel Kirpalani
via: Video and Audio
Representing:
Debtor

Jared W Kochenash
via: Video and Audio
Representing:
Debtor

Sheron P. Korpus
via: Video and Audio
Representing:
Creditor

Mike Legge
via: Audio Only
Representing:

David Max
via: Video and Audio
Representing:
Creditor

David Mohamed
via: Video and Audio
Representing:
Interested Party

Patrick J. Nash
via: Video and Audio
Representing:
GLAS Trust Company LLC

James O'Neill
via: Video and Audio
Representing:
GLAS Trust Company LLC

Bree Parker
via: Audio Only
Representing:

Timothy Pohl
via: Video and Audio
Representing:
Debtor

Timothy R. Powell
via: Video and Audio
Representing:
Debtor

Evan Raskin
via: Video and Audio
Representing:
Interested Party

Caroline Salls
via: Audio Only
Representing:
BankruptcyData - media

Brian Schartz
via: Video and Audio
Representing:
GLAS Trust Company LLC

Robbin D Schulsohn
via: Audio Only
Representing:
JPM

Ravi Subramanian Shankar
via: Video and Audio
Representing:
GLAS Trust Company LLC

Luke Spangler
via: Video and Audio
Representing:
GLAS Trust Company LLC

William D. Sullivan
via: Video and Audio
Representing:

Vince Sullivan
via: Audio Only
Representing:

Jack Surdoval
via: Audio Only
Representing:

Cathy Ta
via: Audio Only
Representing:

Pieter R Van Tol
via: Audio Only
Representing:
Camshaft

Nicholas Vislocky
via: Video and Audio
Representing:

Wendy Walker
via: Video and Audio
Representing:
JPMorgan

Jordan A Wishnew
via: Audio Only
Representing:

Jianjian Ye
via: Video and Audio
Representing:
Debtor

michael mccarney
via: Audio Only
Representing:

jeffrey s sabin
via: Video and Audio
Representing:
self