**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) |
| | ) |
| BYJU'S ALPHA, INC.,[1] | ) Chapter 11 |
| | ) |
| Debtor. | ) Case No. 24-10140 (JTD) |
| | ) |

**CERTIFICATION OF DEBTOR'S CREDITOR MATRIX**

In accordance with Rule 1007(a) of the Federal Rules of Bankruptcy Procedure and Rule 1007-2(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), a list of creditors (the "Creditor Matrix") of the above-captioned debtor and debtor in possession (the "Debtor") is filed by attachment hereto.

The Creditor Matrix has been prepared from the Debtor's books and records. The undersigned, Timothy R. Pohl, Chief Executive Officer, hereby certifies that the Creditor Matrix contains the names and addresses of all creditors of the Debtor that could be ascertained after diligent inquiry, based on a review of the Debtor's books and records, as have been produced, discovered, and/or made available to the undersigned, and is consistent with the information contained therein. To the extent practicable, the Creditor Matrix complies with Local Rule 1007-1(a). The Debtor reserves the right to amend or supplement the Creditor Matrix as necessary.

Although the information contained in the Creditor Matrix is based on a review of the Debtor's books and records, the Debtor has not completed a comprehensive legal and/or factual investigation with regard to possible defenses of the Debtor and its estate to any claims of the

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, are: BYJU's Alpha, Inc. (4260). The location of the Debtor's service address is 16192 Coastal Highway, Lewes, Delaware 19958.

31241009.2

potential claimants included in the Creditor Matrix.  In addition, certain of the parties included in the Creditor Matrix may not hold outstanding claims as of the date hereof, and therefore may not be creditors of the Debtor and its estate for purposes of this chapter 11 case.  Therefore, the Creditor Matrix does not and should not be deemed or otherwise construed to constitute either (i) a waiver of any defense of the Debtor and its estate to any claims that may be asserted against the Debtor and its estate or (ii) an acknowledgement or admission of the validity, priority or amount of any claims that may be asserted against the Debtor and its estate.

Dated: February 5, 2024                               */s/ Timothy R. Pohl*
                                                      Name: Timothy R. Pohl
                                                      Title: Chie Executive Officer

31241009.2

## CREDITOR MATRIX

GLAS Trust Company LLC, as administrative agent and collateral agent for more than 100 lenders under that certain Credit and Guaranty Agreement dated November 24, 2021

Attn: Transaction Management - Byju
3 Second Street, Suite 206
Jersey City, NJ 07311

31241009.2