## Exhibit 1

**Bank Accounts**

| Bank | Last Four Digits of Account Number | General Description |
|---|---|---|
| JPMorgan Chase & Co. | 3837 | Used to facilitate payments to the Debtor's advisors |
| JPMorgan Chase & Co. | 2869 | Zero balance in account |
| Silicon Valley Bank | 5876 | Used to facilitate payments to the Debtor's advisors |
| TBD | TBD | To be used to facilitate payments to the Debtor's advisors |

31248260.2