## Exhibit 1

**Approved Budget**

**In re BYJU's Alpha, Inc.**
**Quarterly Cash Use Forecast for the Period of February - April 2024***

### February 2024

| ($ '000s) | |
|---|---|
| T. Pohl Director Fee | $75 |
| Potential litigation expenses | $935 |
| General chapter 11 administrative fees (UST Fees, noticing expenses, etc.) | $50 |
| DIP Agent Fee | $50 |
| Collateral Agent Fee | $30 |
| Cash DIP Interest** | $0 |
| | |
| **Total Fees for Month** | **$ 1,140** |

### March 2024

| ($ '000s) | |
|---|---|
| T. Pohl Director Fee | $75 |
| Potential litigation expenses | $875 |
| General chapter 11 administrative fees (UST Fees, noticing expenses, etc.) | $25 |
| | |
| | |
| | |
| **Total Fees for Month** | **$ 975** |

### April 2024

| ($ '000s) | |
|---|---|
| T. Pohl Director Fee | $75 |
| Potential litigation expenses | $1,065 |
| General chapter 11 administrative fees (UST Fees, noticing expenses, etc.) | $25 |
| | |
| | |
| | |
| **Total Fees for Month** | **$ 1,165** |

| **Total Fees for Entire Quarter** | **$ 3,280** |
|---|---|

**Notes:**

* These are estimates only, prepared for budgeting purposes. The cost and duration of bankruptcy and litigation proceedings are inherently difficult to forecast and estimate. Numerous variables may increase or decrease these estimates.

** Although there is no cash interest payment due on the DIP loan during this quarter, it has been included as a line item as a placeholder for future cash use forecasts.