# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| BYJU'S ALPHA, INC.,[1] | ) Chapter 11 |
| | ) |
|         Debtor. | ) Case No. 24-10140 (JTD) |
| | ) |

## OMNIBUS NOTICE OF FIRST DAY MOTIONS AND FINAL HEARING THEREON

**PLEASE TAKE NOTICE** that, on February 2, 2024, the above-captioned debtor and debtor in possession (the "Debtor") filed, among others, the following first day motions (collectively, the "First Day Motions") with the United States Bankruptcy Court for the District of Delaware (the "Court"):

1. Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Continued Maintenance and Use of Prepetition Bank Accounts, (II) Authorizing Continued Use of Existing Checks and Business Forms, (III) Temporarily Waiving the Requirements of Section 345(b) of the Bankruptcy Code, and (IV) Granting Related Relief [Docket No. 4]

2. Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral, (II) Authorizing the Debtor to Obtain Postpetition Financing, (III) Granting Senior Postpetition Security Interests, and According Superpriority Administrative Expense Status Pursuant to Sections 364(c) and 364(d) of the Bankruptcy Code, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, and (VI) Granting Related Relief [Docket No. 5]

**PLEASE TAKE FURTHER NOTICE** that a hearing on the First Day Motions and certain other pleadings was held on February 5, 2024 (the "First Day Hearing"), at which time the Court approved the First Day Motions identified above on an interim basis. *See* Docket Nos. 55 & 56.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to final approval of the First Day Motions must be in writing, filed with the Clerk of the Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon the undersigned proposed counsel to the Debtors on or before **February 28, 2024 at 4:00 p.m. (ET)** (the "Objection Deadline") .

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON FINAL APPROVAL OF THE FIRST DAY MOTIONS WILL BE HELD ON **MARCH 6, 2024 AT 3:00 P.M. (ET)** BEFORE THE HONORABLE JOHN T. DORSEY, IN THE UNITED STATES

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, are: BYJU's Alpha, Inc. (4260). The location of the Debtor's service address is 16192 Coastal Highway, Lewes, Delaware 19958.

BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5th FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE** that copies of the First Day Motions, any of the related interim orders, and all other pleadings filed in this chapter 11 case are available, free of charge, by request to Debtor's proposed counsel (Brenda Walters, paralegal, at bwalters@ycst.com).

**IF NO OBJECTIONS TO THE FIRST DAY MOTIONS ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN CONNECTION WITH SUCH FIRST DAY MOTIONS WITHOUT FURTHER NOTICE OR HEARING.**

Dated: February 9, 2024
      Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Kenneth J. Enos*
Robert S. Brady (Del. No. 2847)
Kenneth J. Enos (Del. No. 4544)
Jared W. Kochenash (Del. No. 6557)
Timothy R. Powell (Del. No. 6894)
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
rbrady@ycst.com
kenos@ycst.com
jkochenash@ycst.com
tpowell@ycst.com

-and-

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Susheel Kirpalani (admitted pro hac vice)
Benjamin Finestone (admitted pro hac vice)
Daniel Holzman (admitted pro hac vice)
Jianjian Ye (admitted pro hac vice)
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel.: (212) 849 7000
susheelkirpalani@quinnemanuel.com
benjaminfinestone@quinnemanuel.com
danielholzman@quinnemanuel.com
jianjianye@quinnemanuel.com

Proposed Counsel for the Debtor