# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) |
| | ) |
| BYJU'S ALPHA, INC.,[1] | ) Chapter 11 |
| | ) |
| Debtor. | ) Case No. 24-10140 (JTD) |
| | ) |
| | ) |
| BYJU'S ALPHA, INC., | ) Adv. Pro. Case No. 24-50013 (JTD) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CAMSHAFT CAPITAL FUND, LP, | ) |
| CAMSHAFT CAPITAL ADVISORS, LLC, and | ) |
| CAMSHAFT CAPITAL MANAGEMENT, LLC | ) |
| | ) |
| Defendants. | ) |
| | ) |

**[PROPOSED] ORDER GRANTING**
**DEBTOR'S EMERGENCY MOTION FOR LIMITED EXPEDITED DISCOVERY**
**OR, ALTERNATIVELY, FOR AN ORDER PURSUANT TO**
**BANKRUPTCY RULE 2004 AUTHORIZING EXAMINATION**

Upon the *Emergency Motion of Debtor for Limited Expedited Discovery or, Alternatively, for an Order Pursuant to Bankruptcy Rule 2004 Authorizing Examination* [Dkt. _____; Adv. Dkt. _____] (the "Motion"), and the Court having jurisdiction to consider the Motion and the relief requested therein; and the Court having determined that adequate notice of the Motion has been given; and the Court having determined that the legal and factual bases set forth in the Motion establish good and sufficient cause for the relief granted herein;

**IT IS HEREBY ORDERED THAT:**

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260). The location of the Debtor's service address for purposes of this Chapter 11 Case is: 16192 Coastal Highway, Lewes, Delaware 19958.

1)  The Motion is **GRANTED** as set forth herein.

2)  The Debtor is permitted to immediately serve the interrogatories and document requests substantially in the form of <u>**Exhibits B**</u>, <u>**C**</u>, and <u>**D**</u> to the Motion.

3)  Defendants Camshaft Capital Fund, LP, Camshaft Capital Advisors, LLC, and Camshaft Capital Management, LLC (collectively, "<u>Camshaft</u>") and Riju Ravindran shall provide written answers to those discovery requests within five calendar days following service of those requests.

4)  Camshaft shall produce responsive documents within ten days following service of those requests.

5)  Camshaft and Mr. Ravindran must comply with the aforementioned deadlines and participate in good faith in the requested discovery.

6)  A status conference will occur within 14 calendar days of the entry of the Court's Order concerning the status of discovery, on _____, 2024.

7)  In advance of such conference, the Debtor shall submit to the Court the written answers of Camshaft and Mr. Ravindran.