# EXHIBIT F

# Christine Botvinnik

| | |
|---|---|
| **From:** | Benjamin Finestone |
| **Sent:** | Wednesday, February 7, 2024 12:42 PM |
| **To:** | Van Tol, Pieter |
| **Cc:** | Jianjian Ye; Enos, Kenneth; RBRADY@ycst.com; Massey, David B; Steinberg, Marty; Susheel Kirpalani; Christine Botvinnik; Schartz, Brian; Howell, Richard U. S.; Bryant, Chris; Daniel Holzman; Shankar, Ravi Subramanian |
| **Subject:** | Re: BYJU's Alpha, Inc. v. Camshaft Capital Fund (Adv. Pro. Case No. 24-50013 (JTD)) |

You should have said this to Judge Dorsey.  Instead you acknowledged his request that we meet and confer without objection.

You also previously indicated Wednesday morning would work for the meet and confer. Now there is no date you can offer.

This is all further inconsistency similar to the inconsistent submissions your client made to the Florida state court.

Ben Finestone
(917) 846-3228

**From:** Van Tol, Pieter <pieter.vantol@hoganlovells.com>
**Sent:** Wednesday, February 7, 2024 11:38:58 AM
**To:** Benjamin Finestone <benjaminfinestone@quinnemanuel.com>
**Cc:** Jianjian Ye <jianjianye@quinnemanuel.com>; Enos, Kenneth <kenos@ycst.com>; RBRADY@ycst.com <RBRADY@ycst.com>; Massey, David B <david.massey@hoganlovells.com>; Steinberg, Marty <marty.steinberg@hoganlovells.com>; Susheel Kirpalani <susheelkirpalani@quinnemanuel.com>; Christine Botvinnik <christinebotvinnik@quinnemanuel.com>; Schartz, Brian <bschartz@kirkland.com>; Howell, Richard U. S. <rhowell@kirkland.com>; Bryant, Chris <chris.bryant@hoganlovells.com>; Daniel Holzman <danielholzman@quinnemanuel.com>; Shankar, Ravi Subramanian <ravi.shankar@kirkland.com>
**Subject:** RE: BYJU's Alpha, Inc. v. Camshaft Capital Fund (Adv. Pro. Case No. 24-50013 (JTD))

**[EXTERNAL EMAIL from pieter.vantol@hoganlovells.com]**

Dear Ben –

Given that this is a matter in a new forum, with additional parties involved, we are completing our conflicts checks on the new matter and parties.  When that is complete and we have a signed engagement letter from the client, we will let you know.

Regards,

Pieter

**From:** Benjamin Finestone <benjaminfinestone@quinnemanuel.com>
**Sent:** Tuesday, February 6, 2024 10:42 PM
**To:** Van Tol, Pieter <pieter.vantol@hoganlovells.com>
**Cc:** Jianjian Ye <jianjianye@quinnemanuel.com>; Enos, Kenneth <kenos@ycst.com>; RBRADY@ycst.com; Massey, David

1

B <david.massey@hoganlovells.com>; Steinberg, Marty <marty.steinberg@hoganlovells.com>; Susheel Kirpalani <susheelkirpalani@quinnemanuel.com>; Christine Botvinnik <christinebotvinnik@quinnemanuel.com>; Schartz, Brian <bschartz@kirkland.com>; Howell, Richard U. S. <rhowell@kirkland.com>; Bryant, Chris <chris.bryant@hoganlovells.com>; Daniel Holzman <danielholzman@quinnemanuel.com>; Shankar, Ravi Subramanian <ravi.shankar@kirkland.com>
**Subject:** Re: BYJU's Alpha, Inc. v. Camshaft Capital Fund (Adv. Pro. Case No. 24-50013 (JTD))

**[EXTERNAL]**

This is disappointing. You have appeared in multiple places for Camshaft, including at the first day hearing in this chapter 11 case.  "Finalizing the engagement" is thus hard to reconcile.

Time is of the essence here for the reasons we provided to Judge Dorsey. We will make ourselves available on Thursday.  Let us know when and we will, once again, send a dial in.


Ben Finestone
(917) 846-3228

---

**From:** Van Tol, Pieter <pieter.vantol@hoganlovells.com>
**Sent:** Tuesday, February 6, 2024 8:19:54 PM
**To:** Benjamin Finestone <benjaminfinestone@quinnemanuel.com>
**Cc:** Jianjian Ye <jianjianye@quinnemanuel.com>; Enos, Kenneth <kenos@ycst.com>; RBRADY@ycst.com <RBRADY@ycst.com>; Massey, David B <david.massey@hoganlovells.com>; Steinberg, Marty <marty.steinberg@hoganlovells.com>; Susheel Kirpalani <susheelkirpalani@quinnemanuel.com>; Christine Botvinnik <christinebotvinnik@quinnemanuel.com>; Schartz, Brian <bschartz@kirkland.com>; Howell, Richard U. S. <rhowell@kirkland.com>; Bryant, Chris <chris.bryant@hoganlovells.com>; Daniel Holzman <danielholzman@quinnemanuel.com>; Shankar, Ravi Subramanian <ravi.shankar@kirkland.com>
**Subject:** RE: BYJU's Alpha, Inc. v. Camshaft Capital Fund (Adv. Pro. Case No. 24-50013 (JTD))

**[EXTERNAL EMAIL from pieter.vantol@hoganlovells.com]**

---

Dear Ben –

Thank you for your e-mail.  We are counsel to Camshaft in this matter, but we will need some additional time to finalize the engagement (since, as you know, we were served only yesterday and have 30 days to respond to the Complaint).  Therefore, we will not be able to attend tomorrow's call at 11:00 am.  We will let you know when we have authority to discuss the issues in the case.

