# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| BYJU'S ALPHA, INC.,[1] | ) Chapter 11 |
| | ) |
|                 Debtor. | ) Case No. 24-10140 (JTD) |
| | ) |
| BYJU'S ALPHA, INC., | ) Adv. Pro. Case No. 24-50013 (JTD) |
|                 Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CAMSHAFT CAPITAL FUND, LP, | ) |
| CAMSHAFT CAPITAL ADVISORS, LLC, and | ) |
| CAMSHAFT CAPITAL MANAGEMENT, LLC | ) |
| | ) |
|                 Defendants. | ) |
| | ) |

**[PROPOSED] ORDER GRANTING
MOTION OF DEBTOR FOR SHORTENING NOTICE AND
SCHEDULING EXPEDITED HEARING ON
DEBTOR'S MOTION FOR EXPEDITED DISCOVERY
OR, ALTERNATIVELY, FOR AN ORDER PURSUANT TO
BANKRUPTCY RULE 2004 AUTHORIZING EXAMINATION**

Upon the motion (the "Motion to Shorten") of Debtor-Plaintiff BYJU's Alpha, Inc. (the "Debtor"), for entry of an order shortening notice of the Discovery Motion; the Court having reviewed the Motion to Shorten; and the Court having found that the relief requested in the Motion to Shorten is justified under the circumstances, it is hereby ORDERED that:

1. The Motion to Shorten is GRANTED as set forth herein.

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260). The location of the Debtor's service address for purposes of this chapter 11 case is: 16192 Coastal Highway, Lewes, Delaware 19958.

1

2.  The Discovery Motion will be considered at a hearing scheduled for _____, 2024, at ____ (ET).

3.  Objections, if any, to the relief requested in the Discovery Motion must be filed and served so as to be received no later than _____, 2024, at ____ (ET).

4.  Any reply in support of the Discovery Motion must be filed and served so as to be received no later than _____, 2024, at ____ (ET).

5.  Upon entry of this Order, the Debtor shall promptly file and serve a notice of hearing on the Discovery Motion upon the Notice Parties.

6.  This Court retains jurisdiction to construe and enforce the terms of this Order.