## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BYJU's ALPHA, INC.,<br><br>                Debtor. | Chapter 11<br><br>Case No. 24-10140 (JTD) |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 102(1) of title 11 of the United States Code (the "Bankruptcy Code"), Hogan Lovells US LLP ("Hogan") and Saul Ewing, LLP ("Saul") hereby enter their appearance in the above-captioned case ("Case") as counsel to Camshaft Capital Fund, LP, Camshaft Capital Advisors, LLC, and Camshaft Capital Management, LLC ("Parties"), and hereby request, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and section 342 of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in the Case and copies of all papers served or required to be served in the Case, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements, and all other matters arising herein or in any related adversary proceeding, be given and served upon Parties through service upon Hogan and Saul at the addresses or e-mail addresses set forth below:

| | |
|---|---|
| Christopher R. Bryant, Esq.<br>Pieter Van Tol, Esq.<br>Elizabeth C. Carter, Esq.<br>**HOGAN LOVELLS US LLP**<br>390 Madison Avenue<br>New York, NY 10017<br>Email: Chris.bryant@hoganlovells.com<br>          Pieter.vantol@hoganlovells.com<br>          Elizabeth.carter@hoganlovells.com | Evan T. Miller, Esq.<br>**SAUL EWING LLP**<br>1201 N. Market St, Suite 2300<br>P.O. Box 1266<br>Wilmington, DE 19991<br>Email: evan.miller@saul.com |

| | |
|---|---|
| David Massey, Esq.<br>**HOGAN LOVELLS US LLP**<br>600 Brickell Avenue, Suite 2700<br>Miami, FL 33131<br>Email: David.massey@hoganlovells.com | Turner N. Falk, Esq.<br>**SAUL EWING LLP**<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102-2186<br>Email: turner.falk@saul.com |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in this Case, whether formal or informal, written or oral, and whether served, transmitted, or conveyed by mail, hand delivery, telephone, telegraph, or otherwise filed or made with regard to the Case and any proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that, neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Parties' (i) right to have a final order in non-core matters entered only after *de novo* review by a United States District Court Judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which the Parties are or may be entitled to under agreements, in law, or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.

| | |
|---|---|
| Dated: February 13, 2024<br>Wilmington, DE | SAUL EWING LLP |
| | */s/ Evan T. Miller* |
| HOGAN LOVELLS US LLP | Evan T. Miller (No. 5364) |
| Christopher R. Bryant, Esq. *(pro hac vice forthcoming)* | 1201 N. Market Street, Suite 2300<br>P.O. Box 1266 |
| Pieter Van Tol, Esq. *(pro hac vice forthcoming)* | Wilmington, DE 19899 |
| Elizabeth C. Carter, Esq. *(pro hac vice forthcoming)* | Tel: (302) 421-6864 |
| 390 Madison Avenue | Email: Evan.miller@saul.com |
| New York, NY 10017 | |
| Tel: (212) 918-3000 | - and - |
| Email: Chris.bryant@hoganlovells.com | |
| Pieter.vantol@hoganlovells.com | Turner N. Falk, Esq. *(pro hac vice forthcoming)* |
| Elizabeth.carter@hoganlovells.com | SAUL EWING LLP |
| | Centre Square West |
| - and - | 1500 Market Street, 38th Floor |
| | Philadelphia, PA 19102-2186 |
| HOGAN LOVELLS US LLP | Tel: (215) 972-7777 |
| David Massey, Esq. *(pro hac vice forthcoming)* | Email: turner.falk@saul.com |
| 600 Brickell Avenue, Suite 2700 | |
| Miami, FL 33131 | |
| Tel: (305) 459-6500 | |
| Email: David.massey@hoganlovells.com | |

*Counsel for the Camshaft Defendants*