# EXHIBIT A

**Enos Declaration**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| BYJU'S ALPHA, INC.,[1] | ) |
| | ) Case No. 24-10140 (JTD) |
| Debtor. | ) |
| | ) |

**DECLARATION OF KENNETH J. ENOS IN SUPPORT OF THE DEBTOR'S APPLICATION FOR AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF YOUNG CONAWAY STARGATT & TAYLOR, LLP AS COUNSEL FOR THE DEBTOR, EFFECTIVE AS OF THE PETITION DATE**

I, Kenneth J. Enos, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

1. I am a partner in the firm of Young Conaway Stargatt & Taylor, LLP ("Young Conaway" or the "Firm"), with offices at Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, and have been duly admitted to practice in the State of Delaware, the State of New York, the District of Columbia, the United States District Court for the District of Delaware, and the United States Supreme Court. I submit this declaration in support of *Debtor's Application for an Order Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Counsel for the Debtor, Effective as of the Petition Date* (the "Application").[2]

2. Young Conaway has conducted a series of searches in the Firm's conflicts databases to identify relationships with the Debtor, its lenders, its equity holders, and various other parties in interest in this Chapter 11 Case (collectively, the "Interested Parties").[3]

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260). The location of the Debtor's service address is 16192 Coastal Highway, Lewes, Delaware 19958.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

[3] A list of the Interested Parties (the "Interested Parties List") is attached hereto as **Schedule 1**.

31261310.3

3. Based on the conflicts and connections search conducted and described herein, to the best of my knowledge, neither I, Young Conaway, nor any partner, counsel, or associate thereof, insofar as I have been able to ascertain, has any connection with the Debtor or any other parties in interest herein, except as stated below:

    a. In recent months, Young Conaway and certain of its partners and associates have rendered legal services to the Debtor relating to its plans to seek relief under chapter 11 of the Bankruptcy Code and the preparation of the petitions and other papers initiating and prosecuting this Chapter 11 Case.

    b. The Debtor is seeking to retain, Quinn Emanuel Urquhart & Sullivan, LLP, as bankruptcy co-counsel. Young Conaway has in the past and currently does work with and/or against Quinn Emanuel Urquhart & Sullivan, LLP in connection with matters wholly unrelated to this Chapter 11 Case.

    c. Young Conaway may have previously represented the Interested Parties listed below, or parties who may be affiliated with such Interested Parties, in matters wholly unrelated to the Debtor and this Chapter 11 Case:

- Denali Capital CLO XII, Ltd. and its affiliates as further set forth on the Interested Parties List
- General Atlantic
- HPS Loan Management 10-2016, Ltd. and its affiliates as further set forth on the Interested Parties List
- J.P.Morgan Chase & Co.
- Lightspeed India Partners
- Redwood Capital Investments, LLC and its affiliates as further set forth on the Interested Parties List
- Sands Capital Global Innovation Fund-Cayman Ltd.
- Silver Point Finance, LLC
- Veritas Capital Credit Opportunities Fund SPV LLC and Veritas Capital Credit Opportunities Fund II SPV, LLC

    d. Young Conaway currently represents (and may in the past have represented) the Interested Parties listed below, or parties who may be affiliated with such Interested Parties, in matters wholly unrelated to the Debtor and this Chapter 11 Case:

- A&Q Metric SPC – Fir Tree Opportunistic II SP- UBS
- Antara Capital Master Fund LP
- Ares Dynamic Credit Allocation Fund, Inc. and its affiliates as further set forth on the Interested Parties List
- Mauritius

- Silverlake

4. In addition, to the best of my knowledge, information, and belief and in accordance with Bankruptcy Rule 5002, neither I, nor any attorney at Young Conaway is a relative of the United States Bankruptcy Judge assigned to this Chapter 11 Case, and Young Conaway does not have a connection with the United States Bankruptcy Judge that would render the Firm's retention in this Chapter 11 Case improper. Further, in accordance with Bankruptcy Rule 2014, Young Conaway does not have any connection with the Office of the U.S. Trustee or any persons employed by the U.S. Trustee.

