**EXHIBIT B**

**Pohl Declaration**

31261310.3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| BYJU'S ALPHA, INC.,[1] | ) |
| | ) Case No. 24-10140 (JTD) |
| Debtor. | ) |
| | ) |

### DECLARATION OF TIMOTHY R. POHL IN SUPPORT OF THE DEBTOR'S APPLICATION FOR AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF YOUNG CONAWAY STARGATT & TAYLOR, LLP AS COUNSEL FOR THE DEBTOR, EFFECTIVE AS OF THE PETITION DATE

I, Timothy R. Pohl, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

1. I am the sole director, Chief Executive Officer ("CEO"), and Secretary of the above-captioned debtor and debtor in possession (the "Debtor"). In my capacity as the Debtor's CEO, I am responsible for implementing the Debtor's strategy for this Chapter 11 Case.

2. I submit this declaration in support of the *Debtor's Application for an Order Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Counsel for the Debtor, Effective as of the Petition Date* (the "Application").[2] Except as otherwise noted, I have personal knowledge of the matters set forth herein.

### The Debtor's Selection of Young Conaway as Counsel

3. As noted in the Application, the Debtor seeks to retain Young Conaway Stargatt & Taylor, LLP ("Young Conaway" or the "Firm") as counsel to the Debtor. The Debtor engaged Young Conaway as counsel because of Young Conaway's extensive knowledge, expertise, and

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260). The location of the Debtor's service address is 16192 Coastal Highway, Lewes, Delaware 19958.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

31261310.3

experience in the field of debtors' and creditors' rights and business reorganizations under chapter 11 of the Bankruptcy Code. Young Conaway's knowledge, expertise, and experience practicing before the Court will enable the Firm to work in an efficient and cost-effective manner on behalf of the Debtor's estate. Additionally, in preparing for this Chapter 11 Case, Young Conaway has become familiar with the Debtor and many of the potential legal issues that may arise in the context of this Chapter 11 Case. Accordingly, the Debtor believes that Young Conaway is uniquely qualified to represent them as counsel in this Chapter 11 Case.

### Cost Supervision

4. Young Conaway has informed the Debtor that Young Conaway intends to charge the Debtor for services rendered in this Chapter 11 Case at Young Conaway's normal hourly rates in effect at the time the services are rendered. The Debtor monitors the invoices submitted by outside counsel.

5. Young Conaway and the Debtor are in the process of developing a prospective budget and staffing plan. The Debtor recognizes that in chapter 11 cases, it is possible that there may be unforeseen fees and expenses that will need to be addressed by the Debtor and Young Conaway. The Debtor also recognizes that it is its responsibility to closely monitor the billing practices of Young Conaway and its other professionals to ensure that fees and expenses paid by its estate remain consistent with the Debtor's expectations taking into account the exigencies of this Chapter 11 Case. To that end, the Debtor will continue to review and monitor the regular invoices submitted by Young Conaway, and, together with Young Conaway, periodically amend the budget and staffing plans to reflect developments in this Chapter 11 Case as applicable.

6. The Debtor will monitor the fees and expense reimbursement process during this Chapter 11 Case and ensure that it is an active participant in that process. Recognizing that every chapter 11 case is unique, the Debtor, together with Young Conaway, will utilize the budgeting

process to provide guidance on the period of time involved and the level of attorneys and professionals that will work on various matters, as well as the projection of average hourly rates for the attorneys and professionals for such matters.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: February 14, 2024

*/s/ Timothy R. Pohl*
Timothy R. Pohl
Director, CEO, and Secretary
BYJU's Alpha, Inc.