## Exhibit E

**(Transcript – First Day Hearing)**

<pre>
 1                    UNITED STATES BANKRUPTCY COURT
                        DISTRICT OF DELAWARE
 2

 3   IN RE:                      .  Chapter 11
                                 .  Case No. 24-10140 (JTD)
 4   BYJU'S ALPHA, INC.,         .
                                 .
 5                               .  Courtroom No. 5
                                 .  824 North King Street
 6                               .  Wilmington, Delaware 19801
              Debtor.           .
 7                               .  Monday, February 5, 2024
     . . . . . . . . . . . . . . . .  3:00 p.m.
 8
                      TRANSCRIPT OF FIRST DAY HEARING
 9             BEFORE THE HONORABLE JOHN T. DORSEY
                    UNITED STATES BANKRUPTCY JUDGE
10
     APPEARANCES:
11
     For the Debtor:          Robert S. Brady, Esquire
12                            Kenneth J. Enos, Esquire
                              YOUNG CONAWAY STARGATT & TAYLOR LLP
13                            Rodney Square
                              1000 North King Street
14                            Wilmington, Delaware 19801

15                            Benjamin Finestone, Esquire
                              QUINN EMANUEL URQUHART
16                               & SULLIVAN LLP
                              51 Madison Avenue
17                            22nd Floor
                              New York, New York 10010
18
     (APPEARANCES CONTINUED)
19
     Audio Operator:          Sharon A. Page, ECRO
20

21   Transcription Company:   Reliable
                              The Nemours Building
22                            1007 N. Orange Street, Suite 110
                              Wilmington, Delaware 19801
23                            Telephone: (302)654-8080
                              Email:  gmatthews@reliable-co.com
24
     Proceedings recorded by electronic sound recording,
25   transcript produced by transcription service.
</pre>

1 that we had with DIP financing.

2         Not the full $5 million has been funded, but those

3 are the same lenders, Your Honor, that were holders of the

4 term loans. I said before, Your Honor, we believe that there

5 is more then 100 distinct lenders of record in this facility.

6 We have also said, Your Honor, and we are not trying to hide

7 this fact, we don't know whether we have other creditors

8 other then these 100 term lenders.  Certainly possible.

9         Mr. Pohl has been frustrated in his attempts to

10 learn everything he can and to access all of the books and

11 records of this debtor.  There may be other creditors.  It's

12 another benefit of this bankruptcy case that the creditors

13 will be on notice and they can come into this collective

14 action and assert claims that they exist, Your Honor.

15         Christine, can you flip to the next page.

16         Mr. Pohl is the sole director, officer, and

17 employee.  I referenced the bridge account and I also

18 referenced, Your Honor, Mr. Enos or Mr. Brady will prosecute

19 this, we have a cash collateral motion on file.  The motion,

20 itself, is also a motion for DIP financing, but we are not

21 seeking approval to enter into or draw any DIP financing on

22 an interim or on an emergency basis.  We will only be asking

23 Your Honor to schedule a final hearing for that.

24         Christine, can you flip.  One more time.

25         Last slide, Your Honor.  So, Chapter 11, Your