# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BYJU's ALPHA, INC.,<br><br>                               Debtor. | Chapter 11<br><br>Case No. 24-10140 (JTD) |
| BYJU'S ALPHA, INC.,<br><br>                              Plaintiff,<br><br>                           v.<br><br>CAMSHAFT CAPITAL FUND, LP,<br>CAMSHAFT CAPITAL ADVISORS, LLC, and<br>CAMSHAFT CAPITAL MANAGEMENT, LLC<br><br>                             Defendants. | Adv. Pro. Case No. 24-50013 (JTD) |

## **CERTIFICATE OF SERVICE**

      I, Evan T. Miller, hereby certify that on February 14, 2024, I caused a copy of *Camshaft Defendants' Objection to Debtor's Emergency Motion for Limited Expedited Discovery, or, Alternatively, for an Order Pursuant to Bankruptcy Rule 2004 Authorizing Examination* to be served electronically with the Court and served through the Court's CM/ECF system upon all registered electronic filers appearing in this case, and via Electronic Mail on the below parties.

| | |
|---|---|
| Robert S. Brady, Esquire | Susheel Kirpalani, Esquire |
| Kenneth J. Enos, Esquire | Benjamin Finestone, Esquire |
| Jared W. Kochenash, Esquire | Daniel Holzman, Esquire |
| Timothy R. Powell, Esquire | Jianjian Ye, Esquire |
| Young Conaway Stargatt & Taylor, LLP | Quinn Emanuel Urquhart & Sullivan, LLP |
| 1000 North King Street | 51 Madison Avenue, 22nd Floor |
| Wilmington, DE 19801 | New York, NY 10010 |
| rbrady@ycst.com | susheelkirpalani@quinnemanuel.com |
| kenos@ycst.com | benjaminfinestone@quinnemanuel.com |
| jkochenash@ycst.com | danielholzman@quinnemanuel.com |
| tpowell@ycst.com | jianjianye@quinnemanuel.com |

| | |
|---|---|
| William E. Chipman, Jr., Esquire<br>Chipman Brown Cicero & Cole, LLP<br>Hercules Plaza<br>1313 N. Market Street, Suite 5400<br>Wilmington, DE 19801<br>Chipman@ChipmanBrown.com | Sheron Korpus, Esquire<br>Kasowitz Benson Torres LLP<br>1633 Broadway<br>New York, NY 10019<br>skorpus@kasowitz.com |
| Linda J. Casey, Esquire<br>Office of United States Trustee<br>844 King Street, Suite 2207<br>Wilmington, DE 19801<br>linda.casey@usdoj.gov | Laura Davis Jones, Esquire<br>Peter J. Keane, Esquire<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19801<br>ljones@pszjlaw.com<br>pkeane@pszjlaw.com |
| Patrick J. Nash Jr., P.C.<br>Richard U.S. Howell, P.C.<br>Ravi Subramanian Shankar, Esquire<br>Kirkland & Ellis LLP<br>Kirkland & Ellis International LLP<br>300 North LaSalle Street<br>Chicago, IL 60654<br>patrick.nash@kirkland.com<br>rhowell@kirkland.com<br>ravi.shankar@kirkland.com | Brian Schartz, P.C<br>Kirkland & Ellis LLP<br>Kirkland & Ellis International LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>brian.schartz@kirkland.com |
| David A. Pisciotta, Esquire<br>Nicholas B. Vislocky, Esquire<br>Reed Smith LLP<br>599 Lexington Avenue, 22nd Floor<br>New York, NY 10022<br>dpisciotta@reedsmith.com<br>nvislocky@reedsmith.com | |

**SAUL EWING LLP**

By: */s/ Evan T. Miller*
Evan T. Miller (DE Bar No. 5364)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800

Dated: February 14, 2024