**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BYJU'S ALPHA, INC.,[1] | Case No. 24-10140 (JTD) |
| Debtor. | **Hearing Date: March 6, 2024 at 3:00 p.m. (ET)**<br>**Objection Deadline: February 28, 2024 at 4:00 p.m. (ET)** |

**DEBTOR'S MOTION FOR ENTRY OF ORDER (I) EXTENDING**
**TIME TO FILE SCHEDULES AND STATEMENTS OF FINANCIAL**
**AFFAIRS AND (II) GRANTING RELATED RELIEF**

The debtor and debtor-in-possession (the "Debtor") in this chapter 11 case (this "Chapter 11 Case") files this motion (the "Motion") for entry of an order, in substantially the form attached hereto as **Exhibit A** (the "Proposed Order"), pursuant to Rules 1007(c) and 9006(b)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 1007-1(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), (i) extending the deadline to file the Debtor's schedules of assets and liabilities and statements of financial affairs (collectively, the "Schedules and Statements") through and including March 6, 2024, without prejudice to the Debtor's ability to request additional time should it become necessary to do so, and (ii) granting related relief.  In support of this Motion, the Debtor respectfully represents as follows:

**JURISDICTION AND VENUE**

1.      The United States Bankruptcy Court for the District of Delaware (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware,

---

[1]  The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, are: BYJU's Alpha, Inc. (4260).  The location of the Debtor's service address for purposes of this Chapter 11 Case is: 16192 Coastal Highway, Lewes, Delaware 19958.

dated as of February 29, 2012 (the "Amended Standing Order"). This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and the Court may enter a final order consistent with Article III of the United States Constitution. Venue is proper in the Court pursuant to 28 U.S.C. §§ 1408 and 1409. The legal predicates for the relief requested herein are Bankruptcy Rules 1007(c) and 9006(b) and Local Rule 1007-1(b).

## BACKGROUND

2.      On February 1, 2024 (the "Petition Date"), the Debtor commenced this Chapter 11 Case in the Court.  The Debtor is authorized to manage its property as a debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No official committee has been appointed in this Chapter 11 Case, and no request has been made for the appointment of a trustee or an examiner.  Additional information regarding the Debtor's business, its capital structure, and the circumstances leading to the filing of this Chapter 11 Case is set forth in the *Declaration of Timothy R. Pohl, Director, CEO, and Secretary of BYJU's Alpha, Inc., in Support of Debtor's Chapter 11 Petitions and First Day Motion* [D.I. 3] (the "First Day Declaration").[2]

## RELIEF REQUESTED

3.      By this Motion, the Debtor seeks entry of the Proposed Order:  (a) extending the Debtor's deadline to file its Schedules and Statements through and including March 6, 2024, without prejudice to the Debtor's ability to request additional time should it become necessary to do so; and (b) granting related relief.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the First Day Declaration.

31222470.1

**BASIS FOR RELIEF REQUESTED**

4.      Pursuant to section 521 of the Bankruptcy Code and Bankruptcy Rule 1007(c), the Debtor is required to file the Schedules and Statements within fourteen days of the Petition Date.

5.      Pursuant to Bankruptcy Rules 1007(a)(5) and 1007(c), the Court has authority to further extend the time required for filing the Schedules and Statements "for cause." Fed. R. Bankr. P. 1007(a)(5), 1007(c).  Here, the Debtor respectfully submits that good and sufficient cause exists to further extend the deadline for the filing of the Schedules and Statements as requested herein, based on the numerous burdens imposed by the commencement of the Chapter 11 Case.  To prepare its Schedules and Statements, the Debtor must compile financial information from books, records, and documents relating to its assets, contracts, and claims of creditors. Although this task is not terribly complex considering the Debtor's status as a non-operating company, the Debtor submits that a brief extension is warranted considering the numerous other items to which the Debtor must attend in the initial stages of this Chapter 11 Case.  Moreover, the relief requested herein will not prejudice or adversely affect the rights of the Debtor's creditors or other parties in interest.  Rather, the extension requested herein will aid the Debtor's efforts to ensure the accuracy and completeness of the Schedules and Statements, which in turn will promote efficient administration of the Chapter 11 Case.

6.      Considering the amount of work entailed in completing the Schedules and Statements, combined with the competing demands on the Debtor's professionals in their efforts to transition the Debtor into Chapter 11, the Debtor respectfully submits that cause exists to extend the deadlines to complete the Schedules and Statements.  Allowing the Debtor more time to collect accurate books and records and to focus its attention on transitioning into Chapter 11, rather than consuming the time and resources of the Debtor and its professionals with the completion of the

31222470.1

3

Schedules and Statements with potentially incomplete information, will provide a substantial benefit to the Debtor's estate and all parties in interest.

7.      Based on the above, the Debtor submits that there is good and sufficient cause for granting the requested extension of time.  The Debtor therefore requests that the Court extend the initial fourteen day period through March 6, 2024, without prejudice to the Debtor's right to request further extensions, for cause shown.[3]

## NOTICE

8.      Notice of this Motion has been or will be provided to: (a) the United States Trustee for the District of Delaware; (b) the holders of the twenty largest unsecured claims against the Debtor; (c) counsel to the lender under the Debtor's post-petition financing facility; and (d) any party that has requested notice pursuant to Bankruptcy Rule 2002.  In light of the nature of the relief requested herein, the Debtor submits that no other or further notice is necessary.  No previous motion for the relief sought herein has been made to this or any other court.

---

[3] Pursuant to Local Rule 9006-2, the filing of this Motion before the expiration of the current deadline to file the Schedules and Statements automatically extends such deadline until such time as the Court rules on this Motion. *See* Del. Bankr. L.R. 9006-2.

31222470.1

## CONCLUSION

WHEREFORE the Debtor respectfully requests entry of the Proposed Order granting the

relief requested herein and such other and further relief as the Court may deem just and appropriate.

Dated: February 14, 2024
      Wilmington, Delaware

           **YOUNG CONAWAY STARGATT & TAYLOR, LLP**

           */s/ Jared W. Kochenash*
           Robert S. Brady (Del. No. 2847)
           Kenneth J. Enos (Del. No. 4544)
           Jared W. Kochenash (Del. No. 6557)
           Timothy R. Powell (Del. No. 6894)
           1000 North King Street
           Wilmington, Delaware 19801
           Telephone: (302) 571-6600
           Facsimile: (302) 571-1253
           rbrady@ycst.com
           kenos@ycst.com
           jkochenash@ycst.com
           tpowell@ycst.com

           -and-

           **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
           Susheel Kirpalani (pro hac vice pending)
           Benjamin Finestone (pro hac vice pending)
           Daniel Holzman (pro hac vice pending)
           Jianjian Ye (pro hac vice pending)
           51 Madison Avenue, 22nd Floor
           New York, New York 10010
           Tel.: (212) 849 7000
           susheelkirpalani@quinnemanuel.com
           benjaminfinestone@quinnemanuel.com
           danielholzman@quinnemanuel.com
           jianjianye@quinnemanuel.com

           Proposed Counsel for the Debtor

31222470.1

5