# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BYJU's ALPHA, INC.,[1] | Case No. 24-10140 (JTD) |
| Debtor. | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Riju Ravindran's Responses and Objections to Debtor's Notice of Rule 2004 Examination, Subpoena Ad Testificandum, and Subpoena Duces Tecum* were caused to be served on February 26, 2024 upon the parties listed below in the manner indicated below:

*Via* **Email and Hand Delivery**

Robert S. Brady, Esquire
Kenneth J. Enos, Esquire
Jared W. Kochenash, Esquire
Timothy R. Powell, Esquire
*Young Conaway Stargatt & Taylor, LLP*
1000 North King Street
Wilmington, Delaware 19801
Email:  rbrady@ycst.com
    kenos@ycst.com
    jkochenash@ycst.com
    tpowell@ycst.com

*Via* **Email and First-Class Mail**

Susheel Kirpalani, Esquire
Benjamin Finestone, Esquire
Daniel Holzman, Esquire
Jianjian Ye, Esquire
*Quinn Emanuel Urquhart & Sullivan, LLP*
51 Madison Avenue, 22nd Floor
New York, New York 10010
Email:  susheelkirpalani@quinnemanuel.com
    benjaminfinestone@quinnemanuel.com
    danielholzman@quinnemanuel.com
    jianjianye@quinnemanuel.com

**[SIGNATURE TO FOLLOW]**

---

[1] The Debtor in this Chapter 11 Case, along with the last four digits of the Debtor's federal taxpayer identification number is: BJYU's Alpha, Inc. (4260).  The location of the Debtor's service address is 16192 Coastal Highway, Lewes, Delaware 19958.

| | |
|---|---|
| Dated: February 26, 2024<br>Wilmington, Delaware | **CHIPMAN BROWN CICERO & COLE, LLP**<br><br>*/s/ William E. Chipman, Jr.*<br>William E. Chipman, Jr. (No. 3818)<br>Joseph B. Cicero (No. 4388)<br>Ryan M. Lindsay (No. 6435)<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone:  (302) 295-0191<br>Email: chipman@chipmanbrown.com<br>          cicero@chipmanbrown.com<br>          lindsay@chipmanbrown.com<br><br>   -and-<br><br>**KASOWITZ BENSON TORRES LLP**<br>Sheron Korpus<br>David M. Max<br>Kenneth Coleman<br>1633 Broadway<br>New York, New York 10019<br>Telephone:  (212) 506-1700<br>Email: skorpus@kasowitz.com<br>          dmax@kasowitz.com<br>          kcoleman@kasowitz.com<br><br>*Attorneys for Riju Ravindran and Tangible Play, Inc.* |

- 2 -

4861-5734-8009, v. 1