# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| BYJU'S ALPHA, INC.,[1] | ) Chapter 11 |
| | ) |
|           Debtor. | ) Case No. 24-10140 (JTD) |
| | ) |
| BYJU'S ALPHA, INC., | ) Adv. Pro. Case No. 24-50013 (JTD) |
|           Plaintiff, | ) |
| v. | ) |
| CAMSHAFT CAPITAL FUND, LP, | ) |
| CAMSHAFT CAPITAL ADVISORS, LLC, and | ) |
| CAMSHAFT CAPITAL MANAGEMENT, LLC | ) |
|           Defendants. | ) |

## NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON MARCH 4, 2024 AT 2:00 P.M. (ET)

## NOTE THE TIME OF THE HEARING HAS CHANGED TO 2:00 P.M. (ET)

> This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Dorsey's Chambers Procedures and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Dorsey's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.

**STATUS CONFERENCE**

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260). The location of the Debtor's service address for purposes of this chapter 11 case is: 1007 N. Market St. Ste. G20 452, Wilmington, Delaware 19801.

[2] **Amended items are bolded.**

31374626.2

1.     Emergency Motion of Debtor for Limited Expedited Discovery or, Alternatively, for an Order Pursuant to Bankruptcy Rule 2004 Authorizing Examination [D.I. 58/A.D.I 7, 2/9/24]

    <u>Related Documents</u>:

    A.     Order Granting Motion of Debtor for Shortening Notice and Scheduling Expedited Hearing on Debtor's Motion for Expedited Discovery or, Alternatively, for an Order Pursuant to Bankruptcy Rule 2004 Authorizing Examination [D.I. 62/A.D.I. 11, 2/13/24]

    B.     Notice of Hearing on Discovery Motion [D.I. 63/A.D.I. 12, 2/13/24]

    C.     GLAS Trust Company LLC's Joinder to the Debtor's Motion for Limited Expedited Discovery [D.I. 64, 2/13/24]

    D.     Objection to Emergency Motion for Limited Discovery, or, Alternatively, for an Order Pursuant to Bankruptcy Rule 2004 Authorizing Examination and Cross Motion to Stay Discovery filed by Tangible Play, Inc. and Riju Ravindran [D.I. 16, 2/14/24]

    E.     Camshaft Defendants' Objection to Debtor's Emergency Motion for Limited Expedited Discovery, or, Alternatively, for an Order Pursuant to Bankruptcy Rule 2004 Authorizing Examination [D.I. 78/A.D.I. 17, 2/14/24]

    F.     Reply in Further Support of Emergency Motion of Debtor for Limited Expedited Discovery, or, Alternatively, for an Order Pursuant to Bankruptcy Rule 2004 Authorizing Examination [D.I. 87/A.D.I. 18, 2/15/24]

    G.     Order Granting Debtor's Emergency Motion of Debtor for Limited Expedited Discovery or, Alternatively, for an Order Pursuant to Bankruptcy Rule 2004 Authorizing Examination [D.I. 22, 2/16/24]

    H.     Notice of Service of Discovery Requests Directed to Camshaft Defendants [A.D.I. 23, 2/19/24]

    I.     Notice of Rule 2004 Examination, Subpoena Ad Testificandum, and Subpoena Duces Tecsm [D.I. 96, 2/19/24]

    J.     Notice of Service of Riju Ravindran's Responses and Objections to Debtor's Notice of Rule 2004 Examination, Subpoena Ad Testificandum, and Subpoena Duces Tecum [D.I. 100, 2/26/24]

    <u>Status</u>:  This matter is going forward as a status conference regarding the Camshaft Defendants' discovery responses.

Dated: March 4, 2024
       Wilmington, Delaware

                **YOUNG CONAWAY STARGATT & TAYLOR, LLP**

                */s/ Kenneth J. Enos*
                Robert S. Brady (Del. No. 2847)
                Kenneth J. Enos (Del. No. 4544)
                Jared W. Kochenash (Del. No. 6557)
                Timothy R. Powell (Del. No. 6894)
                1000 North King Street
                Wilmington, Delaware 19801
                Telephone: (302) 571-6600
                Facsimile: (302) 571-1253
                rbrady@ycst.com
                kenos@ycst.com
                jkochenash@ycst.com
                tpowell@ycst.com

                -and-

                **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
                Susheel Kirpalani (admitted pro hac vice)
                Benjamin Finestone (admitted pro hac vice)
                Daniel Holzman (admitted pro hac vice)
                Jianjian Ye (admitted pro hac vice)
                51 Madison Avenue, 22nd Floor
                New York, New York 10010
                Tel.: (212) 849 7000
                susheelkirpalani@quinnemanuel.com
                benjaminfinestone@quinnemanuel.com
                danielholzman@quinnemanuel.com
                jianjianye@quinnemanuel.com

                Proposed Counsel for Debtor, BYJU's Alpha, Inc.