# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BYJU's ALPHA, INC.,[1]<br><br>          Debtor. | Chapter 11<br><br>Case No. 24-10140 (JTD)<br><br>**Related Docket No. 105** |

## CERTIFICATE OF SERVICE

I, Joseph B. Cicero, hereby certify that on February 28, 2024, a copy of the *Order Approving Stipulation Between the Debtor, Riju Ravindran and Tangible Play, Inc. Regarding Relief from the Automatic Stay* [Docket No. 105] (the "**Order**") was filed *via* Case Management/Electronic Case Files ("**CM/ECF**"), which sent notices to all parties receiving notification through CM/ECF.  I further certify that, in addition, on the same day, I caused the Order to be served on the parties listed on the attached service list *via* electronic mail.

Dated: March 5, 2024
       Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

   */s/ Joseph B. Cicero*
William E. Chipman, Jr. (No. 3818)
Joseph B. Cicero (No. 4388)
Ryan M. Lindsay (No. 6435)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:     (302) 295-0191
Email: chipman@chipmanbrown.com
       cicero@chipmanbrown.com
       lindsay@chipmanbrown.com

       -and-

---

[1] The Debtor in this Chapter 11 Case, along with the last four digits of the Debtor's federal taxpayer identification number is: BJYU's Alpha, Inc. (4260).  The location of the Debtor's service address is 16192 Coastal Highway, Lewes, Delaware 19958.

**KASOWITZ BENSON TORRES LLP**
Sheron Korpus
David M. Max
Kenneth Coleman
1633 Broadway
New York, New York 10019
Telephone:     (212) 506-1700
Email:  skorpus@kasowitz.com
           dmax@kasowitz.com
           kcoleman@kasowitz.com

*Attorneys for Riju Ravindran and Tangible Play, Inc.*

- 2 -

4887-4370-3467, v. 1

# EMAIL SERVICE LIST

**COUNSEL FOR DEBTOR:**

Robert S. Brady, Esquire
Kenneth J. Enos, Esquire
Jared W. Kochenash, Esquire
Timothy R. Powell, Esquire
*Young Conaway Stargatt & Taylor, LLP*
1000 North King Street
Wilmington, Delaware 19801
Email:  rbrady@ycst.com
   kenos@ycst.com
   jkochenash@ycst.com
   tpowell@ycst.com

Susheel Kirpalani, Esquire
Benjamin Finestone, Esquire
Daniel Holzman, Esquire
Jianjian Ye, Esquire
*Quinn Emanuel Urquhart & Sullivan, LLP*
51 Madison Avenue, 22nd Floor
New York, New York 10010
Email:  susheelkirpalani@quinnemanuel.com
   benjaminfinestone@quinnemanuel.com
   danielholzman@quinnemanuel.com
   jianjianye@quinnemanuel.com

**COUNSEL FOR CAMSHAFT CAPITAL FUND, LP, *et al.***

Evan T. Miller, Esquire
*Saul Ewing LLP*
1201 North Market Street, Suite 2300
Wilmington, Delaware 19801
Email:  evan.miller@saul.com

Turner N. Falk, Esquire
*Saul Ewing LLP*
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, Pennsylvania 19102-2186
Email:  turner.falk@saul.com

Pieter Van Tol, Esquire
Christopher R. Bryant, Esquire
Elizabeth C. Carter, Esquire
*Hogan Lovells US LLP*
390 Madison Avenue
New York, New York 10017
Email:  Pieter.vantol@hoganlovells.com
   Chris.bryant@hoganlovells.com
   Elizabeth.carter@hoganlovells.com

David Massey, Esquire
*Hogan Lovells US LLP*
600 Brickell Avenue, Suite 2700
Miami, Florida 33131
Email:  David.massey@hoganlovells.com

**COUNSEL FOR GLAS TRUST COMPANY LLC**

Laura Davis Jones, Esquire
Peter J. Keane, Esquire
*Pachulski Stang Ziehl & Jones LLP*
919 North Market Street, 17th Floor
Wilmington, Delaware 19801
Email:  ljones@pszjlaw.com
   pkeane@pszjlaw.com

David A. Pisciott, Esquire
Nicholas B. Vislocky, Esquire
*Reed Smith LLP*
599 Lexington Avenue, 22nd Floor
New York, New York 10022
Email:  dpisciotta@reedsmith.com
   nvislocky@reedsmith.com

Patrick J. Nash, Jr., P.C.
Richard U.S. Howell, P.C.
Ravi Subramanian Shankar, Esquire
*Kirkland & Ellis LLP*
*Kirkland & Ellis International LLP*
300 North LaSalle Street
Chicago, Illinois 60654
Email:  patrick.nash@kirkland.com
   rhowell@kirkland.com
   ravi.shankar@kirkland.com

Brian Schartz, P.C.
*Kirkland & Ellis LLP*
*Kirkland & Ellis International LLP*
601 Lexington Avenue
New York, New York 10022
Email:  brian.schartz@kirkland.com

4887-4370-3467, v. 1