# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| BYJU'S ALPHA, INC.,[1] | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Case No. 24-10140 (JTD) |
| | ) | |
| BYJU'S ALPHA, INC., | ) | Adv. Pro. Case No. 24-50013 (JTD) |
| Plaintiff, | ) | |
| v. | ) | |
| CAMSHAFT CAPITAL FUND, LP, CAMSHAFT CAPITAL ADVISORS, LLC, CAMSHAFT CAPITAL MANAGEMENT, LLC, RIJU RAVINDRAN, AND INSPILEARN LLC, | ) | |
| Defendants. | ) | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON MARCH 14, 2024 AT 10:00 A.M. (ET)

> This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Dorsey's Chambers Procedures and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Dorsey's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.

1. Emergency Motion of Debtor for Limited Expedited Discovery or, Alternatively, for an Order Pursuant to Bankruptcy Rule 2004 Authorizing Examination [D.I. 7, 2/9/24]

    Related Documents:

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260). The location of the Debtor's service address for purposes of this chapter 11 case is: 1007 N. Market St. Ste. G20 452, Wilmington, Delaware 19801.

31387262.3

    A.    Order Granting Debtor's Emergency Motion of Debtor for Limited Expedited Discovery or, Alternatively, for an Order Pursuant to Bankruptcy Rule 2004 Authorizing Examination [D.I. 22, 2/16/24]

    B.    Order to Show Cause [D.I. 56, 3/4/24]

Status:  This matter is going forward with respect to the order to show cause.

2. Debtor's Motion for Temporary Restraining Order [D.I. 31, 2/28/24 (sealed)/ D.I. 41, 2/29/24 (redacted)]

    Response Deadline:    March 5, 2024 at 2:00 p.m. (ET); supplemental briefing to be submitted on March 12, 2024

    Related Documents:

    A.    Amended Complaint for Avoidance and Recover of Fraudulent Transfers, Breach of Fiduciary Duties, and Violation of Automatic Stay [D.I. 30, 2/28/24 (sealed); D.I. 40, 3/1/24 (redacted)]

    B.    Debtor's Brief in Support of Motion for Temporary Restraining Order [D.I. 32, 2/28/24 (sealed); D.I. 42, 3/1/24 (redacted)]

    C.    Intervenor GLAS Trust Company LLC's Joinder in Support of the Debtor's Motion for Temporary Restraining Order [D.I. 60, 3/6/24]

    D.    Debtor's Reply Brief in Further Support of Motion for Temporary Restraining Order [D.I. 61, 3/6/24]

    E.    Notice of Revised Proposed TRO Order [D.I. 62, 3/6/24]

    F.    Scheduling Order [D.I. 67, 3/11/24]

    G.    Debtor's Witness List for March 14, 2024 Hearing [D.I. 68, 3/12/24]

    Responses Received:

    H.    Camshaft Defendants' Brief in Opposition to Debtor's Motion to Temporary Restraining Order [D.I. 57, 3/4/24]

    I.    Memorandum of Law of Defendant Riju Ravindran in Opposition to Debtor's Motion for Temporary Restraining Order [D.I. 58, 3/5/24]

    J.    Declaration of Riju Ravindran [D.I. 59, 3/5/24]

    K.    Riju Ravindran's Exhibit List for March 6, 2024 Hearing [D.I. 54, 3/6/24]

    L.    GLAS Trust Company LLC Witness and Exhibit List for Hearing on March 14, 2024 at 10:00 a.m. (ET) [D.I. 69, 3/12/24]

M.    Riju Ravindran's Witness List for Hearing on March 14, 2024, at 10:00 a.m. (Eastern) [D.I. 70, 3/12/24]

Status:  This matter is going forward.

Dated: March 12, 2024
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

/s/ Kenneth J. Enos
Robert S. Brady (Del. No. 2847)
Kenneth J. Enos (Del. No. 4544)
Jared W. Kochenash (Del. No. 6557)
Timothy R. Powell (Del. No. 6894)
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
rbrady@ycst.com
kenos@ycst.com
jkochenash@ycst.com
tpowell@ycst.com

-and-

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Susheel Kirpalani (admitted pro hac vice)
Benjamin Finestone (admitted pro hac vice)
Daniel Holzman (admitted pro hac vice)
Jianjian Ye (admitted pro hac vice)
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel.: (212) 849 7000
susheelkirpalani@quinnemanuel.com
benjaminfinestone@quinnemanuel.com
danielholzman@quinnemanuel.com
jianjianye@quinnemanuel.com

Counsel for Debtor, BYJU's Alpha, Inc.