# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BYJU'S ALPHA, INC.,[1]<br><br>                    Debtor. | Chapter 11<br><br>Case No. 24-10140 (JTD)<br><br>Ref. Docket Nos. 5, 98, 149 & 153 |

**CERTIFICATION OF COUNSEL REGARDING FINAL ORDER
(I) AUTHORIZING THE USE OF CASH COLLATERAL, (II) AUTHORIZING
THE DEBTOR TO OBTAIN POSTPETITION FINANCING,
(III) GRANTING SENIOR POSTPETITION SECURITY INTERESTS, AND
ACCORDING SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS
PURSUANT TO SECTIONS 364(C) AND 364(D) OF THE BANKRUPTCY
CODE, (IV) GRANTING ADEQUATE PROTECTION, (V) MODIFYING
THE AUTOMATIC STAY, AND (VI) GRANTING RELATED RELIEF**

On February 2, 2024, the debtor and debtor in possession in the above-captioned case (the "Debtor") filed the *Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral, (II) Authorizing the Debtor to Obtain Postpetition Financing, (III) Granting Senior Postpetition Security Interests, and According Superpriority Administrative Expense Status Pursuant to Sections 364(c) and 364(d) of the Bankruptcy Code, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, and (VI) Granting Related Relief* [Docket No. 5] (the "Motion").[2]

On February 21, 2024, the Debtor filed a supplement to the Motion [Docket No. 98] (the "Supplement") with a draft of an order approving the Motion on a final basis attached as Exhibit A (the "Proposed Final Order"). Responses to the entry of the Proposed Final Order were

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, are: BYJU's Alpha, Inc. (4260). The location of the Debtor's service address for purposes of this chapter 11 case is: 1007 N. Market St. Ste. G20 452, Wilmington, Delaware 19801.

[2] Terms not otherwise defined herein shall be given the meanings ascribed to them in the Motion.

31514176.2

to be filed and served no later than 4:00 p.m. (ET) on March 19, 2024 (the "Objection Deadline").[3] Aside from informal comments from the Office of the United States Trustee (the "U.S. Trustee"), no responses were received prior to the Objection Deadline.

On March 25 and March 27, 2024, the Debtors filed notices regarding an increase of the DIP Facility to, ultimately, approximately $278.8 million (the "Increased DIP Facility Amount"). [Docket Nos. 149 & 153]. Responses to the Increased DIP Facility Amount were to be filed and served no later than 4:00 p.m. (ET) on April 3, 2024 (the "Increased DIP Objection Deadline"). No responses were received prior to the Increased DIP Objection Deadline.

The Debtors have revised the Proposed Final Order to address the U.S. Trustee's informal comments in the form attached hereto as **Exhibit 1** (the "Revised Proposed Final Order"). For the convenience of the Court and interested parties, a blackline comparing the Proposed Final Order to the Revised Proposed Final Order is attached hereto as **Exhibit 2**. The Revised Proposed Final Order was shared with the U.S. Trustee, and the U.S. Trustee has represented that she does not object to entry of the Revised Proposed Final Order. Accordingly, the Debtor respectfully requests that the Court enter the Revised Proposed Final Order at its earliest convenience without further notice or hearing.

---

[3] The Debtor extended the objection deadline with respect to the Proposed Final Order because certain of the Prepetition Secured Parties were not served with notice of the Hearing.

<table>
<tr><td>Dated: April 4, 2024<br>Wilmington, Delaware</td><td>**YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Kenneth J. Enos*<br>Robert S. Brady (Del. No. 2847)<br>Kenneth J. Enos (Del. No. 4544)<br>Jared W. Kochenash (Del. No. 6557)<br>Timothy R. Powell (Del. No. 6894)<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>rbrady@ycst.com<br>kenos@ycst.com<br>jkochenash@ycst.com<br>tpowell@ycst.com<br><br>-and-<br><br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Susheel Kirpalani (admitted *pro hac vice*)<br>Benjamin Finestone (admitted *pro hac vice*)<br>Daniel Holzman (admitted *pro hac vice*)<br>Jianjian Ye (admitted *pro hac vice*)<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Tel.: (212) 849 7000<br>susheelkirpalani@quinnemanuel.com<br>benjaminfinestone@quinnemanuel.com<br>danielholzman@quinnemanuel.com<br>jianjianye@quinnemanuel.com<br><br>*Counsel for the Debtor*</td></tr>
</table>