**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| BYJU's Alpha, Inc.,[1] | ) ) | Case No. 24-10140 (JTD) |
| Debtor. | ) ) ) | Ref. Docket No. 163 (Sealed) and 164 (redacted) |

### ORDER DIRECTING THE EXAMINATION OF THE U.S. LOAN GUARANTORS

Upon the *Motion of Debtor for An Order Directing the Examination of the U.S. Loan Guarantors* [D.I. 163 (sealed) and 164 (redacted)] (the "Motion") pursuant to Federal Rules of Bankruptcy Procedure Rule 2004 and United States Bankruptcy Court for the District of Delaware Local Rule 2004-1 ("Rule 2004 Examination"), and this Court having jurisdiction to consider the Motion and the relief requested therein; and the Court having determined that Rule 2004 Examination is appropriate for the reasons set forth in the Motion, and that the time for compliance with the Rule 2004 Examination is reasonable; and after due deliberation and sufficient cause appearing therefore;

**IT IS HEREBY ORDERED THAT:**

1) The Motion is GRANTED to the extent set forth herein.

2) The Debtor is authorized to issue subpoenas on or after April 24, 2024 in substantially the form attached as **Exhibit A** to the Motion to EPIC! Creations Inc., Neuron Fuel Inc., and Tangible Play, Inc. (collectively, the "U.S. Loan

---

[1] The Debtor in this Chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260). The location of the Debtor's service address for purposes of this Chapter 11 case is: 1007 N. Market St. Ste. G20 452, Wilmington, Delaware 19801.

31535589.2

Guarantors") pursuant to Federal Rules of Bankruptcy Procedure Rules 2004 and 9016. The U.S. Loan Guarantors are directed to (i) produce documents in response to the document requests in the subpoenas, subject to their objections, within twenty-one (21) days of the service of the subpoenas and (ii) appear for oral examination and provide testimonies on topics set forth in the subpoenas, subject to their objections, thereafter at times to be scheduled upon reasonable notice; provided, however, such examination shall not take place later than fourteen (14) days after the production of documents unless otherwise agreed by the parties or ordered by the Court.

3) All objections to the subpoenas are preserved, the U.S. Loan Guarantors will participate in good faith meet and confers with the Debtor concerning the requested discovery.

4) A status conference will occur concerning the status of discovery, on May 21, 2024 at 10:00 a.m. (ET).

5) The Debtor may serve, in due course, pursuant to Federal Rules of Bankruptcy Procedure Rule 2004, such additional discovery requests, including follow-up requests and oral examinations, as to the same subject matters, upon the U.S. Loan Guarantors.

6) This Order is without prejudice to the right of the Debtor to seek further discovery of any other entity.

7) The terms and conditions of this Order shall be effective immediately and enforceable upon its entry.

8) This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Dated: April 23rd, 2024**
**Wilmington, Delaware**

**JOHN T. DORSEY**
**UNITED STATES BANKRUPTCY JUDGE**