# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| BYJU'S ALPHA, INC.,[1] | ) Chapter 11 |
| | ) |
| Debtor. | ) Case No. 24-10140 (JTD) |
| | ) |
| | ) |
| BYJU'S ALPHA, INC., | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Adv. Pro. Case No. 24-50013 (JTD) |
| | ) |
| CAMSHAFT CAPITAL FUND, LP, | ) |
| CAMSHAFT CAPITAL ADVISORS, LLC, | ) |
| CAMSHAFT CAPITAL MANAGEMENT, LLC, | ) |
| RIJU RAVINDRAN, INSPILEARN LLC, AND | ) |
| THINK AND LEARN PRIVATE LIMITED, | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED
### FOR VIRTUAL HEARING ON APRIL 30, 2024 AT 1:00 P.M. (ET)

> This telephonic status conference will be conducted remotely. Please register with the eCourtAppearances tool available on the Court's website. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing.

**MATTER GOING FORWARD**

1. Debtor's Motion for A Ruling to Show Cause Why Riju Ravindran Should Not be Held in Contempt for Violating the Preliminary Injunction Order [D.I. 105, 3/29/24 (sealed)]

    Related Documents:

    A. Order Granting Debtor's Motion for a Preliminary Injunction [D.I. 84, 3/18/24]

    B. Certification of Counsel [D.I. 91, 3/21/24]

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260). The location of the Debtor's service address for purposes of this chapter 11 case is: 1007 N. Market St. Ste. G20 452, Wilmington, DE 19801.

31588200.1

C.    Motion of Debtor for Shortening Time Regarding Motion for A Ruling to Show Cause Why Riju Ravindran Should Not be Held in Contempt for Violating the Preliminary Injunction Order [D.I. 107, 3/29/24]

Response Deadline to Motion to Shorten:  April 3, 2024 at 4:30 p.m. (ET)

Responses Received:

D.    Letter to Hon. John T. Dorsey from Sheron Korpus on behalf of Riju Ravindran [D.I. 110, 3/29/24]

E.    Limited Objection of Defendant Riju Ravindran to Motion of Debtor for Shortening Time Regarding Motion for A Ruling to Show Cause Why Riju Ravindran Should Not be Held in Contempt for Violating the Preliminary Injunction Order [D.I. 113, 4/3/24]

F.    Declaration of Riju Ravindran [D.I. 114, 4/3/24]

G.    Supplemental Certification of Counsel [D.I. 121, 4/8/24]

Status:  This matter is going forward as a status conference.

Dated: April 26, 2024
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Kenneth J. Enos*
Robert S. Brady (Del. No. 2847)
Kenneth J. Enos (Del. No. 4544)
Jared W. Kochenash (Del. No. 6557)
Timothy R. Powell (Del. No. 6894)
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
rbrady@ycst.com
kenos@ycst.com
jkochenash@ycst.com
tpowell@ycst.com

-and-

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Susheel Kirpalani (admitted *pro hac vice*)
Benjamin Finestone (admitted *pro hac vice*)
Daniel Holzman (admitted *pro hac vice*)
Jianjian Ye (admitted *pro hac vice*)

31588200.1

51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel.: (212) 849 7000
susheelkirpalani@quinnemanuel.com
benjaminfinestone@quinnemanuel.com
danielholzman@quinnemanuel.com
jianjianye@quinnemanuel.com

Counsel for Debtor, BYJU's Alpha, Inc.

31588200.1