# EXHIBIT A

# quinn emanuel trial lawyers

865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

April 23, 2024

Timothy R. Pohl
CEO
BYJU'S's Alpha
2045 N. Fremont Street
Chicago, Illinois 60614

Matter #: 12013-00001
Invoice Number: 101-0000169251
Responsible Attorney: Benjamin Finestone

<u>Representation of BYJU'S's Alpha and Its Independent Director</u>

For Professional Services through March 31, 2024 in connection with representing BYJU'S's Alpha, as directed by Mr. Pohl as the sole director and officer of BYJU'S's Alpha.

| | |
|---|---:|
| Fees | $1,007,161.00 |
| 50% Credit for Non-working Travel | -$12,280.50 |
| 10% Discount | -$99,488.05 |
| Net Billed Fees | $895,392.45 |
| Expenses | $18,020.69 |
| Net Amount | $913,413.14 |
| Total Due This Invoice | $913,413.14 |

**Confidential – May include attorney-client privileged and work-product information**

# quinn emanuel trial lawyers

April 23, 2024                                                                                          Matter #: 12013-00001
Page 2                                                                                    Invoice Number: 101-0000169251

## Statement Detail

### BY01  Case Administration

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 03/01/24 | BH2 | Register all attorneys and Mr. Pohl to participate in the March 4th hearing (.5); review ECF filings and update pleading files for attorneys' review prior to the upcoming hearings (1.5); calendar numerous deadlines and hearing dates (.3). | 2.30 | 1,265.00 |
| 03/04/24 | OG | Communications by the Judicial Assistant re cancellation of case management hearing set March 5 (.1); confer with team re same (.1). | 0.20 | 153.00 |
| 03/04/24 | BH2 | Email communications with B. Finestone, T. Pohl, and B. Walters regarding the March 4th status conference (.2); review ECF filings (.8) and update files to current status, calendaring hearing dates and deadlines (.3); review Agenda for the March 6th hearing (.1) and sign up numerous attorneys and T. Pohl to attend via Zoom (.4). | 1.80 | 990.00 |
| 03/08/24 | JL1 | Standing call with B. Finestone, C. Botvinnik, J. Ye, and KE counsel regarding the status of the case (0.5). | 0.50 | 530.00 |
| 03/12/24 | BH2 | Register BYJU team and T. Pohl to attend the March 14th hearing via Zoom (.5). | 0.50 | 275.00 |
| 03/18/24 | BH2 | Review ECF filings and update files to current status, calendaring any hearing dates and deadlines (.9). | 0.90 | 495.00 |
| 03/21/24 | BH2 | Review ECF filings and update files to current status (.6). | 0.60 | 330.00 |
| 03/22/24 | BH2 | Register attorneys to listen to the Zoom hearing scheduled for March 26th (.4). | 0.40 | 220.00 |
| 03/27/24 | BH2 | Begin to review and download the Pacer documents on the BYJU's Alpha | 0.70 | 385.00 |

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

**quinn emanuel** trial lawyers

April 23, 2024                                           Matter #: 12013-00001
Page 3                                          Invoice Number: 101-0000169251

|          |      |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                          |       |          |
|----------|------|----------------------|-------|----------|
|          |      | appeals docket (.7).                                                                                                                                                                                                                                                                                                                                                                                                                                                                                      |       |          |
| 03/28/24 | BH2  | Review documents filed in the second appeal from the adversary ruling (.4) and update files to current status (.3).                                                                                                                                                                                                                                                                                                                                                                                        | 0.70  | 385.00   |
|          |      | SUBTOTAL                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                  | 8.60  | 5,028.00 |

**BY05   Fee/Employment Application**

|          |      |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                          |       |          |
|----------|------|----------------------|-------|----------|
| 03/05/24 | BH2  | Begin to prepare February Monthly Fee Statement (4.1).                                                                                                                                                                                                                                                                                                                                                                                                                                                    | 4.10  | 2,255.00 |
| 03/19/24 | BH2  | Continue to prepare the First Monthly Fee Statement on behalf of Quinn Emanuel (2.9).                                                                                                                                                                                                                                                                                                                                                                                                                     | 2.90  | 1,595.00 |
| 03/25/24 | BH2  | Continue to prepare First Monthly Fee Statement (1.3).                                                                                                                                                                                                                                                                                                                                                                                                                                                    | 1.30  | 715.00   |
| 03/26/24 | EMK  | Review and revise the first monthly fee statement (.8).                                                                                                                                                                                                                                                                                                                                                                                                                                                   | 0.80  | 1,340.00 |
| 03/26/24 | BH2  | Continue to prepare the February Monthly Fee Statement (2.1) and forward to B. Finestone, E. Kay, and D. Holzman for additional comments (.2); email communications with B. Walters (Young Conaway) regarding the Monthly Fee Statement (.1) and revise to incorporate Ms. Walter's suggestions (.3); serve a file-stamped copy of the Monthly Fee Statement to the parties listed on the Interim Compensation Order (.3).                                                                                    | 3.00  | 1,650.00 |
|          |      | SUBTOTAL                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                  | 12.10 | 7,555.00 |

**BY08   Attend Court Hearing**

|          |      |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                          |       |          |
|----------|------|----------------------|-------|----------|
| 03/01/24 | JY2  | Prepare for (1.3) and attend the court hearing on motion for protective order (.7).                                                                                                                                                                                                                                                                                                                                                                                                                       | 2.00  | 2,840.00 |
| 03/01/24 | JL1  | Prepare for (.3) and attend the Court hearing (status conference) (.7).                                                                                                                                                                                                                                                                                                                                                                                                                                   | 1.00  | 1,060.00 |
| 03/01/24 | CB7  | Attend partial hearing on the discovery                                                                                                                                                                                                                                                                                                                                                                                                                                                                   | 0.30  | 193.50   |

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

# quinn emanuel trial lawyers

| | | | | |
|---|---|---|---|---|
| | | dispute (0.3). | | |
| 03/01/24 | DH3 | Attend court hearing discovery dispute (.7). | 0.70 | 1,099.00 |
| 03/01/24 | BF1 | Prepare for (.6) and attend hearing re motion for protective order (.7). | 1.30 | 2,353.00 |
| 03/04/24 | JY2 | Prepare for (0.3) and attend court hearing (0.7). | 1.00 | 1,420.00 |
| 03/04/24 | CB7 | Attend Delaware Hearing for status conference regarding Defendants' production (0.3). | 0.30 | 193.50 |
| 03/04/24 | JL1 | Prepare for (0.1) and attend the show cause hearing (0.3). | 0.40 | 424.00 |
| 03/04/24 | BF1 | Attend hearing re order to show cause (.3) and discuss same with D. Holzman (.1). | 0.40 | 724.00 |
| 03/04/24 | DH3 | Attend court hearing (.3) and discuss the same with B. Finestone (.1). | 0.40 | 628.00 |
| 03/06/24 | CB7 | Attend hearing (1). | 1.00 | 645.00 |
| 03/06/24 | JY2 | Prepare for (1.1) and attend the TRO hearing (1.0). | 2.10 | 2,982.00 |
| 03/06/24 | BF1 | Attend hearing re TRO (1.0). | 1.00 | 1,810.00 |
| 03/06/24 | JL1 | Court hearing on the TRO (1.0). | 1.00 | 1,060.00 |
| 03/06/24 | DH3 | Prepare for (.2) and attend court hearing (1.0). | 1.20 | 1,884.00 |
| 03/14/24 | DH3 | Prepare for (.4) and attend court hearing on order to show cause and preliminary injunction hearing (4.1). | 4.50 | 7,065.00 |
| 03/14/24 | CB7 | Prepare for (2.3) and attend hearing on the Order to Show Cause and Preliminary Injunction Hearings (4.1). | 6.40 | 4,128.00 |
| 03/14/24 | JY2 | Prepare for preliminary injunction hearing (3.1); attend hearing (4.1). | 7.20 | 10,224.00 |
| 03/14/24 | BF1 | Attend hearing re order to show cause and preliminary injunction hearing (4.1). | 4.10 | 7,421.00 |
| 03/14/24 | JN7 | Prepare for TRO hearing (1.3) and | 5.40 | 5,076.00 |

