**BYJU's Alpha, Inc. (24-10140 / 24-50013) – April 30, 2024 (1:00pm)**

| First Name | Last Name | Firm | Representing |
|---|---|---|---|
| William | Adams | Quinn Emanuel | Debtor |
| Christine | Botvinnik | Quinn Emanuel | Debtor |
| Fang | Bu | DOJ-UST | UST |
| Linda | Casey | Office of United States Trustee | |
| William | Chipman | Chipman Brown Cicero & Cole, LLP | Riju Ravindran |
| Joseph | Cicero | Chipman Brown Cicero & Cole LLP | Riju Ravindran |
| Ken | Coleman | Kasowitz Beson Torres | Riju Ravindran |
| Turner | Falk | Saul Ewing LLP | Camshaft |
| Benjamin | Finestone | Quinn Emanuel | Debtor |
| Kelli | Finnegan | Reed Smith | |
| Daniel | Holzman | Quinn Emanuel | Debtor |
| Barbara | Howell | Quinn Emanuel | Debtor |
| Eric | Kay | Quinn Emanuel | Debtor |
| Susheel | Kirpalani | Quinn Emanuel | Debtor |
| Sheron | Korpus | Kasowitz | Riju Ravindran |
| Fei | Lu | Quinn Emanuel | Debtor |
| Michael | Magzamen | Paul Hastings LLP | Interested Party |
| Jordan | Nakdimon | Quinn Emanuel | Debtor |
| Timothy | Pohl | BYBU's Alpha | Debtor |
| Brian | Schartz | Kirkland & Ellis | GLAS Trust Company LLC |
| Kate | Scherling | Quinn Emanuel | Debtor |
| Ravi | Shankar | Kirkland & Ellis LLP | GLAS Trust Company LLC |
| Vince | Sullivan | Law360 | |
| Nicholas | Vislocky | Reed Smith | |
| Alex | Wittenberg | Law360 | |
| Jianjian | Ye | Quinn Emanuel | Debtor |
| Peter | Amend | Schulte Roth & Zabel LLP | |
| Robert | Brady | Young, Conaway, Stargatt & Taylor, LLP | Debtor |
| Fang | Bu | DOJ-Ust | UST |
| Elizabeth | Carter | Hogan Lovells US LLP | Camshaft Parties |
| Kenneth | Enos | Young, Conaway, Stargatt & Taylor, LLP | Debtor |
| Clara | Geoghegan | Law360 | |
| Taylor | Harrison | | |

| First Name | Last Name | Firm | Client |
|---|---|---|---|
| Laura Davis | Jones | Pachulski Stang Ziehl & Jones LLP | GLAS Trust |
| Peter | Keane | Pachulski Stang Ziehl & Jones LLP | GLAS Trust Company LLC |
| Douglas | Koff | Schulte Roth & Zabel LLP | |
| Mike | Legge | Reorg | |
| Evan | Miller | Saul Ewing LLP | Camshaft Parties |
| Douglas | Mintz | Schulte Roth & Zabel LLP | |
| Joshua | Neifeld | Reorg | |
| Lindsey | Neuberger | Schulte Roth & Zabel LLP | |
| Luke | Spangler | Kirkland & Ellis | GLAS Trust Company LLC |
| Pieter | Van Tol | Hogan Lovells US LLP | Camshaft Parties |
| Jordan | Wishnew | Cahill Gordon & Reindel LLP | |