**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> BYJU'S ALPHA, INC., <br><br> Debtor. | Chapter 11 <br><br> Case No. 24-10140 (JTD) <br><br> **Related D.I.:** 1, 107, 146, 147, 189, 190 |

**CAMSHAFT'S WITNESS AND EXHIBIT LIST FOR MAY 21, 2024 HEARING ON CAMSHAFT'S MOTION TO DISMISS CHAPTER 11 CASE**

Camshaft Capital Fund, LP (the "Camshaft Fund"), Camshaft Capital Advisors, LLC ("Camshaft Advisors"), and Camshaft Capital Management, LLC ("Camshaft Management") (collectively, "Camshaft") by and through their undersigned counsel, file this Witness and Exhibit List for the hearing scheduled for May 21, 2024 at 10:00 a.m. (the "Hearing") on *Camshaft's Motion to Dismiss* (the "Motion") [D.I. 107].

Camshaft reserves the right to modify, amend, or supplement this witness and exhibit list at any time.

**WITNESSES**

Camshaft does not intend to call any witnesses, but reserves the right to cross-examine any live witnesses called by the Debtor or GLAS Trust Company.

**EXHIBITS**

Camshaft reserves the right to rely upon any exhibit designated by the Debtor, GLAS Trust Company, Riju Ravindran or any other party-in-interest in connection with the Hearing. Furthermore, Camshaft may rely upon one or more of the following exhibits in connection with cross-examination and/or in their case-in-chief in support of the Motion:

| Exhibit No. | Description |
|---|---|
| 1 | Credit and Guaranty Agreement (*Exhibit B to Motion* – D.I. 107) |
| 2 | Deloitte Independent Auditors Report (*Exhibit C to Motion* – D.I. 107) |
| 3 | Camshaft Capital Advisory Valuation Policy (*Exhibit D to Motion* – D.I. 107) |
| 4 | Apex Statement re: Camshaft Capital Fund LP (*Exhibit E to Motion* – D.I. 107) |
| 5 | GLAS Trust Principal and Interest Paid Details (*Exhibit F to Motion* – D.I. 107) |
| 6 | Byju's Letter to GLAS Trust Company dated January 25, 2024 (*Exhibit G to Motion* – D.I. 107) |
| 7 | Ares Acquisition Corporation Letter to Think & Learn Private Limited dated March 13, 2022 (*Exhibit H to Motion* – D.I. 107) |
| 8 | Declaration of Timothy Pohl, dated February 2, 2024 (*Exhibit A to the Reply Declaration of Pieter Van Tol* – D.I. 190) (**Filed Under Seal**) |
| 9 | Excerpt from the deposition of Riju Ravindran taken on March 12, 2024 (*Exhibit B to the Reply Declaration of Pieter Van Tol* – D.I. 190) (**Filed Under Seal**) |
| 10 | Second Amended and Restated Limited Partnership Agreement (Revised) (*Exhibit C to the Reply Declaration of Pieter Van Tol* – D.I. 190) (**Filed Under Seal**) |

Dated: May 18, 2024
       Wilmington, DE

HOGAN LOVELLS US LLP
Pieter Van Tol (admitted *pro hac vice*)
Christopher R. Bryant (admitted *pro hac vice*)
Elizabeth Carter (admitted *pro hac vice*)
390 Madison Avenue
New York, NY 10017
Tel: (212) 918-3000
Email: pieter.vantol@hoganlovells.com
       chris.bryant@hoganlovells.com
       elizabeth.carter@hoganlovells.com

and

HOGAN LOVELLS US LLP
David Massey (admitted *pro hac vice*)
600 Brickell Avenue
Suite 2700
Miami, FL 33131
Tel: (305) 459-6500
Email: david.massey@hoganlovells.com

SAUL EWING LLP

*/s/ Evan T. Miller*
Evan T. Miller (No. 5364)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Tel: (302) 421-6864
Email: evan.miller@saul.com

and

SAUL EWING LLP
Turner N. Falk (admitted *pro hac vice)*
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
Tel: (215) 972-7777
Email: turner.falk@saul.com

*Counsel for Camshaft*