IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| BYJU'S ALPHA, INC.,[1] | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Case No. 24-10140 (JTD) |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| BYJU'S ALPHA, INC., | ) | |
| Plaintiff, | ) | Adv. Pro. Case No. 24-50013 (JTD) |
| | ) | |
| v. | ) | |
| | ) | |
| CAMSHAFT CAPITAL FUND, LP, | ) | |
| CAMSHAFT CAPITAL ADVISORS, LLC, | ) | |
| CAMSHAFT CAPITAL MANAGEMENT, LLC, | ) | |
| RIJU RAVINDRAN, INSPILEARN LLC, and | ) | |
| THINK AND LEARN PRIVATE LIMITED, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON MAY 21, 2024 AT 10:00 A.M. (ET)**

> This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Dorsey's Chambers Procedures and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Dorsey's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.

**MATTERS GOING FORWARD**

1. Debtor's Motion for A Ruling to Show Cause Why Riju Ravindran Should Not be Held in Contempt for Violating the Preliminary Injunction Order [A.D.I. 105, 3/29/24 (sealed)]

   Related Documents:

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260). The location of the Debtor's service address for purposes of this chapter 11 case is: 1007 N. Market St. Ste. G20 452, Wilmington, Delaware 19801.

[2] **Amended items are bolded.**

31614718.4

    A.    Order Granting Debtor's Motion for a Preliminary Injunction [A.D.I. 84, 3/18/24]

    B.    Certification of Counsel [A.D.I. 91, 3/21/24]

    C.    Supplemental Certification of Counsel [A.D.I. 121, 4/8/24]

    D.    Order to Show Cause [A. D.I. 165, 5/2/24]

    E.    Reply in Support of Debtor's Motion for A Ruling to Show Cause Why Riju Ravindran Should Not be Held in Contempt for Violating the Preliminary Injunction Order [A.D.I. 189, 5/16/24 (sealed)]

    F.    Plaintiff-Intervenor GLAS Trust Company LLC's Joinder in Support of Motion Motion for A Ruling to Show Cause Why Riju Ravindran Should Not be Held in Contempt for Violating the Preliminary Injunction Order [A.D.I. 190, 5/16/24]

Responses Received:

    G.    Declaration of Riju Ravindran [A.D.I. 183, 5/9/24]

    H.    Objection of Riju Ravindran to Debtor's Motion for A Ruling to Show Cause Why Riju Ravindran Should Not be Held in Contempt for Violating the Preliminary Injunction Order [A.D.I. 187, 5/14/24]

**Additional Documents:**

    I.    **Riju Ravindran's Witness List for Hearing on May 21, 2024 at 10:00 a.m. (ET) [A.D.I. 193, 5/19/24]**

Status:  This matter is going forward.  The Debtor intends to elicit the testimony of Riju Ravindran in support of the relief requested in the motion.  Mr. Ravindran intends to introduce declarations filed on March 21, 2024 [A.D.I. 91], April 8, 2024 [A.D.I. 121], May 9, 2024 [A.D.I. 183], and May 14, 2024 [A.D.I. 187] in support of his objection.  The Court has previously authorized Mr. Ravindran to appear remotely.  It is the Debtor's expectation that Mr. Ravindran will testifying from Dubai, United Arab Emirates.  The Debtor will submit its exhibit list in advance of the hearing in accordance with the Court's chambers procedures.

2.    Camshaft's Motion to Dismiss Debtor's Chapter 11 Case [D.I. 107, 2/29/24]

Response Deadline:   March 14, 2024 at 4:00 p.m. (ET) - Extended to March 21, 2024 at 4:00 p.m. (ET)

Related Documents:

    A.    Declaration of Timothy R. Pohl, Director, CEO, and Secretary of Byju's Alpha, Inc., in Support of the Debtor's Chapter 11 Petition [D.I. 3, 2/2/24 (sealed)]

Responses Received:

B.    Debtor's Objection to Camshaft's Motion to Dismiss Debtor's Chapter 11 Case [D.I. 146, 3/21/24]

C.    GLAS Trust Company LLC's Joinder in Support of Debtor's Objection to Camshaft's Motion to Dismiss Debtor's Chapter 11 Case [D.I. 147, 3/21/24]

D.    Camshaft's Reply in Further Support of Motion to Dismiss Chapter 11 Case [D.I. 189, 5/16/24 (sealed)]

E.    Reply Declaration of Pieter Van Tol [D.I. 109, 5/16/24 (sealed)]

**Additional Documents:**

F.    **Camshaft's Witness and Exhibit List for May 21, 2024 Hearing on Camshaft's Motion to Dismiss Chapter 11 Case [D.I. 193, 5/18/24]**

Status: This matter is going forward. The Debtor intends to introduce the *Declaration of Timothy R. Pohl, Director, CEO, and Secretary of Byju's Alpha, Inc., in Support of the Debtor's Chapter 11 Petition* [D.I. 7] in support of its opposition to the motion. **The Movant has agreed not to object to admission of the Declaration into evidence, and, does not intend to cross examine Mr. Pohl. Accordingly, with the permission of the Court, Mr. Pohl will be appearing remotely**. The Debtor will submit its exhibit list in advance of the hearing in accordance with the Court's chambers procedures.

3.    Debtor's and GLAS Trust Company LLC's Motion for Sanctions Against the Camshaft Defendants [A.D.I. 186, 5/14/24 (sealed)]

Status: This matter is going forward as a scheduling conference.

Dated: May 20, 2024
       Wilmington, Delaware

                                  **YOUNG CONAWAY STARGATT & TAYLOR, LLP**

                                  */s/ Kenneth J. Enos*
                                  Robert S. Brady (Del. No. 2847)
                                  Kenneth J. Enos (Del. No. 4544)
                                  Jared W. Kochenash (Del. No. 6557)
                                  Timothy R. Powell (Del. No. 6894)
                                  1000 North King Street
                                  Wilmington, Delaware 19801
                                  Telephone: (302) 571-6600
                                  Facsimile: (302) 571-1253
                                  rbrady@ycst.com
                                  kenos@ycst.com
                                  jkochenash@ycst.com
                                  tpowell@ycst.com

                                  -and-

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Susheel Kirpalani (admitted pro hac vice)
Benjamin Finestone (admitted pro hac vice)
Daniel Holzman (admitted pro hac vice)
Jianjian Ye (admitted pro hac vice)
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel.: (212) 849 7000
susheelkirpalani@quinnemanuel.com
benjaminfinestone@quinnemanuel.com
danielholzman@quinnemanuel.com
jianjianye@quinnemanuel.com

Counsel for Debtor, BYJU's Alpha, Inc.