# SIGN-IN SHEET

**JUDGE:** Dorsey   **COURTROOM:** 5

**CASE NUMBER(S):** 24-10140 / 24-50013   **CASE NAME:** BYJU's Alpha, Inc.   **DATE:** 5/21/2024 (10:00 AM)

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Evan Miller | Saul Ewing | Camshaft |
| Pieter Van Tol | Hogan Lovells | " |
| Ben Finestone | Quinn Emanuel | Debtor |
| Ken Enos | Young Conaway | " |
| Laura Davis Jones | Pachulski Stang Ziehl & Jones | GLAS |
| Pete Keane | " " " | " |
| Joseph Cicero | Chipman Brown | Riju Ravindran |
| Sheron Korpus | Kasowitz Benson | GLAS |
| Brian Schartz | Kirkland & Ellis | GLAS |
| Ravi Shanker | " " | GLAS |

**BYJU's Alpha, Inc. (24-10140) – May 21, 2024 (10:00am)**

| First Name | Last Name | Firm | Representing |
|---|---|---|---|
| Rick | Archer | Law360 | |
| Christine | Botvinnik | Quinn Emanuel | BYJU's Alpha |
| Robert | Brady | Young, Conaway, Stargatt & Taylor, LLP | Debtor |
| Christopher | Bryant | Hogan Lovells US LLP | Camshaft Capital Parties |
| Fang | Bu | DOJ-Ust | UST |
| Elizabeth | Carter | Hogan Lovells US LLP | Camshaft Capital Parties |
| Linda | Casey | Office of United States Trustee | United States Trustee |
| William | Chipman | Chipman Brown Cicero & Cole, LLP | Riju Ravindran |
| Steven | Church | | non party |
| Kenneth | Coleman | Kasowitz Benson Torres, LLP | Riju Ravindran |
| Christopher | Ezell | Holland & Knight LLP | n/a |
| Turner | Falk | Saul Ewing LLP | Camshaft |
| Benjamin | Finestone | Quinn Emanuel | BYJU's Alpha |
| Kelli | Finnegan | Reed Smith | |
| Kanika | Goenka | Shardul Amarchand Mangaldas & Co | Riju Ravindran |
| Sondra | Grigsby | Kasowitz Benson Torres, LLP | Riju Ravindran |
| Taylor | Harrison | | |
| Daniel | Holzman | Quinn Emanuel | BYJU's Alpha |
| Barbara | Howell | Quinn Emanuel | BYJU's Alpha |
| Erik | Kay | Quinn Emanuel | BYJU's Alpha |
| Susheel | Kirpalani | Quinn Emanuel | BYJU's Alpha |
| Dietrich | Knauth | | media |
| Jared | Kochenash | Young Conaway | Debtor |
| Brooke | Kootman | QuinnEmanuel | BYJU's Alpha |
| Barrett | Lingle | White & Case LLP | Interested Party |
| Jose | Lopez | Kirkland and Ellis LLP | Debtors |
| Jose | Lopez | Kirkland & Ellis LLP | GLAS Trust Company |
| Fei | Lu | Quinn Emanuel | BYJU's Alpha |
| Michael | Magzamen | Paul Hastings LLP | Interested Party |
| David | Massey | Hogan Lovells US LLP | Camshaft Capital Parties |
| David | Max | Kasowitz Benson Torres, LLP | Riju Ravindran |
| Georgia | Meadow | Kirkland and Ellis LLP | Debtors |
| Jordan | Nakdimon | Quinn Emanuel | BYJU's Alpha |

| | | | |
|---|---|---|---|
| Gregory | Pesce | White & Case LLP | Interested Party |
| Tim | Pohl | BYJU's Alpha | BYJU's Alpha |
| Kate | Scherling | Quinn Emanuel | BYJU's Alpha |
| Luke | Spangler | Kirkland & Ellis | GLAS Trust Company LLC |
| Vince | Sullivan | Law360 | |
| Nicholas | Vislocky | Reed Smith | |
| Jordan | Wishnew | Cahill Gordon & Reindel LLP | |
| Jianjian | Ye | Quinn Emanuel | BYJU's Alpha |

**BYJU's Alpha, Inc. (24-50013) – May 21, 2024 (10:00am)**

| First Name | Last Name | Firm | Representing |
|---|---|---|---|
| Christine | Botvinnik | Quinn Emanuel | BYJU's Alpha |
| Robert | Brady | Young, Conaway, Stargatt & Taylor, LLP | Debtor |
| Linda | Casey | Office of United States Trustee | |
| William | Chipman | Chipman Brown Cicero & Cole, LLP | Riju Ravindran |
| Kenneth | Coleman | Kasowitz Benson Torres, LLP | Riju Ravindran |
| Turner | Falk | Saul Ewing LLP | Camshaft |
| Benjamin | Finestone | Quinn Emanuel | BYJU's Alpha |
| Kelli | Finnegan | Reed Smith | |
| Swagata | Ghosh | Shardul Amarchand Mangaldas & Co | Riju Ravindran |
| Kanika | Goenka | Shardul Amarchand Mangaldas & Co | Riju Ravindran |
| Sondra | Grigsby | Kasowitz Benson Torres, LLP | Riju Ravindran |
| Taylor | Harrison | | |
| Daniel | Holzman | Quinn Emanuel | BYJU's Alpha |
| Barbara | Howell | Quinn Emanuel | BYJU's Alpha |
| Erik | Kay | Quinn Emanuel | BYJU's Alpha |
| Susheel | Kirpalani | Quinn Emanuel | BYJU's Alpha |
| Jared | Kochenash | Young Conaway | Debtor |
| Brooke | Kootman | QuinnEmanuel | BYJU's Alpha |
| Mike | Legge | Reorg | |
| Barrett | Lingle | White & Case LLP | Interested Party |
| Jose | Lopez | Kirkland & Ellis LLP | GLAS Trust Company |
| Fei | Lu | Quinn Emanuel | BYJU's Alpha |
| Michael | Magzamen | Paul Hastings LLP | Interested Party |
| David | Max | Kasowitz Benson Torres, LLP | Riju Ravindran |
| Jordan | Nakdimon | Quinn Emanuel | BYJU's Alpha |
| Lindsey | Neuberger | | |
| Gregory | Pesce | White & Case LLP | Interested Party |
| Tim | Pohl | BYJU's Alpha | BYJU's Alpha |
| Riju | Ravindran | BYJU's | |
| Kate | Scherling | Quinn Emanuel | BYJU's Alpha |
| Nicholas | Vislocky | Reed Smith | |
| Joan | Vollero | ICR | Member of the public |
| Jianjian | Ye | Quinn Emanuel | BYJU's Alpha |