IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| BYJU'S ALPHA, INC.,[1] | ) Chapter 11 |
| | ) |
| Debtor. | ) Case No. 24-10140 (JTD) |
| | ) |
| | ) **Ref. Docket No. 181** |
| | ) |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 181

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Second Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Debtor for the Period from March 1, 2024 through March 31, 2024* [Docket No. 181] (the "Application") filed on April 29, 2024.

The undersigned further certifies that, as of the date hereof, he has reviewed the Court's docket in these cases and no answer, objection, or other responsive pleading to the Application appears thereon. Objections to the Application were to be filed and served by May 20, 2024 at 4:00 p.m. (ET).

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals* [Docket No. 121], the Debtors are now authorized to pay 80% ($183,540.80) of requested fees ($229,426.00) and 100% of requested expenses ($6,725.99) on an interim basis without further order of the Court.

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260). The location of the Debtor's service address for purposes of this chapter 11 case is: 1007 N. Market St. Ste. G20 452, Wilmington, DE 19801.

31506465.1

Dated: May 28, 2024
      Wilmington, Delaware

          **YOUNG CONAWAY STARGATT & TAYLOR, LLP**

          */s/ Kenneth J. Enos*
          Robert S. Brady (Del. No. 2847)
          Kenneth J. Enos (Del. No. 4544)
          Jared W. Kochenash (Del. No. 6557)
          Timothy R. Powell (Del. No. 6894)
          1000 North King Street
          Wilmington, Delaware 19801
          Telephone: (302) 571-6600
          Facsimile: (302) 571-1253
          rbrady@ycst.com
          kenos@ycst.com
          jkochenash@ycst.com
          tpowell@ycst.com

          -and-

          **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
          Susheel Kirpalani (admitted *pro hac vice*)
          Benjamin Finestone (admitted *pro hac vice*)
          Daniel Holzman (admitted *pro hac vice*)
          Jianjian Ye (admitted *pro hac vice*)
          51 Madison Avenue, 22nd Floor
          New York, New York 10010
          Tel.: (212) 849 7000
          susheelkirpalani@quinnemanuel.com
          benjaminfinestone@quinnemanuel.com
          danielholzman@quinnemanuel.com
          jianjianye@quinnemanuel.com

          Counsel for Debtor, BYJU's Alpha, Inc.