**Schedule of Payments to Insiders**

| Amount | Date | Reason |
|---|---|---|
| $75,000.00 | 4/8/2024 | Timothy R. Pohl Director Fee |
| $140,000.00 | 4/10/2024 | DIP Agent Fees |

31590011.1

# Transaction Report



## Transaction Report for account *85030

Reported on Tue May 28 17:32:00 GMT 2024

**Current Available Balance** $2,777,991.48
**Current Ledger Balance** $2,778,789.48
**Relationship Balance** $2,777,991.48
**Total Float** $0.00
**Hold Amount** $0.00
**Last Statement Date** 04/30/2024
**Next Statement Date**
**Interest Rate** 0.0000%

| Date | Description | Credit | Debit | Running Balance |
|---|---|---|---|---|
| 05/28/2024 | Miscellaneous Debit<br>WITHDRAWAL | | 798.00 | 2777991.48 |
| 05/09/2024 | DDA ACH Withdrawal<br>OPERATING 5030 x<br>BYJUS1<br>-SETT-A247OBS | | 186135.74 | 2778789.48 |
| 05/06/2024 | DDA ACH Withdrawal<br>OPERATING 5030 x<br>BYJUS1<br>-SETT-A247OBS | | 462793.14 | 2964925.22 |
| 05/03/2024 | DDA ACH Withdrawal<br>OPERATING 5030 MonthlyFee<br>BYJUS1<br>-SETT-A247OBS | | 75000.00 | 3427718.36 |
| 04/19/2024 | Service Charge Debit<br>MTHLY ANALYSIS CHARGE | | 669.59 | 3502718.36 |
| 04/10/2024 | Domestic Online Wire Debit<br>OUTGOING WIRE,GLAS TRUST COMPA<br>NY LLC,CHASE BANK,GLAS MARCH I<br>NV,2637674 | | 140000.00 | 3503387.95 |
| 04/08/2024 | DDA ACH Withdrawal<br>OPERATING 5030 MonthlyFee<br>BYJUS1<br>-SETT-A247OBS | | 75000.00 | 3643387.95 |

Report generated on 05/28/2024 01:46:32 PM EDT

| Date | | Description | Credit | Debit | Running Balance |
|---|---|---|---|---|---|
| 03/28/2024 | | DDA ACH Withdrawal<br>OPERATING 5030 3/14/24exp<br>BYJUS1<br>-SETT-A247OBS | | 956.20 | 3718387.95 |
| 03/26/2024 | | DDA ACH Withdrawal<br>CORPORATION SERV LEGAL SVCS<br>TIMOTHY R. *POHL<br>2023563 | | 560.00 | 3719344.15 |
| 03/25/2024 | | DDA ACH Withdrawal<br>OPERATING 5030 3/14 Daily<br>BYJUS1<br>-SETT-A247OBS | | 5000.00 | 3719904.15 |
| 03/13/2024 | | Wire Transfer Credit<br>INCOMING WIRE,GLAS TRUST COMPANY LLC,JPMORGAN CHASE,ATS OF 24/03/12,73824599 | 36469.35 | | 3724904.15 |
| 03/13/2024 | | Wire Transfer Credit<br>INCOMING WIRE,GLAS TRUST COMPANY LLC,JPMORGAN CHASE,ATS OF 24/03/12,73824596 | 169447.26 | | 3688434.80 |
| 03/13/2024 | | Wire Transfer Credit<br>INCOMING WIRE,GLAS TRUST COMPANY LLC,JPMORGAN CHASE,ATS OF 24/03/12,73824595 | 23968.75 | | 3518987.54 |
| 03/11/2024 | | DDA ACH Withdrawal<br>OPERATING 5030 3/7Daily<br>BYJUS1<br>-SETT-A247OBS | | 5000.00 | 3495018.79 |
| 03/11/2024 | | DDA ACH Withdrawal<br>OPERATING 5030 expreimb<br>BYJUS1<br>-SETT-A247OBS | | 1739.51 | 3500018.79 |
| 03/11/2024 | 116378339 | Customer Deposit<br>DEPOSIT | 656.72 | | 3501758.30 |
| 03/05/2024 | | DDA ACH Withdrawal<br>OPERATING 5030 MonthlyFee<br>BYJUS1<br>-SETT-A247OBS | | 75000.00 | 3501101.58 |
| 03/04/2024 | | Wire Transfer Credit<br>INCOMING WIRE,GLAS TRUST COMPANY LLC,JPMORGAN CHASE,ATS OF 24/03/04,73581826 | 72290.20 | | 3576101.58 |
| 02/29/2024 | | DDA ACH Withdrawal<br>CORPORATION SERV LEGAL SVCS<br>TIMOTHY R. *POHL<br>3781978 | | 348.00 | 3503811.38 |

| Date | Description | Credit | Debit | Running Balance |
|---|---|---|---|---|
| 02/28/2024 | Wire Transfer Credit<br>INCOMING WIRE,GLAS TRUST COMPA<br>NY LLC,JPMORGAN CHASE,ATS OF 2<br>4/02/28,73419197 | 16085.46 | | 3504159.38 |
| 02/07/2024 | Wire Transfer Credit<br>INCOMING WIRE,GLAS TRUST COMPA<br>NY LLC,JPMORGAN CHASE,ATS OF 2<br>4/02/07,72904482 | 3488073.92 | | 3488073.92 |