**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) |
| | ) |
| BYJU'S ALPHA, INC.,[1] | ) Chapter 11 |
| | ) |
| Debtor. | ) Case No. 24-10140 (JTD) |
| | ) |
| | ) |
| | ) |
| | ) |
| BYJU'S ALPHA, INC., | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Adv. Pro. Case No. 24-50013 (JTD) |
| | ) |
| CAMSHAFT CAPITAL FUND, LP, | ) |
| CAMSHAFT CAPITAL ADVISORS, LLC, | ) |
| CAMSHAFT CAPITAL MANAGEMENT, LLC, | ) |
| RIJU RAVINDRAN, INSPILEARN LLC, and | ) |
| THINK AND LEARN PRIVATE LIMITED, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON JUNE 11, 2024 AT 10:00 A.M. (ET)**

This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Dorsey's Chambers Procedures and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Dorsey's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.

## RESOLVED MATTER

1.   Debtor and GLAS Trust Company LLC's Motion for Entry of an Order Authorizing the Filing Under Seal of the Motion for Sanctions Against the Camshaft Defendants [D.I. 199, 5/22/24]

---

[1]   The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260).  The location of the Debtor's service address for purposes of this chapter 11 case is: 1007 N. Market St. Ste. G20 452, Wilmington, DE 19801.

Response Deadline:    May 29, 2024 at 4:00 p.m. (ET)

Responses Received:  None.

Related Documents:

A.      Certificate of No Objection [D.I. 219, 5/30/24]

B.      Order Authorizing the Filing Under Seal of the Motion for Sanctions Against the
        Camshaft Defendants [D.I.223, 5/31/24]

Status: The order has been entered.  No hearing is necessary.

## **MATTERS GOING FORWARD**

2.      Debtor's and GLAS Trust Company LLC's Motion for Sanctions Against the Camshaft
        Defendants [D.I. 186, 5/14/24 (sealed)]

Response Deadline:    May 28, 2024 at 2:30 p.m. (ET)

Responses Received:

A.      Camshaft Defendants' Objection to Debtor's and GLAS Trust Company LLC's
        Motion for Sanctions [D.I. 207, 5/28/24 (sealed)]

B.      Declaration of Pieter Van Tol [D.I. 208, 5/28/24 (sealed)]

Related Documents:

C.      Notice of Hearing [D.I. 198, 5/21/24]

D.      Debtor's and GLAS Trust Company LLC's Reply in Further Support of Motion
        for Sanctions Against the Camshaft Defendants [D.I. 242, 6/6/24 (sealed)]

Status: This matter is going forward.

3.      Motion to Vacate Contempt Order and Remit Fines [D.I. 229, 6/2/24]

Response Deadline:    June 10, 2024 at 4:00 p.m. (ET)

Responses Received:  None to date.

Related Documents:

A.      Memorandum of Law in Support of Motion to Vacate Contempt Order and Remit
        Fines [D.I. 230, 6/2/24]

B.      Declaration of Pieter Van Tol [D.I. 231, 6/2/24]

C.      Order Granting Motion to Shorten [D.I. 236, 6/2/24]

D.      Notice of Hearing [D.I. 240, 6/5/24]

Status:  Debtor's intend to file an objection to the motion prior to the response deadline.
        This matter is going forward.

Dated: June 7, 2024
       Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Kenneth J. Enos*
Robert S. Brady (Del. No. 2847)
Kenneth J. Enos (Del. No. 4544)
Jared W. Kochenash (Del. No. 6557)
Timothy R. Powell (Del. No. 6894)
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
rbrady@ycst.com
kenos@ycst.com
jkochenash@ycst.com
tpowell@ycst.com
-and-

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Susheel Kirpalani (admitted *pro hac vice*)
Benjamin Finestone (admitted *pro hac vice*)
Daniel Holzman (admitted *pro hac vice*)
Jianjian Ye (admitted *pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel.: (212) 849 7000
susheelkirpalani@quinnemanuel.com
benjaminfinestone@quinnemanuel.com
danielholzman@quinnemanuel.com
jianjianye@quinnemanuel.com

Counsel for Debtor, BYJU's Alpha, Inc.