## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| BYJU'S ALPHA, INC.,[1] | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Case No. 24-10140 (JTD) |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| BYJU'S ALPHA, INC., | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Pro. Case No. 24-50013 (JTD) |
| | ) | |
| CAMSHAFT CAPITAL FUND, LP, | ) | |
| CAMSHAFT CAPITAL ADVISORS, LLC, | ) | |
| CAMSHAFT CAPITAL MANAGEMENT, LLC, | ) | |
| RIJU RAVINDRAN, INSPILEARN LLC, and | ) | |
| THINK AND LEARN PRIVATE LIMITED, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON JUNE 11, 2024 AT 10:00 A.M. (ET)

> This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Dorsey's Chambers Procedures and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Dorsey's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260). The location of the Debtor's service address for purposes of this chapter 11 case is: 1007 N. Market St. Ste. G20 452, Wilmington, DE 19801.

[2] **Amended items appear in bold.**

31731758.1

**RESOLVED MATTER**

1. Debtor and GLAS Trust Company LLC's Motion for Entry of an Order Authorizing the Filing Under Seal of the Motion for Sanctions Against the Camshaft Defendants [D.I. 199, 5/22/24]

   Response Deadline:     May 29, 2024 at 4:00 p.m. (ET)

   Responses Received:  None.

   Related Documents:

   A.  Certificate of No Objection [D.I. 219, 5/30/24]

   B.  Order Authorizing the Filing Under Seal of the Motion for Sanctions Against the Camshaft Defendants [D.I.223, 5/31/24]

   Status: The order has been entered.  No hearing is necessary.

**MATTERS GOING FORWARD**

2. Debtor's and GLAS Trust Company LLC's Motion for Sanctions Against the Camshaft Defendants [D.I. 186, 5/14/24 (sealed)]

   Response Deadline:     May 28, 2024 at 2:30 p.m. (ET)

   Responses Received:

   A.  Camshaft Defendants' Objection to Debtor's and GLAS Trust Company LLC's Motion for Sanctions [D.I. 207, 5/28/24 (sealed)]

   B.  Declaration of Pieter Van Tol [D.I. 208, 5/28/24 (sealed)]

   Related Documents:

   C.  Notice of Hearing [D.I. 198, 5/21/24]

   D.  Debtor's and GLAS Trust Company LLC's Reply in Further Support of Motion for Sanctions Against the Camshaft Defendants [D.I. 242, 6/6/24 (sealed)]

   E.  **Camshaft Defendants' Motion for Leave to File Sur-Reply [D.I. 245, 6/10/24]**

   F.  **Declaration of Pieter Van Tol [D.I. 246, 6/10/24]**

   G.  **Declaration of William C. Morton [D.I. 247, 6/10/24]**

   Status: This matter is going forward.

3.  Motion to Vacate Contempt Order and Remit Fines [D.I. 229, 6/2/24]

    <u>Response Deadline</u>:  June 10, 2024 at 4:00 p.m. (ET)

    <u>Related Documents</u>:

    A.  Memorandum of Law in Support of Motion to Vacate Contempt Order and Remit Fines [D.I. 230, 6/2/24]

    B.  Declaration of Pieter Van Tol [D.I. 231, 6/2/24]

    C.  Order Granting Motion to Shorten [D.I. 236, 6/2/24]

    D.  Notice of Hearing [D.I. 240, 6/5/24]

    **<u>Responses Received</u>:**

    E.  **Debtors' and GLAS Trust Company LLC's Opposition to Camshaft Defendants and William Morton's Motion to Vacate Contempt Order and Remit Fines [D.I. 248, 6/10/24 (sealed)]**

    <u>Status</u>:     This matter is going forward.

*[Signature Page Follows]*

Dated: June 10, 2024
       Wilmington, Delaware

                             **YOUNG CONAWAY STARGATT & TAYLOR, LLP**

                             */s/ Kenneth J. Enos*
                             Robert S. Brady (Del. No. 2847)
                             Kenneth J. Enos (Del. No. 4544)
                             Jared W. Kochenash (Del. No. 6557)
                             Timothy R. Powell (Del. No. 6894)
                             1000 North King Street
                             Wilmington, Delaware 19801
                             Telephone: (302) 571-6600
                             Facsimile: (302) 571-1253
                             rbrady@ycst.com
                             kenos@ycst.com
                             jkochenash@ycst.com
                             tpowell@ycst.com
                             -and-

                             **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
                             Susheel Kirpalani (admitted *pro hac vice*)
                             Benjamin Finestone (admitted *pro hac vice*)
                             Daniel Holzman (admitted *pro hac vice*)
                             Jianjian Ye (admitted *pro hac vice*)
                             51 Madison Avenue, 22nd Floor
                             New York, New York 10010
                             Tel.: (212) 849 7000
                             susheelkirpalani@quinnemanuel.com
                             benjaminfinestone@quinnemanuel.com
                             danielholzman@quinnemanuel.com
                             jianjianye@quinnemanuel.com

                             Counsel for Debtor, BYJU's Alpha, Inc.