IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BYJU'S ALPHA, INC.,[1] | Case No. 24-10140 (JTD) |
| Debtor. | **Objection Deadline**:<br>July 3, 2024 at 4:00 p.m. (ET) |

## NOTICE OF APPLICATION

**PLEASE TAKE NOTICE** that the attached *Third Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Debtor for the Period from April 1, 2024 through April 30, 2024* (the "Application") has been filed with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** objections to the Application, if any, are required to be filed on or before **July 3, 2024 at 4:00 p.m. (ET)** (the "Objection Deadline") and served upon the following parties: (i) counsel to the Debtor: (a) Quinn Emanuel Urquhart & Sullivan, LLP, 51 Madison Avenue, 22nd Floor, New York, New York 10010, Attn: Susheel Kirpalani (susheelkirpalani@quinnemanuel.com), Benjamin Finestone (benjaminfinestone@quinnemanuel.com), Daniel Holzman (danielholzman@quinnemanuel.com), and Jianjian Ye (jianjianye@quinnemanuel.com); and (b) Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, Attn: Robert S. Brady (rbrady@ycst.com), Kenneth J. Enos (kenos@ycst.com), Jared W. Kochenash (jkochenash@ycst.com), and Timothy R. Powell (tpowell@ycst.com);  (ii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware, 19801, Attn: Linda Casey (linda.casey@usdoj.gov);  and (iii) counsel to the Committee, if appointed, in this Chapter 11 Case.

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals* [D.I. 121], if no objections are filed and served in accordance with the above procedures, then the Debtor will be authorized to pay 80% of requested interim fees and 100% of requested expenses without further order of the Court.  Only if an objection is properly and timely filed and served in accordance with the above procedures, and cannot be consensually resolved, will a hearing be held on the Application.

---

[1] The Debtor in this chapter 11 cases, along with the last four digits of the Debtor's federal tax identification number, is BYJU's Alpha, Inc. (4260).  The location of the Debtor's service address for purposes of this Chapter 11 case is 1007 N. Market St. Ste. G20 452, Wilmington, Delaware 19801.

31701177.1

Dated: June 12, 2024
Wilmington, Delaware

        **YOUNG CONAWAY STARGATT & TAYLOR, LLP**

        */s/ Kenneth J. Enos*
        Robert S. Brady (Del. No. 2847)
        Kenneth J. Enos (Del. No. 4544)
        Jared W. Kochenash (Del. No. 6557)
        Timothy R. Powell (Del. No. 6894)
        1000 North King Street
        Wilmington, Delaware 19801
        Telephone: (302) 571-6600
        Facsimile: (302) 571-1253
        rbrady@ycst.com
        kenos@ycst.com
        jkochenash@ycst.com
        tpowell@ycst.com

        -and-

        **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
        Susheel Kirpalani (admitted *pro hac vice*)
        Benjamin Finestone (admitted *pro hac vice*)
        Daniel Holzman (admitted *pro hac vice*)
        Jianjian Ye (admitted *pro hac vice*)
        51 Madison Avenue, 22nd Floor
        New York, New York 10010
        Tel.: (212) 849 7000
        susheelkirpalani@quinnemanuel.com
        benjaminfinestone@quinnemanuel.com
        danielholzman@quinnemanuel.com
        jianjianye@quinnemanuel.com

        Counsel for Debtor, BYJU's Alpha, Inc.