**<u>EXHIBIT B</u>**

**Declaration of Anupama Hebbar**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) |
| | ) |
| BYJU'S ALPHA, INC.,[1] | )   Chapter 11 |
| | ) |
| Debtor. | )   Case No. 24-10140 (JTD) |
| | ) |
| | ) |
| _____ | ) |

**DECLARATION OF ANUPAMA HEBBAR IN SUPPORT OF DEBTOR'S**
**APPLICATION FOR AN ORDER AUTHORIZING THE EMPLOYMENT AND**
**RETENTION OF KEYSTONE PARTNERS AS INDIAN COUNSEL**
**EFFECTIVE AS OF MAY 22, 2024**

Pursuant to Bankruptcy Rules 2014(a) and 2016, I, Anupama Hebbar, declare:

1.      I am a Partner of Keystone Partners, Advocates and Solicitors ("Keystone
Partners").  Except as otherwise noted, I have personal knowledge of the matters set forth herein,
and if called and sworn as a witness, I could and would testify competently thereto.  I submit this
declaration in support of the Debtor's *Application for Order Authorizing the Employment and
Retention of Keystone Partners as Indian Counsel Effective as of May 22, 2024*
(the "Application").[2]

2.      With three offices in Bengaluru, Mumbai, and New Delhi, Keystone Partners is a
globally recognized Indian specialist dispute resolution law firm with offices across India.
Keystone has substantial expertise in Indian and international arbitration, as well as civil and
commercial litigation.  Keystone Partners has been ranked in Chambers and Partners for Dispute
Resolution since 2021, with Senior Partner Mr. Pradeep Nayak ranked in Band 1 and me ranked

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number,
is:  BYJU's Alpha, Inc. (4260).  The location of the Debtor's service address is 1007 N. Market Street Ste. G20 452,
Wilmington, Delaware 19801.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

as an up-and-coming lawyer.  Additionally, Keystone Partners has been ranked by Benchmark Litigation since 2020 in 8 practice areas, and Mr. Pradeep Nayak and I have been ranked as Litigation stars.  Finally, I have been ranked in 2024 as a "Top 40 under 40" litigator in Asia Pacific and had been ranked as one of the top 100 women in litigation in 2020.

3.      Pursuant to the Engagement Letter, the Debtor seeks to retain Keystone Partners to advise on strategy, drafting correspondence, notices and pleadings, and appearance before the Indian court in connection with the Indian Lawsuit.

4.      I understand that the Debtor has retained Young Conaway Stargatt & Taylor, LLP ("Young Conaway") and Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel") as restructuring co-counsel.   Because Keystone Partners, Young Conaway, and Quinn Emanuel will have distinct and well-defined roles, each counsel will not duplicate the services the others provide to the Debtor.  Keystone Partners will coordinate with Young Conaway and Quinn Emanuel to ensure that the services each firm provides to the Debtor are not duplicative.

## PROFESSIONAL COMPENSATION

5.      As provided by the Engagement Letter, and subject to Court approval, (a) Keystone Partners' fees will be based on the hourly rates generally charged for those Keystone Partners' professionals involved, as adjusted over the period of the engagement, and (b) the Debtor will reimburse Keystone Partners for any third-party charges and other costs incurred and paid by Keystone Partners in connection with its services under the Engagement Letter.

6.      I will have primary responsibility for providing services to the Debtor and supervising such other professionals and paraprofessionals that may provide such services to the

Debtor.  My current hourly rate is $350.  Keystone Partners' hourly rates currently range as follows:

| Billing Category | Hourly Rate (in U.S. dollars) |
|---|---|
| Senior Partner | $400 |
| Partner | $350 |
| Principal Associates | $275 |
| Associates | $150 - $200 |

