IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BYJU'S ALPHA, INC.,[1]<br><br>                      Debtor. | Chapter 11<br><br>Case No. 24-10140 (JTD)<br><br>**Hearing Date: July 18, 2024 at 10:00 a.m. (ET)**<br>**Obj. Deadline: July 5, 2024 at 4:00 p.m. (ET)** |

### NOTICE OF FIRST INTERIM FEE APPLICATIONS OF THE DEBTOR'S PROFESSIONALS FOR THE PERIOD FROM FEBRUARY 1, 2024 THROUGH AND INCLUDING APRIL 30, 2024

**PLEASE TAKE NOTICE** that, pursuant to that certain *Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals* [Docket No. 121] (the "Interim Compensation Order"), the professionals retained by the above-captioned debtor and debtor in possession (the "Debtor") hereby apply for interim allowance of compensation and reimbursement of expenses (each, a "Fee Request," and collectively, the "Fee Requests") for all monthly applications filed during the previous quarterly period covering the period from February 1, 2024 through and including April 30, 2024. Summaries of the fees and expenses subject to each Fee Request are annexed in the attachments hereto and set forth in the monthly fee applications previously filed with the Court.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Interim Compensation Order, the Debtors were authorized to pay on an interim basis 80% of the amount of compensation requested and 100% of the amount requested for reimbursement of expenses without further order of the Court upon the expiration of a twenty-one (21) day objection period.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to any Fee Request is to be filed and served on the affected professional and the parties set forth in the Interim Compensation Order on or before **July 5, 2024 at 4:00 p.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider approval of the Fee Requests will be held before The John T. Dorsey in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801, on **July 18, 2024 at 10:00 a.m. (ET)**.

---

[1] The Debtor in this Chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260). The location of the Debtor's service address for purposes of this Chapter 11 case is: 1007 N. Market St. Ste. G20 452, Wilmington, Delaware 19801.

31619891.1

PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS FEE REQUEST, THE COURT MAY ENTER AN ORDER APPROVING THE FEE REQUESTS WITHOUT FURTHER NOTICE OR A HEARING.

Dated: Wilmington, Delaware
June 14, 2024

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Kenneth J. Enos*
Robert S. Brady (Del. No. 2847)
Kenneth J. Enos (Del. No. 4544)
Jared W. Kochenash (Del. No. 6557)
Timothy R. Powell (Del. No. 6894)
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
rbrady@ycst.com
kenos@ycst.com
jkochenash@ycst.com
tpowell@ycst.com

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Susheel Kirpalani (admitted pro hac vice)
Benjamin Finestone (admitted pro hac vice)
Daniel Holzman (admitted pro hac vice)
Jianjian Ye (admitted pro hac vice)
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel.: (212) 849 7000
susheelkirpalani@quinnemanuel.com
benjaminfinestone@quinnemanuel.com
danielholzman@quinnemanuel.com
jianjianye@quinnemanuel.com

Counsel for the Debtor

31619891.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BYJU'S ALPHA, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 24-10140 (JTD)<br><br>**Hearing Date: July 18, 2024 at 10:00 a.m. (ET)**<br>**Obj. Deadline: July 5, 2024 at 4:00 p.m. (ET)** |

**FIRST INTERIM FEE APPLICATION OF**
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

| | |
|---|---|
| Name of Applicant: | Quinn Emanuel Urquhart & Sullivan, LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | March 4, 2024<br>(Effective as of February 1, 2024) |
| Period for which compensation and reimbursement is sought: | February 1, 2024 through April 30, 2024 |

| Monthly Fee Period, Docket No. & Date Filed | Total Fees Requested | Total Expenses Requested | CNO Docket No. & Date Filed | Amount of Fees Paid or To Be Paid (80%) | Amount of Expenses Paid or To Be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 2/1/24 – 2/29/24 [D.I. 151; 3/26/24 amended D.I. 167; 4/12/24] | $577,417.28 | $859.32 | D.I. 272; 4/17/24 | $461,933.82 | $859.32 | $115,483.46 |
| 3/1/24 – 3/31/24 [D.I. 180; 4/29/24] | $895,392.45 | $18,020.69 | D.I. 199 5/28/24 | $716,313.96 | $17,712.69[2] | $179,078.49 |
| 4/1/24 – 4/30/24 [D.I. 209; 6/12/24] | $930,348.90 | $3,955.17 | Objection Deadline 7/3/24 | $744,279.12 | $3,955.17 | $186,069.78 |
| **TOTAL** | **$2,403,158.63** | **$22,835.18** | | **$1,922,526.90** | **$22,527.18** | **$480,631.73** |

---

[1] The Debtor in this Chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260). The location of the Debtor's service address for purposes of this Chapter 11 case is: 1007 N. Market St. Ste. G20 452, Wilmington, Delaware 19801.

[2] Pursuant to informal comments from the United States Trustee the expenses were reduced.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BYJU'S ALPHA, INC.,[1]<br><br>　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 24-10140 (JTD)<br><br>**Hearing Date: July 18, 2024 at 10:00 a.m. (ET)**<br>**Obj. Deadline: July 5, 2024 at 4:00 p.m. (ET)** |

### FIRST INTERIM FEE APPLICATION OF YOUNG CONAWAY STARGATT & TAYLOR, LLP

| | |
|---|---|
| Name of Applicant: | Young Conaway Stargatt & Taylor, LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | March 4, 2024<br>(Effective as of February 1, 2024) |
| Period for which compensation and reimbursement is sought: | February 1, 2024 through April 30, 2024 |

| Monthly Fee Period, Docket No. & Date Filed | Total Fees Requested | Total Expenses Requested | CNO Docket No. & Date Filed | Amount of Fees Paid or To Be Paid (80%) | Amount of Expenses Paid or To Be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 2/1/24 – 2/29/24 [D.I. 152; 3/27/24] | $227,037.00 | $4,506.14 | D.I. 172; 4/19/24 | $181,629.60 | $4,506.14 | $45,407.40. |
| 3/1/24 – 3/31/24 [D.I. 181; 4/29/24] | $229,426.00 | $6,725.99 | D.I. 198 5/28/24 | $183,540.80 | $6,725.99 | $45,885.20 |
| 4/1/24 – 4/30/24 [D.I. 208; 6/12/24] | $139,634.00 | $3,147.63 | Objection Deadline 7/3/24 | $111,707.20 | $3,147.63 | $27,926.80 |
| **TOTAL** | **$596,097.00** | **$14,379.76** | | **$476,877.60** | **$14,379.76** | **$119,219.40** |

---

[1] The Debtor in this Chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260). The location of the Debtor's service address for purposes of this Chapter 11 case is: 1007 N. Market St. Ste. G20 452, Wilmington, Delaware 19801.

31619891.1