# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BYJU'S ALPHA, INC.,[1] | Case No. 24-10140 (JTD) |
| Debtor. | Hearing Date: July 18 2024, at 10:00 a.m. (ET)<br>Objection Deadline: July 5, 2024 at 4:00 p.m. (ET) |

## SUPPLEMENT TO FIRST INTERIM FEE APPLICATION OF
## QUINN EMANUEL URQUHART & SULLIVAN, LLP

Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), co-counsel to the above-captioned debtor and debtor in possession (the "Debtor"), hereby supplements the *First Interim Fee Applications of the Debtor's Professionals for the Period from February 1, 2024, through and Including April 30, 2024* (Docket No. 210) (the "First Interim Application") for the period from February 1, 2024, through April 30, 2024 (the "Application Period") by attaching, as Exhibits A through F hereto, certain schedules requested by the *Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under United States Code by Attorneys in Larger Chapter 11 Cases* (the "UST Guidelines"). In addition, Quinn Emanuel respectfully states as follows to address the questions set forth under section C.5 of the UST Guidelines:

   a.  During the Application Period, Quinn Emanuel did not agree to any variations from, or alternatives to, its standard or customary billing rates, fees, or terms.

   b.  The fees sought by Quinn Emanuel in the First Interim Application are not more than 10% higher than the fees budgeted in the budget provided by Quinn Emanuel to the Debtor for the Application Period.

---

1  The Debtor in this chapter 11 cases, along with the last four digits of the Debtor's federal tax identification number, is BYJU's Alpha, Inc. (4260). The location of the Debtor's service address for purposes of this Chapter 11 Case is 1007 N. Market St. Suite G20 452, Wilmington, Delaware 19801.

    c.    The professionals included in the First Interim Application did not vary their hourly rate based on the geographic location of the bankruptcy cases.

    d.    The First Interim Application did not include any fees dedicated to revising time records or preparing and revising invoices that would not normally be compensable outside of bankruptcy.

    e.    The time period covered by the First Interim Application includes approximately 0.00 hours with a value of $0.00 spent by Quinn Emanuel to ensure that the time entries subject to the First Interim Application comply with the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and do not disclose privileged or confidential information. This review and any revisions associated therewith are a necessary component of Quinn Emanuel's preparation of each monthly fee application.

    f.    The First Interim Application does not include any rate increases.

Respectfully submitted this 20th day of June, 2024.

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: */s/ Benjamin Finestone*
Susheel Kirpalani (admitted *pro hac vice*)
Benjamin Finestone (admitted *pro hac vice*)
Daniel Holzman (admitted *pro hac vice*)
Jianjian Ye (admitted *pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel.: (212) 849 7000
susheelkirpalani@quinnemanuel.com
benjaminfinestone@quinnemanuel.com
danielholzman@quinnemanuel.com
jianjianye@quinnemanuel.com

*Co-Counsel for Debtor, BYJU's Alpha, Inc.*