# **EXHIBIT B**

# SUMMARY OF TIMEKEEPERS INCLUDED IN THE
# FIRST INTERIM APPLICATION[1]

| Name | Title | Department | Date of First Admission | Fees Billed in the Application Period | Hours Billed in the Application Period | Hourly Rate in the Application Period |
|---|---|---|---|---|---|---|
| Susheel Kirpalani | Partner | Bankruptcy and Restructuring | 1995 | $12,291.00 | 5.1 | $2,410.00 |
| Dabney O'Riordan | Partner | SEC Enforcement Practice | 1999 | $11,371.50 | 5.7 | $1,995.00 |
| Benjamin Finestone | Partner | Bankruptcy and Restructuring | 2005 | $554,765.00 | 306.5 | $1,810.00 |
| Eric M. Kay | Counsel | Bankruptcy and Restructuring | 1996 | $24,957.50 | 14.9 | $1,675.00 |
| Jason Sternberg | Partner | Complex Business Litigation | 2009 | $4,935.00 | 3.0 | $1,645.00 |
| William Adams | Partner | National Appellate Practice | 2006 | $27,693.00 | 15.3 | $1,810.00 |
| Daniel Holzman | Counsel | Bankruptcy and Restructuring | 1999 | $200,332.00 | 127.6 | $1,570.00 |
| Katherine A. Scherling | Counsel | Bankruptcy and Restructuring | 2010 | $87,449.00 | 55.7 | $1,570.00 |
| Jianjian Ye | Associate | Bankruptcy and Restructuring | 2019 | $763,250.00 | 537.5 | $1,420.00 |
| Jingfei Lu | Associate | Bankruptcy and Restructuring | 2023 | $536,996.00 | 506.6 | $1,060.00 |
| Alexandre Tschumi | Associate | Complex Business Litigation | 2017 | $3,171.00 | 2.1 | $1,510.00 |
| Jordan Nakdimon | Associate | Complex Business Litigation | 2024 | $133,198.00 | 141.7 | $940.00 |
| Christine Botvinnik | Law Clerk | | | $262,321.50 | 406.7 | $645.00 |
| Olga Garcia | Senior Paralegal | | | $3,442.50 | 4.5 | $765.00 |
| Barbara Howell | Paralegal | Bankruptcy and Restructuring | | $58,795.00 | 106.9 | $550.00 |
| Diana Cordoba | Managing Clerk | | | $930.00 | 1.5 | $620.00 |
| Matthew Woods | Managing Clerk | | | $1,984.00 | 3.2 | $620.00 |

---

[1] Fees and travel are billed at 100% in Exhibit B.

| Name | Title | Department | Date of First Admission | Fees Billed in the Application Period | Hours Billed in the Application Period | Hourly Rate in the Application Period |
|---|---|---|---|---|---|---|
| Anthony Staltari | Managing Clerk | | | $124.00 | .2 | $620.00 |
| Graham Denny | Researcher | | | $505.00 | 1.0 | $505.00 |
| Steven Wong | Litigation Support | | | $437.00 | 2.3 | $190.00 |
| **Total** | | | | **$2,688,948.00** | **2,248.00** | |