**EXHIBIT C**

**BUDGET AND STAFFING PLAN**

| BUDGET | | |
|---|---|---|
| **Project Category** | **Estimated Hours** | **Estimated Fees[2]** |
| BY01-Case Administration | 111.20 | $137,331.75 |
| BY02-Asset Analysis and Recovery | 22.20 | $27,466.35 |
| BY03-Relief from Stay/Adequate Protection Proceedings | 22.20 | $27,466.35 |
| BY05-Fee/Employment Application | 111.20 | $137,331.75 |
| BY08-Attend Court Hearings | 111.20 | $137,331.75 |
| BY09-Adversary Proceedings | 1334.40 | $1,647,981.00 |
| BY10-Other Contested Matters | 222.40 | $274,663.50 |
| BY11-Discovery- | 177.90 | $219,730.80 |
| BY12-Corporate Matters- | 44.50 | $54,932.70 |
| BY13-Financing Matters | 44.50 | $54,932.70 |
| BY15-General Bankruptcy Matters- | 0.00 | $0.00 |
| BY16-Non-Working Travel | 22.20 | $27,466.35 |
| **Total** | 2223.90 | $2,746,635.00 |

| STAFFING PLAN | | |
|---|---|---|
| **Category of Timekeeper** | **Number of Timekeepers Expected to Work on the Matter During the Budgeted Period** | **Average Rate[3]** |
| Partner | 2 | $1,892.31 |
| Counsel | 1 | $1,570.00 |
| Associate (7 or more years since first admission) | - | - |
| Associate (4-6 years since first admission) | 1 | $1,420.00 |
| Associate (less than 4 years since first admission) | 3 | $862.20 |
| Paralegal | 1 | $550.00 |

---

[2] Does not reflect 10% discount.

[3] The Average Hourly Rate is a weighted average based on the individual hourly rate of, and projected number of hours worked by, each timekeeper over the course of the Budgeted Period.

12013-00001/15027710.1