# EXHIBIT D

## SUMMARY OF COMPENSATION AND EXPENSE REIMBURSEMENTS

| SUMMARY OF COMPENSATION BY PROJECT CATEGORY[4] | | | |
|---|---|---|---|
| **Project Category** | **Hours Billed** | **Fees Sought** | **Fees with 10% Discount** |
| BY01-Case Administration | 149.4 | $177,456.50 | $159,710.85 |
| BY02-Asset Analysis and Recovery | 7.2 | $11,304.00 | $10,173.60 |
| BY03-Relief from Stay/Adequate Protection Proceedings | 14.9 | $20,393.00 | $18,353.70 |
| BY05-Fee/Employment Application | 73.4 | $58,675.00 | $52,807.50 |
| BY08-Attend Court Hearings | 77.2 | $97,721.50 | $87,949.35 |
| BY09-Adversary Proceedings | 1,462.3 | $1,723,539.00 | $1,551,185.10 |
| BY10-Other Contested Matters | 144.6 | $183,916.50 | $165,524.85 |
| BY11-Discovery- | 211.3 | $263,769.00 | $237,392.10 |
| BY12-Corporate Matters- | 9.5 | $14,915.00 | $13,423.50 |
| BY13-Financing Matters | 61.7 | $97,517.00 | $87,765.30 |
| BY15-General Bankruptcy Matters- | 1.4 | $2,198.00 | $1,978.20 |
| BY16-Non-Working Travel | 35.1 | $18.771.75 | $16,894.58 |
| Total | 2248.0 | $2,670,176.25 | $2,403,158.63 |

---

[4] Travel billed at 50%.

12013-00001/15027710.1