**EXHIBIT E**
**EXPENSES**

| EXPENSE | AMOUNT |
|---|---:|
| Postage | $31.09 |
| Local Business Travel | $1,302.34 |
| Document Services | $1,721.36 |
| Deposition Transcripts | $7,047.84 |
| Online Research | $45.00 |
| Courtlink | $15.26 |
| Document Reproduction (Black & White at $0.10 per page) | $269.52 |
| Document Reproduction (Color at $0.25 per page) | $170.00 |
| Filing Fee | $200.00 |
| Meals While Traveling | $119.70 |
| Travel | $7,784.25 |
| Hotel | $3,103.21 |
| Hearing Transcripts | $462.30 |
| Messenger | $130.00 |
| Velobind | $9.09 |
| Tabs | $8.25 |
| Express Mail | $107.97 |
| Total | $22,527.18 |