**EXHIBIT F**

| | |
|---|---|
| **SUMMARY OF FIRST INTERIM APPLICATION** ||
| Name of Applicant | Quinn Emanuel Urquhart & Sullivan, LLP |
| Name of Client | BYJU's Alpha, Inc. |
| Time period covered by First Interim Application | February 1, 2024, through April 30, 2024 |
| Total compensation sought during the Application Period | $2,403,158.63 |
| Total expenses sought during the Application Period | $22,527.18 |
| Petition Date | February 1, 2024 |
| Retention Date | *Nunc Pro Tunc to February 1, 2024* |
| Date of order approving employment | March 4, 2024 |
| Total compensation approved by interim order to date | $0.00 |
| Total expenses approved by interim order to date | $0.00 |
| Total allowed compensation paid to date (at the time of filing this First Interim Application) | $1,178,247.78 |
| Total allowed expenses paid to date (at the time of filing this First Interim Application) | $18,572.01 |
| Blended rate in the First Interim Application for all attorneys | $1,233.88 |
| Blended rate in the First Interim Application for all timekeepers | $1,076.54 |
| Compensation sought in the First Interim Application already paid (or to be paid) pursuant to a monthly compensation order but not yet allowed | $1,922,526.90 |
| Expenses sought in the First Interim Application already paid (or to be paid) pursuant to a monthly compensation order but not yet allowed | $22,527.18 |
| Number of professionals included in the First Interim Application | 12 |
| If applicable, number of professionals in the First Interim Application not included in staffing plan approved by client | 5 |
| If applicable, difference between fees budgeted and compensation sought during the Application Period | $57,687.00 |
| Number of professionals billing fewer than 15 hours to the case during the Application Period | 5 |
| Are any rates higher than those approved or disclosed at retention? | No |