# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BYJU'S ALPHA, INC.,[1] | Case No. 24-10140 (JTD) |
| Debtor. | Hearing Date: July 18, 2024 at 10:00 a.m. (ET)<br>Obj. Deadline: July 5, 2024 at 4:00 p.m. (ET) |

## SUPPLEMENT TO FIRST INTERIM FEE REQUEST OF YOUNG CONAWAY STARGATT & TAYLOR, LLP

Young Conaway Stargatt & Taylor, LLP ("Young Conaway"), counsel to the above-captioned debtor and debtor in possession (collectively, the "**Debtor**"), hereby supplements the *First Interim Fee Request of Young Conaway Stargatt & Taylor, LLP* (the "First Interim Application") for the period from February 1, 2024 through April 30, 2024 (the "Application Period") by attaching, as **Exhibits A** through **E** hereto, certain schedules requested by the *Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under United States Code by Attorneys in Larger Chapter 11 Cases* (the "**UST Guidelines**"). In addition, Young Conaway respectfully states as follows to address the questions set forth under section C.5 of the UST Guidelines:

  a. During the Application Period, Young Conaway did not agree to any variations from, or alternatives to, its standard or customary billing rates, fees, or terms.

  b. The fees sought by Young Conaway in the First Interim Application are not more than 10% higher than the fees budgeted in the budget provided by Young Conaway to the Debtors for Application Period.

---

[1] The Debtor in this Chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260). The location of the Debtor's service address for purposes of this Chapter 11 case is: 1007 N. Market St. Ste. G20 452, Wilmington, Delaware 19801.

31739077.1

    c.    The professionals included in the First Interim Application did not vary their hourly rate based on the geographic location of the bankruptcy cases.

    d.    The First Interim Application did not include any fees dedicated to revising time records or preparing and revising invoices that would not normally be compensable outside of bankruptcy.

    e.    The time period covered by the First Interim Application includes approximately 5.70 hours with a value of $3,536.50 spent by Young Conaway to ensure that the time entries subject to the First Interim Application comply with the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and do not disclose privileged or confidential information. This review and any revisions associated therewith are a necessary component of Young Conaway's preparation of each monthly fee application.

    f.    The First Interim Application did not include any rate increases since the effective date of the Court's approval of Young Conaway's retention.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>June 20, 2024 | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Kenneth J. Enos*<br>Robert S. Brady (Del. No. 2847)<br>Kenneth J. Enos (Del. No. 4544)<br>Jared W. Kochenash (Del. No. 6557)<br>Timothy R. Powell (Del. No. 6894)<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>rbrady@ycst.com<br>kenos@ycst.com<br>jkochenash@ycst.com<br>tpowell@ycst.com<br><br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Susheel Kirpalani (admitted pro hac vice)<br>Benjamin Finestone (admitted pro hac vice)<br>Daniel Holzman (admitted pro hac vice)<br>Jianjian Ye (admitted pro hac vice)<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Tel.: (212) 849 7000<br>susheelkirpalani@quinnemanuel.com<br>benjaminfinestone@quinnemanuel.com<br>danielholzman@quinnemanuel.com<br>jianjianye@quinnemanuel.com<br><br>Counsel for the Debtor |