**EXHIBIT B**

**SUMMARY OF TIMEKEEPERS INCLUDED IN THE
FIRST INTERIM APPLICATION**

| Name | Title | Department | Date of First Admission | Fees Billed in the Application Period ($) | Hours Billed in the Application Period | Hourly Rate Billed in the Application Period ($) |
|---|---|---|---|---|---|---|
| Robert S. Brady | Partner | Bankruptcy | 1990 | $150,640.000 | 107.60 | $1,400.00 |
| Craig D. Grear | Partner | Business Planning & Tax | 1996 | $53,340.00 | 38.10 | $1,400.00 |
| Kevin A. Guerke | Partner | Bankruptcy | 2001 | $10,800.00 | 10.00 | $1,080.00 |
| Kenneth J. Enos | Partner | Bankruptcy | 2004 | $231,835.00 | 233.00 | $995.00 |
| Lauren McCrery | Associate | Business Planning & Tax | 2012 | $19,246.50 | 27.30 | $705.00 |
| Jared W. Kochenash | Associate | Bankruptcy | 2018 | $49,455.00 | 78.50 | $630.00 |
| Timothy R. Powell | Associate | Bankruptcy | 2019 | $12,789.00 | 20.30 | $630.00 |
| John Meyer | Paralegal | Corporate | | $616.00 | 1.60 | $385.00 |
| Brenda Walters | Paralegal | Bankruptcy | - | $61,407.500 | 159.50 | $385.00 |
| Debbie Laskin | Paralegal | Bankruptcy | - | $1655.50 | 4.30 | $385.00 |
| Beth A. Olivere | Paralegal | Bankruptcy | - | $525.00 | 1.40 | $375.00 |
| Troy Bollman | Paralegal | Bankruptcy | - | $3,600.00 | 9.60 | $375.00 |
| Jorge L. Martinez | Paralegal | Bankruptcy | - | $187.50 | 0.50 | $375.00 |
| **Totals** | | | | **$596,097.00** | **691.70** | |

31739077.1