# EXHIBIT C

# BUDGET AND STAFFING PLAN

| BUDGET | | |
|---|---|---|
| **February 2024 - $200,000     March 2024 - $200,000     April 2024 - $200,000** | | |
| **Project Category** | **Estimated Hours** | **Estimated Fees** |
| Case Administration (B001) | 32.30 | $29,802.00 |
| Court Hearings (B002) | 103.20 | $95,366.40 |
| Cash Collateral/DIP Financing (B003) | 116.10 | $107,287.20 |
| Schedules & Statements, U.S. Trustee Reports (B004) | 32.30 | $29,802.00 |
| Lease/Executory Contract Issues (B005) | 6.50 | $5,960.40 |
| Use, Sale or Lease of Property (363 issues) (B006) | 19.40 | $17,881.20 |
| Claims Analysis, Objections and Resolutions (B007) | 6.50 | $5,960.40 |
| Meetings (B008) | 19.40 | $17,881.20 |
| Stay Relief Matters (B009) | 6.50 | $5,960.40 |
| Reclamation Claims and Reclamation Adversaries (B010) | 0.00 | $0.00 |
| Other Adversary Proceedings (B011) | 258.00 | $238,416.00 |
| Plan and Disclosure Statement (B012) | 6.50 | $5,960.40 |
| Creditor Inquiries (B013) | 0.00 | $0.00 |
| General Corporate Matters (B014) | 6.50 | $5,960.40 |
| Employee Matters (B015) | 0.00 | $0.00 |
| Asset Analysis (B016) | 0.00 | $0.00 |
| Retention of Professionals/Fee Issues (B017) | 19.40 | $17,881.20 |
| Fee Application Preparation (B018) | 12.90 | $11,920.80 |
| Travel (B019) | 0.00 | $0.00 |
| Utility Services (B020) | 0.00 | $0.00 |
| **Total** | 645.40 | $596,040.00 |

31739077.1

| STAFFING PLAN | | |
|---|---|---|
| **Category of Timekeeper** | **Number of Timekeepers Expected to Work on the Matter During the Budgeted Period** | **Average Rate[1]** |
| Partner | 2 | $1,235.00 |
| Counsel | - | - |
| Associate (7 or more years since first admission) | - | - |
| Associate (4-6 years since first admission) | 2 | $630.00 |
| Associate (less than 4 years since first admission) | - | - |
| Paralegal | 1 | $375.00 |

[1]The Average Hourly Rate is a weighted average based on the individual hourly rate of, and projected number of hours worked by, each timekeeper over the course of the Budgeted Period.