## EXHIBIT D

### SUMMARY OF COMPENSATION AND EXPENSE REIMBURSEMENT

| SUMMARY OF COMPENSATION BY PROJECT CATEGORY | | |
|---|---|---|
| **Project Category** | **Hours Billed** | **Fees Sought ($)** |
| Case Administration (B001) | 46.90 | $21,240.00 |
| Court Hearings (B002) | 125.00 | $112,241.00 |
| Cash Collateral/DIP Financing (B003) | 143.00 | $141,999.00 |
| Schedules & Statements, U.S. Trustee Reports (B004) | 32.80 | $23,083.00 |
| Lease/Executory Contract Issues (B005) | .20 | $280.00 |
| Use, Sale or Lease of Property (B006) | 4.30 | $4,602.00 |
| Meetings (B008) | 27.10 | $28,705.00 |
| Stay Relief Matters (B009) | 1.60 | $2,240.00 |
| Adversary Proceedings (B011) | 277.10 | $240,858.00 |
| General Corporate Matters (B014) | .10 | $70.50 |
| Retention of Professionals/Fee Issues (B017) | 27.90 | $17,242.00 |
| Fee Application Preparation (B018) | 5.70 | $3,536.50 |
| **Total** | **691.70** | **$596,097.00** |

| SUMMARY OF EXPENSE REIMBURSEMENT | |
|---|---|
| **Category** | **Amount** |
| Car/Bus/Subway | $284.52 |
| Computerized Legal Research/Westlaw | $103.75 |
| Delivery/Courier | $1,917.20 |
| Deposition/Transcript | $1,423.60 |
| Docket Retrieval/Search | $304.80 |
| Federal Express | $731.76 |
| Filing Fee | $597.50 |
| Outside Duplication | $1,581.81 |
| Postage | $283.57 |
| Reproduction Charges | $4,580.70 |
| Secretary of State | $10.00 |
| Service Fee | $820.00 |
| Working Meals | $1,740.55 |
| **TOTAL** | **$14,379.76** |