**EXHIBIT E**

| SUMMARY OF FIRST INTERIM APPLICATION | |
|---|---|
| Name of Applicant | Young Conaway Stargatt & Taylor, LLP |
| Name of Client | Debtor and Debtor in Possession |
| Time period covered by First Interim Application | February 1, 2024 – April 30, 2024 |
| Total compensation sought during the Application Period | $596,097.00 |
| Total expenses sought during the Application Period | $14,379.76 |
| Petition Date | February 1, 2024 |
| Retention Date | February 1, 2024 |
| Date of order approving employment | March 4, 2024 |
| Total compensation approved by interim order to date | $0.00 |
| Total expenses approved by interim order to date | $0.00 |
| Total allowed compensation paid to date | $365,170.40 (80% first and second monthly) |
| Total allowed expenses paid to date | $11,232.13 (80% first and second monthly) |
| Blended rate in the First Interim Application for all attorneys | $1,025.85 |
| Blended rate in the First Interim Application for all timekeepers | $861.79 |
| Compensation sought in the First Interim Application already paid (or to be paid) pursuant to a monthly compensation order but not yet allowed | $596,097.00 |
| Expenses sought in the First Interim Application already paid (or to be paid) pursuant to a monthly compensation order but not yet allowed | $14,379.50 |
| Number of professionals included in the First Interim Application | 13 |
| If applicable, number of professionals in the First Interim Application not included in staffing plan approved by client | 8 |
| If applicable, difference between fees budgeted and compensation sought during the Application Period | $600,000.00 Budget Amount<br>$596,097.00 Amount Sought<br>$3,903.00 Difference |
| Number of professionals billing fewer than 15 hours to the case during the Application Period | 6 |
| Are any rates higher than those approved or disclosed at retention? | No |