# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | |
| BYJU'S ALPHA, INC.,[1] ) | Chapter 11 |
| ) | |
| Debtor. ) | Case No. 24-10140 (JTD) |
| ) | |
| ) | |
| ) | |
| BYJU'S ALPHA, INC., ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adv. Pro. Case No. 24-50013 (JTD) |
| ) | |
| CAMSHAFT CAPITAL FUND, LP, ) | |
| CAMSHAFT CAPITAL ADVISORS, LLC, ) | |
| CAMSHAFT CAPITAL MANAGEMENT, LLC, ) | |
| RIJU RAVINDRAN, INSPILEARN LLC, and ) | |
| THINK AND LEARN PRIVATE LIMITED, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF **AMENDED**[2] AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON JULY 9, 2024 AT 1:00 P.M. (ET)

### AT THE DIRECTION OF THE COURT, THE HEARING HAS BEEN RESCHEDULED TO JULY 24, 2024 at 10:00 A.M. (ET)

> This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Dorsey's Chambers Procedures and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Dorsey's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260). The location of the Debtor's service address for purposes of this chapter 11 case is: 1007 N. Market St. Ste. G20 452, Wilmington, DE 19801.

[2] **Amended items appear bold.**

31700573.1

**MATTERS GOING FORWARD**

1.  Debtor's Application for an Order Authorizing the Employment and Retention of Keystone Partners as Indian Counsel Effective as of May 22, 2024 [D.I. 208, 6/12/24]

    Response Deadline:  June 26, 2024 at 4:00 p.m. (ET), extended to July 2, 2024 at 4:00 p.m. (ET) for the Office of the United States Trustee.

    Responses Received:

    A.  Objection of the United States Trustee to the Debtors Application for Entry of an Order Authorizing the Employment and Retention of Keystone Partners as Indian Counsel Effective as of May 22, 2024 [D.I. 216, 7/2/24]

    **Additional Documents:**

    B.  **Certification of Counsel [D.I. 216, 7/8/24]**

    Status:  **A certification of counsel has been filed.  The order may be entered without further notice or hearing.**

2.  Debtor's Motion for A Ruling to Show Cause Why Riju Ravindran Should Not be Held in Contempt for Violating the Preliminary Injunction Order [A.D.I. 105, 3/29/24 (sealed)]

    Related Documents:

    A.  Order on Finding of Contempt [A.D.I. 204, 5/28/24]

    B.  Letter Brief filed by Riju Ravindran [A.D.I. 221, 5/30/24]

    C.  Letter Brief filed by Debtor [A.D.I. 222, 5/30/24]

    Status: This matter is going forward with respect to the financial penalties to be imposed on Mr. Ravindran.

3.  Plaintiffs' Motion to Compel and for Entry of Sanctions Against Defendant Riju Ravindran [A.D.I. 271, 7/2/24]

    Response Deadline:  July 8, 2024 at 4:00 p.m. (ET)

    Responses Received:

    Status:  This matter is going forward.

Dated: July 8, 2024
    Wilmington, Delaware    **YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Kenneth J. Enos*
Robert S. Brady (Del. No. 2847)
Kenneth J. Enos (Del. No. 4544)
Jared W. Kochenash (Del. No. 6557)
Timothy R. Powell (Del. No. 6894)
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
rbrady@ycst.com
kenos@ycst.com
jkochenash@ycst.com
tpowell@ycst.com

-and-

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Susheel Kirpalani (admitted *pro hac vice*)
Benjamin Finestone (admitted *pro hac vice*)
Daniel Holzman (admitted *pro hac vice*)
Jianjian Ye (admitted *pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel.: (212) 849 7000
susheelkirpalani@quinnemanuel.com
benjaminfinestone@quinnemanuel.com
danielholzman@quinnemanuel.com
jianjianye@quinnemanuel.com

Counsel for Debtor, BYJU's Alpha, Inc.