# EXHIBIT 1



Page 01 of 04

**BY EMAIL**

Ref No: BLR/5597/484/2024								23 May 2024

To.
Byju's Alpha, Inc.
2045 N. Fremont Street
Chicago, Illinois 60614
USA
Attn:  Mr. Tim Pohl
Email id:  timrpohl@gmail.com

Sub:	**Mandate for Legal Services and Terms of Engagement**

Dear Mr. Pohl:

I am pleased to provide hereunder the terms of engagement to retain **Keystone Partners** ('**the Firm**') for providing legal services to Byju's Alpha, Inc. **('the Client')**.

**1.	Scope of Services**

1.1.	Our services will include advise on strategy, drafting correspondence, notices and pleadings, and appearance before courts/tribunals in relation to disputes between the Client and Think and Learn Private Limited and all other such tasks as are necessary to institute/defend other legal proceedings between the parties.

**2.	Structuring of services**

2.1.	The team for the assignment will comprise of Mr. Pradeep Nayak (Senior Partner), Ms. Anupama Hebbar (Partner), Mr. Y. Sankeerth Vittal (Principal Associate) and Ms. Rose Joy (Senior Associate). Ms. Anupama Hebbar shall be the Firm's primary point of contact. The Firm may augment or reconstitute the team, if required, at all times taking care to ensure that timelines and requirements are not adversely affected.

**3.	Fees**

3.1.	For rendering services as defined in Sl. No. 1 above, we propose to invoice in accordance with the fee structure at Annexure A. These rates are applicable until 31 December 2024, and are subject to review thereafter.



3.2. The quoted fees are exclusive of taxes (including any applicable withholding or service tax) and expenses (such as court-fees, court expenses, printing, photocopying, scanning, courier, senior counsel fees, notarial expenses, and other miscellaneous expenses), which will be charged at actual costs incurred.

3.3. At the discretion of the firm, invoices will either be raised as and when a significant milestone is achieved in the case, or on a monthly basis. We request that all invoices and debit notes be settled within a period of no more than 15 days following any requisite approval of any such invoice by the United States Bankruptcy Court for the District of Delaware.

**4.    Other terms**

4.1. The liability of the Firm and its partners, consultants and employees in relation to this engagement shall be limited to the legal fees (excluding expenses and any taxes) actually received by the Firm from the Client in connection with the engagement.

4.2. Information acquired in connection with this representation shall be kept confidential, save where disclosure is required in accordance with law. The Firm may disclose its involvement as legal advisor to the Client in professional fora and in its credentials with the prior permission of the Client.

4.3. The Firm will comply with the rules, regulations and directions of the Bar Council of India, any applicable court or any applicable regulatory or administrative authority and the terms of the present engagement must be read in consonance with these requirements.

4.4. By entering into this engagement letter, Client is not submitting itself to personal jurisdiction in India. We appreciate your choice of Keystone Partners to serve your legal needs. As always, we assure you that all assignments will be met with the highest quality of service, with emphasis on quick and effective delivery.

Yours Sincerely,
 For **Keystone Partners**                    **Accepted by Byju's Alpha, Inc.**

*[signature: Anupama Hebbar]*

**Anupama Hebbar**                    _____
Partner                         **Timothy R. Pohl, CEO and Secretary**



Page 03 of 04

**1.** Our Permanent Account Number is **AANFK7061J**.
**2.** Cheques may be issued in favour of '**Keystone Partners**'.
**3.** Online payments may be made to
'**Keystone Partners**',
Current Account No. **1611390269,**
Kotak Mahindra Bank, No. 837/1 Binnamangala 1st Stage,
Indiranagar 100 ft Road, Bangalore – 560038
**IFSC Code:** KKBK0000431



**ANNEXURE A: FEE STRUCTURE**

A. **Chamber work:**

Meetings, conferences and discussions (including briefings of senior counsel / external counsel, if required); negotiation sessions with opposing parties; review of papers; drafting of correspondence and any court petitions / applications; and research:

| Designation | Hourly rate (in USD) |
|---|---|
| Senior Partner | 400 |
| Partner | 350 |
| Principal Associate | 275 |
| Senior Associate | 225 |
| Associates (based on seniority) | 150-200 |

For any hearings or conferences requiring a lawyer to travel outside their city, we will charge a minimum of 8 hours for each day.

B. **For court hearings / arbitration sessions (Fee per appearance, in USD):**

|  | SENIOR PARTNER | PARTNER | PRINCIPAL ASSOCIATE | SENIOR ASSOCIATE | ASSOCIATE |
|---|---|---|---|---|---|
| Court / Tribunal appearances within Delhi, Mumbai and Bengaluru | 700 | 600 | 300 | 225 | 150 |
| Arbitral proceedings within Delhi, Mumbai and Bengaluru (per session of up to 4 hours) | 900 | 700 | 500 | 375 | 225 |

BENGALURU    MUMBAI    NEW DELHI
No. 35/2, 2nd Floor, Cunningham Road, Bengaluru – 560052
+91 80 4113 5813    +91 80 4206 6148    bengaluru@keystone.law    www.keystone.law