**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) |
| | ) |
| BYJU'S ALPHA, INC.,[1] | ) Chapter 11 |
| | ) |
| Debtor. | ) Case No. 24-10140 (JTD) |
| | ) |
| | ) Ref. Docket Nos. 210, 213 & 214 |
| | ) |

**CERTIFICATION OF COUNSEL REGARDING
PROPOSED OMNIBUS ORDER APPROVING FIRST INTERIM
FEE APPLICATIONS OF DEBTOR'S PROFESSIONALS**

On June 14, 2024, certain professionals (collectively, the "Professionals") retained and employed by the above-captioned debtor and debtor in possession (the "Debtor") filed their first requests for interim allowance of compensation and reimbursement of expenses [Docket Nos. 210, 213 & 214] (each, a "Fee Request," and collectively, the "Fee Requests") for the interim period from February 1, 2024 through and including April 30, 2024. Objections, if any, to the Fee Requests were required to be filed and served on, among others, the affected Professional and the July 5, 2024 (the "Objection Deadline").

The undersigned certifies that he has reviewed the Court's docket in these cases and no answer, objection, or other responsive pleading to the Fee Requests appears thereon. As no responses were received prior to the Objection Deadline, the Debtor hereby submits a proposed form of order (the "Proposed Order"), attached hereto as **Exhibit 1**, approving the Fee Requests.

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260). The location of the Debtor's service address is 1007 N. Market Street Ste. G20 452, Wilmington, Delaware 19801.

31830155.1

The Professionals have each reviewed and agreed to entry of the Proposed Order. Accordingly, the Debtors respectfully request that the Court enter the Proposed Order at its earliest convenience without further notice or a hearing.

Dated: July 12, 2024
      Wilmington, Delaware

      **YOUNG CONAWAY STARGATT & TAYLOR, LLP**

      */s/ Kenneth J. Enos*
      Robert S. Brady (Del. No. 2847)
      Kenneth J. Enos (Del. No. 4544)
      Jared W. Kochenash (Del. No. 6557)
      Timothy R. Powell (Del. No. 6894)
      1000 North King Street
      Wilmington, Delaware 19801
      Telephone: (302) 571-6600
      Facsimile: (302) 571-1253
      rbrady@ycst.com
      kenos@ycst.com
      jkochenash@ycst.com
      tpowell@ycst.com

      -and-

      **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
      Susheel Kirpalani (admitted *pro hac vice*)
      Benjamin Finestone (admitted *pro hac vice*)
      Daniel Holzman (admitted *pro hac vice*)
      Jianjian Ye (admitted *pro hac vice*)
      51 Madison Avenue, 22nd Floor
      New York, New York 10010
      Tel.: (212) 849 7000
      susheelkirpalani@quinnemanuel.com
      benjaminfinestone@quinnemanuel.com
      danielholzman@quinnemanuel.com
      jianjianye@quinnemanuel.com

      Counsel for the Debtor