## EXHIBIT 1

### Proposed Order

31830155.1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| BYJU'S ALPHA, INC.,[1] | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Case No. 24-10140 (JTD) |
| | ) | |
| | ) | |
| | ) | **Ref. Docket Nos. 210, 213 & 214** |
| | ) | |
| _____ | ) | |

## OMNIBUS ORDER APPROVING FIRST INTERIM
## FEE APPLICATIONS OF DEBTOR'S PROFESSIONALS

Upon consideration of the first interim fee requests (each, a "<u>Fee Request</u>," and collectively, the "<u>Fee Requests</u>") filed by certain professionals (collectively, the "<u>Professionals</u>") retained and employed by the debtor and debtor in possession (the "<u>Debtor</u>") in the above-captioned case and identified on **<u>Exhibit A</u>** attached hereto, for allowance of compensation and reimbursement of expenses; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and it appearing to this Court that all of the requirements of sections 327, 328, 330, 331, and 503(b) of title 11 of the United States Code, as well as Rule 2016 of the Federal Rules of Bankruptcy Procedure and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, have been satisfied; and it further appearing that the services rendered and expenses incurred were reasonable and necessary; and that notice of the Fee Requests was appropriate; and after due deliberation and sufficient good cause appearing therefor,

---

[1]     The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is:  BYJU's Alpha, Inc. (4260).  The location of the Debtor's service address is 1007 N. Market Street Ste. G20 452, Wilmington, Delaware 19801.

31830155.1

**IT IS HEREBY ORDERED THAT**:

1.      The Fee Requests are APPROVED with respect to the amounts set forth on **Exhibit A** attached hereto.

2.      The Professionals are granted interim allowance of compensation in the amounts set forth on **Exhibit A**, including any and all holdbacks.

3.      The Professionals are allowed reimbursement of reasonable and necessary expenses in the amounts set forth on **Exhibit A**.

4.      The Debtor is authorized and directed to remit payment to the Professionals in the amounts set forth on **Exhibit A**, less all amounts previously paid on account of such fees and expenses.

5.      This Order shall be deemed a separate order for each Professional and any appeal of this Order with respect to any Professional shall have no effect on the authorized fees and expenses of any other Professional.

6.      This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

31830155.1

**EXHIBIT A**

| PROFESSIONAL | FEES | EXPENSES |
|---|---|---|
| Quinn Emanuel Urquhart & Sullivan, LLP<br>Co-Counsel to the Debtor<br>2/1/24 – 4/30/24 | $2,403,158.63 | $22,508.46[1] |
| Young Conaway Stargatt & Taylor, LLP<br>Co-Counsel to the Debtor<br>2/1/24 – 4/30/24 | $596,097.00 | $14,379.76 |

---

[1] Pursuant to informal comments received from the Office of the United States Trustee, the expenses were reduced.