**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) |
| | ) |
| BYJU'S ALPHA, INC.,[1] | ) Chapter 11 |
| | ) |
| Debtor. | ) Case No. 24-10140 (JTD) |
| | ) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JULY 18, 2024 AT 10:00 A.M. (ET)**

**AS NO MATTERS ARE GOING FORWARD, THE HEARING
HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT.**

MATTER WITH CERTIFICATION OF COUNSEL

1. First Interim Fee Applications of the Debtor's Professionals for the Period from February 1, 2024 Through and Including April 30 2024 [D.I. 210, 6/14/24)]

   Response Deadline: July 5, 2024 at 4:00 p.m. (ET)

   Responses Received: None

   Related Documents:

   Quinn Emanuel Fee Applications:

   A. Amended First Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Co-Counsel to the Debtor for Allowance of Compensation and Reimbursement of Expenses for the Period from February 1, 2024 through February 29, 2024 [D.I. 167, 4/12/24]

   B. Certificate of No Objection Regarding D.I. 167 [D.I. 171, 4/17/24]

   C. Second Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as for the Period from March 1, 2024 through March 31, 2024 [D.I. 180, 4/29/24]

   D. Certificate of No Objection Regarding D.I. 180 [D.I. 199, 5/28/24]

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260).  The location of the Debtor's service address for purposes of this chapter 11 case is: 1007 N. Market St. Ste. G20 452, Wilmington, DE 19801.

31835958.1

E.     Third Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as for the Period from April 1, 2024 through April 30, 2024 [D.I. 209, 6/12/24]

F.     Certificate of No Objection Regarding D.I. 209 [D.I. 222, 7/10/24]

G.     Supplement to First Interim Fee Application of Quinn Emanuel Urquhart & Sullivan, LLP [D.I. 213, 6/20/24]

Young Conaway Stargatt & Taylor Fee Applications

H.     First Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Debtor for the Period from February 1, 2024 through February 29, 2024 [D.I. 152, 3/27/24]

I.     Certificate of No Objection Regarding D.I. 152 [D.I. 172, 4/19/24]

J.     Second Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP for the Period from March 1, 2024 through March 31, 2024 [D.I. 181, 4/29/24]

K.     Certificate of No Objection Regarding D.I. 181 [D.I. 198, 5/28/24]

L.     Third Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP for the Period from April 1, 2024 through April 30, 2024 [D.I. 207, 6/12/24]

M.     Certificate of No Objection Regarding D.I. 207 [D.I. 223, 7/10/24]

N.     Supplement to First Interim Fee Application of Young Conaway Stargatt & Taylor, LLP [D.I. 214, 6/20/24]

O.     Certification of Counsel Regarding Proposed Omnibus Order Approving First Interim Fee Applications of Debtor's Professionals [D.I. 224, 7/12/24]

Status:  A certification of counsel submitting a proposed omnibus order has been filed. The order may be entered without further notice or hearing.

Dated: July 16, 2024
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Kenneth J. Enos*
Robert S. Brady (Del. No. 2847)
Kenneth J. Enos (Del. No. 4544)
Jared W. Kochenash (Del. No. 6557)
Timothy R. Powell (Del. No. 6894)
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
rbrady@ycst.com
kenos@ycst.com
jkochenash@ycst.com
tpowell@ycst.com

-and-

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Susheel Kirpalani (admitted *pro hac vice*)
Benjamin Finestone (admitted *pro hac vice*)
Daniel Holzman (admitted *pro hac vice*)
Jianjian Ye (admitted *pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel.: (212) 849 7000
susheelkirpalani@quinnemanuel.com
benjaminfinestone@quinnemanuel.com
danielholzman@quinnemanuel.com
jianjianye@quinnemanuel.com

Counsel for Debtor, BYJU's Alpha, Inc.

31835958.1