# EXHIBIT B

| Expense Category | Total Expense |
|---|---|
| Postage | $2,520.11 |
| Meals during travel | |
| Lexis Courtlink – Off Contract | |
| Deposition transcripts | $2,704.50 |
| Express mail | $178.41 |
| Filing Fees | $100.00 |
| Hearing Transcripts | |
| Online Research | |
| Local business travel | $185.20 |
| Messenger | $195.00 |
| Document reproduction (0.10 cents per page) | $565.20 |
| Travel | |
| Color document reproduction (0.25 cents per page) | $438.25 |
| Hotel (credit for earlier hotel stay of Jianjian Ye) | ($1,654.40) |
| Velobind | $18.18 |
| Document services | $780.88 |
| Professional services – others (Veritext-cancellation of video) | $385.00 |
| Attorney service (Delivery Fee to S. Kirpalani) | $88.50 |
| 3" Binder | $10.60 |
| Tabs | $99.00 |
| Document Hyperlinking Service | $309.25 |
| RelOne User Fee | $600.00 |
| RelOne TIFF (per page) | $.60 |
| RelOne Active Hosting (Per GB) | $10.00 |
| Total | $7,534.28 |

31839851.1

12013-00001/15073410.1

# quinn emanuel trial lawyers

July 08, 2024  Matter #: 12013-00001
Page 38  Invoice Number: 101-0000172652

## Expense Summary

| Description | | Amount |
|---|---|---:|
| Postage | | 2,520.11 |
| Attorney service(s) | | 88.50 |
| Deposition transcript(s) | | 2,704.50 |
| Express mail | | 178.41 |
| Filing fee(s) | | 100.00 |
| Online Research | | 0.00 |
| Local business travel | | 185.20 |
| Messenger | | 195.00 |
| Document Reproduction | 0.10 | 565.20 |
| Color Document Reproduction | 0.25 | 438.25 |
| Word processing | | 0.00 |
| Hotel | | -1,654.40 |
| Velobind | | 18.18 |
| Professional services - Other | | 385.00 |
| Document Services | | 780.88 |
| Tabs | | 99.00 |
| 3" Binder | | 10.60 |

**Litigation Support Costs**

| | |
|---|---:|
| Document Hyperlinking Service | 309.25 |
| RelOne User Fee | 600.00 |
| RelOne TIFF (per page) | 0.60 |
| RelOne Active Hosting (Per GB) | 10.00 |
| Total Expenses | $7,534.28 |