# **EXHIBIT A**

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(302) 571-1253 FAX
　　　　　　　　　　　　　　TAX I.D. NO. 51-0082644　　　　　　　　　　　www.ycst.com

Writer's Direct Dial　　　　　　　　　　　　　　　　　　　　　　　　　　　Writer's E-Mail
(302) 571-5003　　　　　　　　　　　　　　　　　　　　　　　　　　　　　kenos@ycst.com

| | |
|---|---|
| BYJU's Alpha, Inc. | Invoice Date:　　　July 10, 2024 |
| Timohy R. Pohl, CRO | Invoice Number:　　　50053204 |
| 2045 N. Freemont Street | Matter Number:　　　103547.1001 |
| Chicago, IL 60614 | |

Re:  Restructuring Representation

**CURRENT INVOICE**

| | | |
|---|---|---|
| Professional Services | $ | 109,633.50 |
| Disbursements | $ | 17,473.76 |
| Total Due This Invoice | $ | 127,107.26 |

| | | | | | |
|---|---|---|---|---|---|
| BYJU Alpha, Inc. | | | Invoice Date: | | July 10, 2024 |
| | | | Invoice Number: | | 50053204 |
| | | | Matter Number: | | 103547.1001 |

**Time Detail**

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 05/02/24 | BWALT | Finalize, file, and upload order re: motion authorizing to file under seal Rule 2004 motion | B001 | 0.40 | 154.00 |
| 05/02/24 | BWALT | Further update critical dates | B001 | 0.30 | 115.50 |
| 05/02/24 | BWALT | Review and evaluate incoming pleadings and correspondence | B001 | 0.20 | 77.00 |
| 05/06/24 | BWALT | Emails re: pro hac vice admission for William Adams | B001 | 0.10 | 38.50 |
| 05/06/24 | BWALT | Review critical dates | B001 | 0.20 | 77.00 |
| 05/09/24 | BWALT | Update dockets, and critical dates calendar | B001 | 0.30 | 115.50 |
| 05/10/24 | KENOS | Review critical dates | B001 | 0.20 | 199.00 |
| 05/14/24 | BWALT | Update and circulate docket | B001 | 0.20 | 77.00 |
| 05/15/24 | BWALT | Review critical dates calendar | B001 | 0.10 | 38.50 |
| 05/15/24 | BWALT | Update and circulate dockets | B001 | 0.30 | 115.50 |
| 05/17/24 | BWALT | Update and circulate docket | B001 | 0.30 | 115.50 |
| 05/17/24 | BWALT | Emails with QE team re: sealed filings | B001 | 0.30 | 115.50 |
| 05/20/24 | BWALT | Receive invoice for hearing transcript | B001 | 0.10 | 38.50 |
| 05/20/24 | BWALT | Update docket | B001 | 0.10 | 38.50 |
| 05/22/24 | BWALT | Update critical dates | B001 | 0.30 | 115.50 |
| 05/22/24 | BWALT | Emails with B. Howell re: docket items | B001 | 0.10 | 38.50 |
| 05/22/24 | JKOCH | Review critical dates memorandum | B001 | 0.10 | 63.00 |
| 05/24/24 | BWALT | Update and circulate docket | B001 | 0.20 | 77.00 |
| 05/30/24 | BWALT | Update and circulate docket (.2); update critical dates (.1) | B001 | 0.20 | 77.00 |
| 05/30/24 | BWALT | Update docket | B001 | 0.20 | 77.00 |

BYJU Alpha, Inc.  Invoice Date: July 10, 2024
Invoice Number: 50053204
Matter Number: 103547.1001

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 05/31/24 | BWALT | Update docket | B001 | 0.30 | 115.50 |
| 05/31/24 | BWALT | Review and update critical dates calendar | B001 | 0.80 | 308.00 |
| 05/01/24 | BWALT | Emails re: 4/8/24 transcript | B002 | 0.10 | 38.50 |
| 05/02/24 | BWALT | Receive and circulate 4/9/24 hearing transcript | B002 | 0.10 | 38.50 |
| 05/03/24 | BWALT | Draft agenda for 5/21/24 hearing | B002 | 0.50 | 192.50 |
| 05/03/24 | BWALT | Email with C. Botvinnik re: 4/30/24 status conference transcript | B002 | 0.10 | 38.50 |
| 05/03/24 | BWALT | Email with D. Botvinnik re: hearing on motion to dismiss chapter 11 case | B002 | 0.10 | 38.50 |
| 05/13/24 | KENOS | Assist co-counsel with preparations for 5/21 hearing | B002 | 0.30 | 298.50 |
| 05/13/24 | KENOS | Confer with R. Brady re: Camshaft sanctions motion | B002 | 0.20 | 199.00 |
| 05/15/24 | BWALT | Update agenda for 5/21/24 hearing, email to K Enos | B002 | 0.90 | 346.50 |
| 05/15/24 | KENOS | Review and revise 5/21 hearing agenda (includes review of chambers' procedures in connection with same) | B002 | 0.40 | 398.00 |
| 05/16/24 | BWALT | Update docket for 5/21/24 hearing | B002 | 0.20 | 77.00 |
| 05/17/24 | BWALT | Finalize and file agenda for 5/21/24 hearing, and prepare and submit the ebinder to the Court | B002 | 0.80 | 308.00 |
| 05/17/24 | BWALT | Email from K. Enos re: May 21 hearing agenda | B002 | 0.10 | 38.50 |
| 05/17/24 | KENOS | Revise 5/21 hearing agenda re: updates for witness testimony (.3) and emails with co-counsel re: same (.2) | B002 | 0.50 | 497.50 |
| 05/17/24 | KENOS | Emails with E. Miller, chambers, co-counsel and GLAS counsel re: scheduling of sanctions motion hearing | B002 | 0.20 | 199.00 |
| 05/20/24 | BWALT | Finalize and file joint exhibit lists, email to the Court; and prepare exhibit binders | B002 | 1.50 | 577.50 |
| 05/20/24 | BWALT | Finalize and file amended agenda and email to the Court | B002 | 0.30 | 115.50 |
| 05/20/24 | BWALT | Prepare binders for 5/21/23 hearing (.6); update agenda (.2); email to K. Enos re: hearing logistics (.1) | B002 | 0.90 | 346.50 |

