# **EXHIBIT B**

31840398.1

| BYJU Alpha, Inc. | Invoice Date: | July 10, 2024 |
|---|---|---|
| | Invoice Number: | 50053204 |
| | Matter Number: | 103547.1001 |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 04/10/24 | Miller Advertising Agency, Inc. - Publication Payment to Miller Advertising Agency, Inc. via wire transfer in the amount of $13,858.60 regarding notice publication in Wall Street Journal - National Addition | 1.00 | 13,858.60 |
| 05/01/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/01/24 | Docket Retrieval / Search | 13.00 | 1.30 |
| 05/01/24 | Docket Retrieval / Search | 6.00 | 0.60 |
| 05/01/24 | Docket Retrieval / Search | 6.00 | 0.60 |
| 05/02/24 | Docket Retrieval / Search | 5.00 | 0.50 |
| 05/02/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/02/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/02/24 | Docket Retrieval / Search | 9.00 | 0.90 |
| 05/02/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/02/24 | Docket Retrieval / Search | 14.00 | 1.40 |
| 05/03/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/03/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/03/24 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/03/24 | Docket Retrieval / Search | 14.00 | 1.40 |
| 05/03/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/03/24 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/03/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/06/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/06/24 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/06/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/08/24 | American Express - Bankruptcy - Filing Fee KENOS 4.16.4 $50 5 Pro Hac Vices BWALT | 1.00 | 50.00 |
| 05/08/24 | American Express - Bankruptcy - Filing Fee KENOS 4.16.4 $250 5 Pro Hac Vices BWALT | 1.00 | 250.00 |
| 05/08/24 | American Express - Bankruptcy - Filing Fee KENOS 4.17.4 $250 5 Pro Hac Vices BWALT | 1.00 | 250.00 |
| 05/13/24 | Docket Retrieval / Search | 6.00 | 0.60 |
| 05/13/24 | Docket Retrieval / Search | 5.00 | 0.50 |
| 05/13/24 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/13/24 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/13/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/13/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/14/24 | PKD LLC dba Manhattan Bagel - Working Meals Payment to Manhattan Bagel for catering services (breakfast, including client/co-counsel, B. Finestone, J. Ye, R. Shankar, B. Schartz, C. Botvinnik, F. Lu) related to hearing held 4/9/24 | 1.00 | 133.41 |

BYJU Alpha, Inc.

| | | Invoice Date: | July 10, 2024 |
| | | Invoice Number: | 50053204 |
| | | Matter Number: | 103547.1001 |

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 05/20/24 | Photocopy Charges Duplication BW | 6.00 | 0.60 |
| 05/20/24 | Photocopy Charges Duplication BW | 2,498.00 | 249.80 |
| 05/20/24 | Photocopy Charges Duplication BW | 5,008.00 | 500.80 |
| 05/20/24 | Photocopy Charges Duplication BW | 360.00 | 36.00 |
| 05/20/24 | Photocopy Charges Duplication BW | 6.00 | 0.60 |
| 05/20/24 | Photocopy Charges Duplication BW | 30.00 | 3.00 |
| 05/20/24 | Photocopy Charges Duplication BW | 67.00 | 6.70 |
| 05/20/24 | Photocopy Charges Duplication BW | 24.00 | 2.40 |
| 05/20/24 | Photocopy Charges Duplication BW | 6.00 | 0.60 |
| 05/20/24 | Photocopy Charges Duplication BW | 23.00 | 2.30 |
| 05/21/24 | Photocopy Charges Duplication BW | 10.00 | 1.00 |
| 05/21/24 | Parcels, Inc. - Terra Cafe and Grill 1084731 | 1.00 | 45.00 |
| 05/21/24 | Parcels, Inc. - Terra Cafe and Grill 1084731 | 1.00 | 407.50 |
| 05/21/24 | Parcels, Inc. - Judge John T. Dorsey YCST 1084742 | 1.00 | 53.00 |
| 05/21/24 | Parcels, Inc. - YCST Judge Dorsey's Courtroom 1084740 | 1.00 | 53.00 |
| 05/21/24 | Photocopy Charges Duplication BW | 60.00 | 6.00 |
| 05/21/24 | Photocopy Charges Duplication BW | 10.00 | 1.00 |
| 05/21/24 | Photocopy Charges Duplication BW | 6.00 | 0.60 |
| 05/21/24 | American Express - Bankruptcy - Filing Fee KENOS 5.9.24 $250 5 Pro Hac Vices BWALT | 1.00 | 250.00 |
| 05/22/24 | Photocopy Charges Duplication BW | 12.00 | 1.20 |
| 05/22/24 | Docket Retrieval / Search | 2.00 | 4.80 |
| 05/22/24 | Docket Retrieval / Search | 0.00 | 0.00 |
| 05/22/24 | Docket Retrieval / Search | 0.00 | 0.00 |
| 05/22/24 | Docket Retrieval / Search | 12.00 | 1.20 |
| 05/22/24 | Docket Retrieval / Search | 12.00 | 1.20 |
| 05/22/24 | Docket Retrieval / Search | 6.00 | 0.60 |
| 05/22/24 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/23/24 | Reliable Wilmington - Deposition/Transcript Payment to Reliable Wilmington regarding transcript services related to hearing held via video on 4/30/24 | 1.00 | 247.90 |
| 05/28/24 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/30/24 | Docket Retrieval / Search | 6.00 | 0.60 |
| 05/30/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/30/24 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/30/24 | Docket Retrieval / Search | 14.00 | 1.40 |
| 05/30/24 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/31/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/31/24 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/31/24 | Docket Retrieval / Search | 13.00 | 1.30 |

| | | Invoice Date: | July 10, 2024 |
|---|---|---|---|
| BYJU Alpha, Inc. | | Invoice Number: | 50053204 |
| | | Matter Number: | 103547.1001 |

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 05/31/24 | Reliable Wilmington - Deposition/Transcript Daily transcript - first copy for 3/14/24 | 1.00 | 247.05 |
| 05/31/24 | Reliable Wilmington - Service Fee Service via email | 1.00 | 150.00 |
| 05/31/24 | Reliable Wilmington - Deposition/Transcript Daily transcript - first copy for 2/5/24 | 1.00 | 71.55 |
| 05/31/24 | Reliable Wilmington - Service Fee Service fee via email | 1.00 | 150.00 |
| 05/31/24 | Docket Retrieval / Search | 8.00 | 0.80 |
| 05/31/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/31/24 | Docket Retrieval / Search | 1.00 | 0.10 |
| 06/25/24 | Tony Tamayo & Associates - Service of Subpoena Payment to Tony Tamayo & Associates re process service on Camshaft Captial Management LLC, Camshaft Captial Advisors, LLC, and Camshaft Capital Fund, LP | 1.00 | 418.55 |
| | **Total** | | **$17,473.76** |

**Cost Summary**

| Description | Amount |
|---|---|
| Delivery / Courier | 106.00 |
| Deposition/Transcript | 566.50 |
| Docket Retrieval / Search | 25.60 |
| Filing Fee | 800.00 |
| Publication | 13,858.60 |
| Reproduction Charges | 812.60 |
| Service Fee | 300.00 |
| Service of Subpoena | 418.55 |
| Working Meals | 585.91 |
| **Total** | **$17,473.76** |