# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BYJU's ALPHA, INC.,[1]<br><br>               Debtor. | Chapter 11<br><br>Case No. 24-10140 (JTD) |
| BYJU'S ALPHA, INC.,<br><br>               Plaintiff,<br><br>v.<br><br>CAMSHAFT CAPITAL FUND, LP,<br>CAMSHAFT CAPITAL ADVISORS, LLC,<br>CAMSHAFT CAPITAL MANAGEMENT, LLC<br>RIJU RAVINDRAN, INSPILEARN LLC, and<br>THINK AND LEARN PRIVATE LIMITED,<br><br>               Defendants. | Adv. Proc. No. 24-50013 (JTD)<br><br><br><br><u>Hearing Date</u>: 8/20/2024 at 1:00 PM ET<br><u>Objection Deadline</u>: 7/30/2024 at 4:00 PM ET |

## NOTICE OF MOTION OF HOGAN LOVELLS US LLP FOR LEAVE TO WITHDRAW AS COUNSEL TO CAMSHAFT CAPITAL FUND, LP, CAMSHAFT CAPITAL ADVISORS, LLC, CAMSHAFT CAPITAL MANAGEMENT, LLC, <u>AND WILLIAM MORTON</u>

**PLEASE TAKE NOTICE** that Hogan Lovells US LLP, counsel to Camshaft Capital Fund, LP, Camshaft Capital Advisors, LLC, Camshaft Capital Management, LLC, and William Morton (collectively, the "<u>Camshaft Parties</u>"), filed the Motion for Leave to Withdraw as Counsel to the Camshaft Parties (the "<u>Motion for Leave</u>") with the United States Bankruptcy Court for the District of Delaware (the "<u>Court</u>").

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion for Leave must be in writing, filed with the Clerk of the Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 and served upon and received by the undersigned counsel on or before **July 30, 2024 at 4:00 p.m. (ET)** (the "<u>Objection Deadline</u>").

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260). The location of the Debtor's service address for purposes of this chapter 11 case is: 1007 N. Market St. Ste. G20 452, Wilmington, DE 19801.

**PLEASE TAKE FURTHER NOTICE** that, if any objections or responses are received, a hearing with respect to the Motion for Leave will be held on **August 20, 2024 at 1:00 p.m. (ET)**, before The Honorable John T. Dorsey, Chief United States Bankruptcy Judge, at the Court, 824 North Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801.

**IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING**.

Dated: July 16, 2024
      Wilmington, DE

**SAUL EWING LLP**

*/s/ Evan T. Miller*
Evan T. Miller (No. 5364)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Tel: (302) 421-6864
Email: Evan.miller@saul.com

*Delaware Co-counsel to the Camshaft Parties*