**EXHIBIT A**

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BYJU's ALPHA, INC.,<br><br>                       Debtor. | Chapter 11<br><br>Case No. 24-10140 (JTD)<br><br>**Re:** _____ |
| BYJU'S ALPHA, INC.,<br><br>                       Plaintiff,<br><br>                       v.<br><br>CAMSHAFT CAPITAL FUND, LP,<br>CAMSHAFT CAPITAL ADVISORS, LLC,<br>CAMSHAFT CAPITAL MANAGEMENT, LLC<br>RIJU RAVINDRAN, INSPILEARN LLC, and<br>THINK AND LEARN PRIVATE LIMITED,<br><br>                       Defendants. | Adv. Pro. Case No. 24-50013 (JTD)<br><br>**Related Adv. D.I.:** _____ |

**ORDER GRANTING MOTION OF SAUL EWING LLP FOR LEAVE TO WITHDRAW AS COUNSEL TO CAMSHAFT CAPITAL FUND, LP, CAMSHAFT CAPITAL ADVISORS, LLC, CAMSHAFT CAPITAL MANAGEMENT, LLC, AND <u>WILLIAM MORTON</u>**

Upon the Motion (the "<u>Motion for Leave</u>") of Saul Ewing LLP ("<u>SE</u>") for Leave to Withdraw as, counsel to Camshaft Capital Fund, LP, Camshaft Capital Advisors, LLC, Camshaft Capital Management, LLC, and William Morton (collectively, the "<u>Camshaft Parties</u>"); and the Court having reviewed the Motion for Leave and any and all responses and pleadings filed in connection with or in response to the Motion for Leave, and sufficient notice of the Motion for Leave having been given, and after due deliberation and sufficient cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1.      The Motion for Leave is GRANTED, as set forth herein.

1

2. SE is authorized to withdraw as counsel to the Camshaft Parties in the Cases.

3. This Order shall be immediately effective and enforceable upon its entry.