# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BYJU's ALPHA, INC.,<br><br>　　　　　　Debtor. | Chapter 11<br><br>Case No. 24-10140 (JTD) |
| BYJU'S ALPHA, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>CAMSHAFT CAPITAL FUND, LP,<br>CAMSHAFT CAPITAL ADVISORS, LLC,<br>CAMSHAFT CAPITAL MANAGEMENT, LLC,<br>RIJU RAVINDRAN, INSPILEARN LLC and<br>THINK AND LEARN PRIVATE LIMITED,<br><br>　　　　　　Defendants. | Adv. Pro. Case No. 24-50013 (JTD) |

## CERTIFICATE OF SERVICE

I, Evan T. Miller, hereby certify that on July 16, 2024, I caused a copy of the *Motion of Saul Ewing LLP for Leave to Withdraw as Counsel to Camshaft Capital Fund, LP, Camshaft Capital Advisors, LLC, Camshaft Capital Management, LLC, and William Morton* to be served electronically with the Court and served through the Court's CM/ECF system upon all registered electronic filers appearing in this case, and by electronic mail on the parties on the attached service list.

**SAUL EWING LLP**

By: */s/ Evan T. Miller*
　　Evan T. Miller (No. 5364)
　　1201 N. Market Street, Suite 2300
　　P.O. Box 1266
　　Wilmington, DE 19899
　　(302) 421-6800

Dated: July 16, 2024

## **SERVICE LIST**

| | |
|---|---|
| Robert S. Brady, Esquire<br>Kenneth J. Enos, Esquire<br>Jared W. Kochenash, Esquire<br>Timothy R. Powell, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>1000 North King Street<br>Wilmington, DE 19801<br>rbrady@ycst.com<br>kenos@ycst.com<br>jkochenash@ycst.com<br>tpowell@ycst.com | Susheel Kirpalani, Esquire<br>Benjamin Finestone, Esquire<br>Daniel Holzman, Esquire<br>Jianjian Ye, Esquire<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>susheelkirpalani@quinnemanuel.com<br>benjaminfinestone@quinnemanuel.com<br>danielholzman@quinnemanuel.com<br>jianjianye@quinnemanuel.com |
| William E. Chipman, Jr., Esquire<br>Joseph B. Cicero, Esquire<br>Ryan M. Lindsay, Esquire<br>Chipman Brown Cicero & Cole, LLP<br>Hercules Plaza<br>1313 N. Market Street, Suite 5400<br>Wilmington, DE 19801<br>chipman@chipmanbrown.com<br>cicero@chipmanbrown.com<br>lindsay@chipmanbrown.com | Sheron Korpus, Esquire<br>David M. Max, Esquire<br>Kenneth Coleman, Esquire<br>Kasowitz Benson Torres LLP<br>1633 Broadway<br>New York, NY 10019<br>skorpus@kasowitz.com<br>dmax@kasowitz.com<br>kcoleman@kasowitz.com |
| Linda J. Casey, Esquire<br>Office of United States Trustee<br>844 King Street, Suite 2207<br>Wilmington, DE 19801<br>linda.casey@usdoj.gov | Laura Davis Jones, Esquire<br>Peter J. Keane, Esquire<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19801<br>ljones@pszjlaw.com<br>pkeane@pszjlaw.com |
| Patrick J. Nash Jr., P.C.<br>Richard U.S. Howell, P.C.<br>Ravi Subramanian Shankar, Esquire<br>Kirkland & Ellis LLP<br>Kirkland & Ellis International LLP<br>300 North LaSalle Street<br>Chicago, IL 60654<br>patrick.nash@kirkland.com<br>rhowell@kirkland.com<br>ravi.shankar@kirkland.com | Brian Schartz, P.C<br>Kirkland & Ellis LLP<br>Kirkland & Ellis International LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>brian.schartz@kirkland.com |
| David A. Pisciotta, Esquire<br>Nicholas B. Vislocky, Esquire<br>Reed Smith LLP<br>599 Lexington Avenue, 22nd Floor<br>New York, NY 10022<br>dpisciotta@reedsmith.com<br>nvislocky@reedsmith.com | Camshaft Capital Fund, LP,<br>Camshaft Capital Advisors, LLC,<br>Camshaft Capital Management, LLC<br>William Morton<br>16850 Collins Avenue, #112408<br>Sunny Isles Beach, Florida 33160<br>william@camshaftcapital.com |