## EXHIBIT A

| PROFESSIONAL | FEES | EXPENSES |
|---|---|---|
| Quinn Emanuel Urquhart & Sullivan, LLP<br>Co-Counsel to the Debtor<br>2/1/24 – 4/30/24 | $2,403,158.63 | $22,508.46[1] |
| Young Conaway Stargatt & Taylor, LLP<br>Co-Counsel to the Debtor<br>2/1/24 – 4/30/24 | $596,097.00 | $14,379.76 |

---

[1] Pursuant to informal comments received from the Office of the United States Trustee, the expenses were reduced.

31830155.1