# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BYJU'S ALPHA, INC.,[1] | Case No. 24-10140 (JTD) |
| Debtor. | Hearing Date: August 20, 2024, at 1:00 p.m. (Eastern Time)<br>Objection Deadline: August 2, 2024, at 4:00 p.m. (Eastern Time) |

### NOTICE OF MOTION TO WITHDRAW AS COUNSEL FOR RIJU RAVINDRAN, TANGIBLE PLAY, INC., EPIC! CREATIONS, INC., AND NEURON FUEL, INC.

**PLEASE TAKE NOTICE** that Chipman Brown Cicero & Cole, LLP ("**CBCC**") and Kasowitz Benson Torres LLP ("**Kasowitz**") filed the *Motion to Withdraw as Counsel for Riju Ravindran, Tangible Play, Inc., Epic! Creations, Inc., and Neuron Fuel, Inc.* (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion must be in writing, filed with the Clerk of the Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 and served upon and received by the undersigned counsel on or before **August 2, 2024, at 4:00 p.m. (Eastern Time)** (the "**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that, if any objections or responses are received, a hearing with respect to the Motion will be held on **August 20, 2024, at 1:00 p.m. (Eastern Time)**, before The Honorable John T. Dorsey, Chief United States Bankruptcy Judge, at the Court, 824 North Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801.

**IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[1] The Debtor in this Chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260). The location of the Debtor's service address for purposes of this Chapter 11 Case is: 1007 N. Market Street Ste. G20 452, Wilmington, Delaware 19801.

- 2 -

| | |
|---|---|
| Dated: July 18, 2024<br>Wilmington, Delaware | **CHIPMAN BROWN CICERO & COLE, LLP**<br><br>*/s/ Joseph B. Cicero*<br>William E. Chipman, Jr. (#3818)<br>Joseph B. Cicero (#4388)<br>Ryan M. Lindsay (#6435)<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>(302) 295-0191<br><br>-and-<br><br>**KASOWITZ BENSON TORRES LLP**<br>Sheron Korpus<br>David M. Max<br>Kenneth Coleman<br>1633 Broadway<br>New York, New York 10019<br>(212) 506-1700<br><br>*Attorneys for Riju Ravindran, Tangible Play, Inc., Epic! Creations, Inc., and Neuron Fuel, Inc.* |