## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BYJU'S ALPHA, INC.,[1] | Case No. 24-10140 (JTD) |
| Debtor. | **Related Docket No.** |

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR RIJU RAVINDRAN, TANGIBLE PLAY, INC., EPIC! CREATIONS, INC., AND NEURON FUEL, INC.

Upon consideration of the *Motion to Withdraw as Counsel for Riju Ravindran, Tangible Play, Inc., Epic! Creations, Inc., and Neuron Fuel, Inc.* (the "**Motion**") filed by Chipman Brown Cicero & Cole, LLP and Kasowitz Benson Torres LLP (the "**Movants**"), and upon consideration of any opposition filed in response to the Motion; and after due deliberation, it is hereby ORDERED that:

1.      The Motion is GRANTED;

2.      Movants' appearances in this action and their representations of Riju Ravindran, Tangible Play, Inc., Epic! Creations, Inc., and Neuron Fuel, Inc in the above-captioned action are hereby WITHDRAWN, effective immediately; and

3.      The Bankruptcy Court shall retain exclusive jurisdiction over any issues arising from or relating to this Order.

---

[1]     The Debtor in this Chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is:  BYJU's Alpha, Inc. (4260).  The location of the Debtor's service address for purposes of this Chapter 11 Case is: 1007 N. Market Street Ste. G20 452, Wilmington, Delaware 19801.