## EXHIBIT A

**Proposed Order**

31857176.2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>BYJU'S ALPHA, INC.,[1]<br><br>　　　　　　　Debtor. | ) Chapter 11<br>)<br>) Case No. 24-10140 (JTD)<br>)<br>) **Ref. Docket No. \_\_\_**<br>) |

**ORDER, PURSUANT TO BANKRUPTCY RULES 9006 AND 9027, FURTHER EXTENDING THE PERIOD WITHIN WHICH THE DEBTOR MAY REMOVE ACTIONS PURSUANT TO 28 U.S.C. § 1452**

Upon consideration of the motion (the "Motion")[2] of the above-captioned debtor and debtor in possession (the "Debtor") for entry of an order, pursuant to Bankruptcy Rules 9006 and 9027, extending the period within which the Debtor may remove actions pursuant to 28 U.S.C. § 1452 through and including October 28, 2024; and it appearing that due and proper notice of the Motion having been given; and it appearing that no other or further notice of the Motion is required; and it appearing that the Court has jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter a final order consistent with Article III of the United States Constitution; and it appearing that venue of this proceeding and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Motion and provided for herein is in the best interest of the Debtor, its estate, and its creditors; and after due deliberation and sufficient cause appearing therefor, it is hereby

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260). The location of the Debtor's service address for purposes of this Chapter 11 Case is: 1007 N. Market Street Ste. G20 452, Wilmington, Delaware 19801.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

31857176.2

2

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The time period provided by Bankruptcy Rule 9027 within which the Debtor and its estate may file notices of removal of claims and causes of action is hereby enlarged and extended through and including October 28, 2024 (the "Removal Deadline").

3. This Order shall be without prejudice to the rights of the Debtor and its estate to seek further extensions of the Removal Deadline.

4. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

31857176.2