## EXHIBIT A

| Date | Particulars | Time | Resource | Rate (USD) | Fees |
|---|---|---|---|---|---|
| 22-May-24 | Review of papers and preparation for hearing | 3 | SV | 275 | 825 |
| 22-May-24 | Drafting of update email to client | 0.75 | SV | 275 | 206.25 |
| 22-May-24 | Drafting update email to client | 0.5 | RJ | 225 | 112.5 |
| 22-May-24 | Review of papers | 1.5 | RJ | 225 | 337.5 |
| 23-May-24 | Review of papers | 1 | SV | 275 | 275 |
| 23-May-24 | Research | 3 | SV | 275 | 825 |
| 23-May-24 | Drafting of preliminary statement of objections | 4 | SV | 275 | 1100 |
| 23-May-24 | finalising first draft basis internal review | 2 | SV | 275 | 550 |
| 23-May-24 | Reading up papers. Research on anti-suit injunctions | 4 | RJ | 225 | 900 |
| 23-May-24 | Review of preliminary statement of objections and research | 4 | AGH | 350 | 1400 |
| 24-May-24 | Review and finalization of preliminary objections | 3 | SV | 275 | 825 |
| 24-May-24 | Finalising objections and review of US law sent by Quinn Emmanuel | 2.5 | AGH | 350 | 875 |
| 24-May-24 | Research, finalizing memo of citations, and preparation for hearing | 2.5 | SV | 275 | 687.5 |
| 24-May-24 | Prepared memos. Finalised research and prints for court. | 2.5 | RJ | 225 | 562.5 |
| 24-May-24 | Drafting update email | 0.75 | RJ | 225 | 168.75 |
| 27-May-24 | Research on apostilling requirements and drafting of email to client on execution of vakalatnama | 0.75 | SV | 275 | 206.25 |
| 27-May-24 | Review of pleadings, research compilation and preparation for hearing | 3.5 | PN | 400 | 1400 |
| 28-May-24 | Review of case law relied on by Plaintiff's counsel, and notes on distinguishing factors | 0.75 | SV | 275 | 206.25 |
| 28-May-24 | Review of papers, briefing Pradeep and preparation for hearing | 1.5 | SV | 275 | 412.5 |

31832269.2

| Date | Description | Hours | Initials | Rate | Amount |
|---|---|---|---|---|---|
| 28-May-24 | Review of judgements relied on by plaintiff | 1.5 | RJ | 225 | 337.5 |
| 28-May-24 | Additional research. Prepared memos to be filed with US laws | 2 | RJ | 225 | 450 |
| 28-May-24 | Review of additional research and memos and preparation For Hearing | 3 | PN | 400 | 1200 |
| 28-May-24 | Drafting update email to client | 0.75 | RJ | 225 | 168.75 |
| 30-May-24 | Research and review of judgments on submitting to jurisdiction of court | 2 | RJ | 225 | 450 |
| 31-May-24 | Research and review of judgments on submitting to jurisdiction of court | 2.5 | SV | 275 | 687.5 |
| 31-May-24 | Research and review of judgments on submitting to jurisdiction of court | 1.5 | RJ | 225 | 337.5 |
| 01-Jun-24 | Drafting update email | 0.75 | RJ | 225 | 168.75 |
| 03-Jun-24 | Research on personal jurisdiction. | 2.5 | RJ | 225 | 562.5 |
| 03-Jun-24 | Review of all case law filed by plaintiffs and preparation of a note distinguishing them | 3 | SV | 275 | 825 |
| 03-Jun-24 | Research on piercing corporate veil | 1.5 | RJ | 225 | 337.5 |
| 04-Jun-24 | Draft of note on distinguishing points on judgement relied on by the Plaintiffs | 2 | SV | 275 | 550 |
| 04-Jun-24 | Research on piercing corporate veil; review of plaintiff's cases on corporate veil and prepared points to distinguish. | 3 | RJ | 225 | 675 |
| 05-Jun-24 | Research, review of judgments, finalizing note | 2 | SV | 275 | 550 |
| 05-Jun-24 | Research | 1 | RJ | 225 | 225 |
| 06-Jun-24 | Preparation for hearing - finalizing note to be handed over to court | 1 | SV | 275 | 275 |
| 06-Jun-24 | Preparation of memos; reviewing additional research; preparation for hearing | 1.5 | RJ | 225 | 337.5 |
| 06-Jun-24 | Drafting update email | 0.75 | RJ | 225 | 168.75 |
| 07-Jun-24 | Review of retention application | 1 | AGH | 350 | 350 |
| 09-Jun-24 | Reviewing papers and structure for written submissions | 1.5 | RJ | 225 | 337.5 |

