# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| BYJU'S ALPHA, INC.,[1] | ) | Chapter 11 |
| | ) | |
|               Debtor. | ) | Case No. 24-10140 (JTD) |
| | ) | |
| BYJU'S ALPHA, INC., | ) | |
|               Plaintiff, | ) | |
| | ) | |
|               v. | ) | Adv. Pro. Case No. 24-50013 (JTD) |
| | ) | |
| CAMSHAFT CAPITAL FUND, LP, | ) | |
| CAMSHAFT CAPITAL ADVISORS, LLC, | ) | |
| CAMSHAFT CAPITAL MANAGEMENT, LLC, | ) | |
| RIJU RAVINDRAN, INSPILEARN LLC, and | ) | |
| THINK AND LEARN PRIVATE LIMITED, | ) | |
| | ) | |
|               Defendants. | ) | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON JULY 31, 2024 AT 1:00 P.M. (ET)

> This proceeding will be conducted in-person before the Honorable Brendan L. Shannon in Courtroom No. 5. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Dorsey's Chambers Procedures and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Dorsey's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260). The location of the Debtor's service address for purposes of this chapter 11 case is: 1007 N. Market St. Ste. G20 452, Wilmington, DE 19801.

31845415.1

**MATTERS GOING FORWARD**

1. Debtor's Motion for A Ruling to Show Cause Why Riju Ravindran Should Not be Held in Contempt for Violating the Preliminary Injunction Order [A.D.I. 105, 3/29/24 (sealed)]

    Related Documents:

    A.  Order on Finding of Contempt [A.D.I. 204, 5/28/24]

    B.  Letter Brief filed by Riju Ravindran [A.D.I. 221, 5/30/24]

    C.  Letter Brief filed by Debtor [A.D.I. 222, 5/30/24]

    Status: This matter is going forward with respect to the financial penalties to be imposed on Mr. Ravindran.

2. Plaintiffs' Motion to Compel and for Entry of Sanctions Against Defendant Riju Ravindran [A.D.I. 271, 7/2/24]

    Response Deadline:  July 8, 2024 at 4:00 p.m. (ET)

    Responses Received:

    A.  Objection of Riju Ravindran to Debtor's Motion to Compel and for Entry of Sanctions [A.D.I. 274, 7/8/24]

    Status:  This matter is going forward.

3. Emergency Motion to Stay Proceedings on Debtor's and GLAS Trust Company LLC's Motion for Partial Summary Judgement or for an Enlargement of Time to Respond, filed by Riju Ravindran and Think & Learn Private, Ltd. [A.D.I. 290, 7/22/24]

    Response Deadline:   July 30, 2024 at 12:00 p.m. (ET)

    Related Documents:

    A.  Motion to Shorten Notice Regarding Emergency Motion to Stay Proceedings on Debtor's and GLAS Trust Company LLC's Motion for Partial Summary Judgement or for an Enlargement of Time to Respond [A.D.I. 291, 7/22/24]

    B.  Motion to Withdraw as Counsel for Defendants Riju Ravindran and Think & Learn Private, Ltd., filed by Chipman Brown Cicero & Cole, LLP and Kasowitz Benson Torres LLP [A.D.I. 288, 7/18/24]

    Status:  This matter is going forward.

**STATUS CONFERENCE**

4.  Motion to Withdraw as Counsel for Defendants Riju Ravindran and Think & Learn Private, Ltd., filed by Chipman Brown Cicero & Cole, LLP and Kasowitz Benson Torres LLP [A.D.I. 288, 7/18/24]

    Response Deadline:   July 31, 2024 at 4:00 p.m. (ET)

    Status: This matter is going forward as a status conference.

Dated: July 29, 2024
Wilmington, Delaware            **YOUNG CONAWAY STARGATT & TAYLOR, LLP**

/s/ *Kenneth J. Enos*
Robert S. Brady (Del. No. 2847)
Kenneth J. Enos (Del. No. 4544)
Jared W. Kochenash (Del. No. 6557)
Timothy R. Powell (Del. No. 6894)
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
rbrady@ycst.com
kenos@ycst.com
jkochenash@ycst.com
tpowell@ycst.com

-and-

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Susheel Kirpalani (admitted *pro hac vice*)
Benjamin Finestone (admitted *pro hac vice*)
Daniel Holzman (admitted *pro hac vice*)
Jianjian Ye (admitted *pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel.: (212) 849 7000
susheelkirpalani@quinnemanuel.com
benjaminfinestone@quinnemanuel.com
danielholzman@quinnemanuel.com
jianjianye@quinnemanuel.com

Counsel for Debtor, BYJU's Alpha, Inc.