# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| BYJU'S ALPHA, INC.,[1] | ) |
| | ) Case No. 24-10140 (JTD) |
| Debtor. | ) |
| | ) **Re: D.I. 228, 229, 333** |
| | ) |
| BYJU'S ALPHA, INC., | ) Adv. Pro. No. 24-50013 (JTD) |
| Plaintiff, | ) |
| | ) **Re: Adv. D.I. 285, 286, 288** |
| GLAS TRUST COMPANY, LLC, | ) |
| Intervenor-Plaintiff, | ) |
| v. | ) |
| CAMSHAFT CAPITAL FUND, LP, | ) |
| CAMSHAFT CAPITAL ADVISORS, LLC, | ) |
| CAMSHAFT CAPITAL MANAGEMENT, LLC, | ) |
| RIJU RAVINDRAN, INSPILEARN LLC, and | ) |
| THINK AND LEARN PRIVATE LIMITED, | ) |
| Defendants. | ) |

**PLAINTIFF-INTERVENOR GLAS TRUST COMPANY LLC'S
RESPONSE TO MOTIONS TO WITHDRAW AS COUNSEL TO
BYJU's DEFENDANTS AND CAMSHAFT DEFENDANTS**

Intervenor-Plaintiff GLAS Trust Company LLC ("GLAS") responds to the Withdrawal Motions[2] filed by counsel to Think and Learn Private Ltd. ("T&L"), Riju Ravindran, Tangible

---

[1] The Debtor in this Chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260). The location of the Debtor's service address for purposes of this Chapter 11 case is: 1007 N. Market Street Ste. G20 452, Wilmington, Delaware 19801.

[2] The Withdrawal Motions are the: *Motion to Withdraw as Attorney for Riju Ravindran, Tangible Play, Inc., Epic! Creations, Inc., and Neuron Fuel, Inc.* [D.I. 233]; *Motion to Withdraw as Counsel for Defendants Riju Ravindran and Think & Learn Private, Ltd.* [Adv. D.I. 288]; *Motion of Hogan Lovells US LLP for Leave to Withdraw as Counsel to Camshaft Capital Fund, LP, Camshaft Capital Advisors, LLC, Camshaft Capital Management, LLC, and William Morton* [D.I. 228; Adv. D.I. 285]; and *Motion of Saul Ewing LLP for Leave to Withdraw as Counsel to Camshaft Capital Fund, LP, Camshaft Capital Advisors, LLC, Camshaft Capital Management, LLC, and William Morton* [D.I. 229; Adv. D.I. 286].

4887-8616-5202.4 31581.00001

Play, Inc., Epic! Creations, Inc., and Neuron Fuel, Inc. (collectively, the "BYJU's Parties"); and counsel to Camshaft Capital Fund, LP, Camshaft Capital Advisors, LLC, Camshaft Capital Management, LLC, and William Morton (collectively, the "Camshaft Parties").

While GLAS takes no position on the Withdrawal Motions, the persistent misconduct of the BYJU's and Camshaft Parties throughout this litigation already has caused immense delay and harm, and specifically enabled them to conceal misconduct during the pendency of this very bankruptcy.  The misconduct seen in this bankruptcy over the past six months continues the BYJU's Parties' years-long scheme to conceal the truth of what happened to the $533 million Alpha Funds, which still remains actively hidden.

Therefore, and as set forth in GLAS's related opposition to Ravindran's and T&L's Emergency Motion to Stay[3] filed herewith, the Court should not permit the withdrawal of counsel to result in *more* delay.  Delay only benefits the BYJU's Parties and their cohorts, including the three Camshaft defendants and their reckless governor, Morton, at the expense of the Debtor and its stakeholders.  The Lenders are owed over $1.4 billion with no payments having been made in the past 16 months; there is no justification for further delay.  Indeed, Plaintiffs are moving expeditiously towards judgments, Defendants have no meritorious defenses, and Defendants' misuse of the legal system should not rebound to their advantage.  Accordingly, whether counsel is relieved of its duties or not, this case should continue to promptly move forward on the merits so that Plaintiffs can obtain judgments and begin the process of recovering on the damages they have suffered.

---

[3]  *Emergency Motion to Stay Proceedings on Debtor's and GLAS Trust company LLC's Motion for Partial Summary Judgment or for an Enlargement of Time to Respond* [Adv. D.I. 290] (the "Emergency Motion to Stay").

2

4887-8616-5202.4 31581.00001

Dated: July 30, 2024
Wilmington, Delaware

*/s/ Laura Davis Jones*
_____

| | |
|---|---|
| **PACHULSKI STANG ZIEHL & JONES LLP** | **KIRKLAND & ELLIS LLP** |
| Laura Davis Jones (DE Bar No. 2436) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Peter J. Keane (DE Bar No. 5503) | Patrick J. Nash Jr., P.C. (admitted *pro hac vice*) |
| 919 North Market Street, 17th Floor | Richard U.S. Howell, P.C. (admitted *pro hac vice*) |
| P.O. Box 8705 | Ravi Subramanian Shankar (admitted *pro hac vice*) |
| Wilmington, Delaware 19801 | 333 West Wolf Point Plaza |
| Telephone: (302) 652-4100 | Chicago, Illinois 60654 |
| Email: ljones@pszjlaw.com | Telephone: (312) 862-2000 |
| pkeane@pszjlaw.com | Facsimile: (312) 862-2200 |
| | Email: patrick.nash@kirkland.com |
| **REED SMITH LLP** | rhowell@kirkland.com |
| David A. Pisciotta (admitted *pro hac vice*) | ravi.shankar@kirkland.com |
| Nicholas B. Vislocky (admitted *pro hac vice*) | |
| 599 Lexington Avenue, 22nd Floor | -and- |
| New York, New York 10022 | |
| Telephone: (212) 521-5400 | Brian Schartz, P.C. (admitted *pro hac vice*) |
| Facsimile: (212) 521-5450 | 601 Lexington Avenue |
| Email: dpisciotta@reedsmith.com | New York, New York 10022 |
| nvislocky@reedsmith.com | Telephone: (212) 446-4800 |
| | Facsimile: (212) 446-4900 |
| | Email: brian.schartz@kirkland.com |

*Counsel to GLAS Trust Company LLC*

4887-8616-5202.4 31581.00001