# SIGN-IN SHEET

**JUDGE:** Shannon  **COURTROOM:** 5

**CASE NUMBER(S):** 24-10140 / 24-50013  **CASE NAME:** BYJU's Alpha, Inc.  **DATE:** 7/31/2024 (1:00 PM)

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Sheron Korpus | Kasowitz Benson | Riju Ravindran / T2L |
| Ken Enos | YCST | Debtor |
| Ben Finestone | Quinn Emanuel | " |
| Christine Botvinik | " | " |
| Ravi Shenker | Kirkland & Ellis | GLAS Trust |
| Peter Keane | Pachulski Stang Ziehl & Jones | " |
| William Chapman | CTBCC | Riju Ravindran / T2L |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**BYJU's Alpha, Inc. (24-10140/24-50013) – July 31, 2024 (1:00pm)**

| First Name | Last Name | Firm | Representing |
|---|---|---|---|
| William | Adams | Quinn Emanuel | Debtor |
| Elihu | Allinson, III | Sullivan Hazeltine Allinson LLC | |
| Rick | Archer | | Law360 |
| Christine | Botvinnik | Quinn Emanuel | Debtor |
| Uzo | Dike | Kirkland & Ellis LLP | GLAS Trust Co. |
| Benjamin | Finestone | Quinn Emanuel | Debtor |
| Scott | Flaherty | Debtwire/press outlet | |
| Lisa | Geary | Quinn Emanuel | Debtor |
| Sondra | Grigsby | Kasowitz Benson Torres, LLP | Riju Ravindran |
| Daniel | Holzman | Quinn Emanuel | Debtor |
| Barbara | Howell | Quinn Emanuel | Debtor |
| Laura Davis | Jones | Pachulski Stang Ziehl & Jones LLP | Glas |
| Erik | Kay | Quinn Emanuel | Debtor |
| Cameron | Kelly | Quinn Emanuel | Debtor |
| Susheel | Kirpalani | Quinn Emanuel | Debtor |
| Dietrich | Knauth | | media, Reuters |
| Brooke | Kootman | QuinnEmanuel | Debtor |
| Sheron | Korpus | Kasowitz Benson Torres, LLP | Riju Ravindran |
| Barrett | Lingle | White & Case LLP | Interested Party |
| Fei | Lu | Quinn Emanuel | Debtor |
| Akiko | Matsuda | | Wall Street Journal |
| David | Max | Kasowitz Benson Torres, LLP | Riju Ravindran |
| Evan | Miller | Saul Ewing LLP | Camshaft Capital Parties |
| Jordan | Nakdimon | Quinn Emanuel | Debtor |
| Joshua | Neifeld | | |
| Lindsey | Neuberger | | |
| Gregory | Pesce | White & Case LLP | Interested Party |
| Timothy | Pohl | BYJU's Alpha | Debtor |
| Kate | Scherling | Quinn Emanuel | Debtor |
| Vince | Sullivan | Law360 | |
| Pieter | Van Tol | Hogan Lovells US LLP | Camshaft Capital Parties |
| Lydia | Yale | Kirkland & Ellis LLP | Interested Party |
| Jianjian | Ye | Quinn Emanuel | Debtor |