# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| BYJU'S ALPHA, INC.,[1] | ) Chapter 11 |
| | ) |
| Debtor. | ) Case No. 24-10140 (JTD) |
| | ) |
| | ) |
| BYJU'S ALPHA, INC., | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Adv. Pro. Case No. 24-50013 (JTD) |
| | ) |
| CAMSHAFT CAPITAL FUND, LP, | ) |
| CAMSHAFT CAPITAL ADVISORS, LLC, | ) |
| CAMSHAFT CAPITAL MANAGEMENT, LLC, | ) |
| RIJU RAVINDRAN, INSPILEARN LLC, and | ) |
| THINK AND LEARN PRIVATE LIMITED, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR VIDEO HEARING ON AUGUST 7, 2024 AT 2:00 P.M. (ET)**

> The time of the hearing has changed from 11:00 a.m. (ET) to 2:00 p.m. (ET).
> The hearing will be conducted remotely via Zoom.
>
> **Please register using the eCourtAppearances tool, or on the court's website at www.deb.uscourts.gov.**
>
> **The deadline to register for remote attendance is 4:00 PM (prevailing Eastern Time) the business day before the hearing unless otherwise noticed.**

**MATTER GOING FORWARD**

1. Debtor's and GLAS trust Company LLC's Motion for Temporary Restraining Order Against Riju Ravindran [A.D.I. 308, 8/1/24]

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260). The location of the Debtor's service address for purposes of this chapter 11 case is: 1007 N. Market St. Ste. G20 452, Wilmington, DE 19801.

31901675.1

<u>Related Documents</u>:

A.      Notice of Hearing [A.D.I. 309, 8/2/24]

<u>Response Deadline</u>:

<u>Responses Received</u>:

<u>Status</u>:  This matter is going forward.

Dated: August 5, 2024
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Kenneth J. Enos*
Robert S. Brady (Del. No. 2847)
Kenneth J. Enos (Del. No. 4544)
Jared W. Kochenash (Del. No. 6557)
Timothy R. Powell (Del. No. 6894)
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
rbrady@ycst.com
kenos@ycst.com
jkochenash@ycst.com
tpowell@ycst.com

-and-

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Susheel Kirpalani (admitted *pro hac vice*)
Benjamin Finestone (admitted *pro hac vice*)
Daniel Holzman (admitted *pro hac vice*)
Jianjian Ye (admitted *pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel.: (212) 849 7000
susheelkirpalani@quinnemanuel.com
benjaminfinestone@quinnemanuel.com
danielholzman@quinnemanuel.com
jianjianye@quinnemanuel.com

Counsel for Debtor, BYJU's Alpha, Inc.