IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | |
| BYJU'S ALPHA, INC.,[1] ) | Chapter 11 |
| ) | |
| Debtor. ) | Case No. 24-10140 (JTD) |
| ) | |
| ) | |
| ) | |
| BYJU'S ALPHA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adv. Pro. Case No. 24-50013 (JTD) |
| ) | |
| CAMSHAFT CAPITAL FUND, LP, ) | |
| CAMSHAFT CAPITAL ADVISORS, LLC, ) | |
| CAMSHAFT CAPITAL MANAGEMENT, LLC, ) | |
| RIJU RAVINDRAN, INSPILEARN LLC, and ) | |
| THINK AND LEARN PRIVATE LIMITED, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED
FOR VIDEO HEARING ON AUGUST 7, 2024 AT 2:00 P.M. (ET)**

> The time of the hearing has changed from 11:00 a.m. (ET) to 2:00 p.m. (ET). The hearing will be conducted remotely via Zoom.
>
> **Please register using the eCourtAppearances tool, or on the court's website at www.deb.uscourts.gov.**
>
> <u>The deadline to register for remote attendance is 4:00 PM (prevailing Eastern Time) the business day before the hearing unless otherwise noticed.</u>

**MATTER GOING FORWARD**

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260). The location of the Debtor's service address for purposes of this chapter 11 case is: 1007 N. Market St. Ste. G20 452, Wilmington, DE 19801.

[2] **Amended items are bolded.**

31901675.1

1. Debtor's and GLAS trust Company LLC's Motion for Temporary Restraining Order Against Riju Ravindran [A.D.I. 308, 8/1/24)]

   Related Documents:

   A. Notice of Hearing [A.D.I. 309, 8/2/24]

   B. **The Debtor's and GLAS Trust Company LLC's Joint Witness & Exhibit List for Hearing on August 7, 2024 at 2:00 p.m. (ET) [A.D.I. 321, 8/7/24]**

   C. **Notice of Amended Proposed Order Regarding Debtor's and GLAS Trust Company LLC's Motion for Temporary Restraining Order Against Riju Ravindran [A.D.I. 323, 8/7/24]**

   Responses Received:

   D. **Limited Opposition of the Board of Control for Cricket in India Contesting Personal Jurisdiction [A.D.I. 322, 8/7/24]**

   E. **Memorandum of Law of Defendant Riju Ravindran in Opposition to Debtor's Motion for Temporary Restraining Orde**r **[A.D.I. 324, 8/7/24]**

   Status: This matter is going forward.

Dated: August 7, 2024
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Kenneth J. Enos*
Robert S. Brady (Del. No. 2847)
Kenneth J. Enos (Del. No. 4544)
Jared W. Kochenash (Del. No. 6557)
Timothy R. Powell (Del. No. 6894)
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
rbrady@ycst.com
kenos@ycst.com
jkochenash@ycst.com
tpowell@ycst.com

-and-

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Susheel Kirpalani (admitted *pro hac vice*)
Benjamin Finestone (admitted *pro hac vice*)
Daniel Holzman (admitted *pro hac vice*)
Jianjian Ye (admitted *pro hac vice*)

                    51 Madison Avenue, 22nd Floor
                    New York, New York 10010
                    Tel.: (212) 849 7000
                    susheelkirpalani@quinnemanuel.com
                    benjaminfinestone@quinnemanuel.com
                    danielholzman@quinnemanuel.com
                    jianjianye@quinnemanuel.com

                    Counsel for Debtor, BYJU's Alpha, Inc.