**BYJU's Alpha, Inc. (24-10140/24-50013) – August 7, 2024 (2:00pm)**

| First Name | Last Name | Firm | Representing |
|---|---|---|---|
| William | Adams | Quinn Emanuel | Debtor |
| Rick | Archer | Law360 | |
| Arthur | Bookout | Skadden, Arps, Slate, Meagher & Flom LLP | Non-Party Board of Control for Cricket in India |
| Christine | Botvinnik | Quinn Emanuel | Debtor |
| Linda | Casey | Office of United States Trustee | U.S. Trustee |
| William | Chipman | Chipman Brown Cicero & Cole, LLP | Riju Ravindran |
| Victoria | Crynes | Skadden, Arps, Slate, Meagher & Flom LLP | Non-Party Board of Control for Cricket in India |
| Michelle | Dero | Chipman Brown Cicero & Cole, LLP | Riju Ravindran |
| Uzo | Dike | Kirkland & Ellis LLP | GLAS Trust Company |
| Kenneth | Enos | Young, Conaway, Stargatt & Taylor, LLP | Debtor |
| Benjamin | Finestone | Quinn Emanuel | Debtor |
| Scott | Flaherty | Debtwire/press outlet | |
| Lisa | Geary | Quinn Emanuel | Debtor |
| Clara | Geoghegan | Law360 | |
| Swagata | Ghosh | Shardul Amarchand Mangaldas & Co | Riju Ravindran |
| Kanika | Goenka | Shardul Amarchand Mangaldas & Co | Riju Ravindran |
| Juhi | Gupta | Shardul Amarchand Mangaldas & Co | Riju Ravindran |
| Shreya | Gupta | Shardul Amarchand Mangaldas & Co | Riju Ravindran |
| Rishab | Gupta | Twenty Essex | Riju Ravindran |
| Rachel | Hartwig | | |
| Daniel | Holzman | Quinn Emanuel | Debtor |
| Barbara | Howell | Quinn Emanuel | Debtor |
| Laura Davis | Jones | Pachulski Stang Ziehl & Jones LLP | GLAS Trust |
| Erik | Kay | Quinn Emanuel | Debtor |
| Peter | Keane | Pachulski Stang Ziehl & Jones LLP | GLAS Trust |
| Cameron | Kelly | Quinn Emanuel | Debtor |
| Susheel | Kirpalani | Quinn Emanuel | Debtor |
| Jared | Kochenash | Young Conaway | BYJU's Alpha |
| Brooke | Kootman | QuinnEmanuel | Debtor |
| Sheron | Korpus | Kasowitz Benson Torres, LLP | Riju Ravindran |
| Joseph | Larkin | Skadden, Arps, Slate, Meagher & Flom LLP | Non-Party Board of Control for Cricket in India |
| Mike | Legge | Reorg | |
| Jason | Liberi | Skadden, Arps, Slate, Meagher & Flom LLP | Non-Party Board of Control for Cricket in India |

| | | | |
|---|---|---|---|
| Fei | Lu | Quinn Emanuel | Debtor |
| Samhith | Malladi | Shardul Amarchand Mangaldas & Co | Riju Ravindran |
| Akiko | Matsuda | | Wall Street Journal |
| David | Max | Kasowitz Benson Torres, LLP | Riju Ravindran |
| Evan | Miller | Saul Ewing LLP | Camshaft Parties |
| Jordan | Nakdimon | Quinn Emanuel | Debtor |
| Timothy | Pohl | BYJU's Alpha | Debtor |
| Marco | Schaden | Global Restructuring Review | Reporter - Media |
| Brian | Schartz | Kirkland & Ellis LLP | GLAS Trust Company |
| Kate | Scherling | Quinn Emanuel | Debtor |
| Vince | Sullivan | Law360 | |
| Pieter | Van Tol | Hogan Lovells US LLP | Camshaft Parties |
| Nicholas | Vislocky | Reed Smith | |
| Jianjian | Ye | Quinn Emanuel | Debtor |