**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BYJU'S ALPHA, INC.,[1] | Case No. 24-10140 (JTD) |
| Debtor. | RE: D.I. 226 |

## CERTIFICATE OF NO OBJECTION REGARDING D.I. 226

The undersigned hereby certifies that, as of the date herein, he has received no objection to the *Fourth Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Co-Counsel to the Debtor for Allowance of Compensation and Reimbursement of Expenses for the Period from May 1, 2024, through May 31, 2024* (the "Application") (D.I. 226) filed on July 16, 2024.

The undersigned further certifies that he has reviewed the Court's docket in this case, and no answer, objection, or other responsive pleading to the Application appears thereon. Objections to the Application were to be filed and served no later than 4:00 p.m. (prevailing Eastern Time) on August 6, 2024.

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals* (the "Interim Compensation Order") (D.I. 121) entered on March 4, 2024, the Debtors are authorized to pay 80% ($740,082.96) of requested fees ($925,103.70) and 100% of the requested expenses ($7,534.28) on an interim basis without further order of the Court.

---

[1] The Debtor in this chapter 11 cases, along with the last four digits of the Debtor's federal tax identification number, is BYJU's Alpha, Inc. (4260). The location of the Debtor's service address for purposes of this Chapter 11 Case is 1007 N. Market St. Ste. G20 452, Wilmington, DE 19801.

31917968.1

12013-00001/14846897.1

| | |
|---|---|
| Dated: Wilmington, Delaware<br>August 8, 2024 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Kenneth J. Enos*<br>Robert S. Brady (Del. No. 2847)<br>Kenneth J. Enos (Del. No. 4544)<br>Jared W. Kochenash (Del. No. 6557)<br>Timothy R. Powell (Del. No. 6894)<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>rbrady@ycst.com<br>kenos@ycst.com<br>jkochenash@ycst.com<br>tpowell@ycst.com<br><br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Susheel Kirpalani (admitted pro hac vice)<br>Benjamin Finestone (admitted pro hac vice)<br>Daniel Holzman (admitted pro hac vice)<br>Jianjian Ye (admitted pro hac vice)<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Tel.: (212) 849 7000<br>susheelkirpalani@quinnemanuel.com<br>benjaminfinestone@quinnemanuel.com<br>danielholzman@quinnemanuel.com<br>jianjianye@quinnemanuel.com<br><br>*Counsel for Debtor, BYJU's Alpha, Inc.* |