# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| BYJU'S ALPHA, INC.,[1] | ) Chapter 11 |
| | ) |
| Debtor. | ) Case No. 24-10140 (JTD) |
| | ) |
| | ) |
| BYJU'S ALPHA, INC., | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Adv. Pro. Case No. 24-50013 (JTD) |
| | ) |
| CAMSHAFT CAPITAL FUND, LP, | ) |
| CAMSHAFT CAPITAL ADVISORS, LLC, | ) |
| CAMSHAFT CAPITAL MANAGEMENT, LLC, | ) |
| RIJU RAVINDRAN, INSPILEARN LLC, and | ) |
| THINK AND LEARN PRIVATE LIMITED, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON AUGUST 20, 2024 AT 1:00 P.M. (ET)

> This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Dorsey's Chambers Procedures and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Dorsey's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260). The location of the Debtor's service address for purposes of this chapter 11 case is: 1007 N. Market St. Ste. G20 452, Wilmington, DE 19801.

31844975.1

**RESOLVED MATTER**

1.  Debtor's Second Motion for an Order, Pursuant to Bankruptcy Rules 9006 and 9027, Further Extending the Period Within Which the Debtor May Remove Actions Pursuant to 28 U.S.C. § 1452 [D.I. 234, 7/25/24

    Response Deadline:  August 8, 2024 at 4:00 p.m. (ET)

    Responses Received:  None.

    Related Document:

    A.  Certificate of No Objection [D.I. 252, 8/9/24]

    B.  Order Pursuant to Bankruptcy Rules 9006 and 9027, Further Extending the Period Within Which the Debtor May Remove Actions Pursuant to 28 U.S.C. § 1452 [D.I. 253, 8/12/24

    Status: The Order has been entered.  No hearing is necessary.

**MATTERS GOING FORWARD**

2.  Motion of Hogan Lovells US LLP for Leave to Withdraw as Counsel to Camshaft Capital Fund, LP, Camshaft Capital Advisors, LLC, Camshaft Capital Management, LLC, and William Morton [D.I. 228, A.D.I. 285; 7/16/24]

    Response Deadline:  July 30, 2024 at 4:00 p.m. (ET)

    Responses Received:

    A.  Plaintiff-Intervenor GLAS Trust Company LLC's Response to Motions to Withdraw as Counsel to BYJU's Defendants and Camshaft Defendants [D.I. 238, A.D.I. 306]

    Related Documents:   None.

    Status: This matter is going forward.

3.  Motion of Saul Ewing LLP for Leave to Withdraw as Counsel to Camshaft Capital Fund, LP, Camshaft Capital Advisors, LLC, Camshaft Capital Management, LLC, and William Morton [D.I. 229, A.D.I. 286; 7/16/24]

    Response Deadline:  July 30, 2024 at 4:00 p.m. (ET)

    Responses Received:

    A.  Plaintiff-Intervenor GLAS Trust Company LLC's Response to Motions to Withdraw as Counsel to BYJU's Defendants and Camshaft Defendants [D.I. 238, A.D.I. 306]

Related Documents:   None.

Status: This matter is going forward.

4. Motion to Withdraw as Counsel for Riju Ravindran, Tangible Play, Inc., Epic! Creations, Inc., and Neuron Fuel, Inc. filed by Chipman Brown Cicero & Cole, LLP and Kasowitz Benson Torres LLP [D.I. 233, 7/19/24]

   Response Deadline:   August 2, 2024 at 4:00 p.m. (ET)

   Responses Received:

   A.   Plaintiff-Intervenor GLAS Trust Company LLC's Response to Motions to Withdraw as Counsel to BYJU's Defendants and Camshaft Defendants [D.I. 238, A.D.I. 306]

   Related Documents:   None.

   Status: This matter is going forward.

5. Motion to Withdraw as Counsel for Defendants Riju Ravindran and Think & Learn Private, Ltd. filed by Chipman Brown Cicero & Cole, LLP and Kasowitz Benson Torres LLP [A.D.I. 288; 7/17/24]

   Response Deadline:  July 31, 2024 at 4:00 p.m. (ETP

   Responses Received:

   A.   Plaintiff-Intervenor GLAS Trust Company LLC's Response to Motions to Withdraw as Counsel to BYJU's Defendants and Camshaft Defendants [A.D.I. 306]

   Related Documents:   None.

   Status: This matter is going forward.

Dated: August 18, 2024
     Wilmington, Delaware     **YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Kenneth J. Enos*
Robert S. Brady (Del. No. 2847)
Kenneth J. Enos (Del. No. 4544)
Jared W. Kochenash (Del. No. 6557)
Timothy R. Powell (Del. No. 6894)
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
rbrady@ycst.com
kenos@ycst.com
jkochenash@ycst.com
tpowell@ycst.com

-and-

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Susheel Kirpalani (admitted *pro hac vice*)
Benjamin Finestone (admitted *pro hac vice*)
Daniel Holzman (admitted *pro hac vice*)
Jianjian Ye (admitted *pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel.: (212) 849 7000
susheelkirpalani@quinnemanuel.com
benjaminfinestone@quinnemanuel.com
danielholzman@quinnemanuel.com
jianjianye@quinnemanuel.com

Counsel for Debtor, BYJU's Alpha, Inc.