# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BYJU'S ALPHA, INC.,[1] | Case No. 24-10140 (JTD) |
| Debtor. | **Objection Deadline**: September 9, 2024 at 4:00 p.m. (Eastern) |

## SUMMARY OF FIFTH MONTHLY FEE STATEMENT OF QUINN EMANUEL URQUHART & SULLIVAN, LLP AS CO-COUNSEL TO THE DEBTOR FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JUNE 1, 2024, THROUGH JULY 31, 2024[2]

| | |
|---|---|
| Name of Applicant: | Quinn Emanuel Urquhart & Sullivan, LLP |
| Authorized to Provide Professional Services to: | Debtor |
| Date of Retention: | March 4, 2024, effective as of February 1, 2024 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $1,192,586.94 (80% of $1,490,733.67) |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $25,287.03 |
| This is a monthly fee statement. | |

---

[1] The Debtor in this chapter 11 cases, along with the last four digits of the Debtor's federal tax identification number, is BYJU's Alpha, Inc. (4260). The location of the Debtor's service address for purposes of this Chapter 11 Case is 1007 N. Market St. Suite G20 452, Wilmington, Delaware 19801.

[2] Quinn Emanuel has agreed to discount the fees in this case by 10%. Each monthly invoice reflects the 10% discount as does this Summary, except for the fees listed in the chart named Compensation by Individual. 100% of Quinn Emanuel's fees total $1,658,677.00. 90% of Quinn Emanuel's fees total $1,490,733.67 (after subtracting 50% non-working travel) and 80% of Quinn Emanuel's fees total $1,192,586.94.

31950797.1

12013-00001/15101499.1

## PRIOR MONTHLY APPLICATIONS

| Date Filed/ Docket No. | Period Covered | Requested (100%) | | Approved (80%/100%) | | CNO Filed/ Docket No. |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | |
| 03/26/24/151 (amended 04/12/24/167) | 2/1/24-2/29/24 | $577,417.28 | $859.32 | $461,933.82 | $859.32 | 04/17/24/171 |
| 04/29/24/180 | 3/1/24-3/31/24 | $895,392.45 | $18,020.69 | $716,313.96 | $17,712.69 | 05/28/24/199 |
| 06/12/24/209 | 4/1/24-4/30/24 | $930,348.90 | $3,955.17 | $744,279.12 | $3,936.45 | 07/10/24/222 |
| 07/16/24/226 | 5/1/24-5/31/24 | $925,103.70 | $7,534.28 | $740,082.96 | $7,534.28 | 08/08/24/249 |

## PRIOR QUARTERLY APPLICATIONS

| Date Filed/ Docket No. | Period Covered | Requested | | Approved | | Order Entered/ Docket No. |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | |
| 06/14/24/210 | 2/1/24-4/30/24 | $2,403,158.63 | $22,527.18 | $2,403,158.63 | $22,508.46 | 07/17/24/230 |

## COMPENSATION BY INDIVIDUAL[3]

| Name | Position | Year of Admission | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Susheel Kirpalani | Partner | 1995 | $2,410.00 | 2.5 | $6,025.00 |
| Benjamin Finestone | Partner | 2005 | $1,810.00 | 163.8 | $296,478.00 |
| William Adams | Partner | 2006 | $1,810.00 | 3.9 | $7,059.00 |
| Matthew Bunting | Partner | 2001 | $1,810.00 | 2.5 | $4,525.00 |
| Eric M. Kay | Counsel | 1996 | $1,675.00 | 2.9 | $4,857.50 |
| Daniel Holzman | Counsel | 1999 | $1,570.00 | 55.6 | $87,292.00 |
| Katherine A. Scherling | Counsel | 2010 | $1,570.00 | 261.9 | $411,183.00 |
| Lisa Geary | Counsel | 2015 | $1,570.00 | 7.9 | $12,403.00 |
| Jianjian Ye | Associate | 2019 | $1,420.00 | 133.4 | $189,428.00 |
| Jingfei Lu | Associate | 2023 | $1,060.00 | 174.9 | $185,394.00 |
| Brooke Kootman | Associate | 2020 | $1,395.00 | 97.8 | $136,431.00 |
| Matthew Tse | Associate | 2018 | $1,375.00 | 31.3 | $43,037.50 |
| Cameron Kelly | Associate | 2020 | $1,305.00 | 10.7 | $13,963.50 |
| Jordan Nakdimon | Associate | 2024 | $940.00 | 110.2 | $94,188.00 |
| Christine Botvinnik | Law Clerk | | $645.00 | 207.3 | $133,708.50 |
| Barbara J. Howell | Paralegal | | $550.00 | 43.2 | $23,760.00 |
| Tanya Tapera | Paralegal | | $530.00 | 4.4 | $2,332.00 |
| Steven Wong | Litigation Support | | $190.00 | 34.8 | $6,612.00 |
| Total | | | | 1,339.00 | $1,658,677.00 |

---

[3]   Travel billed at 100%.

