IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BYJU'S ALPHA, INC.,[1]<br><br>    Debtor. | Chapter 11<br><br>Case No. 24-10140 (JTD)<br><br>**Objection Deadline**:<br>September 9, 2024, at 4:00 p.m. (Eastern) |

### NOTICE OF APPLICATION

    **PLEASE TAKE NOTICE** that the attached *Fifth Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Debtor for the Period from June 1, 2024 through July 31, 2024* (the "Application") has been filed with the United States Bankruptcy Court for the District of Delaware (the "Court"). The Application seeks an allowance of monthly fees in the aggregate amount of $1,192,586.94 (80% of $1,490,733.67) and monthly expenses of $25,287.03.

    **PLEASE TAKE FURTHER NOTICE** objections to the Application, if any, are required to be filed on or before **September 9, 2024 at 4:00 p.m. (ET)** (the "Objection Deadline") and served upon the following parties: (i) counsel to the Debtor: (a) Quinn Emanuel Urquhart & Sullivan, LLP, 51 Madison Avenue, 22nd Floor, New York, New York 10010, Attn: Susheel Kirpalani (susheelkirpalani@quinnemanuel.com), Benjamin Finestone (benjaminfinestone@quinnemanuel.com), Daniel Holzman (danielholzman@quinnemanuel.com), and Jianjian Ye (jianjianye@quinnemanuel.com); and (b) Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, Attn: Robert S. Brady (rbrady@ycst.com), Kenneth J. Enos (kenos@ycst.com), Jared W. Kochenash (jkochenash@ycst.com), and Timothy R. Powell (tpowell@ycst.com); (ii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware, 19801, Attn: Linda Casey (linda.casey@usdoj.gov); and (iii) counsel to the Committee, if appointed, in this chapter 11 case.

    **PLEASE TAKE FURTHER NOTICE THAT**, pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals* [D.I. 121], if no objections are filed and served in accordance with the above procedures, then the Debtor will be authorized to pay 80% of requested interim fees and 100% of requested expenses without further order of the Court. Only if an objection is properly and timely filed and served in accordance with the above procedures, and cannot be consensually resolved, will a hearing be held on the Application.

---

[1]     The Debtor in this chapter 11 cases, along with the last four digits of the Debtor's federal tax identification number, is BYJU's Alpha, Inc. (4260). The location of the Debtor's service address for purposes of this Chapter 11 Case is 1007 N. Market St., Suite G20 452, Wilmington, Delaware 19801.

31950805.1

12013-00001/15102070.2

Dated: August 19, 2024
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Kenneth J. Enos*
Robert S. Brady (Del. No. 2847)
Kenneth J. Enos (Del. No. 4544)
Jared W. Kochenash (Del. No. 6557)
Timothy R. Powell (Del. No. 6894)
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
rbrady@ycst.com
kenos@ycst.com
jkochenash@ycst.com
tpowell@ycst.com

-and-

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Susheel Kirpalani (admitted *pro hac vice*)
Benjamin Finestone (admitted *pro hac vice*)
Daniel Holzman (admitted *pro hac vice*)
Jianjian Ye (admitted *pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel.: (212) 849 7000
susheelkirpalani@quinnemanuel.com
benjaminfinestone@quinnemanuel.com
danielholzman@quinnemanuel.com
jianjianye@quinnemanuel.com

Counsel for Debtor, BYJU's Alpha, Inc.