**Schedule of Payments to Insiders**

| Amount | Date | Reason |
|---|---|---|
| $75,000.00 | 6/27/2024 | Timothy R. Pohl Director Fee |
| $75,000.00 | 6/06/2024 | Timothy R. Pohl Director Fee |

31909623.1

# WebsterBank

P.O. Box 191
Waterbury, CT 06720-0191

BYJU'S ALPHA INC
OPERATING ACCOUNT
2045 N FREMONT ST
CHICAGO IL 60614-4311

## June 2024

Reporting Activity 06/01 - 06/30     Page 1 of 4

**Contact Us**

| | | |
|---|---|---|
|  | Client Services | 800.482.2220 |
| | Mailing Address | P.O. Box 191<br>Waterbury, CT 06720-0191 |
| | Online Access | websterbank.com |

## SUMMARY OF ACCOUNTS

| ACCOUNT TYPE | ACCOUNT NUMBER | ENDING BALANCE |
|---|---|---|
| COMMERCIAL CHECKING WITH ANALYSIS | XXXXXX5030 | $6,712,065.64 |

## COMMERCIAL CHECKING WITH ANALYSIS - XXXXXX5030

### Account Summary

| Date | Description | | | |
|---|---|---|---|---|
| 06/01/2024 | **Beginning Balance** | **$2,777,991.48** | Average Ledger Balance | $3,145,389.74 |
| | 5 Debit(s) this period | $1,074,293.44 | Average Available Balance | $3,145,389.74 |
| | 2 Credit(s) this period | $5,008,367.60 | | |
| 06/30/2024 | **Ending Balance** | **$6,712,065.64** | | |

### Transaction Activity

| Transaction Date | Description | | Debits | Credits | Balance |
|---|---|---|---|---|---|
| 06/01/2024 | Beginning Balance | | | | $2,777,991.48 |
| 06/06/2024 | INCOMING WIRE,SVB - DEPOSIT OPERATIONS,,,76314671 | | | $8,367.60 | $2,786,359.08 |
| 06/06/2024 | OPERATING 5030 -SETT-A247OBS | MonthlyFee BYJUS1 | -$75,000.00 | | $2,711,359.08 |
| 06/06/2024 | OPERATING 5030 -SETT-A247OBS | Quinn Inv BYJUS1 | -$400,000.00 | | $2,311,359.08 |
| 06/07/2024 | OPERATING 5030 | Fees BYJUS1 -SETT-A247OBS | -$334,026.65 | | $1,977,332.43 |
| 06/10/2024 | OPERATING 5030 | Fees BYJUS1 -SETT-A247OBS | -$190,266.79 | | $1,787,065.64 |
| 06/24/2024 | INCOMING WIRE,GLAS TRUST COMPA NY LLC,JPMORGAN CHASE,ATS OF 2 XXXXXX6753 | | | $5,000,000.00 | $6,787,065.64 |
| 06/27/2024 | OPERATING 5030 -SETT-A247OBS | MonthlyFee BYJUS1 | -$75,000.00 | | $6,712,065.64 |
| 06/30/2024 | Ending Balance | | | | $6,712,065.64 |


MEMBER FDIC
EQUAL HOUSING LENDER

THIS PAGE LEFT INTENTIONALLY BLANK

## COMMERCIAL CHECKING WITH ANALYSIS - XXXXXX5030 (continued)

### Debits

| Date | Description | Amount |
|---|---|---:|
| 06/06/2024 | OPERATING 5030   MonthlyFee BYJUS1 -SETT-A247OBS | -$75,000.00 |
| 06/06/2024 | OPERATING 5030   Quinn Inv BYJUS1 -SETT-A247OBS | -$400,000.00 |
| 06/07/2024 | OPERATING 5030   Fees BYJUS1 -SETT-A247OBS | -$334,026.65 |
| 06/10/2024 | OPERATING 5030   Fees BYJUS1 -SETT-A247OBS | -$190,266.79 |
| 06/27/2024 | OPERATING 5030   MonthlyFee BYJUS1 -SETT-A247OBS | -$75,000.00 |

### Credits

| Date | Description | Amount |
|---|---|---:|
| 06/06/2024 | INCOMING WIRE,SVB - DEPOSIT OP ERATIONS,,,76314671 | $8,367.60 |
| 06/24/2024 | INCOMING WIRE,GLAS TRUST COMPA NY LLC,JPMORGAN CHASE,ATS OF 2 XXXXXX6753 | $5,000,000.00 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---:|---|---:|---|---:|
| 05/31/2024 | $2,777,991.48 | 06/07/2024 | $1,977,332.43 | 06/24/2024 | $6,787,065.64 |
| 06/06/2024 | $2,311,359.08 | 06/10/2024 | $1,787,065.64 | 06/27/2024 | $6,712,065.64 |

### Overdraft and Returned Item Fees

|  | Total for this period | Total year-to-date |
|---|---:|---:|
| Total Returned Item Fees | $0.00 | $0.00 |
| Total Overdraft Fees | $0.00 | $0.00 |

THIS PAGE LEFT INTENTIONALLY BLANK