# SIGN-IN SHEET

**JUDGE:** Dorsey    **COURTROOM:** 5

**CASE NUMBER(S):** 24-10140/24-50013    **CASE NAME:** BYJU's Alpha, Inc.    **DATE:** 8/20/2024 (1:00 PM)

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Ken Enos | Young Conaway | DIP |
| Benjamin Firestone | Quinn Emanuel | DIP |
| Ravi Shankar | Kirkland & Ellis | GLAS |
| Evan Miller | Saul Ewing | Camshaft Parties |
| Pieter Van Tol | Hogan Lovells | " |
| Joseph Cicero | Chipman Cicero | Riju Ravindra & T2C |
| Bill Chipman | Chipman Cicero | " |
| Steven Kapos | Kasowitz Benson | " |
| William Morton | Camshaft | self |
| Laura Davis Jones | Pachulski Stang Ziehl Jones | GLAS |

**BYJU's Alpha, Inc. (24-10140/24-50013) – August 20, 2024 (1:00pm)**

| First Name | Last Name | Firm | Representing |
|---|---|---|---|
| Elihu | Allinson | | |
| Robert | Brady | Young, Conaway, Stargatt & Taylor, LLP | Debtor |
| Linda | Casey | Office of United States Trustee | U.S. Trustee |
| Steven | Church | | non party |
| Ben | Clarke | Global Restructuring Review | N/A - MEDIA |
| Ana Lucia | Hurtado | Reorg | |
| Dietrich | Knauth | | media,Reuters |
| Lindsey | Neuberger | | |
| Kennedy | Rose | | |
| Lydia | Yale | Kirkland & Ellis LLP | Interested Party |
| William | Adams | Quinn Emanuel | Debtor |
| Christine | Botvinnik | Quinn Emanuel | Debtor |
| Uzo | Dike | Kirkland & Ellis LLP | GLAS Trust Company LLC |
| Benjamin | Finestone | Quinn Emanuel | Debtor |
| Lisa | Geary | Quinn Emanuel | Debtor |
| Daniel | Holzman | Quinn Emanuel | Debtor |
| Barbara | Howell | Quinn Emanuel | Debtor |
| Erik | Kay | Quinn Emanuel | Debtor |
| Cameron | Kelly | Quinn Emanuel | Debtor |
| Susheel | Kirpalani | Quinn Emanuel | Debtor |
| Brooke | Kootman | QuinnEmanuel | Debtor |
| Barrett | Lingle | White & Case LLP | Interested Party |
| Fei | Lu | Quinn Emanuel | Debtor |
| Akiko | Matsuda | | Wall Street Journal |
| Jordan | Nakdimon | Quinn Emanuel | Debtor |
| Gregory | Pesce | White & Case LLP | Interested Party |
| Timothy | Pohl | BYJU's Alpha | Debtor |
| Kate | Scherling | Quinn Emanuel | Debtor |
| Vince | Sullivan | Law360 | |
| Nicholas | Vislocky | Reed Smith | |
| Jianjian | Ye | Quinn Emanuel | Bittrex |