IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BYJU'S ALPHA, INC.,[1] <br><br> Debtor. | Chapter 11 <br><br> Case No. 24-10140 (JTD) <br><br> Ref. Docket No. 235 |

## CERTIFICATE OF NO OBJECTION REGARDING D.I. 235

The undersigned hereby certifies that, as of the date herein, he has received no objection to the *FFirst Monthly Fee Application of Keystone Partners for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Indian Counsel for the Debtor for the Period from May 22, 2024 Through June 30, 2024* (the "Application") (D.I. 235) filed on July 29, 2024.

The undersigned further certifies that he has reviewed the Court's docket in this case, and no answer, objection, or other responsive pleading to the Application appears thereon. Objections to the Application were to be filed and served no later than 4:00 p.m. (prevailing Eastern Time) on August 19, 2024.

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals* (the "Interim Compensation Order") (D.I. 121) entered on March 4, 2024, the Debtors are authorized to pay 80% ($25,285.00) of requested fees ($31,606.25) and 100% of the requested expenses ($137.05) on an interim basis without further order of the Court.

---

[1] The Debtor in this chapter 11 cases, along with the last four digits of the Debtor's federal tax identification number, is BYJU's Alpha, Inc. (4260). The location of the Debtor's service address for purposes of this Chapter 11 Case is 1007 N. Market St. Ste. G20 452, Wilmington, DE 19801.

31961313.1

Dated: Wilmington, Delaware
       August 22, 2024

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Kenneth J. Enos*
Robert S. Brady (Del. No. 2847)
Kenneth J. Enos (Del. No. 4544)
Jared W. Kochenash (Del. No. 6557)
Timothy R. Powell (Del. No. 6894)
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
rbrady@ycst.com
kenos@ycst.com
jkochenash@ycst.com
tpowell@ycst.com

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Susheel Kirpalani (admitted pro hac vice)
Benjamin Finestone (admitted pro hac vice)
Daniel Holzman (admitted pro hac vice)
Jianjian Ye (admitted pro hac vice)
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel.: (212) 849 7000
susheelkirpalani@quinnemanuel.com
benjaminfinestone@quinnemanuel.com
danielholzman@quinnemanuel.com
jianjianye@quinnemanuel.com

*Counsel for Debtor, BYJU's Alpha, Inc.*