## Schedule of Payments to Insiders

| Amount | Date | Reason |
|---|---|---|
| $17,300.33 | 07/01/24 | DIP Agent Fees |


# WebsterBank®

**P.O. Box 191**
**Waterbury, CT 06720-0191**

BYJU'S ALPHA INC
OPERATING ACCOUNT
2045 N FREMONT ST
CHICAGO IL 60614-4311

### Contact Us

| | | |
|---|---|---|
|  | Client Services | 800.482.2220 |
|  | Mailing Address | P.O. Box 191 Waterbury, CT 06720-0191 |
|  | Online Access | websterbank.com |

## SUMMARY OF ACCOUNTS

| ACCOUNT TYPE | ACCOUNT NUMBER | ENDING BALANCE |
|---|---|---|
| **COMMERCIAL CHECKING WITH ANALYSIS** | **XXXXXX5030** | **$5,741,331.02** |

## COMMERCIAL CHECKING WITH ANALYSIS - XXXXXX5030

### Account Summary

| Date | Description | | | |
|---|---|---|---|---|
| 07/01/2024 | **Beginning Balance** | **$6,712,065.64** | Average Ledger Balance | $6,599,499.01 |
| | 8 Debit(s) this period | $1,555,231.79 | Average Available Balance | $6,599,499.01 |
| | 1 Credit(s) this period | $584,497.17 | | |
| 07/31/2024 | **Ending Balance** | **$5,741,331.02** | | |

### Transaction Activity

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/01/2024 | Beginning Balance | | | $6,712,065.64 |
| 07/01/2024 | OUTGOING WIRE,GLAS TRUST LLC,J P MORGAN CHASE,,2739548 | -$17,300.33 | | $6,694,765.31 |
| 07/12/2024 | INCOMING WIRE,GLAS TRUST COMPA NY LLC,JPMORGAN CHASE,ATS OF 2 XXXXXX9894 | | $584,497.17 | $7,279,262.48 |
| 07/12/2024 | OPERATING 5030   Fees BYJUS1 -SETT-A247OBS | -$114,854.83 | | $7,164,407.65 |
| 07/18/2024 | OPERATING 5030   Fees BYJUS1 -SETT-A247OBS | -$119,219.40 | | $7,045,188.25 |
| 07/22/2024 | OPERATING 5030   fees BYJUS1 -SETT-A247OBS | -$500,000.00 | | $6,545,188.25 |
| 07/22/2024 | MTHLY ANALYSIS CHARGE | -$9.94 | | $6,545,178.31 |
| 07/24/2024 | OPERATING 5030   Fees BYJUS1 -SETT-A247OBS | -$500,000.00 | | $6,045,178.31 |
| 07/25/2024 | OPERATING 5030   Fees BYJUS1 -SETT-A247OBS | -$228,847.29 | | $5,816,331.02 |


**MEMBER FDIC**

THIS PAGE LEFT INTENTIONALLY BLANK


## COMMERCIAL CHECKING WITH ANALYSIS - XXXXXX5030 (continued)

### Transaction Activity (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/31/2024 | OPERATING 5030   MonthlyFee BYJUS1 -SETT-A247OBS | -$75,000.00 | | $5,741,331.02 |
| 07/31/2024 | Ending Balance | | | $5,741,331.02 |

### Debits

| Date | Description | Amount |
|---|---|---|
| 07/01/2024 | OUTGOING WIRE,GLAS TRUST LLC,J P MORGAN CHASE,,2739548 | -$17,300.33 |
| 07/12/2024 | OPERATING 5030   Fees BYJUS1 -SETT-A247OBS | -$114,854.83 |
| 07/18/2024 | OPERATING 5030   Fees BYJUS1 -SETT-A247OBS | -$119,219.40 |
| 07/22/2024 | OPERATING 5030   fees BYJUS1 -SETT-A247OBS | -$500,000.00 |
| 07/22/2024 | MTHLY ANALYSIS CHARGE | -$9.94 |
| 07/24/2024 | OPERATING 5030   Fees BYJUS1 -SETT-A247OBS | -$500,000.00 |
| 07/25/2024 | OPERATING 5030   Fees BYJUS1 -SETT-A247OBS | -$228,847.29 |
| 07/31/2024 | OPERATING 5030   MonthlyFee BYJUS1 -SETT-A247OBS | -$75,000.00 |

### Credits

| Date | Description | Amount |
|---|---|---|
| 07/12/2024 | INCOMING WIRE,GLAS TRUST COMPA NY LLC,JPMORGAN CHASE,ATS OF 2 XXXXXX9894 | $584,497.17 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 06/30/2024 | $6,712,065.64 | 07/18/2024 | $7,045,188.25 | 07/25/2024 | $5,816,331.02 |
| 07/01/2024 | $6,694,765.31 | 07/22/2024 | $6,545,178.31 | 07/31/2024 | $5,741,331.02 |
| 07/12/2024 | $7,164,407.65 | 07/24/2024 | $6,045,178.31 | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Returned Item Fees | $0.00 | $0.00 |
| Total Overdraft Fees | $0.00 | $0.00 |

THIS PAGE LEFT INTENTIONALLY BLANK