## Schedule of Payments to Insiders

| Amount | Date | Reason |
|---|---|---|
| $75,000.00 | 08/29/2024 | Timothy R. Pohl Director Fee |

32107030.1



**WebsterBank**

P.O. Box 191
Waterbury, CT 06720-0191

# August 2024

BYJU'S ALPHA INC
OPERATING ACCOUNT
2045 N FREMONT ST
CHICAGO IL 60614-4311

## Contact Us

 Client Services — 800.482.2220

 Mailing Address — P.O. Box 191, Waterbury, CT 06720-0191

Online Access — websterbank.com

## SUMMARY OF ACCOUNTS

| ACCOUNT TYPE | ACCOUNT NUMBER | ENDING BALANCE |
|---|---|---|
| COMMERCIAL CHECKING WITH ANALYSIS | XXXXXX5030 | $4,788,111.13 |

## COMMERCIAL CHECKING WITH ANALYSIS - XXXXXX5030

### Account Summary

| Date | Description | | | |
|---|---|---|---|---|
| 08/01/2024 | Beginning Balance | $5,741,331.02 | Average Ledger Balance | $5,211,884.80 |
| | 5 Debit(s) this period | $953,219.89 | Average Available Balance | $5,211,884.80 |
| | 0 Credit(s) this period | $0.00 | | |
| 08/31/2024 | Ending Balance | $4,788,111.13 | | |

### Transaction Activity

| Transaction Date | Description | | Debits | Credits | Balance |
|---|---|---|---|---|---|
| 08/01/2024 | Beginning Balance | | | | $5,741,331.02 |
| 08/12/2024 | OPERATING 5030 -SETT-A247OBS | May 2024 BYJUS1 | -$105,180.60 | | $5,636,150.42 |
| 08/13/2024 | OPERATING 5030 -SETT-A247OBS | May 2024 BYJUS1 | -$500,000.00 | | $5,136,150.42 |
| 08/14/2024 | OPERATING 5030 -SETT-A247OBS | May 2024 BYJUS1 | -$247,617.24 | | $4,888,533.18 |
| 08/27/2024 | OUTGOING WIRE,KEYSTONE PARTNERS,WELLSFARGO NY INTL,,2810387 | | -$25,422.05 | | $4,863,111.13 |
| 08/29/2024 | OPERATING 5030 -SETT-A247OBS | MonthlyFee BYJUS1 | -$75,000.00 | | $4,788,111.13 |
| 08/31/2024 | Ending Balance | | | | $4,788,111.13 |



MEMBER FDIC
EQUAL HOUSING LENDER

THIS PAGE LEFT INTENTIONALLY BLANK


## COMMERCIAL CHECKING WITH ANALYSIS - XXXXXX5030 (continued)

### Debits

| Date | Description | Amount |
|---|---|---|
| 08/12/2024 | OPERATING 5030   May 2024 BYJUS1 -SETT-A247OBS | -$105,180.60 |
| 08/13/2024 | OPERATING 5030   May 2024 BYJUS1 -SETT-A247OBS | -$500,000.00 |
| 08/14/2024 | OPERATING 5030   May 2024 BYJUS1 -SETT-A247OBS | -$247,617.24 |
| 08/27/2024 | OUTGOING WIRE,KEYSTONE PARTNER S,WELLSFARGO NY INTL,,2810387 | -$25,422.05 |
| 08/29/2024 | OPERATING 5030   MonthlyFee BYJUS1 -SETT-A247OBS | -$75,000.00 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 07/31/2024 | $5,741,331.02 | 08/13/2024 | $5,136,150.42 | 08/27/2024 | $4,863,111.13 |
| 08/12/2024 | $5,636,150.42 | 08/14/2024 | $4,888,533.18 | 08/29/2024 | $4,788,111.13 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Returned Item Fees | $0.00 | $0.00 |
| Total Overdraft Fees | $0.00 | $0.00 |

THIS PAGE LEFT INTENTIONALLY BLANK