# EXHIBIT A

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

TAX I.D. NO. 51-0082644

(302) 571-6600

(302) 571-1253 FAX
www.ycst.com

Writer's Direct Dial
(302) 571-5003

Writer's E-Mail
kenos@ycst.com

| | |
|---|---|
| BYJU's Alpha, Inc. | Invoice Date: September 10, 2024 |
| Timothy R. Pohl, CRO | Invoice Number: 50054730 |
| 2045 N. Freemont Street | Matter Number: 103547.1001 |
| Chicago, IL 60614 | |

Re:  Restructuring Representation

**CURRENT INVOICE**

| | | |
|---|---|---|
| Professional Services | $ | 80,564.50 |
| Disbursements | $ | 1,781.10 |
| Total Due This Invoice | $ | 82,345.60 |

BYJU Alpha, Inc.

| | |
|---|---|
| Invoice Date: | September 10, 2024 |
| Invoice Number: | 50054730 |
| Matter Number: | 103547.1001 |

**Time Detail**

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 08/01/24 | BWALT | Update dockets | B001 | 0.30 | 115.50 |
| 08/01/24 | BWALT | Update critical dates | B001 | 0.10 | 38.50 |
| 08/01/24 | BWALT | Review hearing materials to file/shred | B001 | 0.30 | 115.50 |
| 08/05/24 | JKOCH | Review motions and orders re: sanctions, stay, and contempt (.5); prepare COCs for same (.5); email correspondence (multiple) with co-counsel and K. Enos and B. Walters re: same (.2) | B001 | 1.20 | 756.00 |
| 08/07/24 | BWALT | Update and circulate docket | B001 | 0.30 | 115.50 |
| 08/09/24 | JKOCH | Review CNO for second removal motion | B001 | 0.10 | 63.00 |
| 08/12/24 | BWALT | Update and circulate docket | B001 | 0.40 | 154.00 |
| 08/13/24 | BWALT | Update dockets | B001 | 0.40 | 154.00 |
| 08/14/24 | BWALT | Update and circulate docket | B001 | 0.40 | 154.00 |
| 08/14/24 | BWALT | Further update dockets, and update critical dates | B001 | 0.90 | 346.50 |
| 08/15/24 | BWALT | Update and circulate dockets, and update critical dates calendar | B001 | 1.20 | 462.00 |
| 08/16/24 | BWALT | Update docket | B001 | 0.10 | 38.50 |
| 08/16/24 | BWALT | Receive and forward transcript invoice for processing | B001 | 0.10 | 38.50 |
| 08/19/24 | BWALT | Update docket | B001 | 0.30 | 115.50 |
| 08/19/24 | BWALT | Update and circulate dockets | B001 | 0.40 | 154.00 |
| 08/20/24 | BWALT | Update dockets | B001 | 0.30 | 115.50 |
| 08/22/24 | BWALT | Update docket | B001 | 0.20 | 77.00 |
| 08/23/24 | BWALT | Update and circulate dockets | B001 | 0.40 | 154.00 |
| 08/23/24 | BWALT | Update critical dates | B001 | 0.30 | 115.50 |

BYJU Alpha, Inc.

| | | Invoice Date: | September 10, 2024 |
| | | Invoice Number: | 50054730 |
| | | Matter Number: | 103547.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 08/26/24 | BWALT | Review critical dates | B001 | 0.10 | 38.50 |
| 08/26/24 | BWALT | Update and circulate docket (Epic!) | B001 | 0.20 | 77.00 |
| 08/02/24 | BWALT | Emails with K Enos (.2); Finalize for filing and coordinate service of notice of hearing on TRO motion (Ravindran) | B002 | 1.00 | 385.00 |
| 08/02/24 | KENOS | Review Ravindran proposed revisions to orders entered on 7/31 and emails with co-counsel, GLAS counsel, and counsel to Ravindran re: same | B002 | 0.60 | 597.00 |
| 08/02/24 | KENOS | Emails with Chambers, counsel to Ravindran and GLAS, and co-counsel re: hearing on TRO Motion | B002 | 0.30 | 298.50 |
| 08/02/24 | KENOS | Assist co-counsel and GLAS counsel with preparations for TRO hearing | B002 | 0.40 | 398.00 |
| 08/03/24 | KENOS | Confer with B. Finestone re: TRO Hearing | B002 | 0.30 | 298.50 |
| 08/04/24 | RBRAD | Review transcript from 7/31/24 hearing | B002 | 0.30 | 420.00 |
| 08/05/24 | BWALT | Emails with B. Howell re: 8/7/24 hearing | B002 | 0.10 | 38.50 |
| 08/05/24 | BWALT | Finalize and file agenda for 8/7/24 hearing, and register attorneys | B002 | 0.40 | 154.00 |
| 08/05/24 | BWALT | Draft agenda for 8/7/24 TRO hearing | B002 | 0.50 | 192.50 |
| 08/05/24 | BWALT | Emails with K. Enos re: 8/7/24 hearing | B002 | 0.10 | 38.50 |
| 08/05/24 | KENOS | Emails and calls with Chambers re: 8/7 hearing (.4) and follow-up emails with parties re: same (.2) | B002 | 0.60 | 597.00 |
| 08/05/24 | KENOS | Review and finalize 8/7 hearing agenda | B002 | 0.20 | 199.00 |
| 08/05/24 | KENOS | Review and comment on certifications of counsel (3x) re: rulings from 7/31 hearing | B002 | 0.60 | 597.00 |
| 08/05/24 | KENOS | Finalize and file certification and order re: motion to compel and emails with counsel to Ravindran re: same | B002 | 0.40 | 398.00 |
| 08/06/24 | KENOS | Assist with preparations for 8/7 TRO Hearing | B002 | 0.90 | 895.50 |
| 08/06/24 | KENOS | Review and comment on revised form of proposed order re: Ravindran TRO | B002 | 0.20 | 199.00 |
| 08/07/24 | BWALT | Prepare and file amended agenda for 8/7/24 hearing | B002 | 0.40 | 154.00 |

