IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| BYJU'S ALPHA, INC., | Case No. 24-10140 (JTD) |
| Debtor.[1] | |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that Jenner & Block LLP and Pashman Stein Walder Hayden, P.C. hereby enter their appearance (the "Notice of Appearance") in the above-captioned case as proposed counsel for Claudia Z. Springer, as Chapter 11 Trustee to Epic! Creations, Inc., Neuron Fuel, Inc., and Tangible Play, Inc. (the "Trustee"), pursuant to section 1109(b) of title 11 of the United States Code, rules 2002, 3017(a), 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (as amended, the "Bankruptcy Rules"), and rule 2002-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and request that copies of any and all notices and papers filed or entered in this case be given to and served upon the following:

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260). The location of the Debtor's service address for purposes of this chapter 11 case is: 1007 N. Market St. Ste. G20 452, Wilmington, DE 19801.

| | |
|---|---|
| **JENNER & BLOCK LLP**<br>Catherine Steege<br>Melissa Root<br>353 N. Clark Street<br>Chicago, IL 60654<br>Telephone: (312) 222-935<br>Email: CSteege@jenner.com<br>         MRoot@jenner.com | **PASHMAN STEIN WALDER HAYDEN, P.C.**<br>Henry J. Jaffe (No. 2987)<br>Joseph C. Barsalona II (No. 6102)<br>824 North Market Street, Suite 800<br>Wilmington, DE 19801<br>Telephone: (302) 592-6497<br>Email:  hjaffe@pashmanstein.com<br>          jbarsalona@pashmanstein.com |

**PLEASE TAKE FURTHER NOTICE** that this constitutes not only a request for service of the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, email or otherwise, that (1) affects or seeks to affect in any way any rights or interests of any creditor or party in interest in this case, with respect to (a) the debtor in the above-captioned case (the "Debtor") and any related adversary proceedings, whether currently pending or later commenced, (b) property of the Debtor's estate, or proceeds thereof, in which the Debtor may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtor may seek to use, or (2) requires or seeks to require any act or other conduct by a party in interest.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the rights of Trustee: (1) to have an Article III judge adjudicate in the first instance any case, proceeding, matter, or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution; (2) to have final orders in a non-core case, proceeding, matter, or controversy entered only after an opportunity to object to

proposed findings of fact and conclusions of law and a de novo review by a district court judge; (3) to trial by jury in any case, proceeding, matter, or controversy so triable; (4) to have the reference withdrawn by the United States District Court in any case, proceeding, matter, or controversy subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, defenses, setoffs, or recoupments to which Trustee is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: October 1, 2024
Wilmington, Delaware

**PASHMAN STEIN WALDER HAYDEN, P.C.**

/s/ *Joseph C. Barsalona II*
Henry J. Jaffe (No. 2987)
Joseph C. Barsalona II (No. 6102)
824 N. Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 592-6496
Email:  hjaffe@pashmanstein.com
          jbarsalona@pashmanstein.com

-and-

**JENNER & BLOCK LLP**
Catherine Steege
Melissa Root
353 N. Clark Street
Chicago, IL 60654
Telephone: (312) 222-935
Email:   CSteege@jenner.com
           MRoot@jenner.com

*Proposed Co-Counsel for Claudia Z. Springer, as the Chapter 11 Trustee to Epic! Creations, Inc., Neuron Fuel, Inc. and Tangible Play, Inc.*

**CERTIFICATE OF SERVICE**

I, Joseph C. Barsalona II, hereby certify that on October 1, 2024, I caused a copy of the foregoing *NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PAPERS* to be served on all parties who are scheduled to receive notice through the Court's ECF system.

**PASHMAN STEIN WALDER HAYDEN, P.C.**

 */s/ Joseph C. Barsalona II*
Joseph C. Barsalona II (No. 6102)
824 North Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 592-6497
Facsimile: (201) 488-5556
Email: jbarsalona@pashmanstein.com

*Proposed Co-Counsel for Claudia Z. Springer,*
*as the Chapter 11 Trustee to Epic! Creations, Inc.,*
*Neuron Fuel, Inc. and Tangible Play, Inc.*