# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | |
| BYJU'S ALPHA, INC.,[1] ) | Chapter 11 |
| ) | |
| Debtor. ) | Case No. 24-10140 (JTD) |
| ) | |
| ) | |
| BYJU'S ALPHA, INC., ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adv. Pro. Case No. 24-50013 (JTD) |
| ) | |
| CAMSHAFT CAPITAL FUND, LP, ) | |
| CAMSHAFT CAPITAL ADVISORS, LLC, ) | |
| CAMSHAFT CAPITAL MANAGEMENT, LLC, ) | |
| RIJU RAVINDRAN, INSPILEARN LLC, and ) | |
| THINK AND LEARN PRIVATE LIMITED, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR OCTOBER 9, 2024 AT 10:00 A.M. (ET)

> This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Dorsey's Chambers Procedures and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Dorsey's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.

**ORAL ARGUMENT**

1. Debtor's and GLAS Trust Company LLC's Motion for Partial Summary Judgment on Counts I, II, IV, VIII, and X of the Second Amended Complaint [D.I. 275, 7/8/24]

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260). The location of the Debtor's service address for purposes of this chapter 11 case is: 1007 N. Market St. Ste. G20 452, Wilmington, DE 19801.

32098541.2

Related Documents:

A. Memorandum of Law in Support of Debtor's and GLAS Trust Company LLC's Motion for Partial Summary Judgment on Counts I, II, IV, VIII, and X of the Second Amended Complaint Notice of Completion of Briefing [D.I. 276 (sealed), 7/8/24; D.I. 294 (redacted), 7/23/24]

B. Declaration of Benjamin I. Finestone [D.I. 277 (sealed), 7/8/24; D.I. 295 (redacted); 7/23/24]

C. Declaration of Michael Gallo [D.I. 278 (sealed), 7/8/24; D.I. 296 (redacted), 7/23/24]

D. Declaration of Timothy Pohl [D.I. 279 (sealed), 7/8/24; D.I. 297 (redacted), 7/23/24]

E. Declaration of Stephen Spencer [D.I. 280 (sealed), 7/8/24; D.I. 298 (redacted), 7/23/24]

F. Plaintiffs' Reply to Camshaft Defendants' Objection to Motion for Partial Summary Judgment on Counts I, II, IV, VIII, and X of the Second Amended Complaint [D.I. 337, 8/12/24]

G. Plaintiffs' Omnibus Reply to Think & Learn Private, Ltd.'s and Riju Ravindran's Objection to Debtor's and GLAS Trust Company LLC's Motion for Partial Summary Judgment on Counts I, II, IV, VIII, and X of the Second Amended Complaint [D.I. 346, 8/30/24]

H. Supplemental Declaration of Benjamin I. Finestone [D.I. 347, 8/30/24]

Response:

I. Camshaft Defendants' Objection to Debtor's and GLAS Trust Company LLC's Motion for Partial Summary Judgment [D.I. 300 (sealed), 7/29/24]

J. Declaration of William Morton [D.I. 301 (sealed), 7/29/24]

K. Declaration of Pieter Van Tol [D.I. 302 (sealed), 7/29/24]

L. Think & Learn Private, Ltd.'s Objection to Debtor's and GLAS Trust Company LLC's Motion for Partial Summary Judgment [D.I. 333 (sealed), 8/12/24; D.I. 339 (redacted) 8/15/24]

M. Declaration of David M. Max [D.I. 334 (sealed), 8/12/24; D.I. 340 (redacted), 8/15/24]

N.     Riju Ravindran's Objection to Debtor's and GLAS Trust Company LLC's Motion for Partial Summary Judgment [D.I. 335 (sealed) 8/12/24; D.I. 341 (redacted), 8/15/24]

O.     Declaration of Sheron Korpus [D.I. 336 (sealed), 8/12/24; D.I. 342 (redacted), 8/15/24]

P.     Camshaft Defendants' Motion for Leave to File Sur-Reply [D.I. 350, 9/5/24]

Q.     Notice of Completion of Briefing [D.I. 352, 9/6/24]

R.     Camshaft Defendants' Request for Oral Argument [D.I. 354, 9/6/24]

<u>Status</u>: This matter is going forward. The completion of briefing binder was transmitted to the Court on September 6, 2024.

Dated: October 7, 2024
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

<u>/s/ Kenneth J. Enos</u>
Robert S. Brady (Del. No. 2847)
Kenneth J. Enos (Del. No. 4544)
Jared W. Kochenash (Del. No. 6557)
Timothy R. Powell (Del. No. 6894)
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
rbrady@ycst.com
kenos@ycst.com
jkochenash@ycst.com
tpowell@ycst.com

-and-

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Susheel Kirpalani (admitted *pro hac vice*)
Benjamin Finestone (admitted *pro hac vice*)
Daniel Holzman (admitted *pro hac vice*)
Jianjian Ye (admitted *pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel.: (212) 849 7000
susheelkirpalani@quinnemanuel.com
benjaminfinestone@quinnemanuel.com
danielholzman@quinnemanuel.com
jianjianye@quinnemanuel.com

Counsel for Debtor, BYJU's Alpha, Inc.

32098541.2