**EXHIBIT A**

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BYJU'S ALPHA, INC.,[1]<br><br>                Debtor. | ) Chapter 11<br>)<br>) Case No. 24-10140 (JTD)<br>)<br>)<br>)<br>) **Ref. Docket No.** \_\_\_\_<br>) |

**ORDER REGARDING MOTION TO SHORTEN REGARDING DEBTOR'S MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTOR TO (I)(A) AMEND THE DIP CREDIT AGREEMENT AND (B) AMEND THE INTERCREDITOR AGREEMENT, AND (II) GRANTING RELATED RELIEF**

Upon consideration of the motion (the "**Motion to Shorten**")[2] of the above-captioned debtor and debtor in possession (the "**Debtor**") for the entry of an order, pursuant to Bankruptcy Rule 2002 and Local Rule 9006-1(e), shortening the time for notice of the Motion, solely with respect to the Debtor's request to amend the Intercreditor Agreement (the "**Intercreditor Amendment**"); and due and proper notice of the Motion to Shorten having been given under the circumstances; and it appearing that no other or further notice of the Motion to Shorten is required; and it appearing that the Court has jurisdiction to consider the Motion to Shorten in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and the Motion to Shorten is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and after due deliberation and sufficient cause appearing therefor,

---

[1] The Debtor in this Chapter 11 Case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260). The location of the Debtor's service address for purposes of this Chapter 11 Case is 1007 N. Market St., Suite G20 452, Wilmington, Delaware 19801.
[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion to Shorten.

2

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Shorten is GRANTED as set forth herein.

2. The Intercreditor Amendment shall be considered at the omnibus hearing scheduled in the *In re Epic! Creations, Inc.*, Case No. 24-11161 (JTD) for October 31, 2024, at 11:00 a.m. (ET) (the "**Hearing**").

3. Objections to the Intercreditor Amendment may be made at any time prior to or at the Hearing.

4. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.