# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| BYJU'S ALPHA, INC.,[1] | ) |
| | ) Case No. 24-10140 (JTD) |
| Debtor. | ) |
| | ) |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE THAT** Quinn Emanuel Urquhart & Sullivan LLP, counsel for the Debtor, BYJU's Alpha Inc., has had a change of address to 295 Fifth Avenue, New York, New York 10016, and respectfully requests that all papers in this matter be served at the new address.

There are no changes to any attorney's email address, phone number, or fax number.

---

[1] The Debtor in this Chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260). The location of the Debtor's service address for purposes of this Chapter 11 case is: 1007 N. Market Street Ste. G20 452, Wilmington, Delaware 19801.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>December 16, 2024 | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Kenneth J. Enos*<br>Robert S. Brady (Del. No. 2847)<br>Kenneth J. Enos (Del. No. 4544)<br>Jared W. Kochenash (Del. No. 6557)<br>Timothy R. Powell (Del. No. 6894)<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>rbrady@ycst.com<br>kenos@ycst.com<br>jkochenash@ycst.com<br>tpowell@ycst.com<br><br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Susheel Kirpalani (admitted pro hac vice)<br>Benjamin Finestone (admitted pro hac vice)<br>Daniel Holzman (admitted pro hac vice)<br>Kate Scherling (admitted pro hac vice)<br>Jianjian Ye (admitted pro hac vice)<br>295 5th Avenue, 9th Floor<br>New York, New York 10016<br>Tel.: (212) 849 7000<br>susheelkirpalani@quinnemanuel.com<br>benjaminfinestone@quinnemanuel.com<br>katescherling@quinnemanuel.com<br>jianjianye@quinnemanuel.com<br><br>*Counsel for the Debtor, BYJU's Alpha, Inc.* |