IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BYJU'S ALPHA, INC.,[1] | Case No. 24-10140 (JTD) |
| Debtor. | **Objection Deadline**:<br>February 19th, 2025, at 4:00 p.m. (Eastern) |

## NOTICE OF APPLICATION

**PLEASE TAKE NOTICE THAT** Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel") has filed its *Tenth Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Co-Counsel to the Debtor for Allowance of Compensation and Reimbursement of Expenses for the Period from December 1, 2024, through December 31, 2024* (the "Application"). The Application seeks an allowance of monthly fees in the aggregate amount of $290,989.08 (80% of $363,736.35) and monthly expenses of $32,604.06.

**PLEASE TAKE FURTHER NOTICE THAT** objections to the Application, if any, are required to be filed on or before February 19th, 2025, at 4:00 p.m. (Eastern) (the "Objection Deadline") with the Clerk of the Court, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the objection so as to be received by the following on or before the Objection Deadline: (a) Quinn Emanuel Urquhart & Sullivan, LLP, 51 Madison Avenue, 22nd Floor, New York, New York 10010, Attn: Susheel Kirpalani, Benjamin Finestone, Daniel Holzman, and Jianjian Ye; (b) Young Conaway Stargatt &Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, Attn: Robert S. Brady, Kenneth J. Enos, Jared W. Kochenash, and Timothy R. Powell; (c) Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware, 19801, Attn: Linda Casey; (d) counsel to the Committee, if appointed, in this chapter 11 case (the "Chapter 11 Case"); and (e) any fee examiner appointed in this Chapter 11 Case.

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to the Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals (D.I. 121), if no objections are filed and served in accordance with the above procedures, then the Debtor is authorized to pay 80% of the requested interim fees and 100% of the requested interim expenses without further order of the Court. Only if an objection is properly and timely filed and served in accordance with the above procedures (and cannot be consensually resolved) will a hearing be held on the Application.

---

[1] The Debtor in this chapter 11 cases, along with the last four digits of the Debtor's federal tax identification number, is BYJU's Alpha, Inc. (4260). The location of the Debtor's service address for purposes of this Chapter 11 Case is 1007 N. Market St., Suite G20 452, Wilmington, Delaware 19801.

Dated: January 29, 2025
Wilmington, Delaware

    YOUNG CONAWAY STARGATT & TAYLOR, LLP

    */s/ Kenneth J. Enos*
    Robert S. Brady (Del. No. 2847)
    Kenneth J. Enos (Del. No. 4544)
    Jared W. Kochenash (Del. No. 6557)
    Timothy R. Powell (Del. No. 6894)
    1000 North King Street
    Wilmington, Delaware 19801
    Telephone: (302) 571-6600
    Facsimile: (302) 571-1253
    rbrady@ycst.com
    kenos@ycst.com
    jkochenash@ycst.com
    tpowell@ycst.com

    -and-

    QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Susheel Kirpalani (admitted pro hac vice)
    Benjamin Finestone (admitted pro hac vice)
    Daniel Holzman (admitted pro hac vice)
    Jianjian Ye (admitted pro hac vice)
    51 Madison Avenue, 22nd Floor
    New York, New York 10010
    Tel.: (212) 849 7000
    susheelkirpalani@quinnemanuel.com
    benjaminfinestone@quinnemanuel.com
    danielholzman@quinnemanuel.com
    jianjianye@quinnemanuel.com

    *Counsel for Debtor, BYJU's Alpha, Inc.*