# EXHIBIT A

# quinn emanuel trial lawyers

865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

January 13, 2025

Timothy R. Pohl
CEO
BYJU'S Alpha
2045 N. Fremont Street
Chicago, Illinois 60614

Matter #: 12013-00001
Invoice Number: 101-0000182398
Responsible Attorney: Benjamin Finestone

<u>Representation of BYJU'S Alpha and Its Independent Director</u>

For Professional Services through December 31, 2024 in connection with representing BYJU'S Alpha, as directed by Mr. Pohl as the sole director and officer of BYJU'S Alpha.

| | |
|---|---:|
| Fees | $404,151.50 |
| 10% Discount | -$40,415.15 |
| Net Billed Fees | $363,736.35 |
| Expenses | $32,604.06 |
| Net Amount | $396,340.41 |
| Total Due This Invoice | $396,340.41 |
| Balance Due from Previous Statement(s) | $1,647,518.43 |
| Total Balance Due | $2,043,858.84 |

**Confidential – May include attorney-client privileged and work-product information**

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Singapore | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

**quinn emanuel** trial lawyers

January 13, 2025                                                                                         Matter #: 12013-00001
Page 2                                                                                  Invoice Number: 101-0000182398

**Statement Detail**

### BY01   Case Administration

| | | | | |
|---|---|---|---|---|
| 12/02/24 | CB7 | Conference with Kirkland & Ellis team (0.1); draft update email to T. Pohl (0.1). | 0.20 | 212.00 |
| 12/10/24 | CB7 | Prepare notices of change of address (0.1); communicate with UK team re same (0.1). | 0.20 | 212.00 |
| 12/11/24 | CB7 | Prepare notice of change of address (0.3). | 0.30 | 318.00 |
| 12/13/24 | BH2 | Email exchange with J. Nakdimon regarding confidential documents in the Bunting witness statement (.2); review large single PDF and break out each document into separate documents for review (1.1). | 1.30 | 715.00 |
| 12/16/24 | CB7 | Review communications with UK team (0.1); review, revise, and file notices of change of address (0.2); conference with Kirkland team (0.2); prepare update email to T. Pohl (0.1). | 0.60 | 636.00 |
| 12/18/24 | BH2 | Review ECF filings and calendar hearing dates and deadlines (.4). | 0.40 | 220.00 |
| 12/23/24 | MB3 | Review transcript and emails re same (1.0). | 1.00 | 1,810.00 |
| 12/23/24 | CB7 | Prepare update email to T. Pohl (0.1). | 0.10 | 106.00 |
| | | SUBTOTAL | 4.10 | 4,229.00 |

### BY02   Asset Analysis and Recovery

| | | | | |
|---|---|---|---|---|
| 12/02/24 | NM2 | Review draft affidavit in support of freezing order (.8). | 0.80 | 1,596.00 |
| 12/02/24 | MT8 | Review and revise draft DIFC enforcement affidavit (1.1); emails with M. Hiluta, K. Scherling barristers re: DIFC enforcment papers and issues arising from same (0.5). | 1.60 | 2,328.00 |

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Singapore | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

**quinn emanuel** trial lawyers

January 13, 2025                                                                                    Matter #: 12013-00001
Page 3                                                                            Invoice Number: 101-0000182398

| | | | | |
|---|---|---|---|---|
| 12/02/24 | MB6 | Update draft affidavit of N. Marsh (.3), correspondence with Quinn Emanuel team on the same (0.2). | 0.50 | 727.50 |
| 12/03/24 | DO1 | Review subpoena plan and templates (1). | 1.00 | 1,675.00 |
| 12/03/24 | MB9 | Emails re UAE action (0.20). | 0.20 | 362.00 |
| 12/03/24 | MB6 | Correspondence with Galadari and Delaware counsel on UAE law engagement (.3); discussion with the Quinn Emanuel team on the same (.2); correspondence with the Client to update them on the status of the UAE and DIFC enforcement work (0.3). | 0.80 | 1,164.00 |
| 12/03/24 | MT8 | Review draft skeleton argument (.2) and draft order for DIFC freezing order (0.5). | 0.70 | 1,018.50 |
| 12/04/24 | MB9 | Further review of affidavit (.4) and comments on same to M. Hiluta (0.2). | 0.60 | 1,086.00 |
| 12/04/24 | MT8 | Emails with Kirkland & Ellis, M. Hiluta, M. Boterashvili, barristers re: DIFC enforcement application papers (0.2). | 0.20 | 291.00 |
| 12/04/24 | MB6 | Update witness statement in light of comments from N. Marsh and counsel (3.9); correspondence with the Quinn Emanuel team and Counsel regarding local law advice on the availability of freezing relief in alternative jurisdictions (0.4). | 4.30 | 6,256.50 |
| 12/04/24 | JN7 | Research re: judgment enforcement in UAE/Delaware and elsewhere, worldwide freeze order (7.1). | 7.10 | 7,526.00 |
| 12/05/24 | NM2 | Emails re draft skeleton for DIFC applications and related steps (.2). | 0.20 | 399.00 |
| 12/05/24 | MB6 | Correspondence and discussion re: Galadari engagement and UAE law questions (0.4); correspondence with Quinn Emanuel US and London re: Indian and Delaware law advice for | 1.10 | 1,600.50 |

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Singapore | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

