IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BYJU'S ALPHA, INC.,<br><br>                    Debtor. | Chapter 11<br><br>Case No. 24-10140 (JTD) |
| BYJU'S ALPHA, INC.,<br><br>                    Plaintiff,<br><br>              v.<br><br>CAMSHAFT CAPITAL FUND, LP,<br>CAMSHAFT CAPITAL ADVISORS, LLC,<br>CAMSHAFT CAPITAL MANAGEMENT, LLC,<br>RIJU RAVINDRAN, INSPILEARN LLC and<br>THINK AND LEARN PRIVATE LIMITED<br><br>                  Defendants. | Adv. Pro. Case No. 24-50013 (JTD)<br><br>**Related Adv. D.I.**: 275, 300, 301, 302, 337 |

**CAMSHAFT DEFENDANTS' WITNESS AND EXHIBIT LIST FOR HEARING
SCHEDULED FOR OCTOBER 9, 2024 AT 10:00 A.M. (EASTERN TIME)**

Camshaft Capital Fund, LP (the "Camshaft Fund"), Camshaft Capital Advisors, LLC ("Camshaft Advisors"), and Camshaft Capital Management, LLC ("Camshaft Management") (collectively, "Camshaft") by and through their undersigned counsel, file this Witness and Exhibit List for the hearing scheduled for October 9, 2024 at 10:00 a.m. (the "Hearing") in the above-captioned matter. Camshaft reserves the right to modify, amend, or supplement this witness and exhibit list at any time.

**WITNESSES**

Camshaft does not intend to call any witnesses for live testimony, but intends to rely on the *Declaration of William Morton* [Adv. D.I. 301] and *Declaration of Pieter Van Tol* [Adv D.I. 302] in Support of Camshaft's *Objection to Debtor's and GLAS Trust Company LLC's Motion for*

*Partial Summary Judgment* [Adv D.I. 300]. Mr. Morton will be in the courtroom. Camshaft does not presently intend to cross-examine any witnesses called by the Debtor or GLAS Trust Company. Camshaft reserves the right to rely upon any exhibit designated by any party-in-interest in connection with the Hearing.

## **EXHIBITS**

Camshaft may rely upon one or more of the following exhibits in connection with cross-examination, opposition, and/or in their case-in-chief regarding the following matters being heard at the Hearing:

53160172.2

| Exhibit No. | Description | Docket No. |
|---|---|---|
| 1 | *Declaration of William C. Morton in Support of the Camshaft's Objection to Debtor's and GLAS Trust Company LLC's Motion for Partial Summary Judgment* **[FILED UNDER SEAL]** | Adv. D.I. 301 |
| 2 | March 31, 2022 email exchange between William C. Morton and Mr. Milliron (CAMSHAFT0016831) **[FILED UNDER SEAL]** | Adv. D.I. 301-1- Exh. A |
| 3 | April 1, 2022 email exchange with Mr. Milliron and E.F. Hutton (CAMSHAFT0005753*)* **[FILED UNDER SEAL]** | Adv. D.I. 301-2- Exh. B |
| 4 | Excerpts from the transcript for William C. Morton deposition taken on June 27, 2024, at 119:3-24; see also 117:3-122:14.) **[FILED UNDER SEAL]** | Adv. D.I. 301-3- Exh. C |
| 5 | First Amended and Restated Side Letter Agreement, dated March 31, 2023 (the "March 2023 Side Letter"), which was included in the various deal documents for the March 31, 2023 transaction. **[FILED UNDER SEAL]** | Adv. D.I. 301-4- Exh. D |
| 6 | William C. Morton December 1, 2021 letter to Camshaft Fund investors **[FILED UNDER SEAL]** | Adv. D.I. 301-5- Exh. E |
| 7 | Camshaft Capital White Paper on current (Jan.) market sell-off/panic and outlook," dated January 24, 2022 **[FILED UNDER SEAL]** | Adv. D.I. 301-6- Exh. F |
| 8 | Camshaft Capital Strategy Overview **[FILED UNDER SEAL]** | Adv. D.I. 301-7- Exh. G |
| 9 | August 26, 2023 letter showing a full listing of the Camshaft Enterprise's service partners **[FILED UNDER SEAL]** | Adv. D.I. 301-8- Exh. H |
| 10 | Email dated December 8, 2022 (CAMSHAFT0022348-78) on which Mr. Perz is copied **[FILED UNDER SEAL]** | Adv. D.I. 301-9-Exh I |
| 11 | Operating agreement for Camshaft CRE **[FILED UNDER SEAL]** | Adv. D.I. 301-10-Exh. J |
| 12 | May 16, 2023 email exchange with Mr. Teeling **[FILED UNDER SEAL]** | Adv. D.I. 301-11- Exh. K |
| 13 | May 19 through May 22, 2023 email exchange with Mr. Teeling **[FILED UNDER SEAL]** | Adv. D.I. 301-12- Exh. L |
| 14 | April 7, 2022 email chain, CAMSHAFT0011080-81 **[FILED UNDER SEAL]** | Adv. D.I. 301-13- Exh. M |
| 15 | April 20-21, 2022 email chain, CAMSHAFT0010288-93 **[FILED UNDER SEAL]** | Adv. D.I. 301-14- Exh. N |
| 16 | April 28, 2022 email chain, CAMSHAFT0023679-83 **[FILED UNDER SEAL]** | Adv. D.I. 301-15- Exh. O |
| 17 | April 29, 2022 email, CAMSHAFT0030222 **[FILED UNDER SEAL]** | Adv. D.I. 301-16-Exh. P |

