## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| BYJU'S ALPHA, INC.,[1] | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Case No. 24-10140 (BLS) |
| | ) | |
| | ) | |
| | ) | |
| BYJU'S ALPHA, INC., | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Pro. Case No. 24-50013 (BLS) |
| | ) | |
| CAMSHAFT CAPITAL FUND, LP, | ) | |
| CAMSHAFT CAPITAL ADVISORS, LLC, | ) | |
| CAMSHAFT CAPITAL MANAGEMENT, LLC, | ) | |
| RIJU RAVINDRAN, INSPILEARN LLC, and | ) | |
| THINK AND LEARN PRIVATE LIMITED, | ) | |
| | ) | |
| Defendants. | ) | |
| BYJU'S ALPHA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Pro. No. 25-50526 (BLS) |
| | ) | |
| BYJU RAVEENDRAN, DIVYA GOKULNATH, | ) | |
| and ANITA KISHORE, | ) | |
| | ) | |
| Defendants | ) | |
| BYJU'S ALPHA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Pro. No. 25-50822 (BLS) |
| | ) | |
| OCI LIMITED and RUPIN BANKER, | ) | |
| | ) | |
| Defendants | ) | |

33192217.2

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON MAY 27, 2025 AT 10:00 A.M. (ET)

This hearing will be conducted in-person.  Parties may observe the hearing remotely by registering with the Zoom link below no later than May 23, 2025 at 4:00 p.m. (ET).

To attend a hearing remotely, please register using the eCourtAppearance tool (available here) or on the Court's website at www.deb.uscourts.gov.

After the deadline has passed, an electronic invitation, with the relevant audio or video link, will be emailed to you prior to the hearing.

## MATTERS GOING FORWARD

**Adversary No. 24-50013**

1.    Defendants' Expedited Motion for Order Scheduling Rule 16 Conference and Staying and Quashing BYJU's Alpha, Inc.'s Non-Party Subpoenas [A.D.I. 413, 4/23/25]

    Related Documents:

    A.    Defendants' Motion to Shorten Notice and Scheduling Expedited Hearing on Defendants' Expedited Motion for Order Scheduling Rule 16 Conference and Staying and Quashing BYJU's Alpha, Inc.'s Non-Party Subpoenas [A.D.I. 414, 4/23/25]

    Responses Filed:

    B.    Debtors' Objection to Defendants' Expedited Motion for Order Scheduling Rule 16 Conference and Staying and Quashing BYJU's Alpha, Inc.'s Non-Party Subpoenas [A.D.I. 447, 5/9/25]

    C.    Declaration of Debra D. O'Gorman [A.D.I. 448, 5/9/25]

    D.    Defendants' Reply in Further Support of Motion for Order Scheduling Rule 16 Conference and Staying and Quashing BYJU's Alpha, Inc.'s Non-Party Subpoenas [A.D.I. 454, 5/21/25]

    Status: This matter is going forward.

---

[1]    The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260).  The location of the Debtor's service address for purposes of this chapter 11 case is: 1007 N. Market St. Ste. G20 452, Wilmington, DE 19801.

2.    Notice of Motion and Motion to Quash or Modify a Subpoena filed by Serena Vista LLC [A.D.I. 415, 4/23/25]

Related Documents:

A.    Objection of Non-Party Serena Vista LLC to Subpoena to Produce Documents, Information, or Objects [A.D.I. 412, 4/22/25]

B.    Jorge Hernandez's Letter to the Court Regarding Motions to Quash [A.D.I. 440, 5/6/25]

Responses Received:

C.    Debtor's Letter to the Court Regarding Motions to Quash [A.D.I. 439, 5/6/25]

D.    Plaintiff BYJU's Alpha, Inc.'s Cross-Motion to Compel Compliance with Nonparty Subpoenas, and in Opposition to the Motions to Quash or Modify Subpoenas [A.D.I. 451, 5/16/25]

E.    Plaintiff BYJU's Alpha, Inc.'s Memorandum of Law in Support of Cross-Motion to Compel Compliance with Nonparty Subpoenas, and in Opposition to the Motions to Quash or Modify Subpoena [A.D.I. 452, 5/16/25 (sealed)]

F.    Declaration of Debra D. O'Gorman [A.D.I. 453, 5/16/25 (sealed)]

Status:  This matter is going forward.

