# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BYJU'S ALPHA, INC.,[1]<br><br>                      Debtor. | ) <br> ) Chapter 11 <br> ) <br> ) Case No. 24-10140 (BLS) <br> ) <br> ) |
| BYJU'S ALPHA, INC.,<br><br>                      Plaintiff,<br><br>                      v.<br><br>BYJU RAVEENDRAN, DIVYA GOKULNATH, and ANITA KISHORE,<br><br>                      Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Adv. Pro. No. 25-50526 (BLS) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON JUNE 30, 2025 AT 1:30 P.M. (ET)

This hearing will be conducted in person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to the Court's website (http://www.deb.uscourts.gov/ecourt-appearances). For information on who may participate remotely, the method of allowed participation (Video or audio), and the advance registration requirements.

Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing using the eCourtAppearance tool (available here).

After the deadline has passed, an electronic invitation, with the relevant audio or video link, will be emailed to you prior to the hearing.

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260).  The location of the Debtor's service address for purposes of this chapter 11 case is: 1007 N. Market St. Ste. G20 452, Wilmington, DE 19801.

[2] **Amended items are bolded.**

33317870.2

**MATTER GOING FORWARD**

*BYJU's Alpha, Inc. v. Byju Raveendran, et al.* - Adversary No. 25-50526

1. Plaintiffs' Motion to Hold Byju Raveendran in Contempt of Court for Failure to Comply with the Court's Orders and Request for Civil Sanctions [A.D.I. 45, 6/17/25]

   Responses:

   A. Defendant Byju Raveendran's Opposition to Plaintiff's Motion to Hold Him in Contempt of Court and Request for Civil Sanctions [A.D.I. 53, 6/25/25]

   Related Documents:

   B. Order to Show Cause [A.D.I. 47, 6/20/25]

   C. Declaration of Jordan M. Nakdimon in Support of Plaintiffs' Motion to Hold Byju Raveendran in Contempt of Court for Failure to Comply with the Court's Orders and Request for Civil Sanctions [A.D.I. 46, 6/17/25]

   **Additional Documents:**

   D. **Plaintiffs' Reply in Support of Motion to Hold Byju Raveendran in Contempt of Court for Failure to Comply with the Court's Orders and Request for Civil Sanctions [D.I. 57, 6/28/25]**

   E. **Declaration of Jordan M. Nakdimon in Support of Plaintiffs' Motion to Hold Byju Raveendran in Contempt of Court for Failure to Comply with the Court's Orders and Request for Civil Sanctions [D.I. 58, 6/28/25]**

   F. **Certificate of Service of Defendant Byju Raveendran's Responses to Request for Production [D.I. 59, 6/28/25]**

   G. **Declaration of Byju Raveendran Verifying Discovery Responses [D.I. 60, 6/28/25]**

   H. **Declaration of Byju Raveendran Verifying Discovery Responses and Documents [D.I. 61, 6/28/25]**

   I. **Defendant Byju Raveendran's Motion for Leave to File Sur-Reply [D.I. 62, 6/30/25]**

   Status:  This matter is going forward.

Dated: June 30, 2025
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Kenneth J. Enos*
Robert S. Brady (Del. No. 2847)
Kenneth J. Enos (Del. No. 4544)
Jared W. Kochenash (Del. No. 6557)
Timothy R. Powell (Del. No. 6894)
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
rbrady@ycst.com
kenos@ycst.com
jkochenash@ycst.com
tpowell@ycst.com

-and-

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Benjamin Finestone (admitted pro hac vice)
Kate Scherling (admitted pro hac vice)
Jordan M. Nakdimon (admitted pro hac vice)
295 Fifth Avenue
New York, New York 10016
Tel.: (212) 849 7000
benjaminfinestone@quinnemanuel.com
katescherling@quinnemanuel.com
jordannakdimon@quinnemanuel.com

Counsel for Plaintiff-Debtor, BYJU's Alpha, Inc.