## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| BYJU'S ALPHA, INC.,[1] | ) Chapter 11 |
| | ) |
| Debtor. | ) Case No. 24-10140 (BLS) |
| | ) |
| | ) |
| | ) |
| | ) |
| BYJU'S ALPHA, INC., | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Adv. Pro. Case No. 24-50013 (BLS) |
| | ) |
| CAMSHAFT CAPITAL FUND, LP, CAMSHAFT CAPITAL ADVISORS, LLC, CAMSHAFT CAPITAL MANAGEMENT, LLC, RIJU RAVINDRAN, INSPILEARN LLC, and THINK AND LEARN PRIVATE LIMITED, | ) ) ) ) ) ) |
| Defendants. | ) |
| BYJU'S ALPHA, INC., | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Adv. Pro. No. 25-50526 (BLS) |
| | ) |
| BYJU RAVEENDRAN, DIVYA GOKULNATH, and ANITA KISHORE, | ) ) ) |
| Defendants | ) |

---

[1]   The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260).  The location of the Debtor's service address for purposes of this chapter 11 case is: 1007 N. Market St. Ste. G20 452, Wilmington, DE 19801.

**AMENDED[2] NOTICE OF AGENDA OF MATTER SCHEDULED
FOR HEARING ON AUGUST 21, 2025 AT 11:30 A.M. (ET)**

This hearing will proceed via Zoom.
Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing
using the eCourtAppearance tool (available here).

MATTERS GOING FORWARD:

Adv. 24-50013

1.      Order Granting Plaintiffs' Motion to Compel Riju Ravindran's Participation in Post-Judgment Discovery [D.I. 516, 8/6/25]

        Related Documents:

        A.      Motion to Compel Riju Ravindran's Participation in Post-Judgment Discovery [D.I. 478 (sealed), 7/3/25]

        B.      Declaration of Debra O'Gorman [D.I. 479 (sealed), 7/3/25]

        C.      Plaintiffs' Reply in Further Support of Motion to Compel Riju Ravindran's Participation in Post-Judgment Discovery [D.I. 509 (sealed), 7/28/25; D.I. 513, 7/31/25 (redacted)]

        D.      Ravindran's Objection to Plaintiffs' Motion to Compel Post-Judgment Discovery [D.I. 504 (sealed), 7/18/25; D.I. 506 (redacted), 7/22/25]

        E.      Notice of Completion of Briefing [D.I. 511, 7/31/25]

        Status: Mr. Ravindran has not provided any discovery responses or documents as required by the Court's August 6th Order.  Accordingly, this matter is going forward as a status conference.

**Adv. 25-50526**

2.      **Scheduling Conference**

        **Related Documents:**

        A.      **Motion to Reconsider Order of Contempt Against Byju Raveendran [D.I. 69, 7/14/25]**

_____

[2]      **Amended Items are bolded.**

B.   **Defendants Byju Raveendran and Divya Gokulnath's Motion to Dismiss [D.I. 77, 7/25/25]**

C.   **Plaintiffs' Motion Pursuant to Federal Rule of Bankruptcy Procedure 7037 and Federal Rule of Civil Procedure 37(b)(2)(A)(vi) for Default Against Defendant Byju Raveendran [D.I. 97 (sealed) 8/11/25; D.I. 102 (redacted), 8/14/25]**

**Status:**  **This matter is going forward for scheduling purposes.**

Dated: August 19, 2025
      Wilmington, Delaware        **YOUNG CONAWAY STARGATT & TAYLOR, LLP**

                          */s/ Kenneth J. Enos*
                          Robert S. Brady (Del. No. 2847)
                          Kenneth J. Enos (Del. No. 4544)
                          Jared W. Kochenash (Del. No. 6557)
                          Timothy R. Powell (Del. No. 6894)
                          1000 North King Street
                          Wilmington, Delaware 19801
                          Telephone: (302) 571-6600
                          Facsimile: (302) 571-1253
                          rbrady@ycst.com
                          kenos@ycst.com
                          jkochenash@ycst.com
                          tpowell@ycst.com

                          -and-

                          **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
                          Benjamin Finestone (admitted pro hac vice)
                          Kate Scherling (admitted pro hac vice)
                          Jordan M. Nakdimon (admitted pro hac vice)
                          295 Fifth Avenue
                          New York, New York 10016
                          Tel.: (212) 849 7000
                          benjaminfinestone@quinnemanuel.com
                          katescherling@quinnemanuel.com
                          jordannakdimon@quinnemanuel.com

                          Counsel for Plaintiff-Debtor, BYJU's Alpha, Inc.