IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| BYJU'S ALPHA, INC.,[1] | ) Chapter 11 |
| | ) |
| Debtor. | ) Case No. 24-10140 (BLS) |
| | ) |
| | ) |
| BYJU'S ALPHA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Adv. Pro. No. 25-50526 (BLS) |
| | ) |
| BYJU RAVEENDRAN, DIVYA GOKULNATH, and ANITA KISHORE, | ) |
| | ) |
| Defendants | ) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON SEPTEMBER 9, 2025 AT 1:30 P.M. (ET)**

**This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Shannon's Chambers Procedures and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available here.**

**ADJOURNED MATTER**

1.  Defendant Anita Kishore's Motion to Dismiss [D.I. 74, 7/25/25]

    Related Documents:

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260). The location of the Debtor's service address for purposes of this chapter 11 case is: 1007 N. Market St. Ste. G20 452, Wilmington, DE 19801.

33488702.3

A. Defendant Anita Kishore's Memorandum in Support of Her Motion to Dismiss [D.I. 75, 7/25/25]

B. Declaration of Anita Kishore in Support of Her Motion to Dismiss [D.I. 76, 7/25/25]

C. Plaintiffs' Opposition to Defendant Anita Kishore's Motion to Dismiss [D.I. 90 (sealed), 8/11/25; D.I. 104 (redacted), 8/14/25]

D. Declaration of Benjamin I. Finestone in Support of Plaintiffs' Opposition to Defendant Anita Kishore's Motion to Dismiss [D.I. 91 (sealed), 8/11/25, D.I. 105 (redacted), 8/14/25]

E. Omnibus Notice of Hearing on September 9, 2025 at 1:30 p.m. (ET) [D.I. 118, 8/22/25]

F. Reply in Support of Defendant Anita Kishore's Motion to Dismiss [D.I. 119, 8/22/25]

G. Declaration of Declaration of Anita Kishore in Support of Her Reply [D.I. 120, 8/22/25]

H. Notice of Completion of Briefing [D.I. 122, 8/27/25]

Status: This matter is continued to a date to be determined.

**MATTERS GOING FORWARD**

2. Defendants Byju Raveendran and Divya Gokulnath's Motion to Dismiss [D.I. 77, 7/25/25]

Related Documents:

A. Memorandum of Law in Support of Defendants Motion to Dismiss [D.I. 78, 7/26/25]

B. Declaration of Defendant Byju Raveendran in Support of Motion to Dismiss [D.I. 79, 7/26/25]

C. Declaration of Divya Gokulnath in Support of Motion to Dismiss [D.I. 80, 7/26/25]

D. Plaintiffs' Opposition to Defendants Byju Raveendran and Divya Gokulnath's Motion to Dismiss [D.I. 93 (sealed), 8/11/25; D.I. 106 (redacted), 8/14/25]

E. Declaration of Benjamin I. Finestone in Support of Plaintiffs' Opposition to Defendants Byju Raveendran and Divya Gokulnath's Motion to Dismiss [D.I. 94 (sealed), 8/11/25; D.I. 107 (redacted), 8/14/25]

F. Defendants Byju Raveendran and Divya Gokulnath's Reply in Support of Motion to Dismiss [D.I. 116, 8/21/25]

G.     Omnibus Notice of Hearing on September 9, 2025 at 1:30 p.m. (ET) [D.I. 118, 8/22/25]

H.     Notice of Completion of Briefing [D.I. 123, 8/27/25]

Status: A completion of briefing binder has been delivered to the Court. This matter is going forward.

3. Motion to Reconsider Order of Contempt Against Byju Raveendran [D.I. 69, 7/14/25]

Related Documents:

A.     Defendant Byju Ravendran's Memorandum of Law in Support of Motion to Reconsider Order Granting Plaintiff's Motion to Hold Byju Raveendran in Contempt of Court [D.I. 70, 7/15/25]

B.     Plaintiffs' Opposition to Motion to Reconsider Order of Contempt Against Byju Raveendran D.I. 81, 7/28/25]

C.     Defendant Byju Ravendran's Reply Memorandum in Support of Motion to Reconsider Order Granting Plaintiff's Motion to Hold Byju Raveendran in Contempt of Court [D.I. 82, 8/6//25]

D.     Third Declaration of Mohammad Al Muhtaseb [D.I. 83 (sealed), 8/6/25]

E.     Amended Notice of Completion of Briefing [D.I. 101, 8/14/25]

F.     Omnibus Notice of Hearing on September 9, 2025 at 1:30 p.m. (ET) [D.I. 118, 8/22/25]

Status: A completion of briefing binder has been delivered to the Court. This matter is going forward.

4. Motion Pursuant to Federal Rule of Bankruptcy Procedure 7037 and Federal Rule of Civil Procedure 37(b)(2)(A)(vi) for Default Against Defendant Byju Raveendran [D.I. 97, (sealed) 8/11/25; D.I. 102 (redacted), 8/14/25]

Related Documents:

A.     Declaration of Benjamin I. Finestone in Support of Motion Pursuant to Federal Rule of Bankruptcy Procedure 7037 and Federal Rule of Civil Procedure 37(b)(2)(A)(vii) for Default Against Defendant Byju Raveendran [D.I. 98 (sealed), 8/11/25; D.I. 103 (redacted), 8/14/25]

B.     Omnibus Notice of Hearing on September 9, 2025 at 1:30 p.m. (ET) [D.I. 118, 8/22/25]

C.     Defendant Byju Raveendran's Opposition to Motion for Default Judgment [D.I. 121, 8/26/25]

    D.      Plaintiffs' Reply in Further Support of Motion Pursuant to Federal Rule of Bankruptcy Procedure 7037 and Federal Rule of Civil Procedure 37(b)(2)(A)(vi) for Default Against Defendant Byju Raveendran [D.I. 124, 9/2/25]

    E.      Notice of Completion of Briefing [D.I. 125, 9/4/25]

<u>Status</u>: A completion of briefing binder has been delivered to the Court. This matter is going forward.

Dated: September 5, 2025
       Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

<u>/s/ Kenneth J. Enos</u>
Robert S. Brady (Del. No. 2847)
Kenneth J. Enos (Del. No. 4544)
Jared W. Kochenash (Del. No. 6557)
Timothy R. Powell (Del. No. 6894)
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
rbrady@ycst.com
kenos@ycst.com
jkochenash@ycst.com
tpowell@ycst.com

-and-

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Benjamin Finestone (admitted pro hac vice)
Kate Scherling (admitted pro hac vice)
Jordan M. Nakdimon (admitted pro hac vice)
295 Fifth Avenue
New York, New York 10016
Tel.: (212) 849 7000
benjaminfinestone@quinnemanuel.com
katescherling@quinnemanuel.com
jordannakdimon@quinnemanuel.com

Counsel for Plaintiff-Debtor, BYJU's Alpha, Inc.

33488702.3