## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BYJU'S ALPHA, INC.,[1]<br><br>               Debtor.<br><br>―――――――――――――――――<br><br>BYJU'S ALPHA, INC.,<br><br>               Plaintiff,<br><br>GLAS TRUST COMPANY LLC,<br><br>               Intervenor,<br><br>            v.<br><br>OCI LIMITED and RUPIN BANKER,<br><br>               Defendants | Chapter 11<br><br>Case No. 24-10140 (BLS)<br><br><br><br><br>Adv. Pro. No. 25-50822 (BLS) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON SEPTEMBER 22, 2025 AT 10:00 A.M. (ET)

**AS NO MATTERS ARE GOING FORWARD THE HEARING HAS BEEN CANCELLED.**

ADJOURNED MATTER

(Adversary Pro. No. 25-50822)

1.     Defendant OCI Limited's Motion to Dismiss or in the Alternative, to Stay this Case in Favor of Arbitration [D.I. 23, 7/14/25]

---

[1]     The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260). The location of the Debtor's service address for purposes of this chapter 11 case is: 1007 N. Market St. Ste. G20 452, Wilmington, DE 19801.

33559519.1

Related Documents:

A.   Defendant OCI Limited's Memorandum of Law in Support of Its Motion to Dismiss or in the Alternative, to Stay this Case in Favor of Arbitration [D.I. 24, 7/14/25]

B.   Declaration of Oliver Philip Chapman in Support of Motion to Dismiss [D.I. 25, 7/14/25]

C.   Debtor's and GLAS Trust Company LLC's Opposition to OCI Limited's Motion to Dismiss the Complaint [D.I. 28 (sealed) 7/28/25; D.I. 30 (redacted) 7/31/25]

D.   Declaration of Benjamin I. Finestone in Support of Plaintiffs' Opposition to OCI's Motion to Dismiss [D.I. 29 (sealed) 7/28/25; D.I. 41 (redacted) 9/8/25]

E.   Defendant OCI Limited's Reply Memorandum of Law in Further Support of Its Motion to Dismiss [D.I. 34, 8/6/25]

F.   Declaration of Oliver Philip Chapman in Support of Motion to Dismiss [D.I. 25, 7/14/25]

G.   Notice of Completion of Briefing [D.I. 36, 8/11/25]

Status: A completion of briefing binder has been submitted to the Court. This matter is adjourned to a time to be determined.

RESOLVED MATTER

2.   Debtor's Motion for Entry of an Order (I) Approving the Combined Plan and Disclosure Statement on an Interim Basis for Solicitation Purposes Only, (II) Establishing Solicitation and Voting Procedures, (III) Approving the Form of Ballots and Solicitation Materials, (IV) Establishing the Voting Record Date, (V) Fixing the Date, Time, and Place for the Combined Hearing and the Deadlines for Filing Confirmation Objections, and (VI) Granting Related Relief [D.I. 471, 8/29/25]

Response Deadline:   September 15, 2025 at 4:00 p.m. (ET)

Responses Received:

A.   Informal response of the Office of the United States Trustee

Related Documents:

B.   Combined Disclosure Statement and Chapter 11 Plan of BYJU's Alpha, Inc. [D. I. 470, 8/29/25]

C.   Amended Combined Disclosure Statement and Chapter 11 Plan of BYJU's Alpha, Inc. [D. I. 475, 9/16/25]

D.      Notice of Filing of Blackline of Combined Disclosure Statement and Chapter 11 Plan of BYJU's Alpha, Inc. [D. I. 476, 9/16/25]

E.      Certification of Counsel [D. I. 477, 9/16/25]

F.      Order (I) Approving the Combined Plan and Disclosure Statement on an Interim Basis for Solicitation Purposes Only, (II) Establishing Solicitation and Voting Procedures, (III) Approving the Form of Ballots and Solicitation Materials, (IV) Establishing the Voting Record Date, (V) Fixing the Date, Time, and Place for the Combined Hearing and the Deadlines for Filing Confirmation Objections, and (VI) Granting Related Relief [D.I. 478, 9/16/25]

<u>Status</u>:  The Order has been entered.  No hearing is necessary.

Dated: September 18, 2025
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

<u>/s/ Kenneth J. Enos</u>
Robert S. Brady (Del. No. 2847)
Kenneth J. Enos (Del. No. 4544)
Jared W. Kochenash (Del. No. 6557)
Timothy R. Powell (Del. No. 6894)
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
rbrady@ycst.com
kenos@ycst.com
jkochenash@ycst.com
tpowell@ycst.com

-and-

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Benjamin Finestone (admitted pro hac vice)
Kate Scherling (admitted pro hac vice)
Jordan M. Nakdimon (admitted pro hac vice)
295 Fifth Avenue
New York, New York 10016
Tel.: (212) 849 7000
benjaminfinestone@quinnemanuel.com
katescherling@quinnemanuel.com
jordannakdimon@quinnemanuel.com

Counsel for Plaintiff-Debtor, BYJU's Alpha, Inc.