# AFFIDAVIT

**STATE OF NEW JERSEY )**
**) ss:**
**CITY OF MONMOUTH JUNCTION, in the COUNTY OF MIDDLESEX )**

I, Keith Oechsner, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher of THE WALL STREET JOURNAL, a daily national newspaper of general circulation throughout the United States, and that the notice attached to this Affidavit has been regularly published in THE WALL STREET JOURNAL for National distribution for

1 insertion(s) on the following date(s):

SEP-25-2025;

ADVERTISER: BYJU'S ALPHA, INC.;

and that the foregoing statements are true and correct to the best of my knowledge.

[signature]

Sworn to before me this
25 day of September 2025

[signature]

Notary Public

IAN C. MARTIN
NOTARY PUBLIC
ID #
50086494
COMMISSION
EXPIRES
07/18/2028
STATE OF NEW JERSEY

BUSINESS NEWS

# DP World's Chief Sees Trade Shift

Tariffs, geopolitical upheaval creating new logistics options around the world

By Paul Berger

Sultan Ahmed bin Sulayem has a front-row seat to global shifts in supply chains. **DP World**'s group chairman and chief executive oversees Dubai's Jebel Ali Free Zone, a booming trade hub that links markets in Asia with Africa, Europe and the U.S. He also leads one of the world's largest port operators with more than 60 ports and terminals across the Middle East, Africa, Europe, Asia and the Americas.

Even as geopolitical tensions and tariffs disrupt trade flows, bin Sulayem is optimistic. "We have been in business for a long time," he said. "We've been through geopolitical issues, monopolistic practices, government protective policies, but we know one thing: that when it comes to trade, it's very resilient."

Bin Sulayem says disruptions are redirecting trade rather than slowing it and that DP World is expanding wherever it sees opportunity.

DP World's revenue in the first half of this year grew 20% from the year-earlier period to $11.2 billion. Bin Sulayem said the company in 2025 is making "our biggest investment in years," spending $2.5 billion to expand ports in Dubai, the Democratic Republic of Congo, Senegal, India and the U.K. It recently signed deals to upgrade Syria's Port of Tartus, to expand the Dominican Republic's port and free trade zone at Caucedo, and to expand Canada's Port of Montreal.

DP World's Chief Executive Sultan Ahmed bin Sulayem at a summit in Dubai in February.
CHRISTOPHER PIKE/BLOOMBERG NEWS

Bin Sulayem spoke with the WSJ Logistics Report about the trade shifts he is seeing across the world. The interview has been condensed and edited for clarity.

**WSJ: How are U.S. tariffs affecting global trade flows?**

BIN SULAYEM: Whatever cannot be absorbed or has difficulty going to the U.S. is going to other parts of the world. We are seeing a big increase in trade to Africa. But it's not just Africa. Jebel Ali also serves the Indian subcontinent, the upper and lower Gulf, from Iraq to Eurasia as well as Asian countries. The [Commonwealth of Independent States] countries are huge—I think there is a $1.5 trillion possibility of trade in these landlocked countries.

**Which CIS countries most interest you?**

BIN SULAYEM: For a long time, Uzbekistan was not that open for business. Today it's becoming huge and now we are starting a new facility in Uzbekistan just to meet the demand. Kazakhstan is also organizing itself and has a very interesting role in this growing Middle Corridor that moves goods from the Far East and goes all the way to Warsaw. We are seeing new routes between Asia and Europe that go through Afghanistan, Kyrgyzstan and Turkmenistan. These new routes have generated a lot of momentum.

**What are your thoughts on the efforts to build a rail and sea corridor that will link India with Europe and the U.S. via the United Arab Emirates and Israel?**

BIN SULAYEM: It will take a long time to build out that full rail concept, which will be amazing when it's ready. But until they build it, let's move the business now through other road and rail routes. There are alternatives. You can use Iraq to Turkey. You can use Iraq to Syria, which is much calmer than it used to be. We just took over the management of the Port of Tartus in Syria and our team will have that port working much better very soon. The more routes you have to take cargo into Europe and the region, the better for trade because you don't want to be locked into one way.

**Are you concerned about DP World's investments in India given the recent U.S. tariffs that are slowing trade between the two countries?**

BIN SULAYEM: India still has a huge market that it can serve better than everyone else—and that's Africa. Prime Minister [Narendra] Modi went to many African countries to establish relations and so you can see a lot of cargo from India now goes to that area. In my opinion, India is better placed than China because from the Indian Ocean to Africa is so easy for them. We are building a big port in Gujarat called Tuna-Tekra. It will be not only a port but also an industrial park with manufacturing and other facilities. We are also the biggest private rail operator in India today. India has a lot of growth.

