**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) |
| | ) |
| BYJU'S ALPHA, INC.,[1] | ) Chapter 11 |
| | ) |
|                Debtor. | ) Case No. 24-10140 (BLS) |
| | ) |
| | ) |
| | ) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON OCTOBER 1, 2025 AT 10:00 A.M. (ET)**

> **AS NO MATTERS ARE GOING FORWARD, THE HEARNG HAS BEEN CANCELLED**.

**RESOLVED MATTERS**

1. Debtor's Motion for Entry of an Order Authorizing the Debtor to (I) Amend the DIP Credit Agreement and (II) Granting Related Relief [D.I. 480, 9/17/25]

   Response Deadline:   September 24, 2025 at 4:00 p.m. (ET)

   Responses Received:  None.

   Related Documents:

   A.   Certificate of No Objection [D.I. 490, 9/25/25]

   B.   Order Authorizing the Debtor to (I) Amend the DIP Credit Agreement and (II) Granting Related Relief [D.I. 491, 9/26/25]

   Status:  The Order has been entered.  No hearing is necessary.

2. Third Interim Fee Applications of the Debtor's Professionals for the Period from August 1, 2024 Through and Including March 31, 2025 [D.I. 465, 8/25/25]

   Response Deadline:   September 15, 2025 at 4:00 p.m. (ET)

   Responses Received:  None.

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260).  The location of the Debtor's service address for purposes of this chapter 11 case is: 1007 N. Market St. Ste. G20 452, Wilmington, DE 19801.

33579091.1

Related Documents:

A.   *See* Exhibit A attached.

B.   Certification of Counsel Regarding Proposed Omnibus Order Approving Third Interim Fee Applications of Debtor's Professionals [D.I. 485, 9/24/25]

C.   Omnibus Order Approving Third Interim Fee Applications of Debtor's Professionals [D.I. 488, 9/25/25]

Status:  The Order has been entered.  No hearing is necessary.

Dated: September 26, 2025
Wilmington, Delaware          **YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Kenneth J. Enos*
Robert S. Brady (Del. No. 2847)
Kenneth J. Enos (Del. No. 4544)
Jared W. Kochenash (Del. No. 6557)
Timothy R. Powell (Del. No. 6894)
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
rbrady@ycst.com
kenos@ycst.com
jkochenash@ycst.com
tpowell@ycst.com

-and-

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Benjamin Finestone (admitted pro hac vice)
Kate Scherling (admitted pro hac vice)
Jordan M. Nakdimon (admitted pro hac vice)
295 Fifth Avenue
New York, New York 10016
Tel.: (212) 849 7000
benjaminfinestone@quinnemanuel.com
katescherling@quinnemanuel.com
jordannakdimon@quinnemanuel.com

Counsel for Debtor, BYJU's Alpha, Inc.

33579091.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BYJU'S ALPHA, INC.,[2] | Case No. 24-10140 (BLS) |
| Debtor. | Hearing Date:  October 1, 2025 at 10:00 a.m. (ET)<br>Obj. Deadline: September 15, 2025 at 4:00 p.m. (ET) |

## EXHIBIT A
## INDEX TO THIRD INTERIM FEE APPLICATIONS

Third Interim Fee Applications of the Debtor's Professionals for the Period from August 1, 2024 Through and Including March 31, 2025 [D.I. 465, 8/25/25]

1. Quinn Emanuel Urquhart & Sullivan, LLP

    A. Sixth Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Co-Counsel to the Debtor for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2024 through August 31, 2024 [D.I. 268, 10/1/24]

    B. Certificate of No Objection Regarding D.I. 268 [D.I. 279, 10/23/24]

    C. Seventh Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Co-Counsel to the Debtor for Allowance of Compensation and Reimbursement of Expenses for the Period from September 1, 2024 through September 30, 2024 [D.I. 297, 11/29/24]

    D. Certificate of No Objection Regarding D.I. 297 [D.I. 309, 12/19/24]

    E. Eighth Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Co-Counsel to the Debtor for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2024 through October 31, 2024 [D.I. 312, 12/20/24]

    F. Certificate of No Objection Regarding D.I. 312 [D.I. 322, 1/15/25]

    G. Ninth Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Co-Counsel to the Debtor for Allowance of Compensation and Reimbursement of

---

[2] The Debtor in this Chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260).  The location of the Debtor's service address for purposes of this Chapter 11 case is: 1007 N. Market St. Ste. G20 452, Wilmington, Delaware 19801.