Regards,

Pieter

---

**From:** Benjamin Finestone <benjaminfinestone@quinnemanuel.com>
**Sent:** Tuesday, February 6, 2024 8:05 PM
**To:** Shankar, Ravi Subramanian <ravi.shankar@kirkland.com>
**Cc:** Van Tol, Pieter <pieter.vantol@hoganlovells.com>; Jianjian Ye <jianjianye@quinnemanuel.com>; Enos, Kenneth <kenos@ycst.com>; RBRADY@ycst.com; Massey, David B <david.massey@hoganlovells.com>; Steinberg, Marty <marty.steinberg@hoganlovells.com>; Susheel Kirpalani <susheelkirpalani@quinnemanuel.com>; Christine Botvinnik <christinebotvinnik@quinnemanuel.com>; Schartz, Brian <bschartz@kirkland.com>; Howell, Richard U. S.

<rhowell@kirkland.com>; Bryant, Chris <chris.bryant@hoganlovells.com>; Daniel Holzman <danielholzman@quinnemanuel.com>
**Subject:** Re: BYJU's Alpha, Inc. v. Camshaft Capital Fund (Adv. Pro. Case No. 24-50013 (JTD))

**[EXTERNAL]**
Having heard nothing, and in due respect for everyone's schedules, I'm asking my colleague Christine to circulate a zoom dial in for 11 am tomorrow.  I'll then delete the placeholder and we'll plan to have our Court instructed meet and confer at that time.

Ben Finestone
(917) 846-3228

---

**From:** Benjamin Finestone
**Sent:** Tuesday, February 6, 2024 4:39:37 PM
**To:** Shankar, Ravi Subramanian <ravi.shankar@kirkland.com>
**Cc:** Van Tol, Pieter <pieter.vantol@hoganlovells.com>; Jianjian Ye <jianjianye@quinnemanuel.com>; Enos, Kenneth <kenos@ycst.com>; RBRADY@ycst.com <RBRADY@ycst.com>; Massey, David B <david.massey@hoganlovells.com>; Steinberg, Marty <marty.steinberg@hoganlovells.com>; Susheel Kirpalani <susheelkirpalani@quinnemanuel.com>; Christine Botvinnik <christinebotvinnik@quinnemanuel.com>; Brady, Robert <RBRADY@ycst.com>; Schartz, Brian <bschartz@kirkland.com>; Howell, Richard U. S. <rhowell@kirkland.com>; Bryant, Chris <chris.bryant@hoganlovells.com>; Daniel Holzman <danielholzman@quinnemanuel.com>
**Subject:** RE: BYJU's Alpha, Inc. v. Camshaft Capital Fund (Adv. Pro. Case No. 24-50013 (JTD))

Pieter,
Are we set for 11 am?  We have sent a placeholder but we have not heard from you whether the time works (I think, apologies if I missed it).

Ben I. Finestone
(917) 846-3228

---

**From:** Shankar, Ravi Subramanian <ravi.shankar@kirkland.com>
**Sent:** Tuesday, February 6, 2024 7:11 AM
**To:** Benjamin Finestone <benjaminfinestone@quinnemanuel.com>
**Cc:** Van Tol, Pieter <pieter.vantol@hoganlovells.com>; Jianjian Ye <jianjianye@quinnemanuel.com>; Enos, Kenneth <kenos@ycst.com>; RBRADY@ycst.com; Massey, David B <david.massey@hoganlovells.com>; Steinberg, Marty <marty.steinberg@hoganlovells.com>; Susheel Kirpalani <susheelkirpalani@quinnemanuel.com>; Christine Botvinnik <christinebotvinnik@quinnemanuel.com>; Brady, Robert <RBRADY@ycst.com>; Schartz, Brian <bschartz@kirkland.com>; Howell, Richard U. S. <rhowell@kirkland.com>; Bryant, Chris <chris.bryant@hoganlovells.com>; Daniel Holzman <danielholzman@quinnemanuel.com>
**Subject:** Re: BYJU's Alpha, Inc. v. Camshaft Capital Fund (Adv. Pro. Case No. 24-50013 (JTD))

**[EXTERNAL EMAIL from ravi.shankar@kirkland.com]**

Good here.