5. Based upon the Firm's review of the Interested Parties as of this date, Young Conaway has determined that it does not represent any party in these proceedings with a material adverse interest with respect to the Debtor. Young Conaway will supplement this declaration, as necessary, with additional information or disclosures in the event that additional information is developed.

6. Except as disclosed herein, Young Conaway has not represented the Debtor, its creditors, or any other parties in interest, or their respective attorneys, in any matter relating to the Debtor or its estate.

7. Young Conaway is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code in that Young Conaway, its partners, counsel, and associates:

    a. are not creditors, equity security holders, or insiders of the Debtor;

    b. are not and were not, within two (2) years before the date of the filing of the petition, a director, officer, or employee of the Debtor; and

    c. do not have an interest materially adverse to the interest of the Debtor's estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason.

8. Young Conaway was retained by the Debtor pursuant to an engagement agreement dated January 17, 2024 (the "Engagement Agreement"). On January 30, 2024, Young Conaway received a retainer of $100,000.00 (the "Initial Retainer") in connection with the planning and preparation of initial documents and the Firm's proposed postpetition representation of the Debtor. Young Conaway received an additional retainer payment of $90,572.00 (together with the Initial Retainer, the "Retainer") on January 31, 2024. In total, Young Conaway received payments from the Debtor for services rendered prior to the Petition Date as follows:

| Invoice Date | Billing Period | Payment Date | Payment Amount | Form of Payment | Retainer Balance |
|---|---|---|---|---|---|
| N/A | N/A | 1/30/24 | $100,000.00 | Trust | $100,000.00 |
| 1/31/24 | 1/17/24-1/31/24 | 1/31/24 | $65,572.00 | Retainer | $34,428.00 |
| N/A | N/A | 1/31/24 | $90,572.00 | Trust | $125,000.00 |
| 2/9/24 | 1/24/24-1/31/24 | 2/9/24 | $31,226.00 | Retainer | $93,774.00 |

Following a final reconciliation, Young Conaway is holding approximately $93,774.00 as a Retainer, which will constitute a general security retainer for postpetition services and expenses.

9. Compensation agreed to be paid by the Debtor to Young Conaway is to be for legal services rendered in connection with this Chapter 11 Case. The Debtor has agreed to pay Young Conaway at the Firm's standard hourly rates for the legal services rendered or to be rendered on the Debtor's behalf in connection with this Chapter 11 Case by Young Conaway's various attorneys and paralegals. The Debtor has also agreed to reimburse Young Conaway for its actual and necessary expenses incurred in connection with this Chapter 11 Case.

31261310.3

10. Young Conaway intends to apply for compensation for professional services rendered in connection with this Chapter 11 Case subject to approval of the Court and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any administrative order entered by the Court, on an hourly basis, plus reimbursement of actual, necessary expenses, and other charges incurred by Young Conaway.

11. The Firm operates in a national and regional marketplace for legal services in which rates are driven by multiple factors relating to the individual lawyer, his or her area of specialty, the firm's expertise, performance and reputation, the nature of the work involved, and other factors. The principal attorneys and paralegal designated to represent the Debtor and their current standard hourly rates are:

| Timekeeper | Title | Hourly Rate |
|---|---|---|
| Robert S. Brady | Partner | $1,400.00 |
| Kenneth J. Enos | Partner | $995.00 |
| Jared W. Kochenash | Associate | $630.00 |
| Timothy R. Powell | Associate | $630.00 |
| Brenda Walters | Paralegal | $385.00 |

12. The hourly rates set forth above are subject to periodic adjustments to reflect economic and other conditions. Other attorneys and paralegals may from time to time serve the Debtor in connection with the matters herein described.