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

**quinn emanuel trial lawyers**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | attend the TRO hearing (4.1). | | |
| 03/14/24 | JL1 | Attending preliminary injunction hearing and order to show cause hearing (4.8). | 4.80 | 5,088.00 |
| | | SUBTOTAL | 46.50 | 58,318.00 |

**BY09   Adversary Proceedings**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 03/01/24 | CB7 | Draft direct examination of Tim Pohl (1.3); review and revise Opposition to Protective Order (1.2); prepare proposed order for filing (0.5); prepare for hearing (2.3). | 5.30 | 3,418.50 |
| 03/01/24 | JY2 | Revise and finalize protective order (0.2). | 0.20 | 284.00 |
| 03/01/24 | JY2 | Discussion with Kirkland & Ellis and Young Conaway teams re next steps (0.5). | 0.50 | 710.00 |
| 03/01/24 | DH3 | Conference call with B. Finestone and Kirkland & Ellis to discuss discovery dispute (.4). | 0.40 | 628.00 |
| 03/01/24 | JL1 | Summarize the court hearing (1.0). | 1.00 | 1,060.00 |
| 03/01/24 | JL1 | Begin to review documents re the motion for show cause (0.9). | 0.90 | 954.00 |
| 03/01/24 | JL1 | Revise the protective order (0.4). | 0.40 | 424.00 |
| 03/01/24 | BF1 | Prepare for hearing on motion for protective order filed by Camshaft (3.5); confer with K. Enos, J. Ye re same after hearing and re Monday follow up hearing (.6); email correspondence with H. Lovell re request for discussion with T Pohl (.2); confer with T. Pohl re same (.8); telephone conference with T. Pohl following call with W. Morton (.5). | 5.60 | 10,136.00 |
| 03/02/24 | JY2 | Call with Kirkland and Ellis and Young Conaway teams re case strategy and Camshaft settlement discussion (1.0); correspond with C. | 1.30 | 1,846.00 |

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

# quinn emanuel trial lawyers

|          |     |                                                                                                                                                                                                                                   |       |           |
|----------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|-----------|
|          |     | Botvinnik and F. Lu regarding status report to Court (0.3).                                                                                                                                                                        |       |           |
| 03/02/24 | BF1 | Conference call with T. Pohl, DIP Lender counsel, J. Ye re status of March 4th hearing and Camshaft failure to meet Court deadline (1.0).                                                                                           | 1.00  | 1,810.00  |
| 03/03/24 | JY2 | Call with Kirkland & Ellis and Young Conaway teams re case strategy (0.5).                                                                                                                                                         | 0.50  | 710.00    |
| 03/03/24 | CB7 | Conference with Kirkland & Ellis and Young Conaway regarding the show cause hearing (0.5); review and revise order to show cause (0.4); prepare binder for hearing (0.5).                                                          | 1.40  | 903.00    |
| 03/03/24 | JL1 | Call with Kirkland & Ellis regarding the order to show cause (0.5); prepare binder for the potential order to show cause hearing (0.6).                                                                                             | 1.10  | 1,166.00  |
| 03/03/24 | BF1 | Prepare for direct testimony for TRO hearing (1.0); conference call with K. Enos, J. Ye, C. Botvinnik, DIP Lender counsel re TRO hearing and March 4th hearing preparation (.5); draft proposed order for show cause (.4).          | 1.90  | 3,439.00  |
| 03/04/24 | CB7 | Prepare for status conference hearing (3.3).                                                                                                                                                                                       | 3.30  | 2,128.50  |
| 03/04/24 | BF1 | Prepare for hearing re order to show cause (3.6); prepare direct testimony for March 6th TRO hearing (2.9); confer with C. Botvinnik re same and response to motion to dismiss (.5); telephone conference with T. Pohl re March 4th and March 6th hearing (.2). | 7.20  | 13,032.00 |
| 03/04/24 | JL1 | Review Camshaft's motion to dismiss adversary complaint (1.9) and research regarding whether Camshaft's motion to dismiss complaint is mooted (1.1).                                                                                | 3.00  | 3,180.00  |
| 03/05/24 | CB7 | Draft presentation for TRO hearing (0.9); call with Kirkland & Ellis (0.4); conference with B. Finestone, J. Ye,                                                                                                                   | 11.10 | 7,159.50  |

**quinn emanuel** trial lawyers

April 23, 2024                                                    Matter #: 12013-00001
Page 7                                          Invoice Number: 101-0000169251

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | and J. Lu regarding the TRO hearing (0.4); research standard for mere conduit (2.1); generate sharefile with exhibits (0.3); review and revise presentation (0.2); review Camshaft's and Riju's oppositions to TRO's (0.8); conference with team re reply brief to TRO (0.3); draft reply brief to TRO (5.3); research local rules regarding reply briefs (0.4). |  |  |
| 03/05/24 | JL1 | Call with J. Ye and C. Botvinnik (0.3) and research regarding the TRO (0.2). | 0.50 | 530.00 |
| 03/05/24 | JY2 | Attend call with Kirkland & Ellis re transfers breakdown (0.5); correspond with C. Botvinnik re mere conduit defense by Camshaft (0.3); revise TRO presentation slide deck (1.1); prepare reply brief in further support of TRO (9.1); multiple calls with B. Finestone, C. Botvinnik and F. Lu regarding TRO reply (1.2). | 12.20 | 17,324.00 |
| 03/05/24 | DH3 | Analyze opposition briefs (2.3) to TRO and exchange emails with B. Finestone regarding same (.2). | 2.50 | 3,925.00 |
| 03/05/24 | JL1 | Prepare the TRO slides (2.0); research and draft reply in suport of the TRO (9.0); research rules regarding use of demonstrative during the hearing (0.5). | 11.50 | 12,190.00 |
| 03/05/24 | BF1 | Prepare for TRO hearing, including direct testimony and argument (5.1); conference call with J. Ye, C. Botvinnik, F. Lu re planning for response (.5); review oppositions to the TRO motion (1.5). | 7.10 | 12,851.00 |
| 03/06/24 | JY2 | Prepare TRO reply brief (7.1); review and finalize TRO exhibit (0.2). | 7.30 | 10,366.00 |
| 03/06/24 | CB7 | Draft reply brief to TRO (0.5); review, revise, and cite check TRO reply brief (2.7); prepare for hearing (2.5). | 5.70 | 3,676.50 |
| 03/06/24 | JL1 | Revise reply in support of the TRO | 2.50 | 2,650.00 |