7.      Moreover, in accordance with Keystone Partners' standard billing practices, Keystone Partners will charge the following fees per appearance (in U.S. dollars) in court hearings or arbitration sessions:

| | SENIOR PARTNER | PARTNER | PRINCIPAL ASSOCIATE | SENIOR ASSOCIATE | ASSOCIATE |
|---|---|---|---|---|---|
| Court / Tribunal appearances within Delhi, Mumbai and Bengaluru | 700 | 600 | 300 | 225 | 150 |
| Arbitral proceedings within Delhi, Mumbai and Bengaluru (per session of up to 4 hours) | 900 | 700 | 500 | 375 | 225 |

8.      Consistent with the Engagement Letter and Keystone Partners' policy with respect to its other clients, Keystone Partners will continue to charge the Debtor for all services provided and for other charges and disbursements incurred in the rendition of services.  It is Keystone Partners' policy to charge its clients in all areas of practice for identifiable, non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client.  It is also Keystone Partners' policy to charge its clients only the amount actually incurred by Keystone Partners in connection with such items.

9.      During the course of this Chapter 11 Case, Keystone Partners will apply to the Court for allowance of compensation for professional services rendered and reimbursement of expenses incurred in this Chapter 11 Case in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any orders entered in this Chapter 11 Case governing professional compensation and reimbursement for services rendered and charges and disbursements incurred.  Such applications will constitute a request for interim payment against Keystone Partners' reasonable fees and expenses to be determined at the conclusion of this Chapter 11 Case.

10.     No promises have been received by Keystone Partners, or any partner, counsel, or associate thereof, as to payment or compensation in connection with this Chapter 11 Case other than in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules.  Except as permitted by the Bankruptcy Code, Keystone Partners has not entered into any agreements, express or implied, with any other party in interest, including the Debtor, any creditor, or any attorney for such party in interest in this Chapter 11 Case for (a) the purpose of sharing or fixing fees or other compensation to be paid to any such party in interest or its attorneys for services rendered in connection therewith, (b) payment of such compensation from the assets of the estate in excess of the compensation allowed by the Court pursuant to the applicable provisions of the Bankruptcy Code, or (c) payment of compensation in connection with this Chapter 11 Case other than in accordance with the applicable provisions of the Bankruptcy Code.

## KEYSTONE PARTNERS' DISINTERESTEDNESS

11.     I caused to be submitted for review by our conflicts system the names of all known potential parties in interest (the "Potential Parties in Interest") in this Chapter 11 Case.  The list of

Potential Parties in Interest, a copy of which is attached hereto as **Exhibit 1**, was provided by the Debtor.

12.     Keystone Partners entered the names of the Potential Parties in Interest into a computer database containing the names of all clients and conflict information concerning such clients of Keystone Partners.  This inquiry revealed that none of the Potential Parties in Interest or their affiliates are current, or were former, Keystone Partners' clients.

13.     Although section 327(e) of the Bankruptcy Code does not require that Keystone Partners be a "disinterested person" as defined in section 101(14) of the Bankruptcy Code, to the best of my knowledge, and except as may be disclosed in this Declaration, Keystone Partners (a) is a "disinterested person" and does not hold or represent an interest adverse to the Debtor or its estate and (b) has no connection to the Debtor, its creditors, or other parties in interest.

31696592.5

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge and belief.