| | | | | | |
|---|---|---|---|---|---|
| BYJU Alpha, Inc. | | | Invoice Date: | | July 10, 2024 |
| | | | Invoice Number: | | 50053204 |
| | | | Matter Number: | | 103547.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 05/20/24 | KENOS | Emails with counsel to Camshaft, GLAS, Chambers and co-counsel re: Sanctions Motion scheduling | B002 | 0.20 | 199.00 |
| 05/20/24 | KENOS | Work with co-counsel re: preparation of exhibit list and finalizing exhibits for 5/21 hearing | B002 | 1.90 | 1,890.50 |
| 05/20/24 | KENOS | Review and finalize amended hearing agenda | B002 | 0.20 | 199.00 |
| 05/20/24 | KENOS | Assist co-counsel with 5/21 hearing preparations | B002 | 1.30 | 1,293.50 |
| 05/20/24 | KENOS | Review and comment on exhibit list for 5/21 hearing | B002 | 0.40 | 398.00 |
| 05/20/24 | KENOS | Emails with chambers and co-counsel re: Pohl testimony | B002 | 0.20 | 199.00 |
| 05/20/24 | KENOS | Review and finalize notice re: Sanctions Motion | B002 | 0.20 | 199.00 |
| 05/21/24 | BWALT | Prepare for hearing | B002 | 1.50 | 577.50 |
| 05/21/24 | KENOS | Meet with co-counsel and lender counsel re: motion to dismiss hearing preparations | B002 | 0.70 | 696.50 |
| 05/21/24 | KENOS | Prepare for hearing re: order to show cause and motion to dismiss | B002 | 1.20 | 1,194.00 |
| 05/21/24 | KENOS | Attend hearing re: order to show cause and motion to dismiss | B002 | 3.90 | 3,880.50 |
| 05/21/24 | RBRAD | Correspondence with K. Enos re: results from hearing on OSC re: Ravindran contempt for violating PI order (.3); review update on Court taking under advisement Camshaft's motion to dismiss the chapter 11 case (.2) | B002 | 0.50 | 700.00 |
| 05/22/24 | BWALT | Draft agenda for 6/11/24 hearing | B002 | 0.40 | 154.00 |
| 05/22/24 | BWALT | Circulate 5/21/24 hearing transcript | B002 | 0.10 | 38.50 |
| 05/22/24 | BWALT | Email from/to J. Nakdimon re: audio for 5/21/24 hearing | B002 | 0.30 | 115.50 |
| 05/22/24 | BWALT | Finalize for filing and coordinate service of sealed opposition to Camshaft's motion to dismiss | B002 | 2.00 | 770.00 |
| 05/22/24 | RBRAD | Review 5/21 hearing transcript | B002 | 0.90 | 1,260.00 |
| 05/28/24 | KENOS | Emails with chambers, co-counsel and counsel to GLAS re: Ravindran contempt hearing | B002 | 0.20 | 199.00 |

| BYJU Alpha, Inc. | | | Invoice Date: | | July 10, 2024 |
| | | | Invoice Number: | | 50053204 |
| | | | Matter Number: | | 103547.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 05/30/24 | BWALT | Update agenda for 6/11/24 hearing (.2); confer with K. Enos re: Camshaft responses to sanctions motion (.1); further update agenda (.1); organize materials for ebinder (.1) | B002 | 0.50 | 192.50 |
| 05/31/24 | BWALT | Update agenda for 6/11/24 hearing, and email to K. Enos | B002 | 0.20 | 77.00 |
| 05/31/24 | BWALT | Emails with K. Enos re: 7/9/24 hearing (.1); draft agenda for 7/9/24 hearing (.2) | B002 | 0.30 | 115.50 |
| 05/01/24 | KENOS | Review DIP Credit Agreement and Final DIP Order re: notice requirements for ministerial changes | B003 | 0.40 | 398.00 |
| 05/01/24 | KENOS | Emails with lender counsel re: US Trustee comments to DIP Credit Agreement Amendment | B003 | 0.20 | 199.00 |
| 05/23/24 | BWALT | File notice of DIP syndication | B003 | 0.40 | 154.00 |
| 05/08/24 | BWALT | Complete and file MOR for March 2024 | B004 | 0.50 | 192.50 |
| 05/28/24 | JKOCH | Draft April MOR | B004 | 0.60 | 378.00 |
| 05/29/24 | JKOCH | Finalize April MOR | B004 | 0.90 | 567.00 |
| 05/29/24 | KENOS | Review and comment on April MOR | B004 | 0.20 | 199.00 |
| 05/30/24 | BWALT | Email from C. Corazza re: MOR | B004 | 0.10 | 38.50 |
| 05/30/24 | BWALT | Email from J. Kochenash re: MOR | B004 | 0.10 | 38.50 |
| 05/30/24 | BWALT | Email MOR to U.S. Trustee | B004 | 0.10 | 38.50 |
| 05/30/24 | CCORA | Review and revise Monthly Operating Report re: April 2024 (.2); emails from and to J. Kochenash re: same (.1); prepare and file same (.2) | B004 | 0.50 | 187.50 |
| 05/26/24 | RBRAD | Review Camshaft's amended responses to first set of discovery requests and related correspondence from P. Van Tol | B006 | 0.60 | 840.00 |
| 05/01/24 | KENOS | Call with co-counsel and lender counsel re: case status | B008 | 0.60 | 597.00 |
| 05/03/24 | KENOS | Call with co-counsel and lender counsel re: case status | B008 | 0.50 | 497.50 |
| 05/06/24 | KENOS | Call with co-counsel and lender counsel re: case status | B008 | 0.50 | 497.50 |