31832269.2

2

| Date | Particulars | | | | |
|---|---|---|---|---|---|
| 10-Jun-24 | Review of retention application | 0.5 | SV | 275 | 137.5 |
| 10-Jun-24 | Drafting written submissions | 3.5 | RJ | 225 | 787.5 |
| 11-Jun-24 | Drafting written submissions | 1.5 | RJ | 225 | 337.5 |
| 11-Jun-24 | Internal discussions on draft written arguments | 0.5 | PN | 400 | 200 |
| 11-Jun-24 | Internal discussions on draft written arguments | 0.5 | SV | 275 | 137.5 |
| 11-Jun-24 | Internal discussions on draft written arguments | 0.5 | RJ | 225 | 112.5 |
| 12-Jun-24 | Updated draft of written submissions; review of research | 1 | RJ | 225 | 225 |
| 13-Jun-24 | Revision of written submissions | 1 | SV | 275 | 275 |
| 13-Jun-24 | Finalised written submissions | 1 | PN | 400 | 400 |
| 13-Jun-24 | Finalised written submissions | 1 | SV | 275 | 275 |
| 13-Jun-24 | Finalised written submissions | 1 | RJ | 225 | 225 |
| 14-Jun-24 | Updated draft of written arguments | 1 | RJ | 225 | 225 |
| 14-Jun-24 | Review of final written submissions, additional research and preparation for hearing | 1.5 | PN | 400 | 600 |
| **TOTAL** | | **90.75** | | | **24,806.25** |

**Court Appearances**

| Date | Particulars | Resource | Fees (USD) |
|---|---|---|---|
| 22-May-24 | Appearance in OS 3399/2024 | AGH | 600 |
| 22-May-24 | Appearance in OS 3399/2024 | SV | 300 |
| 22-May-24 | Appearance in OS 3399/2024 | RJ | Not Charged |
| 24-May-24 | Appearance in OS 3399/2024 | AGH | 600 |
| 24-May-24 | Appearance in OS 3399/2024 | SV | 300 |
| 24-May-24 | Appearance in OS 3399/2024 | RJ | Not Charged |
| 28-May-24 | Appearance in OS 3399/2024 | PN | 700 |
| 28-May-24 | Appearance in OS 3399/2024 | AGH | Not charged |
| 28-May-24 | Appearance in OS 3399/2024 | SV | 300 |
| 28-May-24 | Appearance in OS 3399/2024 | RJ | Not Charged |
| 01-Jun-24 | Appearance in OS 3399/2024 | PN | 700 |
| 01-Jun-24 | Appearance in OS 3399/2024 | SV | 300 |
| 01-Jun-24 | Appearance in OS 3399/2024 | RJ | Not Charged |
| 06-Jun-24 | Appearance in OS 3399/2024 | PN | 700 |
| 06-Jun-24 | Appearance in OS 3399/2024 | AGH | Not charged |

31832269.2

4

| 06-Jun-24 | Appearance in OS 3399/2024 | SV | 300 |
|---|---|---|---|
| 06-Jun-24 | Appearance in OS 3399/2024 | RJ | Not Charged |
| 14-Jun-24 | Appearance in OS 3399/2024 | PN | 700 |
| 14-Jun-24 | Appearance in OS 3399/2024 | AGH | Not Charged |
| 14-Jun-24 | Appearance in OS 3399/2024 | SV | 300 |
| 14-Jun-24 | Appearance in OS 3399/2024 | RJ | Not Charged |
| 18-Jun-24 | Appearance in OS 3399/2024 | PN | 700 |
| 18-Jun-24 | Appearance in OS 3399/2024 | SV | 300 |
| 18-Jun-24 | Appearance in OS 3399/2024 | RJ | Not Charged |
| **TOTAL** | | | **6,800** |

PN: Pradeep Nayak, Senior Partner
AGH; Anupama Hebbar, Partner
SV: Sankeerth Vittal, Principal Associate
RJ: Rose Joy, Senior Associate

31832269.2

## EXHIBIT B

| Expenses Category | Total Expenses |
|---|---|
| Printing on A4 size paper black and white - 1687 pages at the rate of $ 0.02 per page | 40.30 |
| Printing on legal size paper black and white - 2700 pages at the rate of $ 0.036 per page | 96.75 |
| **TOTAL** | **137.05** |

31832269.2