31950797.1

12013-00001/15101499.1

## COMPENSATION BY PROJECT CATEGORY[4]

| Project Category | Total Hours | Total Fees | Fees with 10% Discount |
|---|---|---|---|
| BY01-Case Administration | 14.5 | $6,366.50 | $5,729.85 |
| BY05-Fee/Employment Application | 34.6 | $27,782.50 | $25,004.25 |
| BY08-Attend Court Hearing | 21.6 | $25,705.56 | $23,134.95 |
| BY09-Adversary Proceedings | 928.9 | $1,227,998.50 | $1,105,198.65 |
| BY10-Other Contested Matters | 8.6 | $13,598.00 | $12,238.20 |
| BY11-Discovery | 313.9 | $333,690.50 | $300,321.45 |
| BY12-Corporate Matters | 2.2 | $3,454.00 | $3,108.60 |
| BY13-Financing Matters | 8.2 | $12,874.00 | $11,586.60 |
| BY15-General Bankruptcy Matters | 1.5 | $2,595.00 | $2,335.50 |
| BY16-Non-Working Travel | 5.0 | $4,612.50 | $2,075.63 |
| Total | 1,339.0 | $1,658,677.00 | $1,490,733.68 |

---

[4] Travel billed at 50%.

**EXPENSES SUMMARY**

| Expense Category | Total Expense |
|---|---|
| Postage | |
| Meals during travel | |
| Lexis Courtlink – Off Contract | |
| Deposition transcripts | $12,139.16 |
| Express mail, Federal Express | $536.49 |
| Filing Fees | $200.00 |
| Hearing Transcripts | |
| Video depositions | $2,830.00 |
| Local business travel | $33.91 |
| Messenger | $92.45 |
| Document reproduction (0.10 cents per page) | $1,254.90 |
| Travel | $2,293.00 |
| Trial materials (prints, slip sheets, drilling, binders, tabs) | $456.71 |
| Color document reproduction (0.25 cents per page) | $148.50 |
| Air travel | $75.00 |
| Hotel | |
| Local meals (for depositions) | $887.15 |
| Document services | $2,106.08 |
| Professional services – others | |
| RelOne User Fee | $1,800.00 |
| RelOne TIFF (per page) | $21.20 |
| RelOne Processing | $190.00 |
| RelOne Active Hosting (Per GB) | $222.48 |
| Total | $25,287.03 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BYJU'S ALPHA, INC.,[5]<br><br>           Debtor. | Chapter 11<br><br>Case No. 24-10140 (JTD)<br><br>**Objection Deadline**:<br>**September 9, 2024 at 4:00 p.m.**<br>**(Eastern)** |

**FIFTH MONTHLY FEE STATEMENT OF QUINN EMANUEL URQUHART & SULLIVAN, LLP AS CO-COUNSEL TO THE DEBTOR FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JUNE 1, 2024, THROUGH JULY 31, 2024**

Pursuant to sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), and rule 2016 of the Federal Rules of Bankruptcy Procedure, Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel") hereby files its Fifth Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP, as Co-Counsel to the Debtor for Allowance of Compensation and Reimbursement of Expenses for the Period from June 1, 2024, through July 31, 2024 (the "Application"), and moves the Court for an Order granting Quinn Emanuel reasonable compensation for professional legal services rendered as co-counsel to BYJU's Alpha, Inc. (the "Debtor") in this chapter 11 case (the "Chapter 11 Case") in the aggregate amount of $1,192,586.94 (80% of $1,490,733.67), together with reimbursement for actual and necessary expenses incurred in the amount of $25,287.03 for the period June 1, 2024, through July 31, 2024 (the "Fee Period"). In support of the Application, Quinn Emanuel respectfully represents as follows:

---

[5] The Debtor in this chapter 11 cases, along with the last four digits of the Debtor's federal tax identification number, is BYJU's Alpha, Inc. (4260). The location of the Debtor's service address for purposes of this Chapter 11 Case is 1007 N. Market St. Suite G20 452, Wilmington, Delaware 19801.

31950797.1

12013-00001/15101499.1

1. On February 1, 2024, the Debtor filed a voluntary petition under chapter 11 of the Bankruptcy Code.

2. On February 14, 2024, the Debtor filed an Application for an Order Authorizing the Retention and Employment of Quinn Emanuel Urquhart & Sullivan, LLP as Co-Counsel for the Debtor and the Debtor in Possession (the "Retention Application") (D.I. 76).

3. Also on February 14, 2024, the Debtor filed its Motion for an Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals (the "Interim Compensation Motion") (D.I. 79).

4. On March 4, 2024, the Court entered the Order Authorizing the Retention and Employment of Quinn Emanuel Urquhart & Sullivan, LLP as Co-Counsel for the Debtor and the Debtor in Possession (the "Retention Order") (D.I. 119) and the Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals (the "Interim Compensation Order") (D.I. 121).