BYJU Alpha, Inc.

| | | | | Invoice Date: | September 10, 2024 |
| | | | | Invoice Number: | 50054730 |
| | | | | Matter Number: | 103547.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 08/07/24 | BWALT | Finalize and file exhibit list and coordinate preparation and delivery of exhibit binders to the Court | B002 | 1.50 | 577.50 |
| 08/07/24 | CCORA | Prepare and send exhibit binders to Court re: August 7, 2024 hearing | B002 | 0.40 | 150.00 |
| 08/07/24 | KENOS | Assist co-counsel with preparations for 8/7 TRO Hearing | B002 | 1.60 | 1,592.00 |
| 08/07/24 | KENOS | Attend hearing re: Ravindran TRO | B002 | 1.00 | 995.00 |
| 08/07/24 | RBRAD | Attend hearing on motion for TRO against R. Ravindran and BCCI | B002 | 0.90 | 1,260.00 |
| 08/08/24 | BWALT | Circulate 8/7/24 hearing transcript and update files | B002 | 0.10 | 38.50 |
| 08/09/24 | BWALT | Update agenda for 8/20/24 hearing | B002 | 0.40 | 154.00 |
| 08/15/24 | BWALT | Update agenda for 8/20/24 hearing and email same to K. Enos | B002 | 0.30 | 115.50 |
| 08/16/24 | BWALT | Emails re: 8/20/24 hearing | B002 | 0.30 | 115.50 |
| 08/16/24 | BWALT | Finalize and file agenda (.2); and prepare and email to the Court re: hearing agenda and related pleadings (.3) | B002 | 0.50 | 192.50 |
| 08/16/24 | KENOS | Emails with Chambers, co-counsel and GLAS counsel re: 8/20 hearing | B002 | 0.20 | 199.00 |
| 08/16/24 | KENOS | Review and comment on 8/20 hearing agenda | B002 | 0.20 | 199.00 |
| 08/19/24 | BWALT | Email from K. Enos (.1); register R. Brady for 8/20/24 hearing (.1) | B002 | 0.20 | 77.00 |
| 08/19/24 | KENOS | Assist co-counsel with preparations for 8/20 hearing | B002 | 0.50 | 497.50 |
| 08/20/24 | RBRAD | Attend hearing on counsel motions to withdraw (.5); follow-up discussion with K. Enos re: same (.2) | B002 | 0.70 | 980.00 |
| 08/21/24 | BWALT | Email with court reporter re: 8/20/24 transcript | B002 | 0.10 | 38.50 |
| 08/21/24 | KENOS | Prepare for (.4) and attend hearing re: sanctions motion in loan guaranty involuntary case (1.3) | B002 | 1.70 | 1,691.50 |
| 08/22/24 | KENOS | Review and finalize CNO re: Keystone fee application (.1) and emails with client, co-counsel, and Keystone re: same (.2) | B002 | 0.30 | 298.50 |
| 08/23/24 | BWALT | Receive, review, and circulate 8/20/24 hearing transcript | B002 | 0.20 | 77.00 |
| 08/23/24 | BWALT | Register K. Enos for 8/26/24 Epic hearing | B002 | 0.10 | 38.50 |

BYJU Alpha, Inc.

| | Invoice Date: | September 10, 2024 |
|---|---|---|
| | Invoice Number: | 50054730 |
| | Matter Number: | 103547.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 08/26/24 | KENOS | Prepare for (.2) and attend hearing re: scheduling in loan guarantor involuntary case (.4) | B002 | 0.60 | 597.00 |
| 08/06/24 | JKOCH | Review bank statements, fee applications, and receipts and disbursements and prepare MOR based on same | B004 | 2.00 | 1,260.00 |
| 08/07/24 | KENOS | Review and comment on June MOR | B004 | 0.30 | 298.50 |
| 08/19/24 | BWALT | Emails with J. Kochenash (.1); finalize and file MOR (.2) | B004 | 0.30 | 115.50 |
| 08/23/24 | JKOCH | Email correspondence (multiple) with B. Walters, D. Holzman, and UST re: UST fees | B004 | 0.30 | 189.00 |
| 08/26/24 | JKOCH | Review bank statements in connection with UST fees | B004 | 0.30 | 189.00 |
| 08/26/24 | KENOS | Confer with J. Kochenash re: unpaid US Trustee Fees and research into same | B004 | 0.20 | 199.00 |
| 08/08/24 | KENOS | Review proofs of claim filed in chapter 11 case and emails with co-counsel re: same | B007 | 0.30 | 298.50 |
| 08/08/24 | KENOS | Review and finalize CNOs re: Quinn and Young Conaway May fee applications | B007 | 0.20 | 199.00 |
| 08/08/24 | RBRAD | Review three (3) filed proofs of claim | B007 | 0.40 | 560.00 |
| 08/02/24 | KENOS | Call with co-counsel and lender counsel re: case status | B008 | 0.40 | 398.00 |
| 08/05/24 | KENOS | Call with co-counsel and lender counsel re: case status | B008 | 0.30 | 298.50 |
| 08/05/24 | KENOS | Call with co-counsel and lender counsel re: case status | B008 | 0.30 | 298.50 |
| 08/08/24 | KENOS | Call with co-counsel and lender counsel re: case status | B008 | 0.20 | 199.00 |
| 08/09/24 | KENOS | Call with co-counsel and lender counsel re: case status | B008 | 0.40 | 398.00 |
| 08/12/24 | KENOS | Call with co-counsel and lender counsel re: case status | B008 | 0.30 | 298.50 |
| 08/14/24 | KENOS | Call with co-counsel and lender counsel re: case status | B008 | 0.30 | 298.50 |
| 08/16/24 | KENOS | Call with co-counsel and lender counsel re: case status | B008 | 0.40 | 398.00 |
| 08/19/24 | KENOS | Call with co-counsel and lender counsel re: case status | B008 | 0.50 | 497.50 |
| 08/23/24 | KENOS | Call with co-counsel and lender counsel re: case status | B008 | 0.30 | 298.50 |
| 08/26/24 | KENOS | Call with co-counsel and lender counsel re: case status | B008 | 0.30 | 298.50 |