# quinn emanuel trial lawyers

January 13, 2025                                                                                          Matter #: 12013-00001
Page 4                                                                                          Invoice Number: 101-0000182398

| | | | | |
|---|---|---|---|---|
| | | the DIFC application (.3); correspondence with Counsel on the application and comments thereon (0.4). | | |
| 12/05/24 | MT8 | Consider further comments and analysis from barristers on DIFC enforcement skeleton, draft order, and draft affidavit (0.4). | 0.40 | 582.00 |
| 12/05/24 | JN7 | Research re: judgment enforcement in UAE/Delaware and elsewhere, worldwide freeze order (4.0). | 4.00 | 4,240.00 |
| 12/06/24 | DO1 | Team emails re Voizzit collection effort (.2) and gather needed information (.6). | 0.80 | 1,340.00 |
| 12/06/24 | MT8 | Consider Indian law input on freezing order jurisdiction (0.2). | 0.20 | 291.00 |
| 12/06/24 | MB6 | Correspondence with Counsel and call with the Quinn Emanuel US team to discuss the US law opinion required for the affidavit in support of the enforcement and ancillary relief in the DIFC (0.4). | 0.40 | 582.00 |
| 12/06/24 | MB9 | Emails and calls with M. Hiluta re US and Indian advice for enforcement proceedings (0.30). | 0.30 | 543.00 |
| 12/06/24 | JN7 | Research re: judgment enforcement in UAE/Delaware and elsewhere, worldwide freeze order (1.1). | 1.10 | 1,166.00 |
| 12/06/24 | JY2 | Call with London team re enforcement (0.4); correspond with London team re same (0.2); review Indian counsel advice re enforcement (0.5). | 1.10 | 1,611.50 |
| 12/07/24 | DO1 | Team emails re status of Voizzit collection and next steps (.5). | 0.50 | 837.50 |
| 12/09/24 | BF1 | Conference call with DIP Lender counsel, R. Brady, K. Enos, D. Holzman, J. Nakdimon, C. Botvinnik, J. Ye, K. Scherling re UK matters (0.1). | 0.10 | 181.00 |

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Singapore | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

**quinn emanuel** trial lawyers

January 13, 2025                                          Matter #: 12013-00001
Page 5                                          Invoice Number: 101-0000182398

| 12/09/24 | DO1 | Follow up re Voizzit enforcement (.3). | 0.30 | 502.50 |
|---|---|---|---|---|
| 12/09/24 | BH2 | Review email from C. Botvinnik regarding documents requested by the London team in order to support the enforcement efforts (.1); obtain documents pursuant to her request (1.7). | 1.80 | 990.00 |
| 12/09/24 | MB9 | Review Carmon judgment and consider best approach (1.40); emails re US and Indian law advice (0.20). | 1.60 | 2,896.00 |
| 12/09/24 | MB6 | Preparation of agenda for a call with Counsel, discussion with M. Boterashvili and N. Marsh on the same (0.3); correspondence with Galadari regarding UAE questions of law and engagement, including call with B. Daher (0.5); consideration and analysis of Indian law position and its impact on the DIFC application (0.4); review and consideration of recent documents from the OCI proceedings to incorporate into enforcement piece (0.7). | 1.90 | 2,764.50 |
| 12/09/24 | NM2 | Prepare for strategy call (.3). | 0.30 | 598.50 |
| 12/09/24 | MT8 | Consider next steps for DIFC enforcement application papers and strategy (0.4); emails with barristers, UAE counsel, M. Hiluta, M. Boterashvili, N. Marsh re: same (0.2). | 0.60 | 873.00 |
| 12/10/24 | DO1 | Team coordination re: enforcement (.4). | 0.40 | 670.00 |
| 12/10/24 | MB6 | Attend Quinn Emanuel call to discuss strategy (0.3). attend call with UAE and Delaware Counsel (0.5); attend call with Counsel to discuss DIFC enforcement and strategy (1.0); update draft affidavit and review of skeleton and draft order in light of the calls and various comments (2.8); prepare update to the Client and lenders (0.4). | 5.00 | 7,275.00 |

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Singapore | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

**quinn emanuel** trial lawyers

| | | | | |
|---|---|---|---|---|
| 12/10/24 | MT8 | Call with N. Marsh, M. Boterashvili, M. Hiluta, barristers re: DIFC enforcement strategy and freezing injunction application (1.0). | 1.00 | 1,455.00 |
| 12/10/24 | MT8 | Call with M. Tushingham re: document requests, examinations, skeleton arguments and strategy for OCI set aside hearing (0.8); review revised draft skeleton argument and document requests (1.0); emails with Kirkland & Ellis, J. Ye re: same (0.2). | 2.00 | 2,910.00 |
| 12/11/24 | DO1 | Team coordination re: enforcement plan (1). | 1.00 | 1,675.00 |
| 12/11/24 | MB9 | Work on email to Client re timing and defendants to application (0.50); discuss with M. Hiluta (0.20). | 0.70 | 1,267.00 |
| 12/11/24 | MB6 | Update affidavit for DIFC injunction application to further reference to Riju's participation in the proceedings and updated documents (2.0Prepare update and advice on strategy to the Client (.3); discussion on the same with Quinn Emanuel and Counsel (0.2). | 2.50 | 3,637.50 |
| 12/11/24 | JN7 | Research re: judgment enforcement in UAE/Delaware and elsewhere, worldwide freeze order (3.6). | 3.60 | 3,816.00 |
| 12/11/24 | CB7 | Conference with Delaware counsel re international judgment enforcement (0.3). | 0.30 | 318.00 |
| 12/12/24 | MB9 | Consider advice from US team re availability in the Delaware court (0.30); call with M. Betts re same (0.20). | 0.50 | 905.00 |
| 12/12/24 | DH6 | Email correspondence with counsel re: DIFC applications (0.7). | 0.70 | 1,480.50 |
| 12/12/24 | DH6 | Email correspondence with C. Steege re: developments and timetable for instructions from Trustee (0.3). | 0.30 | 634.50 |
| 12/12/24 | MB6 | Review and consideration of US and | 1.50 | 2,182.50 |

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Singapore | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