53160172.2

| 18 | April 28-29, 2022 email chain, APEXFUND_00001838-1842 *[FILED UNDER SEAL]* | Adv. D.I. 301-17 Exh. Q |
|---|---|---|
| 19 | April 28-29, 2022 email chain, APEXFUND_00001887-1892 *[FILED UNDER SEAL]* | Adv. D.I. 301-18 Exh. R |
| 20 | AML checklist, APEXFUND_00001327) *[FILED UNDER SEAL]* | Adv. D.I. 301-19- Exh. S |
| 21 | AML checklist, APEXFUND_00001329 *[FILED UNDER SEAL]* | Adv. D.I. 301-20- Exh. T |
| 22 | Subscription agreement checklist, APEXFUND_00001645 *[FILED UNDER SEAL]* | Adv. D.I. 301-21- Exh. U |
| 23 | April 28, 2022 World-Check form, APEXFUND_00001975-2004 *[FILED UNDER SEAL]* | Adv. D.I. 301-22-Exh. V |
| 24 | April 29, 2022 World-Check form, APEXFUND_00001973-1974 *[FILED UNDER SEAL]* | Adv. D.I. 301-23- Exh. W |
| 25 | April 28, 2022 email, CAMSHAFT0030590-91 *[FILED UNDER SEAL]* | Adv. D.I. 301-24-Exh. X |
| 26 | April 20-29, 2022 email chain, CAMSHAFT0007745-51 *[FILED UNDER SEAL]* | Adv. D.I. 301-25- Exh. Y |
| 27 | April 29, 2022 email chain, CAMSHAFT0006623-26 *[FILED UNDER SEAL]* | Adv. D.I. 301-26- Exh. Z |
| 28 | Subscription Agreement for the April 2022 transfer *[FILED UNDER SEAL]* | Adv. D.I. 301-27-Exh. AA |
| 29 | *Declaration of Pieter Van Tol in Support of the Camshaft's Objection to Debtor's and GLAS Trust Company LLC's Motion for Partial Summary Judgment* | Adv. D.I. 302 |
| 30 | Camshaft Defendants June 19, 2024 amended responses and objections to the Debtor's second set of interrogatories served June 19, 2024 *[FILED UNDER SEAL]* | Adv D.I. 302-1- Exh. BB |
| 31 | Camshaft Defendants June 19, 2024 amended responses and objections to the Debtor's second set of requests for production *[FILED UNDER SEAL]* | Adv D.I. 302-2-Exh. CC |
| 32 | Debtor's first set of document requests served on Mr. Ravindran *April 24, 2024[FILED UNDER SEAL]* | Adv D.I. 302-3-Exh. DD |
| 33 | Transcript for the June 11, 2024 hearing *[FILED UNDER SEAL]* | Adv D.I. 302-4 – Exh EE |

53160172.2

## RESERVATION OF RIGHTS

Camshaft reserves the right to modify, amend, or supplement this submission at any time.

Dated: October 7, 2024
Wilmington, DE

SAUL EWING LLP

/s/ Evan T. Miller

HOGAN LOVELLS US LLP
Pieter Van Tol (admitted *pro hac vice*)
Christopher R. Bryant (admitted *pro hac vice*)
Elizabeth Carter (admitted *pro hac vice*)
390 Madison Avenue
New York, NY 10017
Tel: (212) 918-3000
Email: pieter.vantol@hoganlovells.com
 chris.bryant@hoganlovells.com
 elizabeth.carter@hoganlovells.com

Evan T. Miller (No. 5364)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Tel: (302) 421-6864
Email: evan.miller@saul.com

SAUL EWING LLP
Turner N. Falk (admitted *pro hac vice)*
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
Tel: (215) 972-7777
Email: turner.falk@saul.com

*Counsel for Camshaft*

53160172.2