3.    Notice of Motion and Motion to Quash or Modify a Subpoena filed by Blaise Pascal Barrelet [A.D.I. 416, 4/23/25]

Related Documents:

A.    Objection of Non-Party Blaise Pascal Barrelet to Subpoena to Produce Documents, Information, or Objects [A.D.I. 411, 4/22/25]

B.    Jorge Hernandez's Letter to the Court Regarding Motions to Quash [A.D.I. 440, 5/6/25]

Responses Received:

C.    Debtor's Letter to the Court Regarding Motions to Quash [A.D.I. 439, 5/6/25]

D.    Plaintiff BYJU's Alpha, Inc.'s Cross-Motion to Compel Compliance with Nonparty Subpoenas, and in Opposition to the Motions to Quash or Modify Subpoenas [A.D.I. 451, 5/16/25]

E.    Plaintiff BYJU's Alpha, Inc.'s Memorandum of Law in Support of Cross-Motion to Compel Compliance with Nonparty Subpoenas, and in Opposition to the Motions to Quash or Modify Subpoena [A.D.I. 452, 5/16/25 (sealed)]

F.      Declaration of Debra D. O'Gorman [A.D.I. 453, 5/16/25 (sealed)]

Status:  This matter is going forward.

4.      Amended Notice of Motion and Motion to Quash or Modify Subpoena and Objections to Contents of Subpoena filed by Camelback Financial Corp. [A.D.I. 431, 5/5/25]

Related Documents:

A.      Notice of Motion and Motion to Quash or Modify Subpoena and Objections to Contents of Subpoena filed by Camelback Financial Corp. [A.D.I. 424, 4/29/25]

B.      Jorge Hernandez's Letter to the Court Regarding Motions to Quash [A.D.I. 440, 5/6/25]

Responses Received:

C.      Debtor's Letter to the Court Regarding Motions to Quash [A.D.I. 439, 5/6/25]

D.      Plaintiff BYJU's Alpha, Inc.'s Cross-Motion to Compel Compliance with Nonparty Subpoenas, and in Opposition to the Motions to Quash or Modify Subpoenas [A.D.I. 451, 5/16/25]

E.      Plaintiff BYJU's Alpha, Inc.'s Memorandum of Law in Support of Cross-Motion to Compel Compliance with Nonparty Subpoenas, and in Opposition to the Motions to Quash or Modify Subpoena [A.D.I. 452, 5/16/25 (sealed)]

F.      Declaration of Debra D. O'Gorman [A.D.I. 453, 5/16/25 (sealed)]

Status:  This matter is going forward.

5.      Amended Notice of Motion and Motion to Quash or Modify a Subpoena and filed by Alexandra T. Morton [A.D.I. 434, 5/5/25]

Related Documents:

A.      Notice of Motion and Motion to Quash or Modify a Subpoena and filed by Alexandra T. Morton [A.D.I. 418, 4/23/25]

B.      Jorge Hernandez's Letter to the Court Regarding Motions to Quash [A.D.I. 440, 5/6/25]

Responses Received:

C.      Debtor's Letter to the Court Regarding Motions to Quash [A.D.I. 439, 5/6/25]

D.      Plaintiff BYJU's Alpha, Inc.'s Cross-Motion to Compel Compliance with Nonparty Subpoenas, and in Opposition to the Motions to Quash or Modify Subpoenas [A.D.I. 451, 5/16/25]

E.     Plaintiff BYJU's Alpha, Inc.'s Memorandum of Law in Support of Cross-Motion to Compel Compliance with Nonparty Subpoenas, and in Opposition to the Motions to Quash or Modify Subpoena [A.D.I. 452, 5/16/25 (sealed)]

F.     Declaration of Debra D. O'Gorman [A.D.I. 453, 5/16/25 (sealed)]

Status:  This matter is going forward.