*Paul Berger writes for the Logistics Report at WSJ Pro.*

# Litigators Break Up With Firms

*Continued from page B1*

firm. Her new firm already has some 30 lawyers.

She said she no longer sees working at a small firm as a handicap in taking on big cases. "Clients are comfortable with boutique firms handling their most consequential litigation," she said.

Divisions have been forming inside firms for at least several years. Billings for work on corporate deals and for private-equity firms have skyrocketed, dwarfing the revenue from trial work. Law firms have recruited top corporate lawyers with promises of $20 million and more in annual earnings—in line with their counterparts in investment banking.

Those lawyers, in turn, exercise significant sway because they could devastate firms' bottom lines if they left and took their clients with them.

The Trump era has deepened the disagreements. Corporate lawyers benefit from staying on the administration's good side in case they need regulator approval for important deals, while litigators risk their reputations as zealous advocates if they look unwilling to stand up to the president.

Some leaders of large firms have been sanguine about the departures of top litigators, saying they lent prestige but weren't large contributors to the bottom line. They dispute the characterization that they are shying away from contentious cases and say they remain strongly committed to robust litigation practices.

Litigators say the world of Big Law is dominated by a risk-averse culture, in which firms turn down cases against big companies or banks—lest they lose clients—and forgo many controversial cases altogether.

"I never wanted to work at a big corporation," said Christopher Clark, who was a longtime partner at Latham & Watkins and left to join a startup boutique two years ago. Clark said several of the cases his boutique firm, Clark Smith Villazor, is litigating—including against bank Morgan Stanley and a company owned by private-equity firm Fortress Investment Group—wouldn't be possible at one of the big firms because they would clash with corporate work.

Still, the overall trend in the industry remains toward consolidation, as firms compete with one another on a global stage. Lawyers leaving larger firms for boutiques are taking a financial risk, because the smaller firms are more vulnerable to collapse with the loss of a key client or the retirement of a high-profile founding partner. Many of the more controversial cases the firms hope to take aren't lucrative, because those clients don't have as deep pockets as large corporations.

When Benjamin Klubes left his job as a top lawyer at the Department of Housing and Urban Development during the Biden administration, he decided to start his own firm. He previously had been a partner at Skadden, Arps, Slate, Meagher & Flom and a managing partner at Buckley, a smaller firm that since has merged with global law firm Orrick, Herrington & Sutcliffe.

But he said he was disappointed by the legal industry's reluctance to push back against Trump and wanted to start a firm that wouldn't shy away from representing clients adverse to the government.

"A lot of lawyers are taking interest and thinking about better ways to practice law in the future," he said.

# ProPhase Puts Covid-Test Unit in Bankruptcy

By Becky Yerak

**ProPhase Labs** has put a diagnostic-testing unit into bankruptcy, a move it has been planning as a way to collect on millions of dollars in accounts receivable from its days processing Covid-19 tests inside tents in New York City.

The Uniondale, N.Y.-based company earlier this year discussed putting a near-dormant Covid-19 testing unit into chapter 11, during which a collections firm called Crown Medical Collections would use the bankruptcy court as a forum to sue insurers for reimbursement.

ProPhase Labs Chief Executive Ted Karkus said Monday's filing by its ProPhase Diagnostics unit was prompted by insurers' nonpayment.

"This has placed significant financial strain on our laboratories, making it difficult to meet current obligations," Karkus said. One goal of the bankruptcy, he said, is to "streamline and accelerate recovery of funds.

"Many insurance companies had previously approved claims but underpaid the amounts required by law," Karkus said.

A Covid-19 testing site in New York in March 2020.
KATHY WILLENS/AP

ProPhase Diagnostics and two affiliates entered chapter 11 with the U.S. Bankruptcy Court in Trenton, N.J., with liabilities totaling roughly $13 million and assets of roughly $50 million, the latter mostly consisting of accounts receivable, records show.

Bankruptcy is generally meant to help struggling businesses, rather than solvent ones that might be pushing the legal boundaries of in-court restructurings.

ProPhase said in a news release that it would soon update shareholders on efforts "that could net $50 million in cash" to the company.

ProPhase is at least the fourth Covid testing business that has filed for bankruptcy and hired Crown Medical to collect on accounts receivables.