33579091.1

<a>
</a>

        Expenses for the Period from November 1, 2024 through November 30, 2024 [D.I. 314, 12/29/25]

   H.   Certificate of No Objection Regarding D.I. 314 [D.I. 324, 1/24/25]

   I.   Tenth Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Co-Counsel to the Debtor for Allowance of Compensation and Reimbursement of Expenses for the Period from December 1, 2024 through December 31, 2024 [D.I. 326, 1/21/25]

   J.   Certificate of No Objection Regarding D.I. 326 [D.I. 328, 2/21/25]

   K.   Eleventh Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Co-Counsel to the Debtor for Allowance of Compensation and Reimbursement of Expenses for the Period from January 1, 2025 through January 31, 2025 [D.I. 330, 2/28/25]

   L.   Certificate of No Objection Regarding D.I. 330 [D.I. 336, 3/24/25]

   M.   Twelfth Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Co-Counsel to the Debtor for Allowance of Compensation and Reimbursement of Expenses for the Period from February 1, 2025 through February 28, 2025 [D.I. 343, 3/31/25]

   N.   Certificate of No Objection Regarding D.I. 343 [D.I. 357, 4/22/25]

   O.   Thirteenth Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Co-Counsel to the Debtor for Allowance of Compensation and Reimbursement of Expenses for the Period from March 1, 2025 through Mach 31, 2025 [D.I. 400, 6/4/25]

   P.   Certificate of No Objection Regarding D.I. 400 [D.I. 430, 7/2/25]

   Q.   Supplement to Third Interim Fee Application of Quinn Emanuel Urquhart & Sullivan, LLP [D.I. 467, 8/25/25]

2.   Young Conaway Stargatt & Taylor, LLP

   A.   Fifth Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Debtor for the Period from August 1, 2024 through August 31, 2024 [D.I. 265, 9/27/24]

   B.   Certificate of No Objection Regarding D.I. 265 [D.I. 280, 10/24/24]

   C.   Sixth Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP for Allowance of Compensation for Services Rendered and Reimbursement of

        Expenses as Counsel for the Debtor for the Period from September 1, 2024 through September 30, 2024 [D.I. 292, 11/20/24]

    D.    Certificate of No Objection Regarding D.I. 292 [D.I. 310, 12/19/24]

    E.    Seventh Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Debtor for the Period from October 1, 2024 through November 30, 2024 [D.I. 311, 12/19/24]

    F.    Certificate of No Objection Regarding D.I. 311 [D.I. 323, 1/15/25]

    G.    Eighth Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Debtor for the Period from December 1, 2024 through February 28, 2025 [D.I. 331, 3/4/25]

    H.    Certificate of No Objection Regarding D.I. 331 [D.I. 346, 4/3/25]

    I.    Tenth Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Debtor for the Period from March 1, 2025 through March 31, 2025 [D.I. 380, 5/7/25]

    J.    Certificate of No Objection Regarding D.I. 380 [D.I. 407, 5/7/25]

    K.    Supplement to Third Interim Fee Application of Young Conaway Stargatt & Taylor, LLP [D.I. 466, 8/25/25]

3.    Keystone Partners – *May 22, 2024 through May 31, 2025*

First Second Monthly Fee Application of Keystone Partners for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Indian Counsel for the Debtor for the Period from May 22, 2024 Through June 30, 2024 [D.I. 235, 7/2//24]

    A.    Certificate of No Objection Regarding D.I. 235 [D.I. 260, 8/22/24]

Second Monthly Fee Application of Keystone Partners for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Indian Counsel for the Debtor for the Period from July 1, 2024 Through August 31, 2024 [D.I. 274, 10/10/24]

    B.    Certificate of No Objection Regarding D.I. 274 [D.I. 288, 11/6/24]

Third Monthly Fee Application of Keystone Partners for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Indian Counsel for the Debtor for the Period from September 1, 2024 Through May 31, 2025 [D.I. 408, 6/16/25]

    C.    Certificate of No Objection Regarding D.I. 408 [D.I. 446, 7/22/25]

4. Special Counsel - *March 13, 2025 through July 23, 2025*

    A. (Sealed) First Monthly Fee Application for Allowance of Compensation Services Rendered and Reimbursement of Expenses as Counsel for the Debtor for the Period from March 13, 2025 Through May 26, 2025 [D.I. 398, 5/30/25]

    B. Certificate of No Objection Regarding D.I. 398 [D.I. 429, 7/1/25]

    C. (Sealed) Second Monthly Fee Application for Allowance of Compensation Services Rendered and Reimbursement of Expenses as Counsel for the Debtor for the Period from May 27, 2025 Through July 23, 2025 [D.I. 449, 7/24/25]

    D. Certificate of No Objection Regarding D.I. 449 [D.I. 458, 8/18/25]

5. Wick Phillips Gould & Martin, LLP - *March 24, 2025 through May 31, 2025*

    A. First Monthly Fee Application of Wick Phillips Gould & Martin, LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Debtor for the period March 1, 2025 to May 31, 2025 [D.I. 425 (sealed); D.I. 426 (redacted), 6/27/25]

    B. Certificate of No Objection Regarding D.I. 425 [D.I. 447, 7/23/25]