Sent from my iPad

> On Feb 5, 2024, at 5:34 PM, Benjamin Finestone <benjaminfinestone@quinnemanuel.com> wrote:

I have a 9 am hearing.  I can do 11. If that doesn't work for you and or our dip Lenders, then QE will make earlier work.

Ben Finestone
(917) 846-3228

---

**From:** Van Tol, Pieter <pieter.vantol@hoganlovells.com>
**Sent:** Monday, February 5, 2024 6:19:11 PM
**To:** Jianjian Ye <jianjianye@quinnemanuel.com>
**Cc:** Benjamin Finestone <benjaminfinestone@quinnemanuel.com>; Massey, David B <david.massey@hoganlovells.com>; Steinberg, Marty <marty.steinberg@hoganlovells.com>; Susheel Kirpalani <susheelkirpalani@quinnemanuel.com>; Daniel Holzman <danielholzman@quinnemanuel.com>; Christine Botvinnik <christinebotvinnik@quinnemanuel.com>; Brady, Robert <RBRADY@ycst.com>; Enos, Kenneth <kenos@ycst.com>; Schartz, Brian <bschartz@kirkland.com>; Shankar, Ravi Subramanian <ravi.shankar@kirkland.com>; Howell, Richard U. S. <rhowell@kirkland.com>; Bryant, Chris <chris.bryant@hoganlovells.com>
**Subject:** Re: BYJU's Alpha, Inc. v. Camshaft Capital Fund (Adv. Pro. Case No. 24-50013 (JTD))

**[EXTERNAL EMAIL from pieter.vantol@hoganlovells.com]**

---

Thank you for your email.  Checking schedules internally, it looks tomorrow does not work, but Wednesday morning should be okay.  Please let us know.

> On Feb 5, 2024, at 5:37 PM, Jianjian Ye <jianjianye@quinnemanuel.com> wrote:
>
> **[EXTERNAL]**
>
> Thanks for acknowledging service at the hearing, Pieter.  Can we meet and confer tomorrow at 9 AM ET to discuss an expediated discovery schedule?
>
> Also attaching a draft protective order.  Let us know if you have any comments or we can affix your signature and file.
>
> **Jianjian Ye**
> *Associate*
> Quinn Emanuel Urquhart & Sullivan, LLP
>
> 51 Madison Avenue, 22nd Floor
> New York, NY 10010
> 212-849-7573 Direct
> 212-849-7000 Main Office Number
> 212-849-7100 FAX
> jianjianye@quinnemanuel.com
> www.quinnemanuel.com

4

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Benjamin Finestone <benjaminfinestone@quinnemanuel.com>
**Sent:** Monday, February 5, 2024 9:39 AM
**To:** Jianjian Ye <jianjianye@quinnemanuel.com>; david.massey@hoganlovells.com; marty.steinberg@hoganlovells.com
**Cc:** Susheel Kirpalani <susheelkirpalani@quinnemanuel.com>; Daniel Holzman <danielholzman@quinnemanuel.com>; Christine Botvinnik <christinebotvinnik@quinnemanuel.com>; Brady, Robert <RBRADY@ycst.com>; Enos, Kenneth <kenos@ycst.com>
**Subject:** RE: BYJU's Alpha, Inc. v. Camshaft Capital Fund (Adv. Pro. Case No. 24-50013 (JTD))

Are you able to accept service of the complaint?

Assuming you are representing Defendants, are you able to meet and confer re expedition of discovery?

Ben Finestone
212-849-7341 Office
917-846-3228 Mobile

---

**From:** Jianjian Ye <jianjianye@quinnemanuel.com>
**Sent:** Friday, February 2, 2024 5:45 PM
**To:** david.massey@hoganlovells.com; marty.steinberg@hoganlovells.com
**Cc:** Susheel Kirpalani <susheelkirpalani@quinnemanuel.com>; Benjamin Finestone <benjaminfinestone@quinnemanuel.com>; Daniel Holzman <danielholzman@quinnemanuel.com>; Christine Botvinnik <christinebotvinnik@quinnemanuel.com>; Brady, Robert <RBRADY@ycst.com>; Enos, Kenneth <kenos@ycst.com>
**Subject:** BYJU's Alpha, Inc. v. Camshaft Capital Fund (Adv. Pro. Case No. 24-50013 (JTD))

Counsel,

Attached is the Complaint that BYJU's Alpha, Inc. filed today in the U.S. Bankruptcy Court for the District of Delaware against Camshaft Capital Fund, LP, Camshaft Capital

5

Advisors, LLC, and Camshaft Capital Management, LLC.  Please let us know if you accept service for the defendants.

Upon accepting service, can you let us know when you can meet and confer regarding an expedited discovery schedule.

Best,

**Jianjian Ye**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7573 Direct
212-849-7000 Main Office Number
212-849-7100 FAX
jianjianye@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**About Hogan Lovells**
Hogan Lovells is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP. For more information, see www.hoganlovells.com.

CONFIDENTIALITY. This email and any attachments are confidential, except where the email states it can be disclosed; it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any attachments) from your system.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.