13. The hourly rates set forth above are Young Conaway's standard hourly rates for work of this nature and these rates are set at a level designed to fairly compensate Young Conaway for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses. It is the Firm's policy to charge its clients in all areas of practice for all other expenses incurred in connection with the client's case. The expenses charged to clients include, among other things,

mail and express mail charges, special or hand delivery charges, document processing, photocopying charges, charges for mailing supplies (including, without limitation, envelopes and labels) provided by the Firm to outside copying services for use in mass mailings, travel expenses, expenses for "working meals," computerized research, transcription costs, as well as non-ordinary overhead expenses approved by the client such as secretarial and other overtime. The Firm will charge the Debtor for these expenses in a manner and at rates consistent with charges made generally to the Firm's other clients. The Firm believes that it is fairer to charge these expenses to the clients incurring them than to increase the hourly rates and spread the expenses among all clients.

14. No promises have been received by Young Conaway, nor by any partner, counsel, or associate thereof, as to compensation in connection with this Chapter 11 Case other than in accordance with the provisions of the Bankruptcy Code. Young Conaway has no agreement with any other entity to share with such entity any compensation received by either Young Conaway or any other entity in connection with this Chapter 11 Case.

15. Consistent with the U.S. Trustee's *Appendix B—Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* (the "U.S. Trustee Guidelines"), which became effective on November 1, 2013,[4] I state as follows:

    a.    Young Conaway has not agreed to a variation of its standard or customary billing arrangements for this engagement;

---

[4] The U.S. Trustee Guidelines themselves acknowledge that "the Guidelines do not supersede local rules, court orders, or other controlling authority." While the Debtor and Young Conaway intend to work cooperatively with the U.S. Trustee to address requests for information and any concerns that may have led to the adoption of the U.S. Trustee Guidelines, neither the filing of this declaration, nor anything contained herein, is intended to or shall be deemed to be an admission by Young Conaway that the Firm is required to comply with the U.S. Trustee Guidelines. Young Conaway reserves any and all rights with respect to the application of the U.S. Trustee Guidelines in respect of any application for employment or compensation filed in this Chapter 11 Case.

      b.      None of the Firm's professionals included in this engagement have varied their rate based on the geographic location of this Chapter 11 Case;

      c.      Young Conaway was retained by the Debtor for restructuring work pursuant to an engagement agreement dated January 17, 2024. The billing rates and material terms of the prepetition engagement are the same as the rates and terms described in the Application; and

      d.      The Debtor has approved or will be approving a prospective budget and staffing plan for Young Conaway's engagement for the postpetition period as appropriate. In accordance with the U.S. Trustee Guidelines, the budget may be amended as necessary to reflect changed or unanticipated developments.

16.      The professional services that Young Conaway will render to the Debtor include, but shall not be limited to, the following:

      a.      providing legal advice and services with respect to the Debtor's powers and duties as debtor in possession, management of its property, the Local Rules, practices, and procedures, and providing substantive and strategic advice on how to accomplish the Debtor's goals in connection with the prosecution of this Chapter 11 Case;

      b.      preparing, on behalf of the Debtor, necessary applications, motions, answers, orders, reports, and other legal papers;

      c.      appearing in Court and protecting the interests of the Debtor before the Court; and

      d.      performing all other legal services for the Debtor that may be necessary and proper in these proceedings as counsel to the Debtor in this Chapter 11 Case.

17.      The facts set forth in the Application are true and correct to the best of my knowledge, information, and belief.

Dated: February 14, 2024                        */s/ Kenneth J. Enos*
       Wilmington, Delaware                    Kenneth J. Enos