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

**quinn emanuel** trial lawyers

| | | | | |
|---|---|---|---|---|
| | | (2.5). | | |
| 03/06/24 | JL1 | Prepare the reply in support of TRO (3.5). | 3.50 | 3,710.00 |
| 03/06/24 | BF1 | Prepare for TRO hearing, including with witness and for argument (5.2); confer with T. Pohl following hearing re equitable natures of claims (.9). | 6.10 | 11,041.00 |
| 03/07/24 | JY2 | Call with B. Finestone re strategy (0.8); prepare strategy email and task list (0.7); team call to discuss strategy and task list (0.5); prepare supplemental briefing for preliminary injunction hearing (5.9); call with J. Nakdimon re onboarding and email re research assignment (0.8). | 8.70 | 12,354.00 |
| 03/07/24 | JL1 | Identify a list of research issues (0.5). | 0.50 | 530.00 |
| 03/07/24 | JL1 | Call with J. Ye and C. Botvinnik regarding preparation of the preliminary injunction hearing (0.5). | 0.50 | 530.00 |
| 03/07/24 | JL1 | Identify, research, and summarize rules on various evidentiary and logistics issues of the preliminary injunction hearing (7.5). | 7.50 | 7,950.00 |
| 03/07/24 | BF1 | Research J. Dorsey inquiries re Grupo Mexicano and outline portions of brief (2.7); review R. Ravindran's deposition transcript from Ch Court litigation (2.1). | 4.80 | 8,688.00 |
| 03/07/24 | JN7 | Conference with J. Ye to discuss pending issues in the adversary proceeding (0.6); review pleadings to date in adversary matter (1.1). Research Grupo Mexicano Issue (0.7). | 2.40 | 2,256.00 |
| 03/08/24 | CB7 | Research for Preliminary Injunction Supplementary Brief (4.2). | 4.20 | 2,709.00 |
| 03/08/24 | BF1 | Attend update call with DIP Lender counsel, JJ Ye, C Botvninnik, K. Enos re impending discovery and preliminary injunction hearing (.5). | 0.50 | 905.00 |

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

**quinn emanuel** trial lawyers

April 23, 2024
Page 9

Matter #: 12013-00001
Invoice Number: 101-0000169251

| 03/08/24 | JY2 | Prepare supplemental briefing for preliminary injunction hearing (7.6); prepare instruction emails to team regarding follow-up research items for preliminary injunction briefing (0.4); correspond with B. Finestone re preliminary injunction briefing arguments (0.6); strategy call with Kirkland & Ellis and Young Conaway teams (0.5). | 9.10 | 12,922.00 |
|---|---|---|---|---|
| 03/08/24 | JL1 | Research re supplemental briefing on TRO (2.5). | 2.50 | 2,650.00 |
| 03/08/24 | JN7 | Review pleadings and transcript from March 6th argument (0.2); research Grupo Mexicano issues as applied to Bankruptcy Proceedings (5.8). | 6.00 | 5,640.00 |
| 03/08/24 | DH3 | Call with QE team and Kirkland & Ellis team to discuss TRO hearing (.5). | 0.50 | 785.00 |
| 03/09/24 | JY2 | Prepare preliminary injunction hearing supplemental brief (8.1). | 8.10 | 11,502.00 |
| 03/09/24 | CB7 | Research for Preliminary Injunction Supplementary Briefing (2.2); review First Day Declaration for key facts surrounding timeline of defaults (0.1). | 2.30 | 1,483.50 |
| 03/09/24 | JN7 | Research legal issues pertaining to supplemental pleading in TRO motion. (4.2). | 4.20 | 3,948.00 |
| 03/09/24 | JL1 | Research and prepare memorandum in support of the supplemental briefing for preliminary injunction, including issues on accounting and preliminary injunction granted for breach of fiduciary duty claim (7.2). | 7.40 | 7,844.00 |
| 03/10/24 | CB7 | Research for Preliminary Injunction Supplementary Briefing (3.0). | 3.00 | 1,935.00 |
| 03/10/24 | JY2 | Prepare preliminary injunction hearing supplemental brief (7.7). | 7.70 | 10,934.00 |
| 03/10/24 | JL1 | Research (4.1) and prepare memorandum in support of the supplemental briefing on Grupo | 9.00 | 9,540.00 |

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

**quinn emanuel** trial lawyers

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | Mexicano, including issues on preliminary injunction granted on basis of constructive trust; "futility" on issuing the preliminary injunction; and complaint deemed amended (4.9). |  |  |
| 03/10/24 | JN7 | Research legal issues concerning attachment, equitable remedies for supplemental TRO brief. (2.6). | 2.60 | 2,444.00 |
| 03/11/24 | DH3 | Call with QE team and Kirkland & Ellis to discuss TRO hearing (.3). | 0.30 | 471.00 |
| 03/11/24 | CB7 | Draft response to Motion to Dismiss Complaint (0.4); review, revise, and cite-check TRO brief (2.4). | 2.80 | 1,806.00 |
| 03/11/24 | CDO | Strategize on potential complaint to the SEC regarding fraudulent transfers and draft internal correspondence regarding same (3.30). | 3.30 | 6,583.50 |
| 03/11/24 | BF1 | Update call with DIP Lender counsel, R. Brady, K. Enos, J. Lu, J. Ye, D. Holzman, C. Botvinnik re preliminary injunction hearing, discovery related thereto (.5). | 0.50 | 905.00 |
| 03/11/24 | BF1 | Review the scheduling order for the supplemental TRO briefing (.2); revise the supplemental brief (2.5); telephone call with T. Pohl re witness preparation (.5). | 3.20 | 5,792.00 |
| 03/11/24 | JL1 | Cite-check and revise the Supplemental Briefing re Grupo Mexicano (5.0). | 5.00 | 5,300.00 |
| 03/11/24 | JL1 | Research, review, and analyze cases regarding due process concern in relation to having the preliminary injunction bind the non-parties (2.1). | 2.10 | 2,226.00 |
| 03/11/24 | JY2 | Revise preliminary injunction hearing supplemental brief to incorporate comments from B. Finestone and Kirkland & Ellis team (8.9). | 8.90 | 12,638.00 |
| 03/11/24 | JN7 | Revise the supplemental briefing in TRO motion. (4.9). | 4.90 | 4,606.00 |

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

**quinn emanuel** trial lawyers

| 03/12/24 | CB7 | Cite-check Preliminary Injunction Brief (2.5); prepare redactions for Preliminary Injunction Brief (0.2); finalize exhibits for filing of Preliminary Injunction Brief and prepare brief for filing (1.1). | 3.80 | 2,451.00 |
|---|---|---|---|---|
| 03/12/24 | BF1 | Review the supplemental brief (1.7). | 1.70 | 3,077.00 |
| 03/12/24 | JL1 | Prepare exhibits for the supplemental brief (2.0); review relevant rules and pre-trial order to identify the evidentiary issues (3.0). | 5.00 | 5,300.00 |
| 03/12/24 | JL1 | Revise the supplemental briefing (3.5). | 3.50 | 3,710.00 |
| 03/12/24 | JY2 | Revise and finalize preliminary injunction hearing supplemental brief (4.1); call with B. Finestone re strategy (0.5); review exhibits and proposed redactions in supplemental brief (0.6). | 5.20 | 7,384.00 |
| 03/12/24 | JN7 | Finalize the Supplemental Brief and exhibits. (5.1). | 5.10 | 4,794.00 |
| 03/13/24 | JY2 | Review Ravindran supplemental brief (.9) and prepare strategy email to B. Finestone (.4); attend call with opposing counsel re evidentiary issues (0.3); review and revise cross-outline of Morton (2.3); coordinate with team re exhibits, hearing binders and logistics for preliminary injunction hearing (0.6); review and revise opposition to Camshaft's motion to dismiss (0.3); review and revise Q&A sheet re enforcement of preliminary injunction order (0.8); review and revise adversary authority cheatsheet (1.5). | 7.10 | 10,082.00 |
| 03/13/24 | CB7 | Compile exhibits for binders and prepare binders for the hearing (2.5); organize logistics for deposition transcripts with Veritext to use during the hearing if needed (0.4); draft cross-examination of William Morton (1.6); conference with Kirkland & Ellis and | 7.50 | 4,837.50 |

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

**quinn emanuel** trial lawyers

April 23, 2024                                                    Matter #: 12013-00001
Page 12                                                    Invoice Number: 101-0000169251