Executed on June 12, 2024

_/s/ Anupama Hebbar_____
Anupama Hebbar
Partner, Keystone Partners

## **SCHEDULE 1**

**Potential Parties in Interest**

### BYJU's Alpha, Inc.
### Potential Parties in Interest List

### Known Lenders

- Ares Dynamic Credit Allocation Fund, Inc.
- Ares Enhanced Credit Opportunities Fund B, Ltd.
- Ares Enhanced Credit Opportunities Fund II Ltd.
- Ares Institutional Loan Fund, LP
- Ares L CLO Ltd.
- Ares LI CLO Ltd.
- Ares LII CLO Ltd.
- Ares LIII CLO Ltd.
- Ares LIV CLO Ltd.
- Ares LIX CLO Ltd.
- Ares Loan Funding I, Ltd.
- Ares LV CLO Ltd.
- Ares LVI CLO Ltd.
- Ares LVII CLO Ltd.
- Ares LVIII CLO Ltd.
- Ares LX CLO Ltd.
- Ares LXI CLO Ltd.
- Ares LXII CLO Ltd.
- Ares LXIV CLO Ltd.
- Ares Multi-Asset Credit Strategies Fund LP
- Ares XLI CLO Ltd.
- Ares XLIV CLO Ltd.
- Ares XLIX CLO Ltd.
- Ares XLV CLO Ltd.
- Ares XLVI CLO Ltd.
- Ares XLVII CLO Ltd.
- Ares XLVIII CLO Ltd.
- Ares XXVII CLO Ltd.
- Ares XXVIIIR CLO Ltd.
- Ares XXXIIR CLO Ltd.
- Ares XXXIR CLO Ltd.
- Ares XXXIV CLO Ltd.
- Ares XXXIX CLO Ltd.
- Ares XXXVII CLO Ltd.
- Ares XXXVIII CLO Ltd.
- Ares XXXVR CLO Ltd.
- California State Teachers' Retirement System
- CION Ares Diversified Credit Fund
- Crestline Denali CLO XIV, Ltd.
- Crestline Denali CLO XV, Ltd.

31265639.1

- Crestline Denali CLO XVI, Ltd.
- Crestline Denali CLO XVII Ltd.
- Denali Capital CLO XII, Ltd.
- Renaissance Floating Rate Income Fund
- Seattle City Employees' Retirement System
- Stitchting Pensioenfonds Hoogovens
- Ares XLIII CLO Ltd.
- CQS Alternative Credit Fund
- CQS Brunel Multi Asset Credit Fund
- CQS Credit Multi Asset Fund
- TACF Institutional Credit Master Fund LP
- TOR Asia Credit Master Fund LP
- TOR Asia Credit Opportunity Master Fund III LP
- White Granite LLC
- Blue Hiawatha LLC
- Blue Hiawatha DD3, LLC
- Cardinal Fund, LP
- Florida Power & Light Company Qualified Decomissioning Trusts for Turkey Point and St. Lucie Nuclear Plants
- HPS Loan Management 10-2016, Ltd.
- HPS Loan Management 11-2017, Ltd.
- HPS Loan Management 12-2018, Ltd.
- HPS Loan Management 13-2018, Ltd.
- HPS Loan Management 14-2019, Ltd.
- HPS Loan Management 15-2019, Ltd.
- HPS Loan Management 2013-2, Ltd.
- HPS Loan Management 2021-16, Ltd.
- HPS Loan Management 3-2014, Ltd.
- HPS Loan Management 4-2014, Ltd.
- HPS Loan Management 5-2015, Ltd.
- HPS Loan Management 6-2015, Ltd.
- HPS Loan Management 8-2016, Ltd.
- HPS Loan Management 9-2016, Ltd.
- HPS Mauna Kea Fund LP
- Institutional Credit Fund Subsidiary, L.P.
- Strata CLO I, Ltd.
- Strata CLO II Ltd.
- ZALICO VL Series Account – 2
- HG Vora Special Opportunities Master Fund Ltd.
- India Credit Solutions LP
- Silver Point Finance LLC
- Veritas Capital Credit Opportunities Fund II SPV, LLC
- Veritas Capital Credit Opportunities Fund SPV LLC
- Redwood Master Fund, Ltd.

- Redwood Drawdown Master Fund III LP
- Redwood Opportunity Master Fund, Ltd.
- GLAS Trust Company LLC