| | | | | | |
|---|---|---|---|---|---|
| BYJU Alpha, Inc. | | | Invoice Date: | | July 10, 2024 |
| | | | Invoice Number: | | 50053204 |
| | | | Matter Number: | | 103547.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 05/06/24 | RBRAD | Attend conference call with counsel to Debtor and GLAS/Bondholders re: case strategy | B008 | 0.30 | 420.00 |
| 05/08/24 | KENOS | Call with co-counsel and lender counsel re: case status | B008 | 0.50 | 497.50 |
| 05/10/24 | KENOS | Call with co-counsel and lender counsel re: case status | B008 | 0.70 | 696.50 |
| 05/13/24 | KENOS | Call with co-counsel and lender counsel re: case status | B008 | 0.60 | 597.00 |
| 05/15/24 | KENOS | Call with co-counsel and lender counsel re: case status | B008 | 0.60 | 597.00 |
| 05/22/24 | KENOS | Call with co-counsel and lender counsel re: case status | B008 | 0.60 | 597.00 |
| 05/24/24 | KENOS | Call with co-counsel and lender counsel re: case status | B008 | 0.50 | 497.50 |
| 05/28/24 | KENOS | Call with co-counsel and lender counsel re: case status | B008 | 0.50 | 497.50 |
| 05/31/24 | KENOS | Call with co-counsel and lender counsel re: case status | B008 | 0.50 | 497.50 |
| 05/31/24 | RBRAD | Attend conference call with counsel to Debtor and GLAS/Noteholders re: case issues updates and strategy | B008 | 0.50 | 700.00 |
| 05/23/24 | RBRAD | Review letter to Think and Learn re: cease and desist violation of automatic stay | B009 | 0.20 | 280.00 |
| 05/24/24 | RBRAD | Review issues re: Indian action commenced by Think and Learn and violation of automatic stay and Barton doctrine | B009 | 0.90 | 1,260.00 |
| 05/27/24 | RBRAD | Review S. Corpus's letter asserting T&L is not violating the automatic stay or the Barton Doctrine | B009 | 0.20 | 280.00 |
| 05/01/24 | BWALT | Receive discovery responses and update discovery files | B011 | 0.20 | 77.00 |
| 05/01/24 | JKOCH | Draft COCs re: orders to quash and show cause | B011 | 0.40 | 252.00 |
| 05/01/24 | KENOS | Review Loan Guarantor responses to 2004 discovery | B011 | 0.50 | 497.50 |
| 05/01/24 | KENOS | Review and comment on LR 7023 Disclosures | B011 | 0.20 | 199.00 |
| 05/01/24 | KENOS | Review and comment on certification and proposed final version of order re: Ravindran Show Cause Motion | B011 | 0.30 | 298.50 |
| 05/01/24 | KENOS | Review Camshaft mark-up to proposed order re: motion to quash | B011 | 0.20 | 199.00 |

| | | | | | |
|---|---|---|---|---|---|
| BYJU Alpha, Inc. | | | Invoice Date:<br>Invoice Number:<br>Matter Number: | | July 10, 2024<br>50053204<br>103547.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 05/01/24 | KENOS | Review co-counsel summary of Apex document production and related documents | B011 | 0.50 | 497.50 |
| 05/01/24 | RBRAD | Correspondence with K. Enos re: Apex document production | B011 | 0.20 | 280.00 |
| 05/02/24 | BWALT | Circulate and serve order to show cause | B011 | 0.20 | 77.00 |
| 05/02/24 | BWALT | File, upload order, and email to the Court re: certification of counsel for order on motion to quash | B011 | 0.40 | 154.00 |
| 05/02/24 | BWALT | Update critical dates | B011 | 0.80 | 308.00 |
| 05/02/24 | BWALT | Emails with K. Enos re: 7026-3 disclosure service | B011 | 0.30 | 115.50 |
| 05/02/24 | BWALT | Emails with K. Enos re: upload of proposed order denying Camshaft's motion to quash | B011 | 0.20 | 77.00 |
| 05/02/24 | BWALT | Circulate order denying Camshaft's motion to quash | B011 | 0.10 | 38.50 |
| 05/02/24 | JKOCH | Finalize COC re: order to show cause | B011 | 0.20 | 126.00 |
| 05/02/24 | KENOS | Review and finalize 7026 initial disclosures | B011 | 0.30 | 298.50 |
| 05/02/24 | KENOS | Review and finalize certification of counsel and order re: Camshaft motion to quash (.4) and emails with co-counsel, counsel to Camshaft, and chambers re: same (.4) | B011 | 0.80 | 796.00 |
| 05/02/24 | RBRAD | Review competing orders denying Camshaft's motion to quash deposition notice (.3) and review order entered by Court re: same (.1) | B011 | 0.40 | 560.00 |
| 05/02/24 | RBRAD | Review correspondence to P. Van Tol re: Morton deposition | B011 | 0.20 | 280.00 |
| 05/02/24 | RBRAD | Review Rule 26 disclosures in Camshaft adversary | B011 | 0.20 | 280.00 |
| 05/03/24 | BWALT | Receive Camshaft's supplemental disclosures, and update discovery files | B011 | 0.20 | 77.00 |
| 05/03/24 | BWALT | Draft CNO for motion to extend removal deadline | B011 | 0.30 | 115.50 |
| 05/03/24 | BWALT | Download, review, and circulate Camshaft defendants' motion to reconsider order denying motion to quash | B011 | 0.20 | 77.00 |
| 05/03/24 | KENOS | Call with counsel to Camshaft and co-counsel re: Morton deposition | B011 | 0.60 | 597.00 |