5. The Interim Compensation Order permits the Debtor's professionals to seek compensation for professional services rendered and reimbursement of expenses on a monthly basis by filing a monthly fee statement and serving the parties listed below (the "Notice Parties").

    a. Co-Counsel to the Debtor: Quinn Emanuel Urquhart & Sullivan, LLP, 51 Madison Avenue, 22nd Floor, New York, New York, 10010, Attn: Susheel Kirpalani (susheelkirpalani@quinnemanuel.com), Benjamin Finestone (benjaminfinestone@quinnemanuel.com), Daniel Holzman (danielholzman@quinnemanuel.com, and Jianjian Ye (jianjianye@quinnemanue.com);

    b. Co-Counsel to the Debtor: Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, Attn: Robert S. Brady (rbrady@ycst.com), Kenneth J. Enos (Kenos@ycst.com), Jared W. Kochenash (jkochenash@ycst.com), and Timothy R. Powell (tpowell@ycst.com);

    c.    Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware, 19801, Attn: Linda Casey (linda.casey@usdoj.gov); and

    d.    Counsel to the Committee, if appointed, in this Chapter 11 Case.

## SUMMARY OF SERVICES RENDERED

6.    Attached hereto as Exhibit A is a detailed statement of fees incurred during the Fee Period, showing the total amount of fees incurred during the Fee Period is $1,490,733.67, 80% of which is $1,192,586.94.

## DISBURSEMENTS

7.    Attached hereto as Exhibit B is a detailed statement of expenses paid during the Fee Period, showing the total amount of $25,287.03 for which Quinn Emanuel seeks reimbursement.  Pursuant to Local Rule 2016-2, Quinn Emanuel represents that: (i) its rate for copying charges is $0.10 per page for black and white copies and $0.25 per page for color copies; (ii) its rate for outgoing facsimile transmission charges do not exceed $0.25 per page, with no charge for incoming facsimiles: and (iii) when billed for computer-assisted legal research, the Debtor is billed no more than actual costs.

## VALUATION OF SERVICES

8.    Attorneys and paraprofessionals of Quinn Emanuel have expended a total of 1,339.0 hours in connection with this matter during the Fee Period.

9.    The amount of time spent by each of these persons providing services to the Debtor is fully set forth in the detailed statement attached hereto as Exhibit A.  The hourly rates set forth

therein are Quinn Emanuel's normal hourly rates of compensation for work of this nature. The reasonable value of the services rendered by Quinn Emanuel for the Fee Period is $1,658,677.00.[6]

10. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount requested is fair and reasonable given (i) the complexity of the Chapter 11 Case, (ii) the time expended, (iii) the nature and extent of the services rendered, (iv) the value of such services, and (v) the costs of comparable services other than in a case under chapter 11 of the Bankruptcy Code. In addition, Quinn Emanuel has reviewed the requirements of Local Rule 2016-2 and believes that this Application complies with the requirements set forth therein.

[Remainder of Page Intentionally Left Black]

---

[6] As noted, Quinn Emanuel has agreed to discount its customary fees in this case by 10%. Accordingly, the total amount of fees billed to the Debtor during the Fee Period is $1,490,733.67.

## CONCLUSION

WHEREFORE, Quinn Emanuel requests that the Court (i) authorize the Debtor to (a) pay Quinn Emanuel the sum of $1,192,586.94 (representing 80% of the total fees, minus the 10% discount) as compensation for actual and necessary professional services it rendered to the Debtor during the Fee Period and (b) reimburse Quinn Emanuel the sum of $25,287.30 for the actual and necessary costs and expenses it incurred during the Fee Period, each in accordance with the Interim Compensation Order, and (ii) grant such other and further relief as the Court may deem just and proper.

Respectfully submitted this 19th day of August, 2024.

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: */s/ Susheel Kirpalani*
Susheel Kirpalani (admitted *pro hac vice*)
Benjamin Finestone (admitted *pro hac vice*)
Daniel Holzman (admitted *pro hac vice*)
Jianjian Ye (admitted *pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel.:  (212) 849 7000
susheelkirpalani@quinnemanuel.com
benjaminfinestone@quinnemanuel.com
danielholzman@quinnemanuel.com
jianjianye@quinnemanuel.com

*Co-Counsel for Debtor, BYJU's Alpha, Inc.*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 2016-2

I, Susheel Kirpalani, hereby certify as follows:

1. I am a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP and have been admitted to practice pro hac vice in this bankruptcy case.

2. I have personally performed certain of the legal services rendered by Quinn Emanuel, as co-counsel to the Debtor, and am generally familiar with all other work performed on behalf of the Debtor by the lawyers and paraprofessionals at Quinn Emanuel.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information, and belief. Moreover, I have reviewed the requirements of Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and submit that the Application complies with such requirements.

Dated: August 19, 2024

                                                    */s/ Susheel Kirpalani*
                                                  Susheel Kirpalani