BYJU Alpha, Inc.

Invoice Date: September 10, 2024
Invoice Number: 50054730
Matter Number: 103547.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 08/28/24 | KENOS | Call with co-counsel and lender counsel re: case status | B008 | 0.30 | 298.50 |
| 08/01/24 | BWALT | Emails with K. Enos re: Riju TRO | B011 | 0.20 | 77.00 |
| 08/01/24 | KENOS | Review correspondence re: status of T&L insolvency proceeding | B011 | 0.20 | 199.00 |
| 08/01/24 | KENOS | Review and comment on TRO Motion re: Ravindran BCCI payments (multiple versions) | B011 | 0.90 | 895.50 |
| 08/01/24 | KENOS | Finalize and file TRO re: Ravindran BCCI Payments | B011 | 0.90 | 895.50 |
| 08/01/24 | RBRAD | Review and comment on motion for TRO against R. Ravindran | B011 | 0.90 | 1,260.00 |
| 08/02/24 | RBRAD | Attend conference call with counsel to Debtor and GLAS re: litigation strategy | B011 | 0.30 | 420.00 |
| 08/03/24 | RBRAD | Review Kasowitz letter in response to § 542 letter seeking Debtor documents | B011 | 0.30 | 420.00 |
| 08/04/24 | RBRAD | Review White and Case response to § 542 letter re: return of Debtor documents | B011 | 0.20 | 280.00 |
| 08/05/24 | BWALT | Prepare certification of counsel for supplemental contempt order for filing | B011 | 0.20 | 77.00 |
| 08/05/24 | BWALT | Emails with J. Kochenash re: certification of counsel for stay motion (.3); review and edit certification of counsel (.3) | B011 | 0.60 | 231.00 |
| 08/05/24 | BWALT | Finalize and file certification of counsel for supplemental contempt order, and upload order | B011 | 0.30 | 115.50 |
| 08/05/24 | BWALT | Email from K. Enos (.1); file certification of counsel for proposed contempt orders and email to the Court re: same (.3) | B011 | 0.40 | 154.00 |
| 08/05/24 | BWALT | Finalize and file certification of counsel for order on stay motion and upload order | B011 | 0.30 | 115.50 |
| 08/06/24 | KENOS | Correspondence with co-counsel and GLAS counsel re: Ravindran payments to BCCI | B011 | 0.20 | 199.00 |
| 08/07/24 | BWALT | Finalize and file notice of amended Ravindran TRO Order | B011 | 0.40 | 154.00 |
| 08/07/24 | JKOCH | Review exhibit list and amended TRO order; prepare notice re: same; email correspondence (multiple) with YCST, Quinn, and Kirkland re: same | B011 | 0.80 | 504.00 |
| 08/07/24 | KENOS | Review and comment on order denying TRO Motion and emails with counsel to Ravindran, GLAS, and co-counsel re: same | B011 | 0.40 | 398.00 |

BYJU Alpha, Inc.