**quinn emanuel** trial lawyers

January 13, 2025
Page 7

Matter #: 12013-00001
Invoice Number: 101-0000182398

| | | | | |
|---|---|---|---|---|
| | | Indian law advice on the availability of equivalent injunctive relief from the US Court (.4); prepare follow up questions to local counsel (.9); call with M. Boterashvili on the same (0.2). | | |
| 12/13/24 | MB9 | Work on list of questions for local counsel (0.50); calls with M. Hiluta re same (0.20). | 0.70 | 1,267.00 |
| 12/13/24 | MB6 | Consider update from the Client re: strategy in relation to defendants to the enforcement application and injunctive relief (.2) and discussion with Quinn Emanuel and Counsel on the same (0.3). | 0.50 | 727.50 |
| 12/16/24 | MT8 | Emails with DIFC counsel, M. Boterashvili re: affidavit for freezing injunction and foreign law input (0.2); consider comments from DIFC Counsel re: affidavit and draft order in support of freezing injunction (0.3). | 0.50 | 727.50 |
| 12/16/24 | DO1 | Coordinate re DIFC enforcement (.9). | 0.90 | 1,507.50 |
| 12/16/24 | DH6 | Email correspondence with UK counsel re: preparations for DIFC litigation (0.3). | 0.30 | 634.50 |
| 12/16/24 | MB9 | Emails re DIFC application and Think & Learn as respondent and Galadari engagement (.3) and call with M. Tse re same (0.20); review Camshaft presentation (.4) and instructions to M. Tse re same (0.1). | 1.00 | 1,810.00 |
| 12/17/24 | MB9 | Calls with M. Hiluta re Kirkland & Ellis queries and response (0.50); consider counsel emails on same issues and further instructions to M. Hiluta re same (0.30). | 0.80 | 1,448.00 |
| 12/17/24 | MB6 | Prepare response to the Client re: the inclusion of Think & Learn in the DIFC enforcement piece (.2), discussion with N. Marsh on the same (0.1). | 0.30 | 436.50 |

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Singapore | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

**quinn emanuel** trial lawyers

| Date | Code | Description | Hours | Amount |
|---|---|---|---|---|
| 12/17/24 | DH6 | Extensive correspondence with UK team re: remedies available in US litigation and attention to strategy (1.4); email correspondence with Kirkland & Ellis re: status of DIFC preparations (0.4) . | 1.80 | 3,807.00 |
| 12/17/24 | DO1 | Team email re DIFC enforcement and strategy (1.3.). | 1.30 | 2,177.50 |
| 12/18/24 | MB6 | Correspondence regarding OCI hearing (0.1); review recent DIFC caselaw on the availability of a worldwide freezing order (0.3). | 0.40 | 582.00 |
| 12/18/24 | DO1 | Team coordination and strategy re DIFC enforcement (.5). | 0.50 | 837.50 |
| 12/19/24 | DO1 | Coordination with DIFC team re: enforcement planning (1). | 1.00 | 1,675.00 |
| 12/19/24 | DH6 | Review and comment on witness statement for DIFC proceedings (1.1); email to UK team re: availability of Mareva-like relief and asset disclosure orders in Delaware and other US courts (0.4). | 1.50 | 3,172.50 |
| 12/19/24 | MT8 | Review revised draft affidavit for DIFC enforcement further to comments from M. Boterashvili and D. Hranitzky (0.9); emails with barristers re: DIFC enforcement draft order and skeleton re: Think & Learn (0.2). | 1.10 | 1,600.50 |
| 12/19/24 | MB9 | Emails with US team re Mareva relief (0.10); work on affidavit (1.20); discuss OCI with M. Tse (0.10). | 1.40 | 2,534.00 |
| 12/20/24 | DH6 | Email correspondence with UK team and barrister re: DIFC papers and necessary revisions in light of US law advice (1.0). | 1.00 | 2,115.00 |
| 12/20/24 | MB9 | Consider emails from D. Hranitzky re Mareva relief in US courts (0.20); instructions to team re same (0.10). | 0.30 | 543.00 |
| 12/20/24 | MT8 | Emails with D. Hranitzky, J. Ye, M. | 0.40 | 582.00 |

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Singapore | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

# quinn emanuel trial lawyers

|         |      |                                                                                                                                                                                                  |       |            |
|---------|------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|------------|
|         |      | Boterashvili, M. Hiluta, barristers re: US law issues on DIFC freezer injunction (0.4).                                                                                                           |       |            |
| 12/27/24 | MT8  | Emails with M. Hiluta, Counsel, UAE counsel re: advice and materials for DIFC enforcement applications (0.1); review revised draft skeleton arguments and draft order and considering issues re: Think & Learn (0.5). | 0.60  | 873.00     |
| 12/31/24 | MT8  | Consider issues re: recognition and enforcement in DIFC and emails with barristers re: same (0.2).                                                                                                | 0.20  | 291.00     |
| 12/31/24 | DO1  | Follow up re additional point of US law and submissions needed for the DIFC petition (1.3).                                                                                                       | 1.30  | 2,177.50   |
|         |      | SUBTOTAL                                                                                                                                                                                          | 71.80 | 105,780.50 |

### BY05   Fee/Employment Application

|         |     |                                                                                                                                 |      |          |
|---------|-----|---------------------------------------------------------------------------------------------------------------------------------|------|----------|
| 12/02/24 | MB6 | Correspondence regarding Galadari's retention application and engagement (0.3).                                                  | 0.30 | 436.50   |
| 12/02/24 | MB9 | Emails re Galadari engagement (0.20); emails from counsel and team re affidavit (0.20).                                          | 0.40 | 724.00   |
| 12/04/24 | BH2 | Begin to prepare the November monthly fee statement (2.9).                                                                       | 2.90 | 1,595.00 |
| 12/04/24 | MB9 | Emails re DIFC affidavit (0.10); emails re retention application (0.20); work on affidavit (1.50); emails with M. Hiluta re same (0.20). | 2.00 | 3,620.00 |
| 12/06/24 | BH2 | Continue to prepare the November Monthly Fee Statement (1.7).                                                                    | 1.70 | 935.00   |
| 12/10/24 | NM2 | Attend calls with Ken Enos, UAE counsel, and DIFC counsel re: engagement and strategy (1.5).                                     | 1.50 | 2,992.50 |
| 12/10/24 | MB9 | Internal Quinn Emanuel call re Galadari engagement (0.20); call with                                                             | 1.40 | 2,534.00 |