6.     Amended Notice of Motion and Motion to Quash or Modify Subpoena and Objections to Contents of Subpoena filed by Donald Morton [A.D.I. 435, 5/5/25]

Related Documents:

A.     Notice of Motion and Motion to Quash or Modify Subpoena and Objections to Contents of Subpoena filed by Donald Morton [A.D.I. 423, 4/28/25]

B.     Jorge Hernandez's Letter to the Court Regarding Motions to Quash [A.D.I. 440, 5/6/25]

Responses Received:

C.     Debtor's Letter to the Court Regarding Motions to Quash [D.I. 439, 5/6/25]

D.     Plaintiff BYJU's Alpha, Inc.'s Cross-Motion to Compel Compliance with Nonparty Subpoenas, and in Opposition to the Motions to Quash or Modify Subpoenas [A.D.I. 451, 5/16/25]

E.     Plaintiff BYJU's Alpha, Inc.'s Memorandum of Law in Support of Cross-Motion to Compel Compliance with Nonparty Subpoenas, and in Opposition to the Motions to Quash or Modify Subpoena [A.D.I. 452, 5/16/25 (sealed)]

F.     Declaration of Debra D. O'Gorman [A.D.I. 453, 5/16/25 (sealed)]

Status:  This matter is going forward

7.     Amended Notice of Motion and Motion to Quash or Modify a Subpoena and Objections to Contents of Subpoena filed by Windmill Properties LLC [A.D.I. 436, 5/5/25]

Related Documents:

A.     Notice of Motion and Motion to Quash or Modify a Subpoena and Objections to Contents of Subpoena filed by Windmill Properties LLC [A.D.I. 425, 4/29/25]

B.     Jorge Hernandez's Letter to the Court Regarding Motions to Quash [A.D.I. 440, 5/6/25]

Responses Received:

C.     Debtor's Letter to the Court Regarding Motions to Quash [A.D.I. 439, 5/6/25]

    D.     Plaintiff BYJU's Alpha, Inc.'s Cross-Motion to Compel Compliance with Nonparty Subpoenas, and in Opposition to the Motions to Quash or Modify Subpoenas [A.D.I. 451, 5/16/25]

    E.     Plaintiff BYJU's Alpha, Inc.'s Memorandum of Law in Support of Cross-Motion to Compel Compliance with Nonparty Subpoenas, and in Opposition to the Motions to Quash or Modify Subpoena [A.D.I. 452, 5/16/25 (sealed)]

    F.     Declaration of Debra D. O'Gorman [D.I. 453, 5/16/25 (sealed)]

<u>Status</u>:  This matter is going forward.

8.    Amended Notice of Motion and Motion to Quash or Modify a Subpoena and Objections to Contents of Subpoena filed by Alexa Rose Morton [A.D.I. 437, 5/5/25]

<u>Related Documents</u>:

    A.     Notice of Motion and Motion to Quash or Modify a Subpoena and Objections to Contents of Subpoena filed by Alexa Rose Morton [A.D.I. 422, 4/28/25]

    B.     Amended Notice of Motion and Motion to Quash or Modify a Subpoena and Objections to Contents of Subpoena filed by Alexa Rose Morton [A.D.I. 432, 5/5/25]

    C.     Amended Notice of Motion and Motion to Quash or Modify a Subpoena and Objections to Contents of Subpoena filed by Alexa Rose Morton [A.D.I. 433, 5/5/25]

    D.     Jorge Hernandez's Letter to the Court Regarding Motions to Quash [A.D.I. 440, 5/6/25]

<u>Responses Received</u>:

    E.     Debtor's Letter to the Court Regarding Motions to Quash [A.D.I. 439, 5/6/25]

    F.     Plaintiff BYJU's Alpha, Inc.'s Cross-Motion to Compel Compliance with Nonparty Subpoenas, and in Opposition to the Motions to Quash or Modify Subpoenas [A.D.I. 451, 5/16/25]

    G.     Plaintiff BYJU's Alpha, Inc.'s Memorandum of Law in Support of Cross-Motion to Compel Compliance with Nonparty Subpoenas, and in Opposition to the Motions to Quash or Modify Subpoena [A.D.I. 452, 5/16/25 (sealed)]

    H.     Declaration of Debra D. O'Gorman [A.D.I. 453, 5/16/25 (sealed)]

<u>Status</u>:  This matter is going forward.