ProPhase has previously said that, at the height of the pandemic, the people doing Covid testing in the tents were under stress and weren't as well-equipped to verify patients' insurance documents as employees in a doctor's office. Also, the U.S. Health and Human Services Department had been reimbursing healthcare providers for testing uninsured individuals for Covid-19. But in early 2022, because of a lack of funding, the uninsured program stopped accepting claims.

Karkus said the bankruptcy doesn't include the parent company or affect ProPhase's other businesses, including an esophageal cancer test, the BE-Smart, as well as DNA testing lines.

ProPhase is also the one-time owner of the Cold-eeze throat lozenges brand, which it sold in 2017 for $50 million to drug company Mylan.

The company is represented in its bankruptcy by Maciag Law.

The case has been assigned to Judge Christine Gravelle.

*Becky Yerak writes for WSJ Pro Bankruptcy.*

ADVERTISEMENT

**The Marketplace**

To advertise: 800-366-3975 or WSJ.com/classifieds

**BANKRUPTCIES**

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

In re: BYJU'S ALPHA, INC., Debtor. Chapter 11 Case No. 24-10140 (BLS)

**PUBLICATION NOTICE OF HEARING ON COMBINED DISCLOSURE STATEMENT AND CHAPTER 11 PLAN**

On September 16, 2025, the above-captioned debtor and debtor in possession (the "Debtor") filed the *Amended Combined Disclosure Statement and Chapter 11 Plan of BYJU's Alpha, Inc.* [D.I. 475] (as may be amended, modified, or supplemented, the "Combined Plan and Disclosure Statement").[1] On September 16, 2025, the Bankruptcy Court entered an order approving the disclosures in the Combined Plan and Disclosure Statement on an interim basis. [D.I. 478] (the "Interim Approval and Procedures Order"). Copies of the Interim Approval and Procedures Order and Combined Plan and Disclosure Statement can be obtained free of charge upon request to the Debtor: (i) via email at bwalters@ycst.com or (ii) via telephone at 302-576-7791 (toll-free in the U.S. and Canada). The Plan Supplement will be filed no later than October 12, 2025, and will be available upon request to the Debtor: (i) via email at bwalters@ycst.com or (ii) via telephone at 302-573-7791 (toll-free in the U.S. and Canada).

**Combined Hearing.** A combined hearing (the "Combined Hearing") to consider (i) final approval of the Combined Plan and Disclosure Statement as containing adequate information within the meaning of section 1125 of the Bankruptcy Code and (ii) confirmation of the Plan will be held before the Honorable Brendan L. Shannon, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801, on **October 29, 2025, at 11:00 a.m. (prevailing Eastern Time)**. The Combined Hearing may be continued from time to time without further notice other than the announcement by the Debtor in open court of the adjourned date at the Combined Hearing or any continued hearing or as indicated in any notice filed with the Bankruptcy Court on the docket in this Chapter 11 Case.

**Objections to Confirmation.** Objections to confirmation of the Plan, including any objection to the adequacy of the disclosures, if any, must be filed with the Bankruptcy Court on or before 4:00 p.m. (prevailing Eastern Time) on October 22, 2025 and served in accordance with the procedures set forth in the Interim Approval and Procedures Order.

**Voting Class and Voting Deadline.** Only holders of Claims in Class 3 (Prepetition Term Loan Claims) are entitled to vote to accept or reject the Plan. The deadline for the submission of such votes to the Debtor is **October 19, 2025, at 4:00 p.m. (prevailing Eastern Time)**. Holders of Unimpaired Claims in Class 1 (Other Secured Claims) and Class 2 (Other Priority Claims) will be paid in full and are presumed to accept the Plan. Holders of Claims or Interests in Class 4 (General Unsecured Claims), Class 5 (Intercompany Claims), Class 6 (510(b) Claims), and Class 7 (Interests) are deemed to reject the Plan and are not entitled to vote. In accordance with section 1123(a)(1) of the Bankruptcy Code, Administrative Expense Claims, Professional Fee Claims, and Priority Tax Claims, as described in the Combined Plan and Disclosure Statement, have not been classified and, therefore, Holders of such Claims are not entitled to vote to accept or reject the Plan. The respective treatment of such unclassified Claims is set forth in Article III of the Plan.

**RELEASE, INJUNCTION, AND EXCULPATION PROVISIONS ARE FOUND IN ARTICLE X OF THE PLAN. YOU ARE ADVISED AND ENCOURAGED TO CAREFULLY REVIEW AND CONSIDER THE COMBINED PLAN AND DISCLOSURE STATEMENT, INCLUDING THE RELEASE, INJUNCTION, AND EXCULPATION PROVISIONS, AS YOUR RIGHTS MIGHT BE AFFECTED.**

[1] Capitalized terms used herein but not otherwise defined herein shall have the meanings ascribed to them in the Combined Plan and Disclosure Statement.