# **SCHEDULE 1**

**Interested Parties**

**BYJU's Alpha, Inc.**
**Potential Parties in Interest List**

**Known Lenders**
- Ares Dynamic Credit Allocation Fund, Inc.
- Ares Enhanced Credit Opportunities Fund B, Ltd.
- Ares Enhanced Credit Opportunities Fund II Ltd.
- Ares Institutional Loan Fund, LP
- Ares L CLO Ltd.
- Ares LI CLO Ltd.
- Ares LII CLO Ltd.
- Ares LIII CLO Ltd.
- Ares LIV CLO Ltd.
- Ares LIX CLO Ltd.
- Ares Loan Funding I, Ltd.
- Ares LV CLO Ltd.
- Ares LVI CLO Ltd.
- Ares LVII CLO Ltd.
- Ares LVIII CLO Ltd.
- Ares LX CLO Ltd.
- Ares LXI CLO Ltd.
- Ares LXII CLO Ltd.
- Ares LXIV CLO Ltd.
- Ares Multi-Asset Credit Strategies Fund LP
- Ares XLI CLO Ltd.
- Ares XLIV CLO Ltd.
- Ares XLIX CLO Ltd.
- Ares XLV CLO Ltd.
- Ares XLVI CLO Ltd.
- Ares XLVII CLO Ltd.
- Ares XLVIII CLO Ltd.
- Ares XXVII CLO Ltd.
- Ares XXVIIIR CLO Ltd.
- Ares XXXIIR CLO Ltd.
- Ares XXXIR CLO Ltd.
- Ares XXXIV CLO Ltd.
- Ares XXXIX CLO Ltd.
- Ares XXXVII CLO Ltd.
- Ares XXXVIII CLO Ltd.
- Ares XXXVR CLO Ltd.
- California State Teachers' Retirement System
- CION Ares Diversified Credit Fund
- Crestline Denali CLO XIV, Ltd.
- Crestline Denali CLO XV, Ltd.

- Crestline Denali CLO XVI, Ltd.
- Crestline Denali CLO XVII Ltd.
- Denali Capital CLO XII, Ltd.
- Renaissance Floating Rate Income Fund
- Seattle City Employees' Retirement System
- Stitchting Pensioenfonds Hoogovens
- Ares XLIII CLO Ltd.
- CQS Alternative Credit Fund
- CQS Brunel Multi Asset Credit Fund
- CQS Credit Multi Asset Fund
- TACF Institutional Credit Master Fund LP
- TOR Asia Credit Master Fund LP
- TOR Asia Credit Opportunity Master Fund III LP
- White Granite LLC
- Blue Hiawatha LLC
- Blue Hiawatha DD3, LLC
- Cardinal Fund, LP
- Florida Power & Light Company Qualified Decomissioning Trusts for Turkey Point and St. Lucie Nuclear Plants
- HPS Loan Management 10-2016, Ltd.
- HPS Loan Management 11-2017, Ltd.
- HPS Loan Management 12-2018, Ltd.
- HPS Loan Management 13-2018, Ltd.
- HPS Loan Management 14-2019, Ltd.
- HPS Loan Management 15-2019, Ltd.
- HPS Loan Management 2013-2, Ltd.
- HPS Loan Management 2021-16, Ltd.
- HPS Loan Management 3-2014, Ltd.
- HPS Loan Management 4-2014, Ltd.
- HPS Loan Management 5-2015, Ltd.
- HPS Loan Management 6-2015, Ltd.
- HPS Loan Management 8-2016, Ltd.
- HPS Loan Management 9-2016, Ltd.
- HPS Mauna Kea Fund LP
- Institutional Credit Fund Subsidiary, L.P.
- Strata CLO I, Ltd.
- Strata CLO II Ltd.
- ZALICO VL Series Account – 2
- HG Vora Special Opportunities Master Fund Ltd.
- India Credit Solutions LP
- Silver Point Finance LLC
- Veritas Capital Credit Opportunities Fund II SPV, LLC
- Veritas Capital Credit Opportunities Fund SPV LLC
- Redwood Master Fund, Ltd.

31265639.1

- Redwood Drawdown Master Fund III LP
- Redwood Opportunity Master Fund, Ltd.
- GLAS Trust Company LLC