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | Young Conaway re upcoming hearing (0.3); review hearing logistics (0.3); draft response to the motion to dismiss the adversary proceeding (0.3); review cases cited by Ravindran in Opposition to Preliminary Injunction Brief and prepare chart (2.1). |  |  |
| 03/13/24 | BH2 | Review the briefs filed in the adversary proceeding for the hearing scheduled for March 14th and obtain all cases cited (6.1). | 6.10 | 3,355.00 |
| 03/13/24 | BF1 | Telephone call with T. Pohl re impending preliminary injunction hearing (1.0); prepare for preliminary injunction hearing argument and witness cross examination (7.9). | 8.90 | 16,109.00 |
| 03/13/24 | JN7 | Prepare chart distinguishing hostile authorities (4.2); coordinate preparation of binders for hearing. (0.2). legal research concerning issues of notice under Rule 65 and enforcement of injunctions as to those acting in concert (5.7); prepare Q&A document on the above issues. (1.3). | 11.40 | 10,716.00 |
| 03/13/24 | JL1 | Review, analyze, and summarize cases cited in the Ravindran deposition for the hearing (7.6), prepare preliminary injunction hearing binder (2.4); prepare exhibits list (1.2); correspondence regarding logistics of the preliminary injunction hearing (1.0). | 12.20 | 12,932.00 |
| 03/14/24 | JY2 | Prepare email to Ravindran re bench ruling (0.3); revise proposed order (0.7). | 1.00 | 1,420.00 |
| 03/14/24 | CB7 | Draft proposed order (0.5); conference with J. Ye regarding proposed order (0.3); prepare for hearing (2.8). | 3.60 | 2,322.00 |
| 03/14/24 | BF1 | Prepare for opening statement and witness examination for preliminary | 3.20 | 5,792.00 |

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

# quinn emanuel trial lawyers

April 23, 2024                                                                                    Matter #: 12013-00001
Page 13                                                                              Invoice Number: 101-0000169251

|          |      |                                                                                                                                                                        |      |          |
|----------|------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|----------|
|          |      | injunction hearing (1.9); confer with B. Schartz, R. Howell, R. Shankar re strategy for same (.9); conference call with counsel for Camshaft, R. Ravindran re evidentiary issues for preliminary injunction hearing (.4). |      |          |
| 03/14/24 | JL1  | Analyze cases cited in the Ravindran Opposition to prepare for the preliminary injunction hearing (1.5).                                                                 | 1.50 | 1,590.00 |
| 03/15/24 | JY2  | Revise proposed preliminary injunction order (0.3); attend strategy call with Kirkland & Ellis team and Young Conaway team (0.5).                                        | 0.80 | 1,136.00 |
| 03/15/24 | DH3  | Call with QE team, Young Conaway, and Kirkland & Ellis to discuss litigation (.5).                                                                                      | 0.50 | 785.00   |
| 03/15/24 | CB7  | Conference with Kirkland & Ellis and Young Conaway (0.3).                                                                                                                | 0.30 | 193.50   |
| 03/15/24 | BF1  | Update call with DIP Lender counsel, R. Brady, K. Enos, J. Lu, J. Ye, D. Holzman, C. Botvinnik re aftermath of preliminary injunction hearing, discovery, merits next steps related thereto (.5). | 0.50 | 905.00   |
| 03/15/24 | BF1  | Review proposed order on preliminary injunction and share comments (.5); review party comments to same (.7); draft email to P V Tohl re amended complaint (.3).          | 1.50 | 2,715.00 |
| 03/15/24 | JL1  | Review list regarding pending items for the next week (0.2).                                                                                                             | 0.20 | 212.00   |
| 03/16/24 | BF1  | Review Riju Ravindran's comments to the proposed order (.3); email correspondence with P. Nash re contempt fee (.2).                                                     | 0.50 | 905.00   |
| 03/17/24 | JY2  | Revise proposed order (.3) and prepare cover email (0.1).                                                                                                                | 0.40 | 568.00   |
| 03/17/24 | BF1  | Review markup of proposed order (.2).                                                                                                                                    | 0.20 | 362.00   |

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

**quinn emanuel** trial lawyers

| | | | | |
|---|---|---|---|---|
| 03/18/24 | CB7 | Review proposed order (0.3); conference with J. Ye regarding the proposed order (0.3); generate and circulate task list (0.1); draft joint stipulation (0.4); conference with Kirkland & Ellis and Young Conaway (0.3); research process for motion for leave to amend (0.3). | 1.70 | 1,096.50 |
| 03/18/24 | DH3 | Prepare for (.4) and call with QE team, Young Conaway, and Kirkland & Ellis to discuss litigation (.5). | 0.90 | 1,413.00 |
| 03/18/24 | BF1 | Conference call with counsel to R. Ravindran and Camshaft re form of proposed order re preliminary injunction (.4); review stipulation re response to motion to dismiss (.5). | 0.90 | 1,629.00 |
| 03/18/24 | JL1 | Call with J. Ye, C. Botvinnik, and J. Nakdimon regarding case status (0.3); review the preliminary injunction hearing transcript and summarize cites regarding insolvency (1.7). | 2.00 | 2,120.00 |
| 03/18/24 | JY2 | Revise stipulation re extension of time for Camshaft to respond to the amended complaint (0.3); attend strategy call with KEKirkland & Ellis and YCYoung Conaway teams (0.5). | 0.80 | 1,136.00 |
| 03/18/24 | JN7 | Research for opposition to Camshaft Motion to Dismiss (2.1); conference with J. Ye, F. Lu, C.Botvinnik to plan workstreams (0.3); conference with J. Ye to discuss alternative methods of service (0.2); research on Hague Convention and alternative methods of service (3.5). | 6.10 | 5,734.00 |
| 03/19/24 | CB7 | Communicate with opposing counsel regarding joint stipulation (0.2); review and revise joint stipulation (0.5); draft motion for leave to amend (including conducting research and reviewing transcript) (3.5); organize veritext logistics for future depositions (0.1); research local rules regarding | 5.40 | 3,483.00 |

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

**quinn emanuel** trial lawyers

April 23, 2024                                    Matter #: 12013-00001
Page 15                                  Invoice Number: 101-0000169251

|            |      |                                                                                                                                                                                                                          |      |          |
|------------|------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|----------|
|            |      | appeal and deadlines (0.6); research for second amended complaint (0.5).                                                                                                                                                  |      |          |
| 03/19/24   | JN7  | Research legal issues concerning service on Indian defendants in either India or UAE (5.0).                                                                                                                               | 5.00 | 4,700.00 |
| 03/20/24   | DH3  | Conference call with QE team, Young Conaway, and Kirkland & Ellis to discuss litigation (.3).                                                                                                                             | 0.30 | 471.00   |
| 03/20/24   | BF1  | Conference call with DIP Lender counsel, K. Enos, J. Ye, W. Adams, D. Holzman, C. Botvinnik re all matters pending including adversary proceeding, DIP Financing, interlocutory appeal (.5).                              | 0.50 | 905.00   |
| 03/20/24   | WA   | Review contempt and preliminary injunction orders in preparation for work on appeal (.2); confer with B. Finestone regarding appellate jurisdiction (.4); conference with B. Finestone and co-counsel regarding case update & strategy (.3). | 0.90 | 1,629.00 |
| 03/20/24   | CB7  | Research finality of civil contempt order (0.6); draft for leave to amend (including conducting research) (2.1); draft second amended complaint (including conducting research) (2.4); and conference with Kirkland & Ellis and Young Conaway to discuss litigation(0.3). | 5.40 | 3,483.00 |
| 03/20/24   | BF1  | Telephone conference with R. Howell re strategy around amendment (.5); research re appealability of preliminary injunction and contempt ruling (.6).                                                                      | 1.10 | 1,991.00 |
| 03/21/24   | JY2  | Review Ravindran declaration and correspond with B. Finestone and team re next step (0.3); revise stipulation re extension of time (0.2); call with C. Botvinnik re second amended complaint (0.3).                       | 0.80 | 1,136.00 |
| 03/21/24   | DH3  | Review defendant's counsel's                                                                                                                                                                                              | 0.20 | 314.00   |