**<u>Former Indirect Shareholders</u>**
- Byju Raveendran
- Riju Ravindran
- Divya Gokulnath
- Mrinal Mohit
- Aarin Capital Partners (Mauritius)
- Sequoia Capital
- Sofina SA
- Lightspeed India Partners
- Times Internet
- Chan Zuckerberg Mauritius
- International Finance Corporation
- ESOP/MSOP
- Verlinvest SA
- Proxima Beta Pte Limited (Tencent)
- General Atlantic Singapore TL PTE Ltd
- CPP INVESTMENT BOARD PRIVATE HOLDINGS (3) INC
- MIH Edtech Investments B.V. (Naspers)
- Benett Coleman & Co
- Sonal Gala
- Osmo Ertswhile shareholders
- Owl Ventures
- QIA
- Internet Fund V Pte Ltd (Tiger Global)
- Bond Capital Asia Holdings Ltd
- DST Global
- SLP Beta Holdings Cayman Ltd (Silverlake)
- BlackRock
- Sands Capital Global Innovation Fund- Cayman Ltd
- Alkeon Group
- Smash Beta SPV I
- T. Rowe Price
- MC Global Edtech Investments Holdings LP
- Tarsadia
- Arison Holdings (1998) Ltd.
- XN Exponent Holdings Ltd.
- Baron Funds
- B Capital Asia
- Footpath Ventures
- Olayan Investments Singapore Pte. Ltd.

- The Prudential Assurance Company Ltd (M&G)
- GSV BY, L.P.
- Disruptive Technology Solutions XXXV, LLC
- Asmaan Ventures
- BSP India Edtech LLC
- Phoenix Rising – Beacon Holdings, LLC
- Beta Oryx Limited
- Zoom founder family office
- A&Q Metric SPC – Fir Tree Opportunistic II SP- UBS
- IIFL Special Opportunities Fund
- Maitri EdTech Special Opportunities Fund LLC
- Toppr Ertswhile shareholders
- Great Learning Erstwhile shareholders
- ARK NCORE Edutech 1
- Mirae Asset - Naver Asia Growth Investment Pte. Ltd
- Edelweiss Funds
- Verition Multi-Strategy Master Fund, Ltd.
- Byjus Time Capital Advisors LP
- Epic Creations Aggregator
- Neuron Aggregator Holding Trust
- BrokerCredit Service Structured Products PLC
- GenGlobal Bright Corp
- Antara Capital Master Fund LP
- Bearnaise Lux S.C.Sp./Vitruvian Partners
- Hello English Ertswhile Shareholders
- Geogebra GmBH Erstwhile Shareholders
- Ranjan Pai and related parties
- Trilegal

**Litigation Parties**
- BYJU's PTE Ltd.
- EPIC! Creations Inc.
- Great Learning Education Pte. Ltd.
- Neuron Fuel, Inc.
- Tangible Play, Inc.
- Think & Learn Private Ltd.
- Camshaft Capital Fund, LP
- Camshaft Capital Advisors, LLC
- Camshaft Capital Management, LLC

**Banks**
- JPMorgan Chase & Co.
- Silicon Valley Bank, a division of First-Citizens Bank & Trust Company
- Webster Bank, N.A.

31265639.1

**Professionals**
- Timothy R. Pohl
- Quinn Emanuel Urquhart & Sullivan, LLP
- Young Conaway Stargatt & Taylor, LLP

**Office of the United States Trustee**
- Andrew R. Vara
- Benjamin Hackman
- Christine Green
- Diane Giordano
- Dion Wynn
- Edith A. Serrano
- Elizabeth Thomas
- Fang Bu
- Hannah M. McCollum
- Holly Dice
- James R. O'Malley
- Jane Leamy
- Jonathan Lipshie
- Jonathan Nyaku
- Joseph Cudia
- Joseph McMahon
- Lauren Attix
- Linda Casey
- Linda Richenderfer
- Nyanquoi Jones
- Richard Schepacarter
- Rosa Sierra-Fox
- Shakima L. Dortch
- Timothy J. Fox, Jr.

**Judges/Court Employees**
- Judge Ashley M. Chan
- Judge Brendan L. Shannon
- Judge Craig T. Goldblatt
- Judge J. Kate Stickles
- Judge John T. Dorsey
- Judge Karen B. Owens
- Judge Laurie S. Silverstein
- Judge Mary F. Walrath
- Judge Thomas B. Horan
- Amanda Hrycak
- Cacia Batts

31265639.1