| | | | | | |
|---|---|---|---|---|---|
| BYJU Alpha, Inc. | | | Invoice Date:<br>Invoice Number:<br>Matter Number: | | July 10, 2024<br>50053204<br>103547.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 05/03/24 | KENOS | Review Camshaft Motion to Reconsider and related motion to shorten | B011 | 0.40 | 398.00 |
| 05/03/24 | KENOS | Emails with co-counsel and counsel to Camshaft re: motion to shorten | B011 | 0.20 | 199.00 |
| 05/03/24 | RBRAD | Review correspondence between P. Van Tol and B. Finestone re: Morton deposition (.3); conference with K. Enos re: same (.2) | B011 | 0.50 | 700.00 |
| 05/03/24 | RBRAD | Attend conference call with counsel to Debtor and GLAS/bondholders re: case strategy | B011 | 0.50 | 700.00 |
| 05/03/24 | RBRAD | Review Morton's motion for reconsideration of order denying motion to quash deposition notice and motion to shorten notice re: same | B011 | 0.40 | 560.00 |
| 05/05/24 | KENOS | Review and comment on objection to Camshaft Reconsideration Motion | B011 | 0.40 | 398.00 |
| 05/05/24 | KENOS | Finalize and file objection to Camshaft Reconsideration Motion and related exhibits | B011 | 0.80 | 796.00 |
| 05/05/24 | RBRAD | Review draft opposition to Camshaft/Morton's motion for reconsideration of order denying motion to quash deposition notice (.2); correspondence with K. Enos re: same (.1) | B011 | 0.30 | 420.00 |
| 05/06/24 | BWALT | Review opposition to emergency motion to reconsider | B011 | 0.10 | 38.50 |
| 05/06/24 | BWALT | Draft notice of service of Rule 7026 ESI disclosures served 5/2/24 (.6); emails with K. Enos (.1); file notice of service (.1) | B011 | 0.80 | 308.00 |
| 05/06/24 | BWALT | Emails from K. Enos and K. Scherling re: opposition to motion to stay | B011 | 0.10 | 38.50 |
| 05/06/24 | BWALT | Download and circulate order motion to reconsider | B011 | 0.10 | 38.50 |
| 05/06/24 | BWALT | Review docket, and further emails with K. Enos re: opposition filing | B011 | 0.20 | 77.00 |
| 05/06/24 | BWALT | Update docket with notice of service of R. Ravindran's Rule 7026 disclosures | B011 | 0.10 | 38.50 |
| 05/06/24 | KENOS | Review and finalize notice of service re: initial disclosures | B011 | 0.20 | 199.00 |
| 05/06/24 | KENOS | Review order re: motion to reconsider and emails with co-counsel re: same | B011 | 0.20 | 199.00 |
| 05/07/24 | BWALT | Update adversary docket and service lists with additional counsel for defendant Morton | B011 | 0.40 | 154.00 |

BYJU Alpha, Inc.

Invoice Date: July 10, 2024
Invoice Number: 50053204
Matter Number: 103547.1001

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 05/07/24 | KGUER | Emails with K. Enos (.2); review motion to exclude (.4) | B011 | 0.60 | 648.00 |
| 05/08/24 | BWALT | Emails re: pro hac vice motion for appeal C.A. 24-492 | B011 | 0.20 | 77.00 |
| 05/08/24 | KENOS | Review Ravindran answer to second amended complaint | B011 | 0.50 | 497.50 |
| 05/08/24 | RBRAD | Review Ravindran's answer to second amended complaint re: fraudulent conveyance adversary | B011 | 0.90 | 1,260.00 |
| 05/08/24 | RBRAD | Attend conference call with Debtors and GLAS/bondholders re: litigation strategy | B011 | 0.30 | 420.00 |
| 05/09/24 | BWALT | Draft motion for admission pro hac vice in appeal C.A. 24-492 | B011 | 0.30 | 115.50 |
| 05/09/24 | BWALT | Finalize and file motion for pro hac vice admission of QE attorneys in appeal C.A. 24-492 | B011 | 0.40 | 154.00 |
| 05/09/24 | KENOS | Review and comment on Motion to Consolidate Appeals (.5) and limited research re: same (.3) | B011 | 0.80 | 796.00 |
| 05/09/24 | KENOS | Review Ravindran declaration re: remote hearing appearance | B011 | 0.20 | 199.00 |
| 05/09/24 | KENOS | Assist co-counsel with preparation of motion to consolidate appeals | B011 | 0.30 | 298.50 |
| 05/09/24 | KENOS | Attend meet and confer with counsel to Loan Guarantors re: 2004 discovery | B011 | 0.60 | 597.00 |
| 05/09/24 | KENOS | Review Camshaft motion to dismiss and related pleadings | B011 | 0.80 | 796.00 |
| 05/09/24 | RBRAD | Review R. Ravindran's declaration in support of request to appear remotely at 5/21/24 contempt hearing (.4); review Court's notice approving remote appearance (.1) | B011 | 0.50 | 700.00 |
| 05/09/24 | RBRAD | Attend meet and confer re: discovery propounded on U.S. loan guarantors | B011 | 0.60 | 840.00 |
| 05/09/24 | RBRAD | Review Camshaft's motion to dismiss second amended complaint | B011 | 0.80 | 1,120.00 |
| 05/10/24 | BWALT | Email from K. Enos re: oral argument DE Supreme Court, R. Ravindran v. GLAS | B011 | 0.30 | 115.50 |
| 05/10/24 | KENOS | Review and consider motion for sanctions re: Camshaft and Morton | B011 | 0.60 | 597.00 |
| 05/10/24 | KENOS | Review local and bankruptcy rules re: requirements for filing sanctions motion | B011 | 0.40 | 398.00 |
| 05/10/24 | KENOS | Review Supreme Court Order re: scheduling oral argument and emails with co-counsel re: same | B011 | 0.20 | 199.00 |