| | | | Invoice Date: | September 10, 2024 |
| | | | Invoice Number: | 50054730 |
| | | | Matter Number: | 103547.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 08/07/24 | KENOS | Review Camshaft privilege log and emails with parties re: same | B011 | 0.30 | 298.50 |
| 08/07/24 | RBRAD | Review Limited Opposition to TRO from BCCI contesting personal jurisdiction | B011 | 0.60 | 840.00 |
| 08/07/24 | RBRAD | Review R. Ravindran and Think and Learn Private opposition to TRO motion | B011 | 0.50 | 700.00 |
| 08/07/24 | RBRAD | Review order on motion to compel discovery from R. Ravindran | B011 | 0.10 | 140.00 |
| 08/07/24 | RBRAD | Review correspondence to P. Van Tol re: Plaintiff's challenge to Camshaft/Morton assertion of privilege re: discovery responses | B011 | 0.20 | 280.00 |
| 08/07/24 | RBRAD | Review correspondence with P. Van Tol re: deadline for Debtor's reply in support of motion for partial summary judgment | B011 | 0.10 | 140.00 |
| 08/08/24 | BWALT | Email from J. Kochenash re: COC for order denying Ravindran TRO (.1); review and revise order and emails with K. Enos and J. Kochenash re: same (.4); finalize for filing and upload order (.3) | B011 | 0.80 | 308.00 |
| 08/08/24 | BWALT | Download and circulate letter ruling re: Camshafts motion to dismiss chapter 11 case | B011 | 0.20 | 77.00 |
| 08/08/24 | JKOCH | Review transcript from 8/7 hearing re: TRO; draft COC re: same | B011 | 0.50 | 315.00 |
| 08/08/24 | KENOS | Review and comment on certification re: order denying TRO | B011 | 0.20 | 199.00 |
| 08/08/24 | KENOS | Review letter decision re: Camshaft motion to dismiss and emails with co-counsel re: same | B011 | 0.30 | 298.50 |
| 08/08/24 | RBRAD | Attend conference call with counsel to Debtor and GLAS re: case issues, updates, and strategy | B011 | 0.20 | 280.00 |
| 08/08/24 | RBRAD | Review opinion denying Camshaft's motion to dismiss chapter 11 case | B011 | 0.20 | 280.00 |
| 08/08/24 | RBRAD | Review and consider District Court's oral order approving Saul Ewing, Chipman Brown, and Kasowitz motions to withdraw as counsel | B011 | 0.20 | 280.00 |
| 08/09/24 | BWALT | Prepare, finalize, and file certificate of no objection for second removal motion, and upload order | B011 | 0.80 | 308.00 |
| 08/09/24 | KENOS | Confer with R. Brady re: update on litigation status | B011 | 0.20 | 199.00 |
| 08/09/24 | RBRAD | Teleconference with K. Enos re: litigation strategy | B011 | 0.20 | 280.00 |

BYJU Alpha, Inc.

| | | | | | |
|---|---|---|---|
| Invoice Date: | September 10, 2024 |
| Invoice Number: | 50054730 |
| Matter Number: | 103547.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 08/09/24 | RBRAD | Review correspondence in response to Debtor's § 542 letters requesting turnover of estate files and records | B011 | 0.40 | 560.00 |
| 08/10/24 | RBRAD | Review and comment on draft reply in support of motion for partial summary judgment (.7); correspondence with K. Enos re: same (.2) | B011 | 0.90 | 1,260.00 |
| 08/11/24 | KENOS | Review and comment on summary judgment reply brief (2 versions) | B011 | 0.80 | 796.00 |
| 08/11/24 | KENOS | Review additional Camshaft discovery responses and correspondence related to same | B011 | 0.40 | 398.00 |
| 08/11/24 | RBRAD | Review correspondence with P. Van Tol re: continuing discovery deficiencies | B011 | 0.30 | 420.00 |
| 08/12/24 | BWALT | Email from K. Enos re: summary judgment reply | B011 | 0.10 | 38.50 |
| 08/12/24 | BWALT | Finalize for filing and coordinate service of reply in support of motion for summary judgment | B011 | 3.00 | 1,155.00 |
| 08/12/24 | KENOS | Call with W. Chipman re: summary judgment objection filing inquiry | B011 | 0.30 | 298.50 |
| 08/12/24 | KENOS | Finalize and file reply in support of summary judgment (Camshaft) | B011 | 1.10 | 1,094.50 |
| 08/12/24 | KENOS | Emails with Camshaft counsel re: discovery issues | B011 | 0.20 | 199.00 |
| 08/12/24 | KENOS | Review further revised version of summary judgment reply | B011 | 0.40 | 398.00 |
| 08/12/24 | KENOS | Attend meet and confer with Camshaft re: open discovery | B011 | 0.20 | 199.00 |
| 08/12/24 | RBRAD | Review final reply in support of motion for partial summary judgment re: Camshaft and Morton | B011 | 0.40 | 560.00 |
| 08/12/24 | RBRAD | Review correspondence with P. Van Tol and J. Ye re: discovery disputes and results of meet and confer re: same | B011 | 0.30 | 420.00 |
| 08/13/24 | BWALT | Correspondence with K. Enos re: motion to compel filing | B011 | 0.30 | 115.50 |
| 08/13/24 | KENOS | Emails with W. Chipman and K. Scherling re: comments to proposed redaction of objections to summary judgment motion | B011 | 0.20 | 199.00 |
| 08/13/24 | KENOS | Review and consider Ravindran objection to summary judgment motion and related exhibits | B011 | 0.50 | 497.50 |
| 08/13/24 | KENOS | Review and comment on motion to compel | B011 | 0.50 | 497.50 |

BYJU Alpha, Inc.