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Singapore | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

**quinn emanuel** trial lawyers

January 13, 2025                                                                    Matter #: 12013-00001
Page 10                                                      Invoice Number: 101-0000182398

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | Galadari (0.20); call with counsel re DIFC application and strategy and follow up with M. Hiluta (1.00). |  |  |
| 12/16/24 | MT8 | Emails with Galadari, K. Enos, M. Hiluta and call with M. Boterashivili re: retention of UAE counsel for enforcement (0.3). | 0.30 | 436.50 |
| 12/17/24 | MB6 | Correspondence with Galadari and Delaware counsel regarding Galadari's engagement (0.3); update the draft affidavit in light of comments from Counsel (2.1), call with M. Boterashvili regarding updates and comments from Counsel (.7). | 3.10 | 4,510.50 |
| 12/19/24 | BH2 | Email communications with K. Enos and B. Walters re October monthly fee statement (.3); finalize (.5) and forward the October monthly fee statement for filing (.1). | 0.90 | 495.00 |
| 12/27/24 | BH2 | Continue to prepare the November monthly fee statement (2.1). | 2.10 | 1,155.00 |
|  |  | **SUBTOTAL** | 16.60 | 19,434.00 |

**BY08   Attend Court Hearing**

|  |  |  |  |  |
|---|---|---|---|---|
| 12/18/24 | JY2 | Attend hearing re OCI application (6.2). | 6.20 | 9,083.00 |
| 12/18/24 | AM7 | Prepare for (1.8) and attend set aside hearing (6.2); review and revise hearing notes (1.0). | 9.00 | 8,280.00 |
| 12/18/24 | MT8 | Prepare for (1.3) and OCI set aside hearing with M. Bunting, A. Martin, G. Buckle (K&E) (6.2). | 7.50 | 10,912.50 |
| 12/18/24 | CO5 | Prepare for (.8) and attendance at the hearing (6.2). | 7.00 | 3,710.00 |
| 12/18/24 | MB3 | Preparation for (1.8) and attendance at the hearing (6.2). | 8.00 | 14,480.00 |
|  |  | **SUBTOTAL** | 37.70 | 46,465.50 |

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Singapore | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

**quinn emanuel** trial lawyers

### BY09   Adversary Proceedings

| 12/01/24 | JL1 | Analyze case law and identify claims against OCI (0.5). | 0.50 | 597.50 |
|---|---|---|---|---|
| 12/01/24 | JL1 | Analyze case law and identify claims against OCI (1.5). | 1.50 | 1,792.50 |
| 12/02/24 | JL1 | Review case law and research claims against OCI (2.0). | 2.00 | 2,390.00 |
| 12/02/24 | DH3 | Conference call with Kirkland & Ellis, Young Conaway, and Quinn Emanuel team to discuss litigation (.1). | 0.10 | 157.00 |
| 12/02/24 | KS2 | Correspondence with M. Tse re: questions for enforcement action (.50). | 0.50 | 785.00 |
| 12/03/24 | MB3 | Hearing preparation (0.5). | 1.00 | 1,810.00 |
| 12/03/24 | JL1 | Analyze case law (2.3) and identify claims against OCI (2.9); prepare email memorandum on the same topic (2.6). | 7.80 | 9,321.00 |
| 12/03/24 | MT8 | Emails with G. Buckle (Kirkland & Ellis), C. Ogun, and M. Tushingham re: OCI set aside hearing preparations (0.2). | 0.20 | 291.00 |
| 12/04/24 | MB3 | Continue with hearing preparation (0.5). | 0.50 | 905.00 |
| 12/04/24 | MT8 | Call and emails barrister M. Tushingham re: OCI set aside hearing strategy (1.0); emails with Laytons, A. Martin re: OCI set aside hearing bundle indexes (0.2); review draft hearing bundle indexes and comment on same (0.2); emails with C. Botvinnik re: OCI and Camshaft documents for OCI document requests (0.2). | 1.60 | 2,328.00 |
| 12/04/24 | KS2 | Review summaries of Indian proceedings for UK team (.30); correspondence with M. Tse re: same | 0.50 | 785.00 |

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Singapore | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

**quinn emanuel** trial lawyers

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | (.20). |  |  |
| 12/04/24 | AM7 | Review and revise draft indexes for set aside hearing (1.3); correspond with the Court, Opus, and opposing counsel regarding index content and transcript of oral judgment (1.0). | 2.30 | 2,116.00 |
| 12/04/24 | CB7 | Communicate with India counsel and UK team members regarding UK team enforcement inquiries (0.3); review proposed research findings (0.1). | 0.40 | 424.00 |
| 12/05/24 | MT8 | Emails with G. Buckle, Court, A. Martin, barrister's clerk re: OCI set aside hearing arrangements (0.2); review and comment on OCI hearing bundle index (0.2); emails with A. Martin, Laytons, M. Bunting re: same (0.1). | 0.50 | 727.50 |
| 12/05/24 | JY2 | Analyze J. Nakdimon's research regarding enforcement issues (0.8). | 0.80 | 1,172.00 |
| 12/05/24 | CB7 | Research mechanisms for enforcement of judgment abroad (0.6). | 0.60 | 636.00 |
| 12/05/24 | AM7 | Finalise Byju's indexes for set aside hearing (0.3). | 0.30 | 276.00 |
| 12/06/24 | AM7 | Prepare (.9) and send letter to the Court regarding remote dial-in access for hearing (.1); revert to Laytons on index proposals (.3) and update counsel (0.2). | 1.50 | 1,380.00 |
| 12/06/24 | MT8 | Emails with Laytons, A. Martin, M. Tushingham re: OCI set aside hearing bundles (0.2); revise draft letter to English Court re: OCI set aside hearing arrangements (0.2); emails with G. Buckle (Kirkland & Ellis), A. Martin, M. Bunting re: same (0.1). | 0.50 | 727.50 |
| 12/06/24 | MB3 | Handle hearing preparation (1.0). | 1.00 | 1,810.00 |
| 12/06/24 | DH3 | Conference call with Quinn Emanuel team; Young Conaway, and Kirkland | 0.20 | 314.00 |