**Adversary No. 25-50895**

9.  Order Transferring Motion to Quash Non-Party Subpoenas filed by Defendants Camshaft Capital Fund, LP, et al., in the United States District Court Southern District New York Case No. 25-MC-158 (VSG) and transferred to the Bankruptcy Court at Adv. Pro. No. 25-50985 [Adv. 25-50895, A.D.I. 1]

    Documents from 25-MC-158

    A.  Camshaft Capital Fund, LP, Camshaft Capital Advisors, LLC, Camshaft Capital Management, LLC, and Riju Ravindran Motion to Quash Non-Party Subpoenas [A.D.I. 1, 4/9/25]

    B.  Applicants/Defendants' Memorandum of Law in Support of Motion for Protective Order Quashing BYJU's Alpha, Inc.'s Non-Party Subpoenas [D.I. 3, 4/9/25]

    C.  Declaration of Pieter Van Tol [A.D.I. 4, 4/9/25]

    D.  Respondent's Motion to Transfer Applicants' Motion to Transfer Applicants' Motion for a Motion for Protective Order Quashing BYJU's Alpha, Inc.'s Non-Party Subpoenas to the United States Bankruptcy Court for the District of Delaware [A.D.I. 13, 4/22/25]

    E.  Memorandum in Support of Respondent's Motion to Transfer Applicants' Motion to Transfer Applicants' Motion for a Motion for Protective Order Quashing BYJU's Alpha, Inc.'s Non-Party Subpoenas to the United States Bankruptcy Court for the District of Delaware [A.D.I. 14, 4/22/25]

    F.  Declaration of Debra D. O'Gorman in Support of Motion to Transfer Applicants' Motion to Transfer Applicants' Motion for a Motion for Protective Order Quashing BYJU's Alpha, Inc.'s Non-Party Subpoenas [A.D.I. 15, 4/22/25]

    G.  Respondent's Memorandum of Law in Opposition to Applicants' Motion for a Protective Order Quashing BYJU's Alpha, Inc.'s Non-Party Subpoenas [A.D.I. 16, 4/23/25]

    H.  Declaration of Debra D. O'Gorman in Opposition to Applicants' Motion for a Protective Order Quashing BYJU's Alpha, Inc.'s Non-Party Subpoenas [A.D.I. 17, 4/29/25]

    I.  Applicants/Defendants' Reply Memorandum of Law in Further Support of Motion for Protective Order Quashing BYJU's Alpha, Inc.'s Non-Party Subpoenas [A.D.I. 18, 4/29/25]

    J.  Reply Declaration of Pieter Van Tol [A.D.I. 19, 4/29/25]

    Status:  This matter is going forward.

**STATUS CONFERENCE**

10.    Adversary Proceedings 24-50013, 25-50526, and 25-50822

Status: The Debtor will provide the Court with an update on the status of the pending adversary proceedings.  This matter is going forward as a status conference.

Dated:  May 22, 2025
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Kenneth J. Enos*
Robert S. Brady (Del. No. 2847)
Kenneth J. Enos (Del. No. 4544)
Jared W. Kochenash (Del. No. 6557)
Timothy R. Powell (Del. No. 6894)
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
rbrady@ycst.com
kenos@ycst.com
jkochenash@ycst.com
tpowell@ycst.com

-and-

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Susheel Kirpalani (admitted pro hac vice)
Benjamin Finestone (admitted pro hac vice)
Daniel Holzman (admitted pro hac vice)
Jianjian Ye (admitted pro hac vice)
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel.: (212) 849 7000
susheelkirpalani@quinnemanuel.com
benjaminfinestone@quinnemanuel.com
danielholzman@quinnemanuel.com
jianjianye@quinnemanuel.com

*Counsel for the Plaintiff-Debtor, BYJU's Alpha, Inc.*

33192217.2