**BUSINESS OPPORTUNITIES**

**Pre-Permitted Hydroelectric/byproduct gold project.**

**$6 million investment proformas 500% ROI on $3500 per oz gold and much higher if gold is revalued during the financial reset.**

Accredited investors contact the **Olancho Energy Group** office at 530-575-2240 in UTC-8 for a Pitch Deck

THE WALL STREET JOURNAL.

**THE MARKETPLACE**

ADVERTISE TODAY

**(800) 366-3975**

For more information visit: **wsj.com/classifieds**

© 2025 Dow Jones & Company, Inc. All Rights Reserved.

# Ridgemont Fund Draws $4 Billion

By Chris Cumming

Ridgemont Equity Partners raised nearly $4 billion for its latest fund to buy U.S. mid-market companies, the private-equity firm said.

Ridgemont Equity Partners V closed at its upper limit of $3.975 billion, above the initial target of $2.75 billion.

The Charlotte, N.C., firm, which formed in 2010 as a spinout from **Bank of America**, also surpassed the sum it raised for its fourth fund, which closed with $2.35 billion in 2022.

Ridgemont raised the new vehicle in about four months, said Jack Purcell, a managing partner at the firm. Previous Ridgemont limited partners offered support, and the firm chose to expand the investor roster, bringing in more capital from Western Europe and raising significant money from the Middle East and Asia for the first time in the firm's history, Purcell said.

Principals of the firm also committed nearly $250 million to the new fund, making them collectively one of the largest investors, Ridgemont said.

Investment bank Evercore assisted with the fundraising process and law firm Kirkland & Ellis provided legal counsel.

Ridgemont buys North American companies in the business-services, healthcare and industrials sectors, typically committing up to $500 million at a time to businesses with enterprise values of $100 million to $1 billion, according to the firm's website.

Purcell said Ridgemont backs two types of companies: asset-light distributors and asset-light services providers.

"For us, the real action is down at the subsector," Purcell said. The firm has developed expertise investing in market niches including third-party logistics, transport aftermarket, and environmental, power and infrastructure services, he said.

While the firm typically makes control investments, it usually takes stakes of 51% to 70%, encouraging existing backers to keep some skin in the game.

Ridgemont intends to start investing from the new fund next year, Purcell said. Recent deals by the firm include backing HealthMark Group, which provides technology for managing medical records, and Unosquare, which makes digital-engineering and data-analytics technology.

Private-equity fundraising has been weak this year, due to firms' difficulties profitably selling companies, which has left fund investors short of cash. Over the first six months of 2025, U.S. firms raised $149 billion for buyout and growth funds, setting a pace for a third consecutive annual fundraising decline, said PitchBook Data, which tracks information about the private markets.

In this context, Ridgemont's fundraising process was helped by significant exits over the past 18 months, Purcell said.

## New Highs and Lows

The following explanations apply to the New York Stock Exchange, NYSE Arca, NYSE American and Nasdaq Stock Market stocks that hit a new 52-week intraday high or low in the latest session. **% CHG**-Daily percentage change from the previous trading session.