**Former Indirect Shareholders**
- Byju Raveendran
- Riju Ravindran
- Divya Gokulnath
- Mrinal Mohit
- Aarin Capital Partners (Mauritius)
- Sequoia Capital
- Sofina SA
- Lightspeed India Partners
- Times Internet
- Chan Zuckerberg Mauritius
- International Finance Corporation
- ESOP/MSOP
- Verlinvest SA
- Proxima Beta Pte Limited (Tencent)
- General Atlantic Singapore TL PTE Ltd
- CPP INVESTMENT BOARD PRIVATE HOLDINGS (3) INC
- MIH Edtech Investments B.V. (Naspers)
- Benett Coleman & Co
- Sonal Gala
- Osmo Ertswhile shareholders
- Owl Ventures
- QIA
- Internet Fund V Pte Ltd (Tiger Global)
- Bond Capital Asia Holdings Ltd
- DST Global
- SLP Beta Holdings Cayman Ltd (Silverlake)
- BlackRock
- Sands Capital Global Innovation Fund- Cayman Ltd
- Alkeon Group
- Smash Beta SPV I
- T. Rowe Price
- MC Global Edtech Investments Holdings LP
- Tarsadia
- Arison Holdings (1998) Ltd.
- XN Exponent Holdings Ltd.
- Baron Funds
- B Capital Asia
- Footpath Ventures
- Olayan Investments Singapore Pte. Ltd.

- The Prudential Assurance Company Ltd (M&G)
- GSV BY, L.P.
- Disruptive Technology Solutions XXXV, LLC
- Asmaan Ventures
- BSP India Edtech LLC
- Phoenix Rising – Beacon Holdings, LLC
- Beta Oryx Limited
- Zoom founder family office
- A&Q Metric SPC – Fir Tree Opportunistic II SP- UBS
- IIFL Special Opportunities Fund
- Maitri EdTech Special Opportunities Fund LLC
- Toppr Ertswhile shareholders
- Great Learning Erstwhile shareholders
- ARK NCORE Edutech 1
- Mirae Asset - Naver Asia Growth Investment Pte. Ltd
- Edelweiss Funds
- Verition Multi-Strategy Master Fund, Ltd.
- Byjus Time Capital Advisors LP
- Epic Creations Aggregator
- Neuron Aggregator Holding Trust
- BrokerCredit Service Structured Products PLC
- GenGlobal Bright Corp
- Antara Capital Master Fund LP
- Bearnaise Lux S.C.Sp./Vitruvian Partners
- Hello English Ertswhile Shareholders
- Geogebra GmBH Erstwhile Shareholders
- Ranjan Pai and related parties
- Trilegal

**Litigation Parties**
- BYJU's PTE Ltd.
- EPIC! Creations Inc.
- Great Learning Education Pte. Ltd.
- Neuron Fuel, Inc.
- Tangible Play, Inc.
- Think & Learn Private Ltd.
- Camshaft Capital Fund, LP
- Camshaft Capital Advisors, LLC
- Camshaft Capital Management, LLC

**Banks**
- JPMorgan Chase & Co.
- Silicon Valley Bank, a division of First-Citizens Bank & Trust Company
- Webster Bank, N.A.

31265639.1

**Professionals**
- Timothy R. Pohl
- Quinn Emanuel Urquhart & Sullivan, LLP
- Young Conaway Stargatt & Taylor, LLP

**Office of the United States Trustee**
- Andrew R. Vara
- Benjamin Hackman
- Christine Green
- Diane Giordano
- Dion Wynn
- Edith A. Serrano
- Elizabeth Thomas
- Fang Bu
- Hannah M. McCollum
- Holly Dice
- James R. O'Malley
- Jane Leamy
- Jonathan Lipshie
- Jonathan Nyaku
- Joseph Cudia
- Joseph McMahon
- Lauren Attix
- Linda Casey
- Linda Richenderfer
- Nyanquoi Jones
- Richard Schepacarter
- Rosa Sierra-Fox
- Shakima L. Dortch
- Timothy J. Fox, Jr.

**Judges/Court Employees**
- Judge Ashley M. Chan
- Judge Brendan L. Shannon
- Judge Craig T. Goldblatt
- Judge J. Kate Stickles
- Judge John T. Dorsey
- Judge Karen B. Owens
- Judge Laurie S. Silverstein
- Judge Mary F. Walrath
- Judge Thomas B. Horan
- Amanda Hrycak
- Cacia Batts

31265639.1