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

# quinn emanuel trial lawyers

April 23, 2024                                                    Matter #: 12013-00001
Page 16                                          Invoice Number: 101-0000169251

|          |       |                                                                                                                                      |       |           |
|----------|-------|--------------------------------------------------------------------------------------------------------------------------------------|-------|-----------|
|          |       | certification (.2).                                                                                                                   |       |           |
| 03/21/24 | JL1   | Research and analyze regarding the motion to show cause why Ravindran and the other two directors should not be held in contempt (4.2). | 4.20  | 4,452.00  |
| 03/21/24 | CB7   | Research for Second Amended Complain (2.1).                                                                                           | 2.10  | 1,354.50  |
| 03/21/24 | BH2   | Draft Motion for Show Cause (3.1).                                                                                                    | 3.10  | 1,705.00  |
| 03/22/24 | DH3   | Call with QE team, Young Conaway, and Kirkland & Ellis to discuss litigation (.3).                                                    | 0.30  | 471.00    |
| 03/22/24 | JY2   | Call with F. Lu re contempt motion and case strategy (0.5).                                                                           | 0.50  | 710.00    |
| 03/22/24 | CB7   | Conference with Kirkland & Ellis and Young Conaway re next steps in adversary proceeding (0.3); revise the proposed order to show cause (2.5) and conduct underlying research and transcript review (1.7). | 4.50  | 2,902.50  |
| 03/22/24 | JL1   | Research (5.5) and revise the motion to show cause why Ravindran and other two directors should not be held in contempt (4.5).        | 10.00 | 10,600.00 |
| 03/22/24 | JN7   | Prepare part of order to show cause . (0.6).                                                                                          | 0.60  | 564.00    |
| 03/23/24 | CB7   | Further revisions to the Order to Show Cause Motion (1.1) and conduct underlying research (1.8).                                      | 2.90  | 1,870.50  |
| 03/23/24 | JY2   | Revise contempt motion (4.2).                                                                                                         | 4.20  | 5,964.00  |
| 03/23/24 | JL1   | Revise the motion to show cause why Ravindran should not be held in contempt (6.5).                                                   | 6.50  | 6,890.00  |
| 03/24/24 | CB7   | Research for the Order to Show Cause (0.9).                                                                                           | 0.90  | 580.50    |
| 03/24/24 | JY2   | Revise contempt motion (4.1).                                                                                                         | 4.10  | 5,822.00  |
| 03/25/24 | DH3   | Call with QE team; Young Conaway, and Kirkland & Ellis to discuss                                                                    | 0.40  | 628.00    |

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

**quinn emanuel** trial lawyers

|  |  | litigation (.4). |  |  |
|---|---|---|---|---|
| 03/25/24 | JY2 | Attend strategy call with Kirkland & Ellis and Young Conaway teams (0.4); prepare strategy email to B. Finestone re same (0.7); Revise contempt motion (2.4). | 3.50 | 4,970.00 |
| 03/25/24 | CB7 | Draft Second Amended Complaint (1.5)and conduct related research (3.3); conference with Kirkland & Ellis and Young Conaway re status of pending litigation (0.4); prepare task list for the team for the week (0.1). | 5.30 | 3,418.50 |
| 03/26/24 | JY2 | Revise contempt motion (1.4). | 1.40 | 1,988.00 |
| 03/26/24 | CB7 | Draft Second Amended Complaint and conduct underlying research (5.9); draft proposed Order to Show Cause and incorporate edits (0.6). | 6.50 | 4,192.50 |
| 03/26/24 | BF1 | Email correspondence with QE team re impending motion for order to show cause (.5); legal analysis re same (1.1); revise draft motion re same (1.8). | 3.40 | 6,154.00 |
| 03/27/24 | CB7 | Draft Motion For Leave to Amend (.8) and conduct related research (2.0); conference with Kirkland & Ellis and Young Conaway re pending litigation (0.4); review and revise Order to Show Cause (2.4). | 5.60 | 3,612.00 |
| 03/27/24 | JY2 | Revise the second amended complaint (2.9); revise contempt motion (5.6); attend strategy call with Young Conaway and Kirkland & Ellis team re pending litigation (0.4). | 8.40 | 11,928.00 |
| 03/27/24 | DH3 | Call with QE team, Young Conaway; and Kirkland & Ellis teams to discuss litigation matters (.4). | 0.40 | 628.00 |
| 03/27/24 | BF1 | Revise motion for order to show cause (1.5). | 1.50 | 2,715.00 |
| 03/27/24 | JL1 | Standing call with Kirkland & Ellis re pending litigation (.4). | 0.40 | 424.00 |

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

**quinn emanuel** trial lawyers

April 23, 2024                                                                                    Matter #: 12013-00001
Page 18                                                                              Invoice Number: 101-0000169251

| 03/28/24 | JY2 | Correspond with YC team re opposing to Camshaft's motion to shorten notice (0.2); call with B. Finestone re case strategy (0.2); attend strategy call with Young Conaway and Kirkland & Ellis teams (0.7); revise and finalize contempt motion (1.3); prepare motion to shorten notice re contempt motion (1.5); review and revise exhibits to contempt motion and proposed redactions (0.7); review and revise proposed order for contempt motion (0.4); revise second amended complaint (2.3). | 7.30 | 10,366.00 |
|---|---|---|---|---|
| 03/28/24 | DH3 | Conference call with QE team, Young Conaway, and Kirkland & Ellis to discuss litigation (.7). | 0.70 | 1,099.00 |
| 03/28/24 | WA | Review and comment on the draft Delaware Supreme Court brief (3.8). | 3.80 | 6,878.00 |
| 03/28/24 | CB7 | Review and revise Motion For Leave to Amend (0.2); research local rules for motion to shorten notice deadline (0.1); draft motion to shorten notice response (0.5); review bank documents (0.3); research alternative method of service (0.6); conference with Kirkland & Ellis and Young Conaway re pending litigation (0.7); review and revise proposed order (0.3); review, revise, and cite-check order for show cause (2.8); draft proposed order (0.4); propose redactions for Order to Show Cause (0.3). | 6.20 | 3,999.00 |
| 03/28/24 | BF1 | Revise motion for order to show cause (1.7); review motion for stay pending appeal (2.5). | 4.20 | 7,602.00 |
| 03/28/24 | BF1 | Conference call with DIP Lender counsel, J. Ye, K. Enos, C. Botvinnik re evidentiary issues re April 9th hearing and impending 408 discussion with Camshaft (0.9). | 0.90 | 1,629.00 |