| | | | | | |
|---|---|---|---|---|---|
| BYJU Alpha, Inc. | | | Invoice Date: | | July 10, 2024 |
| | | | Invoice Number: | | 50053204 |
| | | | Matter Number: | | 103547.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 05/10/24 | RBRAD | Review draft motion for sanctions against Camshaft for discovery violations (2x) | B011 | 1.60 | 2,240.00 |
| 05/10/24 | RBRAD | Review correspondence from J. Cicero re: confirming R. Ravindran's deposition in connection with Debtor's OSC motion | B011 | 0.10 | 140.00 |
| 05/10/24 | RBRAD | Review draft order granting sanctions motion against Camshaft | B011 | 0.20 | 280.00 |
| 05/10/24 | RBRAD | Review draft motion to consolidate appeals of preliminary injunction order | B011 | 0.30 | 420.00 |
| 05/10/24 | RBRAD | Attend call with counsel to the Debtor and GLAS/bondholders re: case strategy | B011 | 0.60 | 840.00 |
| 05/12/24 | KENOS | Emails with lender counsel re: seal motion requirements | B011 | 0.20 | 199.00 |
| 05/12/24 | KENOS | Review further revised motion to consolidate appeals | B011 | 0.30 | 298.50 |
| 05/12/24 | KENOS | Review and comment on further revised sanctions motion and proposed order regarding same | B011 | 0.50 | 497.50 |
| 05/12/24 | RBRAD | Review case law re: motion for sanctions against Camshaft for discovery violations | B011 | 1.20 | 1,680.00 |
| 05/13/24 | JKOCH | Draft motion to seal sanctions motion | B011 | 0.60 | 378.00 |
| 05/13/24 | JKOCH | Revise motion to seal sanctions motion | B011 | 0.50 | 315.00 |
| 05/13/24 | KENOS | Review and comment on additional record designations re: Camshaft appeal | B011 | 0.80 | 796.00 |
| 05/13/24 | KENOS | Review and comment on adversary proceeding seal motion | B011 | 0.40 | 398.00 |
| 05/13/24 | KENOS | Review and comment on letter to district court re: mandatory mediation (2x) and emails with co-counsel and camshaft counsel re: same | B011 | 0.60 | 597.00 |
| 05/13/24 | KENOS | Emails with co-counsel re: sanctions motion redactions | B011 | 0.20 | 199.00 |
| 05/13/24 | KGUER | Emails with K. Enos re: litigation issues (.2); review litigation issues (.2) | B011 | 0.40 | 432.00 |
| 05/13/24 | RBRAD | Attend conference call with counsel to Debtor and GLAS/Noteholders re: litigation strategy (.6); conference with B. Finestone re: same (.2) | B011 | 0.80 | 1,120.00 |
| 05/13/24 | RBRAD | Conference with K. Enos re: strategy in connection with potential motion for sanctions against Camshaft's for discovery violations | B011 | 0.20 | 280.00 |

| | | | | | |
|---|---|---|---|---|---|
| BYJU Alpha, Inc. | | | Invoice Date: | | July 10, 2024 |
| | | | Invoice Number: | | 50053204 |
| | | | Matter Number: | | 103547.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 05/14/24 | BWALT | Prepare notice, and finalize for filing and coordinate service of sealed motion for sanctions | B011 | 1.50 | 577.50 |
| 05/14/24 | KENOS | Finalize proposed sanctions motion and related exhibits | B011 | 1.10 | 1,094.50 |
| 05/14/24 | KENOS | Review and revise motion to seal sanctions motion | B011 | 0.40 | 398.00 |
| 05/14/24 | KENOS | Review Ravindran response to order to show cause | B011 | 0.40 | 398.00 |
| 05/14/24 | KENOS | Emails with chambers re: sanctions motion | B011 | 0.20 | 199.00 |
| 05/14/24 | KENOS | Review proposed final version of sanctions motion | B011 | 0.50 | 497.50 |
| 05/14/24 | RBRAD | Review R. Ravindran's objection to OSC why he should not be held in contempt of the PI order | B011 | 0.40 | 560.00 |
| 05/15/24 | BWALT | Email form K. Enos re: counter-designations (C.A. 24-592) | B011 | 0.10 | 38.50 |
| 05/15/24 | BWALT | Email from QE re: counter-designations for filing in adversary proceeding, and District Court C.A. 24-492 (.1); emails with K. Enos (.1); finalize and file counter- designations (.3) | B011 | 0.50 | 192.50 |
| 05/15/24 | KENOS | Review and finalize counter designations re: Camshaft appeal and emails with co-counsel re: same | B011 | 0.40 | 398.00 |
| 05/15/24 | KENOS | Emails with counsel to Camshaft re: sanctions motion | B011 | 0.20 | 199.00 |
| 05/15/24 | KENOS | Attend meet and confer with counsel to Loan Guarantors re: 2004 discovery | B011 | 0.30 | 298.50 |
| 05/15/24 | KENOS | Review reply in support of Contempt Order | B011 | 0.40 | 398.00 |
| 05/15/24 | RBRAD | Review reply in support of OSC re: Ravindran's compliance with PI order | B011 | 0.40 | 560.00 |
| 05/16/24 | BOLIV | Finalize for filing and coordinate service of sealed debtor's reply in further support of motion for a ruling to show Cause why Riju Ravindran should not be held in contempt for violating the preliminary injunction order | B011 | 0.30 | 112.50 |
| 05/16/24 | BWALT | Emails from K. Enos and B. Olivere re: reply in support of order to show cause motion | B011 | 0.20 | 77.00 |
| 05/16/24 | BWALT | Emails from QE team, and K. Enos re: redacted version of sanctions motion | B011 | 0.30 | 115.50 |