| | Invoice Date: | September 10, 2024 |
| --- | --- | --- |
| | Invoice Number: | 50054730 |
| | Matter Number: | 103547.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
| --- | --- | --- | --- | --- | --- |
| 08/13/24 | KENOS | Assist co-counsel with preparation of motion to compel | B011 | 0.60 | 597.00 |
| 08/13/24 | KENOS | Review and consider T&L objection to summary judgment and related exhibits | B011 | 0.60 | 597.00 |
| 08/13/24 | RBRAD | Review T&L objection to motion for partial summary judgment and Max Declaration in support (1.0); review Ravindran objection to motion for partial summary judgment and Corpus Declaration in support (.9) | B011 | 1.90 | 2,660.00 |
| 08/14/24 | KENOS | Review Korpus letter re: motion to compel | B011 | 0.20 | 199.00 |
| 08/14/24 | RBRAD | Review S. Corpus letter to B. Finestone re: Ravindran refusal to comply with Court's order compelling responses to discovery | B011 | 0.20 | 280.00 |
| 08/14/24 | RBRAD | Review Indian Court's ruling staying dismissal of insolvency proceeding against T&L | B011 | 0.40 | 560.00 |
| 08/15/24 | KENOS | Review certification re: motion compel and correspondence in connection with same | B011 | 0.20 | 199.00 |
| 08/18/24 | RBRAD | Review Camshaft subpoenas to S. Spencer and A. Gallo | B011 | 0.20 | 280.00 |
| 08/19/24 | BWALT | Review correspondence re: Spencer and Gallo subpoenas for depositions (.2); review further correspondence from counsel re: acceptance of service (.1) | B011 | 0.30 | 115.50 |
| 08/19/24 | BWALT | Finalize for filing and email service of joinders in 24-11161 | B011 | 0.50 | 192.50 |
| 08/19/24 | BWALT | Emails from Quinn Emanuel re: joinders to the involuntary petitions filed against Epic! and Tangible Play | B011 | 0.20 | 77.00 |
| 08/19/24 | KENOS | Review DLA letter to court re: sanctions motion (guarantor involuntary) | B011 | 0.30 | 298.50 |
| 08/19/24 | KENOS | Review Spencer and Gallo subpoenas and correspondence related to same | B011 | 0.30 | 298.50 |
| 08/19/24 | KENOS | Review petitioning creditors' motion for sanctions in loan guarantors involuntary bankruptcy | B011 | 0.40 | 398.00 |
| 08/19/24 | KENOS | Review Camshaft discovery requests | B011 | 0.40 | 398.00 |
| 08/19/24 | KENOS | Review and finalize joinders to involuntary petitions re: loan guarantor cases | B011 | 0.60 | 597.00 |

BYJU Alpha, Inc.

| | | Invoice Date: | | September 10, 2024 |
| | | Invoice Number: | | 50054730 |
| | | Matter Number: | | 103547.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 08/19/24 | RBRAD | Correspondence with (.2) and conference with (.1) K. Enos re: Debtor's joining involuntary petitions; review letter to Court re: GLAS's motion for sanctions against involuntary debtors for discovery violations (.2) | B011 | 0.50 | 700.00 |
| 08/19/24 | RBRAD | Review B. Finestone's letter to Camshaft/Morton and Ravindran/T&L re: motions to withdraw as counsel (.2); review responses from W. Morton and Hogan Lovells re: same (.2); review correspondence with S. Corpus re: same (.2) | B011 | 0.60 | 840.00 |
| 08/19/24 | RBRAD | Conference with K. Enos re: Camshaft subpoenas | B011 | 0.20 | 280.00 |
| 08/19/24 | RBRAD | Review Camshaft's requests for production from Debtor and GLAS | B011 | 0.70 | 980.00 |
| 08/20/24 | KENOS | Attend 8/20 omnibus hearing (1.0) and assist co-counsel with preparations and follow-up regarding same (.9) | B011 | 1.90 | 1,890.50 |
| 08/21/24 | RBRAD | Review Indian Court's decision denying T&L attempts to block formation of a creditors committee | B011 | 0.20 | 280.00 |
| 08/23/24 | BWALT | Finalize and file appellees' brief (24-358) | B011 | 1.50 | 577.50 |
| 08/23/24 | BWALT | Emails re: appellate brief filing Dist. Ct. | B011 | 0.20 | 77.00 |
| 08/23/24 | KENOS | Review and finalize reply brief re: Camshaft district court appeal | B011 | 1.10 | 1,094.50 |
| 08/23/24 | KENOS | Confer with R. Brady re: loan guarantor involuntary proceedings | B011 | 0.20 | 199.00 |
| 08/23/24 | KENOS | Review and comment on reply brief re: contempt order appeal (.7) and confer with R. Brady re: same (.2) | B011 | 0.90 | 895.50 |
| 08/23/24 | KENOS | Emails with co-counsel re: comments to reply brief in Camshaft appeal | B011 | 0.20 | 199.00 |
| 08/23/24 | RBRAD | Review and comment on draft Appellees Joint Brief re: Camshaft/Morton appeal of contempt order | B011 | 1.20 | 1,680.00 |
| 08/23/24 | RBRAD | Review scheduling order re: involuntary petitions and amended stipulation (.2); review witness list for petitioning creditors (.1); consider additional witnesses re: same (.1); review correspondence designating T. Pohl as potential witness (.1); conference with K. Enos re: same (.2) | B011 | 0.70 | 980.00 |

BYJU Alpha, Inc.