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Singapore | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

# quinn emanuel trial lawyers

| | | | | |
|---|---|---|---|---|
| | | & Ellis to discuss litigation (.2). | | |
| 12/06/24 | CB7 | Research for (.1) and communicate with the team regarding enforcement mechanisms (0.1); conference with M. Hiluta and internal team (0.3); conference with Kirkland team (0.2). | 0.70 | 742.00 |
| 12/09/24 | AM7 | Discuss exhibit pagination request with C Ogun (0.2); prepare email to Laytons regarding exhibits and hearing logistics (0.3); correspondence with Kirkland & Ellis and US colleagues regarding set aside hearing draft documents (0.3). | 0.80 | 736.00 |
| 12/09/24 | KS2 | Attend Quinn Emanuel workstreams call (.20); attend coordination call with Kirkland, Pachulski, and Young Conaway (.20). | 0.40 | 628.00 |
| 12/09/24 | MB3 | Review draft skeleton and emails re same (1.0). | 1.00 | 1,810.00 |
| 12/09/24 | JN7 | Cite/fact check chronology document for OCI hearing (1.2). | 1.20 | 1,272.00 |
| 12/09/24 | CK5 | Call with Quinn Emanuel team re case status and workstreams (0.2); call with Kirkland and Quinn Emanuel teams re case status (0.2). | 0.40 | 558.00 |
| 12/09/24 | JL1 | Attend Quinn Emanuel team meeting to discuss status of the case (.2) and meet with Kirkland & Ellis to discuss litigation (0.2). | 0.40 | 478.00 |
| 12/09/24 | JL1 | Verify information for the OCI hearing in the UK (3.3). | 3.30 | 3,943.50 |
| 12/09/24 | DH3 | Conference call with the Quinn Emanuel team, Young Conaway, and Kirkland & Ellis to discuss litigation (.2). | 0.20 | 314.00 |
| 12/09/24 | JY2 | Revise chronology and dramatis documents re OCI application (1.2). | 1.20 | 1,758.00 |
| 12/09/24 | MT8 | Attend to OCI set aside hearing preparations (transcription, bundles) | 1.50 | 2,182.50 |

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Singapore | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

**quinn emanuel** trial lawyers

January 13, 2025                                                                                    Matter #: 12013-00001
Page 14                                                                                  Invoice Number: 101-0000182398

|           |       |                                                                                                                                                                                                                                                                          |       |          |
| --------- | ----- | ------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- | ----- | -------- |
|           |       | with A. Martin, C. Ogun (0.3); emails with Laytons, Kirkland & Ellis re: same (0.2); initial review of draft chronology, dramatis personae, and skeleton argument for OCI set aside application hearing (0.8); review proposed blue-pencil revised document requests from M. Tushingham (0.2). |       |          |
| 12/09/24  | CB7   | Communicate with B. Howell re gathering documents (0.2); prepare update email to T. Pohl (0.1); conference with internal team (0.2); conference with Kirkland team (0.2).                                                                                                   | 0.70  | 742.00   |
| 12/10/24  | AM7   | Share hearing bundles with Kirkland & Ellis and M Tushingham and liaise with Laytons (0.4); review and revise draft skeleton argument to include bundle references (1.5).                                                                                                   | 1.90  | 1,748.00 |
| 12/10/24  | MB3   | Review skeleton, ongoing emails re same (1.0).                                                                                                                                                                                                                             | 1.00  | 1,810.00 |
| 12/10/24  | JL1   | Verify information for the UK proceeding against OCI (3.7).                                                                                                                                                                                                                | 3.70  | 4,421.50 |
| 12/10/24  | JN7   | Cite/fact check chronology document for OCI hearing (1.9).                                                                                                                                                                                                                 | 1.90  | 2,014.00 |
| 12/10/24  | JL1   | Analyze status of the US proceeding (1.) and prepare summary for the OCI hearing in UK (1.5).                                                                                                                                                                              | 2.50  | 2,987.50 |
| 12/11/24  | KS2   | Review OCI skeleton submission and related papers (2.30); respond to inquiries from UK team re: Byju Raveendran declaration (.50); attend call with Young Conaway to discuss enforcement options (.30); follow-up with J. Ye (.20).                                          | 3.30  | 5,181.00 |
| 12/11/24  | MT8   | Continue to review the draft skeleton, chronology, dramatis personae, and document requests (1.1); emails with Kirkland & Ellis, K. Scherling, J. Ye, M. Tushingham re: issues arising from same (0.2).                                                                     | 1.30  | 1,891.50 |

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Singapore | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

**quinn emanuel** trial lawyers

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 12/11/24 | AM7 | Review and revise skeleton argument, including inserting bundle cross-references (5.5). | 5.50 | 5,060.00 |
| 12/11/24 | MB3 | Work re skeleton (0.5). | 0.50 | 905.00 |
| 12/11/24 | CB7 | Review, revise, and cite-check skeletal arguments for OCI hearing and otherwise prepare for hearing (3.8). | 3.80 | 4,028.00 |
| 12/11/24 | JY2 | Revise OCI application submissions (4.7). | 4.70 | 6,885.50 |
| 12/12/24 | MT8 | Review comments from Kirkland & Ellis and Quinn Emanuel teams re: OCI set aside hearing skeleton, chronology and dramatis (1.0); emails and call with M. Tushingham re: same (0.9); call with J. Ye re: strategy for OCI set aside hearing and confidentiality issues (0.3); call with B. Finestone, M. Tushingham, J. Ye, A. Martin, C. Bottvink, J. Nakdimon re: skeleton and strategy (1.0). | 3.20 | 4,656.00 |
| 12/12/24 | CO5 | Prepare a draft list of authorities for the skeleton argument and collate the authorities (2.50). | 2.50 | 1,325.00 |
| 12/12/24 | JL1 | Review OCI relevant submissions regarding confidentiality (0.3). | 0.30 | 358.50 |
| 12/12/24 | CB7 | Conference with UK team (1.0); conference with internal team (0.3); review OCI hearing materials for sealing and prepare proposed redactions (3.2). | 4.50 | 4,770.00 |
| 12/12/24 | AM7 | Arrange transcriber and room booking form (1.1); instructions for C Ogun re hearing logistics (0.2); telephone conference with Quinn Emanuel US and M Tushingham re OCI set aside application (1.0); review and revise call notes (0.3); draft response to court for remote dial-in (0.4); correspond with court and Kirkland & Ellis/Quinn Emanuel | 6.30 | 5,796.00 |