**Wednesday, September 24, 2025**

**Highs**

| Stock | Sym | 52-Wk Hi/Lo | % Chg |
|---|---|---|---|
| ACM Research | ACMR | 40.10 | -0.8 |
| AParadiseAcqn | APAD | 10.00 | ... |
| ATAI Life | ATAI | 5.97 | -2.1 |
| AdtalemGlbEduc | ATGE | 146.87 | 0.8 |
| AeroVironment | AVAV | 307.11 | 1.0 |
| Alibaba | BABA | 180.16 | 8.2 |
| AlliedGold | AAUC | 17.50 | -1.6 |
| AlphaTimeWt | ATMCW | 0.10 | 18.2 |
| AmerBatteryTech | ABAT | 5.07 | 13.8 |
| AmerPubEduc | APEI | 38.32 | 1.1 |
| AmylyxPharm | AMLX | 14.06 | 3.0 |
| AnnalyCapPfdJ | NLYpJ | 25.97 | 0.1 |
| AnteroMidstream | AM | 19.52 | 1.7 |
| ArchimedesII | ATII | 10.27 | 0.6 |
| ArrowheadPharm | ARWR | 33.73 | 1.0 |
| AtheneDeb2064 | ATHS | 26.04 | -0.2 |
| AuraMinerals | AUGO | 35.82 | -1.5 |
| BESTSPACIAcqnRt | BSAAR | 0.18 | -5.9 |
| BakerHughes | BKR | 50.14 | 1.9 |
| BcoSantChile | BSAC | 26.83 | -0.6 |
| BancoSantander | SAN | 10.35 | 0.4 |
| BankwellFinl | BWFG | 46.85 | ... |
| BioHarvestSci | BHST | 12.00 | 7.3 |
| BrookdaleSrLiving | BKD | 8.55 | 1.8 |
| CVS Health | CVS | 77.34 | -0.2 |
| Cameco | CCJ | 89.13 | -4.4 |
| CavcoIndustries | CVCO | 577.53 | -1.7 |
| Cencora | COR | 309.64 | 2.0 |
| CentessaPharm | CNTA | 24.13 | 2.7 |
| ChurchillX Wt | CCCXW | 4.23 | 9.2 |
| ChurchillCapX | CCCXU | 14.58 | 7.2 |
| ChurchillCapX | CCCX | 13.68 | 6.6 |
| CidaraTherap | CDTX | 90.64 | 20.5 |
| CipherMining | CIFR | 15.54 | -0.1 |
| CipherMiningWt | CIFRW | 6.63 | 0.5 |
| ClearPtNeuro | CLPT | 20.94 | 58.6 |
| CoeurMining | CDE | 18.52 | -3.4 |
| CogentBio | COGT | 13.55 | 2.4 |
| Buenaventura | BVN | 22.95 | 3.7 |
| ConsldWater | CWCO | 35.12 | 0.1 |
| ContangoOre | CTGO | 25.20 | 5.3 |
| Corning | GLW | 81.58 | -1.3 |
| Costamare | CMRE | 12.83 | 2.3 |
| D-WaveQuantumWt | QBTS.WS | 30.72 | 1.2 |
| D-WaveQuantum | QBTS | 29.18 | 0.7 |
| Daxor | DXR | 12.22 | -3.4 |
| DenisonMines | DNN | 2.95 | -2.5 |
| Dillard's | DDS | 611.98 | 0.3 |
| DivrsHlthcrNts42 | DHCNI | 17.99 | -1.6 |
| DrugsMadeInAm | DMAA | 10.34 | 0.5 |
| DuneAcqnII | IPOD | 10.16 | 0.5 |
| DuneAcqnII | IPODU | 10.25 | 0.4 |
| Electrovaya | ELVA | 7.49 | 2.9 |
| Enbridge | ENB | 50.15 | 0.8 |
| EnergyFuels | UUUU | 18.60 | 1.2 |
| EosEnergy | EOSE | 11.36 | 4.8 |
| EosEnergyWt | EOSEW | 1.67 | 51.9 |
| EtoilesCapital | EFTY | 12.28 | 6.1 |
| EversourceEner | ES | 69.64 | -0.5 |
| Exagen | XGN | 10.83 | 8.7 |
| FACTIIAcqnWt | FACTW | 0.35 | 8.0 |
| FalconsBeyondGlbWt | FBYDW | 2.40 | -10.7 |
| FedAgriMtgPfdH | AGMpH | 25.54 | ... |
| FluxPower | FLUX | 3.40 | 16.5 |
| ForumEnergyTech | FET | 28.25 | 0.5 |
| GE Aerospace | GE | 307.25 | -1.7 |
| GSRIIIAcqnRt | GSRTR | 9.65 | 6.0 |
| GalataAcqnII | LATAU | 10.02 | -0.2 |
| GalaxyDigital | GLXY | 35.79 | 3.5 |
| GencoShipping | GNK | 19.60 | -1.4 |
| Genmab | GMAB | 29.52 | 2.5 |
| GeospaceTech | GEOS | 21.90 | -4.4 |
| GigCapital7Wt | GIGGW | 0.40 | 25.0 |
| HCMIIAcqn | HONDU | 20.75 | 11.0 |
| HCMIIAcqn | HOND | 18.07 | 11.7 |
| HCMIIAcqnWt | HONDW | 6.58 | 25.0 |
| HF Sinclair | DINO | 53.94 | 0.8 |
| HangFengTech | FOFO | 19.75 | 20.2 |
| HealthcareSvcs | HCSG | 16.60 | 3.4 |
| HighviewMergerUn | HVMCU | 10.48 | 0.1 |
| HowmetAerospace | HWM | 194.69 | -1.7 |

**Continued on Page B9**