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

**quinn emanuel** trial lawyers

| 03/28/24 | JL1 | Revise the motion to amend (4.5); revise and finalize the motion to show cause why Ravindran should be held in contempt (5.0). | 9.50 | 10,070.00 |
|---|---|---|---|---|
| 03/28/24 | JN7 | Citecheck order for show cause for contempt motion (1.4); citecheck and proof motion to shorten (0.9). | 2.30 | 2,162.00 |
| 03/29/24 | JY2 | Revise second amended complaint (6.1). | 6.10 | 8,662.00 |
| 03/29/24 | CB7 | Research for Motion For Leave to Amend (0.8); outline and draft Motion to Stay (1.2). | 2.00 | 1,290.00 |
| 03/29/24 | BF1 | Conference call with H. Lovells attorneys, B. Schartz re evidentiary issues for April 9th hearing and FRE 408 discussion (.5); confer with B. Schartz re same (.4); analysis of motion for stay pending appeal (1.9). | 2.80 | 5,068.00 |
| 03/29/24 | JL1 | Revise the motion to amend (1.2); review Camshaft's motion to stay and propose response (4.0); review rules and protective order regarding sealing (0.5). | 5.70 | 6,042.00 |
| 03/30/24 | JY2 | Revise second amended complaint (7.3); revise motion to amend (2.0). | 9.30 | 13,206.00 |
| 03/30/24 | CB7 | Communicate with J. Ye regarding Second Amended Complaint (0.2); review production of Defendants for Second Amended Complaint (0.2). | 0.40 | 258.00 |
| 03/30/24 | JL1 | Revise the motion to amend (6.5); prepare the opposition to Camshaft's motion to stay pending appeal (1.7). | 8.20 | 8,692.00 |
| 03/31/24 | JY2 | Revise second amended complaint (2.2); call with B. Finestone re case strategy (0.3). | 2.50 | 3,550.00 |
| 03/31/24 | JN7 | Prepare opposition to Camshaft motion to stay (4.7). | 4.70 | 4,418.00 |
| 03/31/24 | JL1 | Research and prepare opposition to Camshaft's Motion to Stay (8.8); | 9.20 | 9,752.00 |

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

**quinn emanuel** trial lawyers

| | | | | |
|---|---|---|---|---|
| | | prepare Rule 26(f) correspondence (0.4). | | |
| 03/31/24 | BF1 | Revise amended complaint and related motion for leave (1.9); confer with J. Ye re same (.4). | 2.30 | 4,163.00 |
| | | SUBTOTAL | 520.00 | 607,472.50 |

**BY10  Other Contested Matters**

| | | | | |
|---|---|---|---|---|
| 03/04/24 | JY2 | Prepare strategy email re Camshaft's motion to dismiss (0.3) and prepare email to Camshaft re same (0.2). | 0.50 | 710.00 |
| 03/04/24 | JL1 | Review and analyze Camshaft's motion to dismiss the bankruptcy petition (2.0). | 2.00 | 2,120.00 |
| 03/07/24 | JL1 | Review and research case law in preparation for the opposition to Camshaft's motion to dismiss the bankruptcy petition (0.3). | 0.30 | 318.00 |
| 03/07/24 | JL1 | Research and review case law in preparation for opposition to Camshaft's motion to dismiss the bankruptcy petition (1.5). | 1.50 | 1,590.00 |
| 03/08/24 | JL1 | Research and review case law in preparation for the opposition to Camshaft's motion to dismiss the petition (5.0). | 5.00 | 5,300.00 |
| 03/11/24 | JL1 | Review and analyze case law cited in Camshaft's motion to dismiss the bankruptcy petition (4.0). | 4.00 | 4,240.00 |
| 03/12/24 | JL1 | Review cases cited in Camshaft's motion to dismiss the bankruptcy petition (2.0). | 2.00 | 2,120.00 |
| 03/15/24 | JL1 | Analyze cases cited in the Camshaft motion to dismiss the bankruptcy petition (0.8). | 0.80 | 848.00 |
| 03/16/24 | JL1 | Research, review, and analyze case law for the objection to Camshaft's motion to dismiss the bankruptcy petition (9.5). | 9.50 | 10,070.00 |

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

| 03/17/24 | JL1 | Prepare opposition to Camshaft's motion to dismiss the bankruptcy petition (10.8). | 10.80 | 11,448.00 |
| 03/18/24 | CB7 | Perform research for an objection to the Motion to Dismiss (2.5). | 2.50 | 1,612.50 |
| 03/18/24 | JL1 | Prepare objection to Camshaft's MTD bankruptcy petition (8.0). | 8.00 | 8,480.00 |
| 03/18/24 | JY2 | Revise opposition brief to Camshaft's motion to dismiss the chapter 11 petition (6.7). | 6.70 | 9,514.00 |
| 03/18/24 | BF1 | Conference all with DIP Lender counsel, JJ Ye, C. Botvinnik, K. Enos re next steps in chapter 11 case and adversary proceeding (.3); telephone conference with J. Ye re opposition to motion to dismiss chapter 11 petition (.5); edit same (3.1). | 3.90 | 7,059.00 |
| 03/19/24 | JL1 | Revise the opposition to Camshaft's motion to dismiss the bankruptcy petition (3.2). | 3.20 | 3,392.00 |
| 03/19/24 | CB7 | Continue to perform research for the objection to the Motion to Dismiss (2.5). | 2.50 | 1,612.50 |
| 03/19/24 | BF1 | Review and edit opposition to the motion to dismiss (4.1). | 4.10 | 7,421.00 |
| 03/19/24 | JY2 | Revise opposition brief to Camshaft's motion to dismiss (5.7); review and revise stipulation re extension of time (0.2). | 5.90 | 8,378.00 |
| 03/20/24 | JL1 | Review and revise Camshaft's motion to dismiss the bankruptcy petition (11.1). | 11.10 | 11,766.00 |
| 03/20/24 | CB7 | Cite-check, review, and revise the objection to the Motion to Dismiss Petition (3.3). | 3.30 | 2,128.50 |
| 03/20/24 | JY2 | Revise opposition to Camshaft motion to dismiss to incorporate comments from Kirkland & Ellis team (5.1); prepare email to B. Finestone re workstreams (0.6); strategy call with | 6.20 | 8,804.00 |

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

# quinn emanuel trial lawyers

April 23, 2024
Page 22

Matter #: 12013-00001
Invoice Number: 101-0000169251

| | | | | |
|---|---|---|---|---|
| | | irkland & Ellis and Young Conaway teams (0.5). | | |
| 03/20/24 | BF1 | Revise the preliminary statement to the opposition to motion to dismiss chapter 11 petition (.9). | 0.90 | 1,629.00 |
| 03/20/24 | JN7 | Review rules and prepare case management plan (0.8); cite check opposition to motion to dismiss. (2.7). | 3.50 | 3,290.00 |
| 03/21/24 | BF1 | Review GLAS joinder to opposition to the motion to dismiss the chapter 11 petition (.5); review opposition to the motion to dismiss the chapter 11 petition (1.5). | 2.00 | 3,620.00 |
| 03/21/24 | JY2 | Revise and finalize opposition to Camshaft motion to dismiss and exhibit (2.5). | 2.50 | 3,550.00 |
| 03/21/24 | CB7 | Review and revise the objection to the Motion to Dismiss (2.2). | 2.20 | 1,419.00 |
| 03/21/24 | JL1 | Revise and finalize the opposition to Camshaft's motion to dismiss the bankruptcy petition (7.9). | 7.90 | 8,374.00 |
| 03/21/24 | JN7 | Final proof of the objection to motion to dismiss. (1.4). | 1.40 | 1,316.00 |
| 03/26/24 | JY2 | Review and revise appeallate brief in Delaware action (2.7). | 2.70 | 3,834.00 |
| 03/27/24 | BF1 | Conference call with DIP Lender counsel, J. Ye, K. Enos, C. Botvinnik re motion for show cause, DIP Agreement, fre 408 conversation, motion to dismiss chapter 11 case (1.0). | 1.00 | 1,810.00 |
| | | SUBTOTAL | 117.90 | 137,773.50 |

## BY11  Discovery

| | | | | |
|---|---|---|---|---|
| 03/02/24 | DH3 | Comment on discovery request (.4); exchange emails with B. Finestone regarding same (.1); and exchange emails with Quinn Emanuel team regarding same (.2). | 0.70 | 1,099.00 |