| | | | | | |
|---|---|---|---|---|---|
| BYJU Alpha, Inc. | | | Invoice Date: | | July 10, 2024 |
| | | | Invoice Number: | | 50053204 |
| | | | Matter Number: | | 103547.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 05/16/24 | KENOS | Review Camshaft reply in support of motion to dismiss chapter 11 case | B011 | 0.40 | 398.00 |
| 05/16/24 | KENOS | Review proposed redactions to Camshaft sanctions motion and lender comments to same | B011 | 0.50 | 497.50 |
| 05/16/24 | KENOS | Finalize reply in support of Ravindran contempt motion | B011 | 0.40 | 398.00 |
| 05/16/24 | KENOS | Review proposed final version of Reply in support of Ravindran contempt motion | B011 | 0.30 | 298.50 |
| 05/16/24 | KENOS | Emails with co-counsel and counsel to Camshaft re: redacted version of sanctions motion | B011 | 0.30 | 298.50 |
| 05/16/24 | KENOS | Review lender counsel comments to Reply on support of contempt order | B011 | 0.20 | 199.00 |
| 05/16/24 | KENOS | Assist co-counsel with preparation of redacted sanctions motion | B011 | 0.70 | 696.50 |
| 05/16/24 | RBRAD | Review draft reply in support of OSC re: sanctions against Ravindran (.5); review proposed edits from GLAS/Noteholders and correspondence with R. Shankar, K. Scherling and B. Finestone re: same (.5); review revised draft (.2); review joinder from GLAS/Noteholders (.1) | B011 | 1.30 | 1,820.00 |
| 05/16/24 | RBRAD | Review Camshaft reply in support of motion to dismiss adversary complaint and T. Van Tol declaration in support | B011 | 0.80 | 1,120.00 |
| 05/17/24 | BWALT | Finalize and file CNO for removal motion and upload order | B011 | 0.30 | 115.50 |
| 05/17/24 | BWALT | Email to J. Kochenash re: CNO for the removal motion | B011 | 0.20 | 77.00 |
| 05/17/24 | KENOS | Attend meet and confer re: Camshaft discovery issues | B011 | 0.50 | 497.50 |
| 05/19/24 | KENOS | Assist co-counsel and counsel to GLAS with preparations for 5/21 hearing | B011 | 1.20 | 1,194.00 |
| 05/19/24 | RBRAD | Review witness lists and potential exhibits for OSC hearing re: contempt of PI order | B011 | 0.40 | 560.00 |
| 05/19/24 | RBRAD | Review R. Ravindran's deposition transcript in connection with OSC hearing re: contempt of PI order | B011 | 1.50 | 2,100.00 |
| 05/20/24 | BWALT | Email from C. Botvinnik re: sealed declaration of Ravindran | B011 | 0.10 | 38.50 |
| 05/20/24 | KENOS | Review and comment on objection to Camshaft motion to dismiss adversary | B011 | 1.10 | 1,094.50 |

| | | | | | |
|---|---|---|---|---|---|
| BYJU Alpha, Inc. | | | Invoice Date: | | July 10, 2024 |
| | | | Invoice Number: | | 50053204 |
| | | | Matter Number: | | 103547.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 05/21/24 | BWALT | Draft notice of hearing on sanctions motion (.4); finalize for filing and serve notice of hearing re: sanctions motion (.3) | B011 | 0.70 | 269.50 |
| 05/21/24 | KENOS | Review lender comments to objection to camshaft motion to dismiss adversary | B011 | 0.30 | 298.50 |
| 05/22/24 | BWALT | Finalize for filing and coordinate service of motion to seal sanctions motion, and redacted sanctions motion | B011 | 0.50 | 192.50 |
| 05/22/24 | KENOS | Review and finalize redacted sanctions motion and related motion to seal | B011 | 0.40 | 398.00 |
| 05/22/24 | KENOS | Review filing version of objection to Camshaft motion to dismiss and finalize and file same | B011 | 1.10 | 1,094.50 |
| 05/22/24 | KENOS | Review and comment on redactions to OSC reply (.2) and emails with co-counsel and Ravindran counsel re: same (.2) | B011 | 0.40 | 398.00 |
| 05/22/24 | KENOS | Emails with co-counsel and Ravindran counsel re: redacted version of OSC reply | B011 | 0.20 | 199.00 |
| 05/22/24 | KENOS | Review revised draft of objection to Camshaft motion to dismiss | B011 | 0.60 | 597.00 |
| 05/22/24 | RBRAD | Attend conference call with Debtor and GLAS/Noteholder counsel re: case strategy | B011 | 0.50 | 700.00 |
| 05/23/24 | KENOS | Finalize redacted version of reply in support of order to show cause | B011 | 0.30 | 298.50 |
| 05/23/24 | KENOS | Call with co-counsel re: litigation strategy considerations | B011 | 0.90 | 895.50 |
| 05/24/24 | BWALT | File certification of counsel re: order on finding of contempt and email to the Court | B011 | 0.30 | 115.50 |
| 05/24/24 | BWALT | File redacted reply in support of order to cause motion | B011 | 0.30 | 115.50 |
| 05/24/24 | KENOS | Review Camshaft amended discovery responses | B011 | 0.30 | 298.50 |
| 05/24/24 | KENOS | Draft certification of counsel re: Ravindran contempt order and finalize and file same | B011 | 0.40 | 398.00 |
| 05/24/24 | KENOS | Review and comment on proposed order re: Ravindran contempt | B011 | 0.20 | 199.00 |
| 05/24/24 | RBRAD | Conference call with counsel to Debtor and GLAS/bondholders re: case strategy (.6); follow-up call with K. Enos re: same (.2) | B011 | 0.80 | 1,120.00 |