| | Invoice Date: | September 10, 2024 |
|---|---|---|
| | Invoice Number: | 50054730 |
| | Matter Number: | 103547.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 08/25/24 | KENOS | Review and comment on certification and stipulation re: scheduling order for loan guarantor involuntary and emails with parties re: same | B011 | 0.40 | 398.00 |
| 08/26/24 | KENOS | Review and comment on reply in support of summary judgment motion (Ravindran and T&L) (2 versions) | B011 | 1.10 | 1,094.50 |
| 08/26/24 | RBRAD | Review draft reply in support of motion for partial summary judgment | B011 | 0.50 | 700.00 |
| 08/28/24 | KENOS | Review and consider GLAS comments to summary judgment reply brief | B011 | 0.40 | 398.00 |
| 08/29/24 | BWALT | Email from K. Enos re: summary judgment reply and related filings | B011 | 0.10 | 38.50 |
| 08/29/24 | KENOS | Review and comment on motion to exceed page limits and declaration re: summary judgment | B011 | 0.40 | 398.00 |
| 08/29/24 | KENOS | Review and consider additional lender comments to summary judgment reply brief | B011 | 0.40 | 398.00 |
| 08/30/24 | BWALT | Emails re: filing summary judgment reply papers (.3); Finalize for filing and coordinate service of summary judgment reply, declaration, and motion to exceed page limit (1.3) | B011 | 1.60 | 616.00 |
| 08/30/24 | KENOS | Finalize and file summary judgment reply brief (Ravindran and T&L) | B011 | 0.90 | 895.50 |
| 08/30/24 | KENOS | Review proposed filing versions of summary judgment reply brief and related motion to shorten and declaration in support | B011 | 0.90 | 895.50 |
| 08/30/24 | KENOS | Review and consider further revised version of summary judgment reply brief | B011 | 0.40 | 398.00 |
| 08/30/24 | RBRAD | Review Reply in support of motion for partial summary judgment against T&L and R. Ravindran (1.0) and supplemental B. Firestone declaration in support of same (.4) | B011 | 1.40 | 1,960.00 |
| 08/08/24 | BWALT | Prepare and file CNO for YCST's fourth monthly fee application, and emails with K. Enos re: same | B017 | 0.30 | 115.50 |
| 08/08/24 | BWALT | Review and edit CNO for Quinn Emanuel's fourth monthly fee application (May), and email to B. Howell re: same | B017 | 0.40 | 154.00 |
| 08/14/24 | BWALT | Draft second interim fee application | B017 | 0.40 | 154.00 |

BYJU Alpha, Inc.

| | Invoice Date: | September 10, 2024 |
|---|---|---|
| | Invoice Number: | 50054730 |
| | Matter Number: | 103547.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 08/14/24 | BWALT | Emails with B. Howell re: June/July fee application and second interim fee application | B017 | 0.20 | 77.00 |
| 08/16/24 | BWALT | Prepare second interim fee request | B017 | 0.50 | 192.50 |
| 08/19/24 | BWALT | Email from B. Howell re: fifth monthly fee application for Quinn Emanuel (.1); revise notice (.4); review exhibits and email to B. Howell re: same (.2); email to K. Enos re: filing (.1); finalize for filing and email service of fee application (.4) | B017 | 1.20 | 462.00 |
| 08/19/24 | BWALT | Email from B. Howell re: QE supplement to second interim fee application | B017 | 0.10 | 38.50 |
| 08/19/24 | KENOS | Review proposed filing version of Quinn fifth fee statement | B017 | 0.30 | 298.50 |
| 08/20/24 | BWALT | Second interim fee application | B017 | 0.30 | 115.50 |
| 08/21/24 | BWALT | Receive LEDES file for June/July fee application and email LEDES and fee application to UST, and email from UST re: same | B017 | 0.20 | 77.00 |
| 08/22/24 | BWALT | Prepare CNO for Keystone June fee application, and email to K. Enos | B017 | 0.30 | 115.50 |
| 08/22/24 | BWALT | Finalize and file CNO for Keystone June fee application | B017 | 0.20 | 77.00 |
| 08/22/24 | BWALT | Edit second interim fee application | B017 | 0.30 | 115.50 |
| 08/27/24 | KENOS | Emails with client and Keystone Partners re: payment of Keystone invoice | B017 | 0.20 | 199.00 |
| 08/09/24 | BWALT | Emails with K. Enos re: June/July fee application | B018 | 0.10 | 38.50 |
| 08/09/24 | KENOS | Initial preparations of June and July Fee Applications (review for confidentiality, privilege and US Trustee Guideline compliance) | B018 | 1.20 | 1,194.00 |
| 08/12/24 | BWALT | Draft YCST combined June/July fee application | B018 | 1.50 | 577.50 |
| 08/14/24 | BWALT | Emails with K. Enos re: YCST June/July fee application | B018 | 0.20 | 77.00 |
| 08/14/24 | KENOS | Review and comment on June/July Fee Application | B018 | 0.40 | 398.00 |
| 08/16/24 | BWALT | Prepare YCST fee supplement | B018 | 3.60 | 1,386.00 |
| 08/19/24 | BWALT | Finalize for filing and email service of YCST fifth monthly fee application | B018 | 0.40 | 154.00 |

BYJU Alpha, Inc.

| | | Invoice Date: | September 10, 2024 |
| | | Invoice Number: | 50054730 |
| | | Matter Number: | 103547.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 08/19/24 | KENOS | Review final version of YCST fifth fee statement | B018 | 0.20 | 199.00 |
| 08/19/24 | KENOS | Attention to initial preparations re: second interim fee applications | B018 | 0.20 | 199.00 |
| 08/20/24 | BWALT | YCST fee supplement | B018 | 1.00 | 385.00 |
| | | | **Total** | **98.40** | **$80,564.50** |

BYJU Alpha, Inc.

| | Invoice Date: | September 10, 2024 |
|---|---|---|
| | Invoice Number: | 50054730 |
| | Matter Number: | 103547.1001 |