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Singapore | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

# quinn emanuel trial lawyers

| | | | | |
|---|---|---|---|---|
| | | re remote dial-in (0.4); share exhibit documents with Quinn Emanuel US (0.1); review and revise chronology of key events, including cross-references (1.7); prepare statement of costs for hearing (1.1). | | |
| 12/12/24 | JN7 | Prepare materials for OCI hearing in London (8.1). | 8.10 | 8,586.00 |
| 12/12/24 | JY2 | Attend call with London team re OCI (1.0); call with US team re: assignment (0.2); revise submissions re OCI application (5.4). | 6.60 | 9,669.00 |
| 12/12/24 | MB3 | Hearing preparation including work on draft submissions and comments thereon (2.0). | 2.00 | 3,620.00 |
| 12/13/24 | MT8 | Call with J. Ye, counsel, A. Martin re: confidentiality issues (0.5); call with Kirkland & Ellis, J. Ye, and counsel re: OCI set aside hearing strategy issues (1.0); consider strategic comments from B. Finestone, Kirkland & Ellis (0.2); review revised skeleton, document requests (0.7). | 2.40 | 3,492.00 |
| 12/13/24 | GD1 | .Obtain authorities for the skeleton argument as requested by C. Ogun (1.5). | 1.50 | 757.50 |
| 12/13/24 | BF1 | Review thoughts on OCI discovery hearing from DIP Lenders (.6). | 0.60 | 1,086.00 |
| 12/13/24 | JN7 | Prepare materials for OCI hearing in London (7.2). | 7.20 | 7,632.00 |
| 12/13/24 | MB3 | Work on skeleton and comments re same (1.0). | 1.00 | 1,810.00 |
| 12/13/24 | JY2 | Call with Kirkland & Ellis re OCI application (0.5); call with London team re same (0.2); revise memorandum re: relationships between claims and discovery requests (1.6). | 2.30 | 3,369.50 |
| 12/13/24 | AM7 | Telephone call with M. Tse, J. Ye, and M Tushingham re confidentiality | 3.00 | 2,760.00 |

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Singapore | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

quinn emanuel trial lawyers

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | (0.5); telephone conference with Kirkland & Ellis, Quinn Emanuel US, M. Tse, and M Tushingham re hearing strategy (1.0); follow-up call with J. Ye, M. Tse and M Tushingham (0.4), review and revise call notes (0.5); email to court re remote attendees (0.2); correspondence re draft hearing documents (0.4). |  |  |
| 12/13/24 | CB7 | Conference with internal team (0.1); draft memorandum re OCI requests and chart of remaining claims, including research for elements of remaining claims (3.0); conference with Kirkland & Ellis team (0.1). | 3.20 | 3,392.00 |
| 12/13/24 | DH3 | Call with the Quinn Emanuel team, Young Conaway, and Kirkland & Ellis to discuss litigation (.1). | 0.10 | 157.00 |
| 12/14/24 | CB7 | Research for the OCI hearing (0.8). | 0.80 | 848.00 |
| 12/14/24 | JY2 | Revise skeleton argument re OCI application (3.1). | 3.10 | 4,541.50 |
| 12/14/24 | MT8 | Revise the draft skeleton argument and consider comments from US counsel (1.0); revise the draft chronology and dramatis personae (0.5); emails with M. Tushingham, J. Ye, A. Martin re: set aside application hearing strategy (0.2). | 1.70 | 2,473.50 |
| 12/15/24 | JY2 | Revise submissions re OCI application (3.2). | 3.20 | 4,688.00 |
| 12/15/24 | AM7 | Review and revise statement of costs for set aside hearing (2.0); share documents with US team (0.1). | 2.10 | 1,932.00 |
| 12/15/24 | MT8 | Multiple calls with J. Ye re: skeleton argument for OCI set aside application, and related hearing strategy issues (0.6); call with M. Tushingham re: OCI set aside skeleton issues (0.5); emails with J. Ye, M. Tushingham, A. Martin, Kirkland & Ellis re: revised document | 2.00 | 2,910.00 |

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Singapore | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

# quinn emanuel trial lawyers

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | requests, skeleton, chronology (0.4); consider further comments from Kirkland & Ellis re: same (0.5). | | |
| 12/16/24 | MT8 | Finalize skeleton, chronology, and dramatis for OCI set aside hearing (1.0); review OCI's skeleton arguments (1.0); emails with J. Ye, Kirkland & Ellis, A. Martin, M. Bunting, M. Tushingham re: strategy and arrangements for OCI set aside hearing (0.5); call with R. Boynton (Kirkland & Ellis) re: OCI set aside hearing strategy (0.3); call with J. Ye re: OCI set aside hearing issues (0.3). | 3.10 | 4,510.50 |
| 12/16/24 | AM7 | Review and revise chronology and skeleton arguments including referencing (2.1), review and revise draft statement of costs (0.7); arrange transcriber and update court on additional remote attendees (0.4); review skeleton argument of opposite counsel (0.4); share finalized documents with Kirkland & Ellis and Quinn Emanuel US team (0.1); correspondence on logistics including authorities bundle and remote dial-in arrangements with Laytons, Kirkland & Ellis, Quinn Emanuel US, and counsel (0.8). | 4.50 | 4,140.00 |
| 12/16/24 | MB3 | Hearing preparation including work on skeleton (2.0). | 2.00 | 3,620.00 |
| 12/16/24 | JY2 | Analyze OCI's response to application (1.4). | 1.40 | 2,051.00 |
| 12/17/24 | AM7 | Review Laytons costs schedules (1.5); telephone conference with counsel, Kirkland & Ellis and Quinn Emanuel US on set-aside hearing strategy (0.8); review and revise call notes of the same (0.4); update parties on court timings and location (0.3); query for G Buckle re court attendances (0.2); hearing logistics including | 5.40 | 4,968.00 |