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

# quinn emanuel trial lawyers

| 03/02/24 | DH3 | Conference call with B. Finestone, T. Pohl, and Kirkland & Ellis to discuss discovery dispute and next steps (.6). | 0.60 | 942.00 |
|---|---|---|---|---|
| 03/03/24 | DH3 | Conference call with B. Finestone, Young Conaway, L. Davis Jones, and Kirkland & Ellis to discuss discovery dispute and next steps (.5). | 0.50 | 785.00 |
| 03/06/24 | JY2 | Prepare email to Ravindran re deposition (0.3). | 0.30 | 426.00 |
| 03/07/24 | JL1 | Correspondence regarding deposition logistics (0.5). | 0.50 | 530.00 |
| 03/07/24 | CB7 | Conference with J. Ye and F. Lu to discuss additional research (0.4); compile research questions (0.3); identify deficiencies in discovery productions (2.3); draft discovery request emails (0.5); review transcripts and obtain key details (1.1); compare productions (0.9). | 5.50 | 3,547.50 |
| 03/07/24 | JY2 | Prepare email to Camshaft re discovery (0.5); correspond with R. Howell and R. Shankar re Riju discovery (0.6). | 1.10 | 1,562.00 |
| 03/07/24 | CB7 | Conference with J. Ye re discovery (0.2). | 0.20 | 129.00 |
| 03/07/24 | JL1 | Review and discuss additional discovery request to Camshaft and Ravindran (0.5). | 0.50 | 530.00 |
| 03/08/24 | JY2 | Review and revise deposition notice to Morton (0.2); prepare response to P. Van Tol email re discovery deficiency (0.3). | 0.50 | 710.00 |
| 03/08/24 | CB7 | Draft deposition notice of William Morton (0.3); conference with Kirkland and Ellis and Young Conaway re depositions (0.4); organize deposition logistics (0.7). | 1.40 | 903.00 |
| 03/08/24 | BF1 | Draft revised section on futility (1.9); prepare for Riju Ravindran deposition (2.9); research equitable v legal nature of claims (.7). | 5.50 | 9,955.00 |

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

# quinn emanuel trial lawyers

April 23, 2024                                                                    Matter #: 12013-00001
Page 24                                                        Invoice Number: 101-0000169251

| 03/08/24 | JL1 | Correspondence with B. Finestone on logistics regarding the Ravindran deposition (0.6). | 0.60 | 636.00 |
|---|---|---|---|---|
| 03/09/24 | JY2 | Prepare emails to Ravindran counsel re discovery deficiency (1.2). | 1.20 | 1,704.00 |
| 03/09/24 | BF1 | Email correspondence with J. Ye re discovery deficiencies of responding parties (.4); research related to equitable remedies (.9). | 1.30 | 2,353.00 |
| 03/10/24 | JY2 | Prepare email to Camshaft re refusal to provide deposition (0.2). | 0.20 | 284.00 |
| 03/10/24 | BF1 | Revise deposition outline for R. Ravindran (2.2). | 2.20 | 3,982.00 |
| 03/11/24 | BF1 | Prepare for R. Ravindran deposition (3.2). | 3.20 | 5,792.00 |
| 03/11/24 | JN7 | Prepare sharefile of Camshaft production. (0.2). | 0.20 | 188.00 |
| 03/11/24 | CB7 | Organize logistics for deposition (0.3). | 0.30 | 193.50 |
| 03/12/24 | DH3 | Review the deposition of Riju Ravindran (4.9). | 4.90 | 7,693.00 |
| 03/12/24 | BF1 | Take the deposition of R. Ravindran (6.8). | 6.80 | 12,308.00 |
| 03/12/24 | CB7 | Attend deposition of Riju Ravindran and take notes for hearing and Preliminary Injunction Brief (7); review transcript and pull quotes (0.2). | 7.20 | 4,644.00 |
| 03/12/24 | JY2 | Attend part of the R. Ravindran deposition (4.6). | 4.60 | 6,532.00 |
| 03/14/24 | JN7 | Compile documents re: SWIFT Discovery (0.3). | 0.30 | 282.00 |
| 03/19/24 | BF1 | Telephone call with R. Shankar re rule 2004 investigation (.2). | 0.20 | 362.00 |
| 03/21/24 | JN7 | Research and review 2004 motion background and requirements. (0.5). | 0.50 | 470.00 |
| 03/25/24 | JY2 | Review and revise Apex subpoena (0.7). | 0.70 | 994.00 |

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

# quinn emanuel trial lawyers

April 23, 2024
Page 25

Matter #: 12013-00001
Invoice Number: 101-0000169251

| | | | | |
|---|---|---|---|---|
| 03/25/24 | JL1 | Research and prepare the Rule 2004 Motion to U.S. Guarantors (2.4). | 2.40 | 2,544.00 |
| 03/26/24 | JY2 | Call with R. Howell re bank subpoena (0.2); prepare strategy emails re bank subpoena (0.7); call with C. Terry re 2004 motion (0.3); review Khaitan declaration and prepare strategy email to B. Finestone (1.1). | 2.30 | 3,266.00 |
| 03/26/24 | JL1 | Prepare the Rule 2004 Motion to the U.S. Guarantors (7.5); review and revise the Rule 2004 Subpoenas (1.0). | 8.50 | 9,010.00 |
| 03/27/24 | JY2 | Revise Rule 2004 motion to US Loan Guarantors and subpoenas (3.4). | 3.40 | 4,828.00 |
| 03/27/24 | JL1 | Research and analze the time to serve discovery (0.9); revise the Rule 2004 Subpoenas (1.2). | 2.10 | 2,226.00 |
| 03/27/24 | JL1 | Revise the Rule 2004 Motion (2.4). | 2.40 | 2,544.00 |
| 03/28/24 | JL1 | Prepare the deposition notice to Morton (0.5). | 0.50 | 530.00 |
| 03/29/24 | JL1 | Correspondence regarding deposition to Morton (0.3). | 0.30 | 318.00 |
| | | SUBTOTAL | 73.60 | 94,802.00 |

**BY12  Corporate Matters**

| | | | | |
|---|---|---|---|---|
| 03/01/24 | DH3 | Set up online banking (1.1). | 1.10 | 1,727.00 |
| 03/06/24 | DH3 | Handle matters regarding bank accounts (.4). | 0.40 | 628.00 |
| | | SUBTOTAL | 1.50 | 2,355.00 |

**BY13  Financing Matters**

| | | | | |
|---|---|---|---|---|
| 03/05/24 | BF1 | Conference call with Kirkland & Ellis, J. Ye, C. Botvinnik, D. Holzman re analysis of credit agreement defaults (.4). | 0.40 | 724.00 |
| 03/05/24 | DH3 | Complete DACA questionairre and gather information in connection therewith (.8). | 0.80 | 1,256.00 |