| | | | | | |
|---|---|---|---|---|---|
| BYJU Alpha, Inc. | | | Invoice Date: | | July 10, 2024 |
| | | | Invoice Number: | | 50053204 |
| | | | Matter Number: | | 103547.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 05/24/24 | RBRAD | Review request from J. Cicero re: extension for Think and Learn to answer or otherwise respond to the complaint (.2) and correspondence with B. Finestone re: same (.2) | B011 | 0.30 | 420.00 |
| 05/27/24 | KENOS | Review and consider Think & Learn response to stay violation letter | B011 | 0.20 | 199.00 |
| 05/28/24 | KENOS | Review additional Camshaft document production | B011 | 0.40 | 398.00 |
| 05/28/24 | RBRAD | Review Camshaft's amended responses and objections to Debtor's first set of interrogatories | B011 | 0.40 | 560.00 |
| 05/28/24 | RBRAD | Review Camshaft's objection to second sanctions motion for discovery violations | B011 | 0.50 | 700.00 |
| 05/28/24 | RBRAD | Review Ravindran contempt order | B011 | 0.20 | 280.00 |
| 05/28/24 | RBRAD | Attend call with Debtor and GLAS/Noteholder counsel re: litigation strategy | B011 | 0.50 | 700.00 |
| 05/29/24 | KENOS | Review additional Camshaft document production and further discovery responses | B011 | 0.60 | 597.00 |
| 05/29/24 | KENOS | Review Camshaft objection to motion for sanctions and related exhibits | B011 | 0.50 | 497.50 |
| 05/30/24 | BWALT | Finalize and file CNO for sanctions seal motion, and upload order | B011 | 0.30 | 115.50 |
| 05/30/24 | BWALT | Draft CNO for motion to seal sanctions motion and email to J. Kochenash | B011 | 0.30 | 115.50 |
| 05/30/24 | KENOS | Finalize letter re: contempt sanctions | B011 | 0.20 | 199.00 |
| 05/30/24 | KENOS | Review and consider Think and Learn motion to dismiss | B011 | 0.50 | 497.50 |
| 05/30/24 | KENOS | Review Camshaft responses to second set of interrogatories | B011 | 0.20 | 199.00 |
| 05/30/24 | KENOS | Review Ravindran letter brief re: contempt sanctions | B011 | 0.20 | 199.00 |
| 05/30/24 | KENOS | Review and comment on Keystone Partners retention application | B011 | 1.10 | 1,094.50 |
| 05/30/24 | KENOS | Review and comment on letter brief re: Ravindran sanctions | B011 | 0.30 | 298.50 |
| 05/30/24 | KENOS | Review and consider Camshaft reply in support of motion to dismiss | B011 | 0.50 | 497.50 |
| 05/30/24 | RBRAD | Review R. Ravindran's letter brief to Judge Dorsey re: sanctions for contempt | B011 | 0.20 | 280.00 |

| | | | | | |
|---|---|---|---|---|---|
| BYJU Alpha, Inc. | | | Invoice Date: | | July 10, 2024 |
| | | | Invoice Number: | | 50053204 |
| | | | Matter Number: | | 103547.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 05/30/24 | RBRAD | Review draft letter brief re: Debtors' proposed sanctions for Ravindran contempt order (.2); conference with K. Enos re: same (.2) | B011 | 0.40 | 560.00 |
| 05/31/24 | KENOS | Emails with co-counsel, GLAS counsel and counsel to Camshaft re: motion to purge sanctions | B011 | 0.20 | 199.00 |
| 05/31/24 | KENOS | Review Local Rules re: briefing deadlines and emails with co-counsel re: same | B011 | 0.30 | 298.50 |
| 05/31/24 | KENOS | Review and comment on Ravindran discovery requests re: contempt order and confer with co-counsel re: same | B011 | 0.50 | 497.50 |
| 05/31/24 | RBRAD | Review deposition notice and second requests for production to R. Ravindran re: discovery permitted by contempt order (.4); correspondence with K. Enos re: same (.1) | B011 | 0.50 | 700.00 |
| 05/17/24 | JKOCH | Draft exclusivity extension motion | B012 | 1.30 | 819.00 |
| 05/20/24 | KENOS | Review and comment on exclusivity motion | B012 | 0.90 | 895.50 |
| 05/22/24 | JKOCH | Review comments to exclusivity motion | B012 | 0.50 | 315.00 |
| 05/30/24 | BWALT | Draft notice of motion to extend exclusivity and email to J. Kochenash | B012 | 0.30 | 115.50 |
| 05/30/24 | BWALT | Further emails with J. Kochenash re: motion to extend exclusivity (.1); serve motion (.2) | B012 | 0.30 | 115.50 |
| 05/30/24 | CCORA | Prepare and file Motion re: Extend Period to File Plan | B012 | 0.30 | 112.50 |
| 05/30/24 | RBRAD | Review motion to extend exclusive periods | B012 | 0.30 | 420.00 |
| 05/03/24 | BWALT | Prepare fee and expense chart | B017 | 0.80 | 308.00 |
| 05/06/24 | BWALT | Draft first interim fee application | B017 | 1.50 | 577.50 |
| 05/21/24 | BWALT | Draft CNO for Young Conaway's fee application, and emails with K. Enos re: same | B017 | 0.30 | 115.50 |
| 05/23/24 | KENOS | Review and comment on engagement letter re: Indian counsel (.3) and emails with co-counsel re: same (.2) | B017 | 0.50 | 497.50 |
| 05/28/24 | BWALT | Finalize and file CNO for Young Conaway's March fee application | B017 | 0.20 | 77.00 |
| 05/29/24 | JKOCH | Draft Indian counsel retention application | B017 | 2.00 | 1,260.00 |

BYJU Alpha, Inc.                                Invoice Date:        July 10, 2024
                                              Invoice Number:          50053204
                                              Matter Number:         103547.1001

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 05/30/24 | JKOCH | Draft Indian counsel retention application | B017 | 3.50 | 2,205.00 |
| 05/30/24 | KENOS | Review and comment on motion to retain Indian litigation counsel and confer with J. Kochenash and B. Finestone re: same | B017 | 0.70 | 696.50 |
| 05/30/24 | KENOS | Initial preparations of April Fee Application (includes review of invoice for privilege, confidentiality, and US Trustee guideline compliance) | B017 | 0.70 | 696.50 |
| 05/21/24 | KENOS | Respond to US Trustee inquiries re: March fee application | B018 | 0.20 | 199.00 |
| | | | **Total** | **124.40** | **$109,633.50** |

| | | | | | |
|---|---|---|---|---|---|
| BYJU Alpha, Inc. | | | Invoice Date: | | July 10, 2024 |
| | | | Invoice Number: | | 50053204 |
| | | | Matter Number: | | 103547.1001 |