**Timekeeper Summary**

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| BWALT | Brenda Walters | Paralegal | 36.40 | 385.00 | 14,014.00 |
| CCORA | Chad A. Corazza | Paralegal | 0.40 | 375.00 | 150.00 |
| JKOCH | Jared W. Kochenash | Associate | 5.20 | 630.00 | 3,276.00 |
| KENOS | Kenneth J. Enos | Partner | 39.10 | 995.00 | 38,904.50 |
| RBRAD | Robert S. Brady | Partner | 17.30 | 1,400.00 | 24,220.00 |
| **Total** | | | **98.40** | | **$80,564.50** |

BYJU Alpha, Inc.

| | |
|---|---|
| Invoice Date: | September 10, 2024 |
| Invoice Number: | 50054730 |
| Matter Number: | 103547.1001 |

## Task Summary

### Task Code:B001 — Case Administration

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Jared W. Kochenash | Associate | 1.30 | 630.00 | 819.00 |
| Brenda Walters | Paralegal | 6.70 | 385.00 | 2,579.50 |
| **Total** | | **8.00** | | **3,398.50** |

### Task Code:B002 — Court Hearings

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Kenneth J. Enos | Partner | 10.60 | 995.00 | 10,547.00 |
| Robert S. Brady | Partner | 1.90 | 1,400.00 | 2,660.00 |
| Brenda Walters | Paralegal | 6.20 | 385.00 | 2,387.00 |
| Chad A. Corazza | Paralegal | 0.40 | 375.00 | 150.00 |
| **Total** | | **19.10** | | **15,744.00** |

### Task Code:B004 — Schedules & Statements, U.S. Trustee Reports

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Kenneth J. Enos | Partner | 0.50 | 995.00 | 497.50 |
| Jared W. Kochenash | Associate | 2.60 | 630.00 | 1,638.00 |
| Brenda Walters | Paralegal | 0.30 | 385.00 | 115.50 |
| **Total** | | **3.40** | | **2,251.00** |

### Task Code:B007 — Claims Analysis, Objections and Resolutions

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Kenneth J. Enos | Partner | 0.50 | 995.00 | 497.50 |
| Robert S. Brady | Partner | 0.40 | 1,400.00 | 560.00 |
| **Total** | | **0.90** | | **1,057.50** |

### Task Code:B008 — Meetings

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Kenneth J. Enos | Partner | 4.00 | 995.00 | 3,980.00 |
| **Total** | | **4.00** | | **3,980.00** |

### Task Code:B011 — Other Adversary Proceedings

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Kenneth J. Enos | Partner | 21.00 | 995.00 | 20,895.00 |
| Robert S. Brady | Partner | 15.00 | 1,400.00 | 21,000.00 |
| Jared W. Kochenash | Associate | 1.30 | 630.00 | 819.00 |
| Brenda Walters | Paralegal | 12.00 | 385.00 | 4,620.00 |
| **Total** | | **49.30** | | **47,334.00** |

BYJU Alpha, Inc.

| | Invoice Date: | September 10, 2024 |
|---|---|---|
| | Invoice Number: | 50054730 |
| | Matter Number: | 103547.1001 |

**Task Code:B017**          **Retention of Professionals/Fee Issues**

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Kenneth J. Enos | Partner | 0.50 | 995.00 | 497.50 |
| Brenda Walters | Paralegal | 4.40 | 385.00 | 1,694.00 |
| **Total** | | **4.90** | | **2,191.50** |

**Task Code:B018**          **Fee Application Preparation**

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Kenneth J. Enos | Partner | 2.00 | 995.00 | 1,990.00 |
| Brenda Walters | Paralegal | 6.80 | 385.00 | 2,618.00 |
| **Total** | | **8.80** | | **4,608.00** |

# **EXHIBIT B**

BYJU Alpha, Inc.

| | |
|---|---|
| Invoice Date: | September 10, 2024 |
| Invoice Number: | 50054730 |
| Matter Number: | 103547.1001 |

**Cost Detail**

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| 06/26/24 | Parcels, Inc. - Parcels Inc. Bankruptcy Court 1090050 | 1.00 | 135.00 |
| 07/08/24 | Parcels, Inc. - PureBread Deli 1091884 | 1.00 | 224.00 |
| 07/08/24 | Parcels, Inc. - PureBread Deli 1091884 | 1.00 | 90.00 |
| 07/08/24 | Docket Retrieval / Search | 12.00 | 1.20 |
| 07/15/24 | Docket Retrieval / Search | 1.00 | 0.10 |
| 07/15/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/15/24 | Docket Retrieval / Search | 1.00 | 0.10 |
| 07/15/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/15/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/15/24 | Docket Retrieval / Search | 25.00 | 2.50 |
| 07/15/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/15/24 | Docket Retrieval / Search | 5.00 | 0.50 |
| 07/15/24 | Docket Retrieval / Search | 5.00 | 0.50 |
| 07/15/24 | Docket Retrieval / Search | 4.00 | 0.40 |
| 07/15/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/15/24 | Docket Retrieval / Search | 21.00 | 2.10 |
| 07/16/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/16/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/16/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/16/24 | Docket Retrieval / Search | 5.00 | 0.50 |
| 07/16/24 | Docket Retrieval / Search | 5.00 | 0.50 |
| 07/16/24 | Docket Retrieval / Search | 5.00 | 0.50 |
| 07/16/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/16/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/16/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/17/24 | Docket Retrieval / Search | 4.00 | 0.40 |
| 07/17/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/17/24 | Docket Retrieval / Search | 5.00 | 0.50 |
| 07/17/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/17/24 | Docket Retrieval / Search | 7.00 | 0.70 |
| 07/17/24 | Docket Retrieval / Search | 5.00 | 0.50 |
| 07/17/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/17/24 | Docket Retrieval / Search | 12.00 | 1.20 |
| 07/17/24 | Docket Retrieval / Search | 1.00 | 0.10 |
| 07/17/24 | Docket Retrieval / Search | 6.00 | 0.60 |
| 07/18/24 | Docket Retrieval / Search | 6.00 | 0.60 |
| 07/18/24 | Docket Retrieval / Search | 5.00 | 0.50 |

BYJU Alpha, Inc.