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Singapore | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

**quinn emanuel** trial lawyers

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | communications with the transcriber and booking consultation room (0.4); review hearing documents including skeletons and bundles (1.6); discuss hearing logistics with C Ogun (0.2). |  |  |
| 12/17/24 | MT8 | Call with M. Tushingham, R. Boynton, R. Shankar, G. Buckle, J. Ye, K. Scherling, J. Nakdimon, C. Botvinnik, M. Bunting, A. Martin re: strategy for OCI set aside hearing (1.0); consider OCI costs schedules and emails with M. Tushingham, A. Martin re: same (0.2); call with A. Martin re: preparations for hearing (0.2); emails with Kirkland & Ellis, A. Martin, M. Bunting re: hearing preparations and drafting response points on OCI's skeleton argument (0.5); review skeleton arguments and prepare for hearing (1.1). | 3.00 | 4,365.00 |
| 12/17/24 | CB7 | Conference with UK team and Kirkland team (0.8); research for UK team (1.6). | 2.40 | 2,544.00 |
| 12/17/24 | KS2 | Correspondence in preparation for OCI UK hearing (.40). | 0.40 | 628.00 |
| 12/17/24 | MB3 | Hearing preparation (3.0) including call with wider team (1.0). | 4.00 | 7,240.00 |
| 12/17/24 | JN7 | Call with London team to strategize OCI hearing (1.1). | 1.10 | 1,166.00 |
| 12/17/24 | JY2 | Call with UK team re OCI hearing preparation (0.8); correspond with UK team re same (0.5). | 1.30 | 1,904.50 |
| 12/18/24 | KS2 | Review correspondence re: OCI hearing in UK (.40). | 0.40 | 628.00 |
| 12/18/24 | JY2 | Update email to US team re the hearing on the OCI application (0.1); call with M. Tse re next steps (0.1). | 0.20 | 293.00 |
| 12/19/24 | MT8 | Consider potential next steps re: OCI disclosure following set aside hearing with M. Tushingham (0.2). | 0.20 | 291.00 |

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Singapore | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

# quinn emanuel trial lawyers

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 12/19/24 | CB7 | Communicate with team re OCI hearing (0.1). | 0.10 | 106.00 |
| 12/20/24 | JL1 | Analyze the factual information in the enforcement application (2.5). | 2.50 | 2,987.50 |
| 12/20/24 | KS2 | Review correspondence re: results of OCI hearing (.30). | 0.30 | 471.00 |
| 12/20/24 | MT8 | Emails with J. Ye re: potential next steps following OCI set aside hearing (0.1); emails with M. Tushingham, court re: OCI hearing transcript (0.1). | 0.20 | 291.00 |
| 12/20/24 | KS2 | Attend Kirkland coordination call (.20). | 0.20 | 314.00 |
| 12/20/24 | CB7 | Review, revise, and cite check brief for OCI hearing (1.6); conference with Kirkland team (0.2). | 1.80 | 1,908.00 |
| 12/20/24 | DH3 | Conference call with the Quinn Emanuel team, Young Conaway, and Kirkland & Ellis to discuss litigation (.2). | 0.20 | 314.00 |
| 12/23/24 | AM7 | Correspondence with the English Court and M. Tse re transcripts (0.4). | 0.40 | 368.00 |
| 12/23/24 | MT8 | Emails with A. Martin, counsel, English Court re: OCI set aside hearing transcript issues (0.1). | 0.10 | 145.50 |
| 12/23/24 | JN7 | Legal research re: UAE enforcement (1.4); fact check memorandum re: enforcement (1.9). | 3.30 | 3,498.00 |
| | | SUBTOTAL | 172.40 | 212,222.50 |

## BY10   Other Contested Matters

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 12/04/24 | BF1 | Review motion to dismiss Camshaft appeal (0.5). | 0.50 | 905.00 |
| | | SUBTOTAL | 0.50 | 905.00 |

## BY11   Discovery

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 12/02/24 | MM7 | Prepare post-judgment discovery | 3.80 | 2,451.00 |

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Singapore | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

**quinn emanuel** trial lawyers

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | requests (3.8). |  |  |
| 12/12/24 | BF1 | Conference call with UK lawyers, J. Ye, J. Nakdimon, C. Botvinnik re OCI discovery efforts (1.0). | 1.00 | 1,810.00 |
| 12/13/24 | JY2 | Revise compromise discovery requests (0.9); call with J. Nakdimon re requests (0.5). | 1.40 | 2,051.00 |
| 12/20/24 | BF1 | Confer with J. Ye re UK OCI discovery proceedings (.5); conference call with the DIP Lender's counsel, J. Ye, K. Scherling, D. Holzman, C. Botvinnik re UK discovery proceeding (.2). | 0.70 | 1,267.00 |
|  |  | SUBTOTAL | 6.90 | 7,579.00 |

**BY12   Corporate Matters**

|  |  |  |  |  |
|---|---|---|---|---|
| 12/05/24 | DH3 | Coordinate payment (.5). | 0.50 | 785.00 |
|  |  | SUBTOTAL | 0.50 | 785.00 |