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

# quinn emanuel trial lawyers

April 23, 2024                                              Matter #: 12013-00001
Page 26                                          Invoice Number: 101-0000169251

| 03/05/24 | DH3 | Call with B. Finestone, C. Botvinnik, and Kirkland & Ellis to discuss breaches of Credit Agreement (.4). | 0.40 | 628.00 |
|---|---|---|---|---|
| 03/05/24 | DH3 | Analyze breaches of Credit Agreement (1.4) and exchange emails with B. Finestone regarding same (.2). | 1.60 | 2,512.00 |
| 03/06/24 | DH3 | Begin to review DACA (.5). | 0.50 | 785.00 |
| 03/08/24 | DH3 | Continue to review and comment on DACA (.9). | 0.90 | 1,413.00 |
| 03/11/24 | DH3 | Provide additional comments to DACA (.4). | 0.40 | 628.00 |
| 03/12/24 | DH3 | Review and comment on Credit Agreement (3.3). | 3.30 | 5,181.00 |
| 03/14/24 | DH3 | Continue to review and comment on DIP Credit Agreement (1.6). | 1.60 | 2,512.00 |
| 03/15/24 | DH3 | Further review and comment on DIP Agreement (4.1). | 4.10 | 6,437.00 |
| 03/16/24 | DH3 | Review the DIP Order (.2). | 0.20 | 314.00 |
| 03/18/24 | DH3 | Call with Young Conaway to discuss DIP Credit Agreement (.2). | 0.20 | 314.00 |
| 03/18/24 | DH3 | Review the DIP Credit Agreement (.1). | 0.10 | 157.00 |
| 03/18/24 | DH3 | Review and comment on DIP Credit Agreement (.9). | 0.90 | 1,413.00 |
| 03/19/24 | DH3 | Exchange emails with T. Pohl regarding DIP Credit Agreement (.9). | 0.90 | 1,413.00 |
| 03/19/24 | DH3 | Call with Kirkland & Ellis and Young Conaway to discuss DIP Credit Agreement (.6). | 0.60 | 942.00 |
| 03/21/24 | DH3 | Revise the revised Deposit Control Agreement (.7); read and comment on closing checklist (.4); read emails regarding United States Trustee's questions regarding DIP (.2). | 1.30 | 2,041.00 |
| 03/22/24 | BF1 | Conference call with DIP Lender counsel, K. Enos, J. Ye, L. Davis Jones, re disclosure from R. Ravindran, DIP Financing (0.5). | 0.50 | 905.00 |

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

# quinn emanuel trial lawyers

April 23, 2024
Page 27

Matter #: 12013-00001
Invoice Number: 101-0000169251

| 03/22/24 | DH3 | Review and comment on Credit Agreement (1.1) and Security Agreement (2.1). | 3.20 | 5,024.00 |
|----------|-----|----|------|----------|
| 03/23/24 | DH3 | Review the Agent Fee Letter (.4) and exchange emails with T. Pohl regarding the same (.3). | 0.70 | 1,099.00 |
| 03/25/24 | DH3 | Calls with T. Pohl regarding Credit Agreement (.4). | 0.40 | 628.00 |
| 03/25/24 | DH3 | Analyze the Credit Agreement (2.3). | 2.30 | 3,611.00 |
| 03/25/24 | DH3 | Analyze the Escrow Agreement (2.9). | 2.90 | 4,553.00 |
| 03/25/24 | DH3 | Analyze the Security Agreement (1.1). | 1.10 | 1,727.00 |
| 03/26/24 | DH3 | Comment on the DIP Credit Agreement (1.2); exchange emails with Young Conaway regarding the same (.2); read Intercreditor Agreement (2.1); and Comment on Escrow Agreement (.3). | 3.80 | 5,966.00 |
| 03/27/24 | DH3 | Review and comment on ancillary documents to the Credit Agreement (.8); call with K. Enos to discuss Credit Agreement (,2); and exchange emails with T. Pohl regarding the same (.1). | 1.10 | 1,727.00 |
| 03/29/24 | DH3 | Review revised Escrow Agreements (.7); revise resolutions (.4); review revised credit agreement (4.6); exchange emails with K. Enos regarding same (.1); send email to T. Pohl regarding the same (.1); send emails to E. Williams regarding same (.2); review the Agent fee letter (.3); review the officer's certificate (.2); review the closing certificate (.1); review the amendment no. 10 to Credit Agreement (.6); prepare budget (1.3). | 8.60 | 13,502.00 |
| 03/30/24 | DH3 | Review and comment on the Credit Agreement (.5) and send email to K. Enos regarding the same (.1). | 0.60 | 942.00 |
|  |  | SUBTOTAL | 43.40 | 68,354.00 |

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

**quinn emanuel** trial lawyers

**BY15   General Bankruptcy Advice/Opinions**

| 03/04/24 | DH3 | Review and comment on schedules (.5). | 0.50 | 785.00 |
|---|---|---|---|---|
| 03/06/24 | DH3 | Review email from Young Conaway regarding schedules (.1). | 0.10 | 157.00 |
| | | SUBTOTAL | 0.60 | 942.00 |

**BY16   Non-Working Travel**

| 03/01/24 | CB7 | Travel to and from Delaware (3). | 3.00 | 1,935.00 |
|---|---|---|---|---|
| 03/01/24 | JL1 | Travel to the Delaware counsel's office (2.0). | 2.00 | 2,120.00 |
| 03/01/24 | JL1 | Travel from Delaware back to New York (1.8). | 1.80 | 1,908.00 |
| 03/04/24 | CB7 | Travel to and from Delaware hearing (3). | 3.00 | 1,935.00 |
| 03/06/24 | CB7 | Travel to and from Delaware (3). | 3.00 | 1,935.00 |
| 03/06/24 | JL1 | Travel to attend the TRO hearing (3.6). | 3.60 | 3,816.00 |
| 03/13/24 | BF1 | Non-working portion of travel to Wilmington for preliminary injunction hearing (1.0). | 1.00 | 1,810.00 |
| 03/14/24 | CB7 | Travel to and from Delaware for hearing (3). | 3.00 | 1,935.00 |
| 03/14/24 | BF1 | Travel return to NY from Wilmington (1.5). | 1.50 | 2,715.00 |
| 03/14/24 | JL1 | Commute to Young Conaway's office and the bankruptcy court (2.1); commute from the bankruptcy court to New York (2.1). | 4.20 | 4,452.00 |
| | | SUBTOTAL | 26.10 | 24,561.00 |

**quinn emanuel** trial lawyers

April 23, 2024                                                                  Matter #: 12013-00001
Page 29                                                        Invoice Number: 101-0000169251

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Dabney O'Riordan | CDO | Partner | 3.30 | 1,995.00 | 6,583.50 |
| Benjamin Finestone | BF1 | Partner | 113.30 | 1,810.00 | 205,073.00 |
| William Adams | WA | Partner | 4.70 | 1,810.00 | 8,507.00 |
| Eric M. Kay | EMK | Counsel | 0.80 | 1,675.00 | 1,340.00 |
| Daniel Holzman | DH3 | Counsel | 65.50 | 1,570.00 | 102,835.00 |
| Jianjian Ye | JY2 | Associate | 179.00 | 1,420.00 | 254,180.00 |
| Jingfei Lu | JL1 | Associate | 240.20 | 1,060.00 | 254,612.00 |
| Jordan Nakdimon | JN7 | Associate | 66.60 | 940.00 | 62,604.00 |
| Christine Botvinnik | CB7 | Law Clerk | 148.30 | 645.00 | 95,653.50 |

| Case Assistants | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Olga Garcia | OG | Senior Paralegal | 0.20 | 765.00 | 153.00 |
| Barbara J Howell | BH2 | Paralegal | 28.40 | 550.00 | 15,620.00 |

## Expense Summary

| Description | | Amount |
|---|---|---|
| Meals during travel | | 114.70 |
| Lexis Courtlink - Off Contract | | 4.50 |
| Deposition transcript(s) | | 6,603.24 |
| Online Research | | 15.00 |
| Local business travel | | 840.54 |
| Document Reproduction | 0.10 | 103.60 |
| Travel | | 7,016.25 |
| Word processing | | 0.00 |
| Hotel | | 2,708.20 |
| Document Services | | 614.66 |
| | Total Expenses | $18,020.69 |

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

# EXHIBIT B

| Expense Category | Total Expense |
|---|---|
| Meals during travel | $114.70 |
| Local business travel | $840.54 |
| Deposition transcripts | $6,603.24 |
| Document reproduction (.10 cents per page) | $103.60 |
| Travel | $7,016.25 |
| Lexis Courtlink – Off Contract | $4.50 |
| Document services | $614.66 |
| Online research – Off Contract | $15.00 |
| Local business travel | $840.54 |
| Hotel | $2,708.20 |
| Total | $18,020.69 |