**Timekeeper Summary**

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| BOLIV | Beth A. Olivere | Paralegal | 0.30 | 375.00 | 112.50 |
| BWALT | Brenda Walters | Paralegal | 32.00 | 385.00 | 12,320.00 |
| CCORA | Chad A. Corazza | Paralegal | 0.80 | 375.00 | 300.00 |
| JKOCH | Jared W. Kochenash | Associate | 10.60 | 630.00 | 6,678.00 |
| KENOS | Kenneth J. Enos | Partner | 55.40 | 995.00 | 55,123.00 |
| KGUER | Kevin A. Guerke | Partner | 1.00 | 1,080.00 | 1,080.00 |
| RBRAD | Robert S. Brady | Partner | 24.30 | 1,400.00 | 34,020.00 |
| **Total** | | | **124.40** | | **$109,633.50** |

BYJU Alpha, Inc.                                   Invoice Date:        July 10, 2024
                                                   Invoice Number:          50053204
                                                   Matter Number:         103547.1001

**Task Summary**

**Task Code:B001**         **Case Administration**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Kenneth J. Enos | Partner | 0.20 | 995.00 | 199.00 |
| Jared W. Kochenash | Associate | 0.10 | 630.00 | 63.00 |
| Brenda Walters | Paralegal | 5.00 | 385.00 | 1,925.00 |
| **Total** | | **5.30** | | **2,187.00** |

**Task Code:B002**         **Court Hearings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Kenneth J. Enos | Partner | 12.00 | 995.00 | 11,940.00 |
| Robert S. Brady | Partner | 1.40 | 1,400.00 | 1,960.00 |
| Brenda Walters | Paralegal | 10.90 | 385.00 | 4,196.50 |
| **Total** | | **24.30** | | **18,096.50** |

**Task Code:B003**         **Cash Collateral/DIP Financing**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Kenneth J. Enos | Partner | 0.60 | 995.00 | 597.00 |
| Brenda Walters | Paralegal | 0.40 | 385.00 | 154.00 |
| **Total** | | **1.00** | | **751.00** |

**Task Code:B004**         **Schedules & Statements, U.S. Trustee Reports**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Kenneth J. Enos | Partner | 0.20 | 995.00 | 199.00 |
| Jared W. Kochenash | Associate | 1.50 | 630.00 | 945.00 |
| Brenda Walters | Paralegal | 0.80 | 385.00 | 308.00 |
| Chad A. Corazza | Paralegal | 0.50 | 375.00 | 187.50 |
| **Total** | | **3.00** | | **1,639.50** |

**Task Code:B006**         **Use, Sale or Lease of Property (363 issues)**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Robert S. Brady | Partner | 0.60 | 1,400.00 | 840.00 |
| **Total** | | **0.60** | | **840.00** |

**Task Code:B008**         **Meetings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Kenneth J. Enos | Partner | 6.10 | 995.00 | 6,069.50 |
| Robert S. Brady | Partner | 0.80 | 1,400.00 | 1,120.00 |
| **Total** | | **6.90** | | **7,189.50** |

| BYJU Alpha, Inc. | | | Invoice Date: | July 10, 2024 |
| --- | --- | --- | --- | --- |
| | | | Invoice Number: | 50053204 |
| | | | Matter Number: | 103547.1001 |

**Task Code:B009**  **Stay Relief Matters**

| Name | Timekeeper Title | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| Robert S. Brady | Partner | 1.30 | 1,400.00 | 1,820.00 |
| **Total** | | **1.30** | | **1,820.00** |

**Task Code:B011**  **Other Adversary Proceedings**

| Name | Timekeeper Title | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| Kenneth J. Enos | Partner | 33.30 | 995.00 | 33,133.50 |
| Kevin A. Guerke | Partner | 1.00 | 1,080.00 | 1,080.00 |
| Robert S. Brady | Partner | 19.90 | 1,400.00 | 27,860.00 |
| Jared W. Kochenash | Associate | 1.70 | 630.00 | 1,071.00 |
| Beth A. Olivere | Paralegal | 0.30 | 375.00 | 112.50 |
| Brenda Walters | Paralegal | 11.50 | 385.00 | 4,427.50 |
| **Total** | | **67.70** | | **67,684.50** |

**Task Code:B012**  **Plan and Disclosure Statement**

| Name | Timekeeper Title | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| Kenneth J. Enos | Partner | 0.90 | 995.00 | 895.50 |
| Robert S. Brady | Partner | 0.30 | 1,400.00 | 420.00 |
| Jared W. Kochenash | Associate | 1.80 | 630.00 | 1,134.00 |
| Brenda Walters | Paralegal | 0.60 | 385.00 | 231.00 |
| Chad A. Corazza | Paralegal | 0.30 | 375.00 | 112.50 |
| **Total** | | **3.90** | | **2,793.00** |

**Task Code:B017**  **Retention of Professionals/Fee Issues**

| Name | Timekeeper Title | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| Kenneth J. Enos | Partner | 1.90 | 995.00 | 1,890.50 |
| Jared W. Kochenash | Associate | 5.50 | 630.00 | 3,465.00 |
| Brenda Walters | Paralegal | 2.80 | 385.00 | 1,078.00 |
| **Total** | | **10.20** | | **6,433.50** |

**Task Code:B018**  **Fee Application Preparation**

| Name | Timekeeper Title | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| Kenneth J. Enos | Partner | 0.20 | 995.00 | 199.00 |
| **Total** | | **0.20** | | **199.00** |