Invoice Date: September 10, 2024
Invoice Number: 50054730
Matter Number: 103547.1001

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| 07/18/24 | Docket Retrieval / Search | 4.00 | 0.40 |
| 07/18/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/18/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/18/24 | Docket Retrieval / Search | 5.00 | 0.50 |
| 07/18/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/18/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/18/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/18/24 | Docket Retrieval / Search | 5.00 | 0.50 |
| 07/18/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/18/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/18/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/18/24 | Docket Retrieval / Search | 4.00 | 0.40 |
| 07/18/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/18/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/18/24 | Docket Retrieval / Search | 12.00 | 1.20 |
| 07/18/24 | Docket Retrieval / Search | 1.00 | 0.10 |
| 07/23/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/23/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/23/24 | Docket Retrieval / Search | 4.00 | 0.40 |
| 07/23/24 | Docket Retrieval / Search | 12.00 | 1.20 |
| 07/23/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/23/24 | Docket Retrieval / Search | 6.00 | 0.60 |
| 07/23/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/29/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/29/24 | Parcels, Inc. - YCST Judge Shannon's Courtroom 1095177 | 1.00 | 0.10 |
| 07/29/24 | Docket Retrieval / Search | 7.00 | 0.70 |
| 07/29/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/29/24 | Docket Retrieval / Search | 10.00 | 1.00 |
| 07/29/24 | Docket Retrieval / Search | 18.00 | 1.80 |
| 07/29/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/30/24 | Docket Retrieval / Search | 4.00 | 0.40 |
| 07/30/24 | Docket Retrieval / Search | 5.00 | 0.50 |
| 07/30/24 | Docket Retrieval / Search | 4.00 | 0.40 |
| 07/30/24 | Docket Retrieval / Search | 11.00 | 1.10 |
| 07/30/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/30/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/30/24 | Docket Retrieval / Search | 11.00 | 1.10 |
| 07/30/24 | Parcels, Inc. - YCST Judge Shannon's Courtroom 1095109 | 1.00 | 0.10 |
| 07/30/24 | Docket Retrieval / Search | 11.00 | 1.10 |

BYJU Alpha, Inc.

| | | | |
|---|---|---|---|
| | Invoice Date: | | September 10, 2024 |
| | Invoice Number: | | 50054730 |
| | Matter Number: | | 103547.1001 |

| **Date** | **Description** | **Quantity** | **Amount** |
|---|---|---|---|
| 07/30/24 | Docket Retrieval / Search | 5.00 | 0.50 |
| 07/31/24 | Parcels, Inc. - PureBread Deli 1095235 | 1.00 | 90.00 |
| 07/31/24 | Parcels, Inc. - PureBread Deli 1095235 | 1.00 | 202.00 |
| 08/07/24 | Photocopy Charges Duplication BW | 8.00 | 0.80 |
| 08/07/24 | Photocopy Charges Duplication BW | 1,785.00 | 178.50 |
| 08/07/24 | Parcels, Inc. - YCST Judge Shannon's Courtroom 1096452 | 1.00 | 22.00 |
| 08/07/24 | Photocopy Charges Duplication BW | 26.00 | 2.60 |
| 08/08/24 | Urban Cafe, LLC - Working Meals Breakfast ordered for BYJU Hearing on 3/14/24 | 1.00 | 200.20 |
| 08/20/24 | Food for Thought, Inc. - Working Meals Catering for BYJU Hearing (103547.1001) on 8/20/24 | 1.00 | 209.40 |
| 08/20/24 | Federal Express Corporation - Federal Express BEN FINESTONE 2120W. 18TH ST. # 9AB NEW YORK CITY, NY 10011 | 1.00 | 30.35 |
| 08/22/24 | Reliable Wilmington - Deposition/Transcript Payment to Reliable Wilmington for transcript services related to hearing held 7/31/24 | 1.00 | 272.00 |
| 08/22/24 | Parcels, Inc. - Bankruptcy Court YCST 1098503 | 1.00 | 36.00 |
| 08/23/24 | Reliable Wilmington - Deposition/Transcript Payment to Reliable Wilmington for transcript services related to virtual hearing held 8/7/24 | 1.00 | 49.95 |
| 08/26/24 | Photocopy Charges Duplication BW | 21.00 | 2.10 |
| | **Total** | | **$1,781.10** |

BYJU Alpha, Inc.

| | |
|---|---|
| Invoice Date: | September 10, 2024 |
| Invoice Number: | 50054730 |
| Matter Number: | 103547.1001 |

**Cost Summary**

| **Description** | **Amount** |
|---|---|
| Delivery / Courier | 193.00 |
| Deposition/Transcript | 321.95 |
| Docket Retrieval / Search | 36.00 |
| Federal Express | 30.35 |
| Reproduction Charges | 184.20 |
| Working Meals | 1,015.60 |
| **Total** | **$1,781.10** |