**BY13   Financing Matters**

|  |  |  |  |  |
|---|---|---|---|---|
| 12/02/24 | DH3 | Draft compliance certification (.2). | 0.20 | 314.00 |
| 12/17/24 | DH3 | Exchange emails regarding DIP Amendment (.3). | 0.30 | 471.00 |
| 12/18/24 | DH3 | Draft Officer's Certificate (.7); send email to T. Pohl regarding the same (.1); collect closing documents (.4); and coordinate closing of DIP amendment (.7). | 1.90 | 2,983.00 |
| 12/19/24 | DH3 | Review emails regarding potential purchaser (.2) and send email and leave voicemail for potential purchaser (.1). | 0.30 | 471.00 |
| 12/20/24 | DH3 | Call with potential purchaser (.1). | 0.10 | 157.00 |
| 12/20/24 | DH3 | Begin to prepare the budget (.1). | 0.10 | 157.00 |
| 12/23/24 | DH3 | Continue to prepare the budget (1.1). | 1.10 | 1,727.00 |

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Singapore | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

# quinn emanuel trial lawyers

January 13, 2025                                                                    Matter #: 12013-00001
Page 22                                                              Invoice Number: 101-0000182398

| | | | | |
|---|---|---|---|---|
| 12/24/24 | DH3 | Finalize the budget (.1). | 0.10 | 157.00 |
| | | SUBTOTAL | 4.10 | 6,437.00 |

**BY15   General Bankruptcy Advice/Opinions**

| | | | | |
|---|---|---|---|---|
| 12/20/24 | DH3 | Collect information for monthly operating report (.2). | 0.20 | 314.00 |
| | | SUBTOTAL | 0.20 | 314.00 |

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Dennis Hranitzky | DH6 | Partner* | 5.60 | 2,115.00 | 11,844.00 |
| Nick Marsh | NM2 | Partner | 2.80 | 1,995.00 | 5,586.00 |
| Benjamin Finestone | BF1 | Partner | 2.90 | 1,810.00 | 5,249.00 |
| Matthew Bunting | MB3 | Partner | 23.00 | 1,810.00 | 41,630.00 |
| Marina Boterashvili | MB9 | Partner | 11.90 | 1,810.00 | 21,539.00 |
| Debra O'Gorman | DO1 | Counsel | 9.00 | 1,675.00 | 15,075.00 |
| Katherine A. Scherling | KS2 | Counsel | 6.00 | 1,570.00 | 9,420.00 |
| Daniel Holzman | DH3 | Counsel | 5.60 | 1,570.00 | 8,792.00 |
| Jianjian Ye | JY2 | Associate | 33.50 | 1,465.00 | 49,077.50 |
| Matthew Tse | MT8 | Senior Associate | 38.80 | 1,455.00 | 56,454.00 |
| Megan Hiluta | MB6 | Senior Associate | 22.60 | 1,455.00 | 32,883.00 |
| Cameron Kelly | CK5 | Associate | 0.40 | 1,395.00 | 558.00 |
| Jingfei Lu | JL1 | Associate | 24.50 | 1,195.00 | 29,277.50 |
| Christine Botvinnik | CB7 | Associate | 20.70 | 1,060.00 | 21,942.00 |
| Jordan Nakdimon | JN7 | Associate | 38.60 | 1,060.00 | 40,916.00 |
| Alexander Martin | AM7 | Associate | 43.00 | 920.00 | 39,560.00 |
| Mac McCall | MM7 | Law Clerk | 3.80 | 645.00 | 2,451.00 |
| | | | | | |
| Case Assistants | Init. | Title | Hours | Rate | Amount |
| Barbara J Howell | BH2 | Paralegal | 11.10 | 550.00 | 6,105.00 |
| Cecilia Ogun | CO5 | Paralegal | 9.50 | 530.00 | 5,035.00 |
| Graham Denny | GD1 | Researcher | 1.50 | 505.00 | 757.50 |

*Admitted to practice by at least one state bar; not admitted to practice in state where officed.*

## Expense Summary

| Description | Amount |
|---|---|

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Singapore | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

# quinn emanuel trial lawyers

January 13, 2025                                          Matter #: 12013-00001
Page 23                                          Invoice Number: 101-0000182398

| Description | | Amount |
|---|---|---|
| Online Research | (based on standard Westlaw or Lexis, without any applicable discount) | 0.00 |
| Local business travel | | 26.60 |
| Document Reproduction | 0.10 | 328.80 |
| Color Document Reproduction | 0.25 | 14.75 |
| Word processing | | 0.00 |
| Professional services - Other | | 30,180.81 |
| Local meals | | 254.88 |
| Tabs | | 37.50 |
| 2" Binder | | 47.28 |

**Litigation Support Costs**
(Charges based on market not cost)

| | |
|---|---|
| RelOne User Fee | 600.00 |
| RelOne Active Hosting (Per GB) | 1,113.44 |
| Total Expenses | $32,604.06 |

### EXHIBIT B-EXPENSES

### EXPENSES SUMMARY

| Expense Category | Total Expense |
|---|---|
| Postage | |
| Meals during travel | |
| Lexis Courtlink – Off Contract | |
| Deposition transcripts | |
| Express mail, Federal Express | |
| Velobind | |
| Hearing Transcripts | |
| Video depositions | |
| Local business travel | $26.60 |
| Messenger | |
| Document reproduction (0.10 cents per page) | $328.80 |
| Travel | |
| Trial materials (prints, slip sheets, drilling, binders, tabs) | |
| Color document reproduction (0.25 cents per page) | $14.75 |
| Tabs | $37.50 |
| 2 inch binder | $47.28 |
| Air travel | |
| Hotel | |
| Local meals | $254.88 |
| Document services | |
| Professional services – expert fees of Tom Stewart Coats in the amount of $13,049.95; expert fees of Mark Tushingham in the amount of $15,938.75; expert fees of Martin Walsh Cherer Ltd. in the amount of $1,192.11. | $30,180.81 |
| RelOne User Fee | $600.00 |
| RelOne TIFF (per page) | |
| RelOne Processing | |
| RelOne Active Hosting (Per GB) | $1,113.44 |
| Total | $32,604.06 |