IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| BYJU'S ALPHA, INC.,[1] | ) Chapter 11 |
| | ) |
| Debtor. | ) Case No. 24-10140 (BLS) |
| | ) |
| | ) **Ref. Docket Nos. 475 and 481** |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

Brenda S. Walters, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, counsel to the above-captioned Debtor, and that on September 18, 2025 she caused the *Amended Combined Disclosure Statement and Chapter 11 Plan of BYJU's Alpha, Inc.* [Docket No. 475] and *Notice of Approval of Combined Plan and Disclosure Statement on an Interim Basis for Solicitation Purposes Only and the Hearing to Consider (A) Final Approval of the Combined Plan and Disclosure Statement as Containing Adequate Information and (B) Confirmation of the Plan* [Docket No. 481] to be served on the parties on the attached service lists in the manner indicated.

_____
Brenda S. Walters

SWORN TO AND SUBSCRIBED before me this 9th day of October 2025.

_____
Notary Public
My Commission Expires: March 25, 2027

KAREN O. ANDERSON
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires March 25, 2027

---

[1] The Debtor in this Chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260). The location of the Debtor's service address for purposes of this Chapter 11 Case is: 1007 N. Market Street Ste. G20 452, Wilmington, Delaware 19801.

33605290.1

| | |
|---|---|
| BWALT<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>RODNEY SQUARE<br>1000 NORTH KING STREET<br>WILMINGTON, DELAWARE 19801 | BWALT<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>RODNEY SQUARE<br>1000 NORTH KING STREET<br>WILMINGTON, DELAWARE 19801 |
| Securities and Exchange Commission,<br>New York Regional Office<br>Attn: Antonia Apps, Regional Director<br>100 Pearl St., Suite 20-100<br>New York, NY 10004 | Delaware State Treasury<br>820 Silver Lake Blvd., Suite 100<br>Dover, DE 19904 |
| BWALT<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>RODNEY SQUARE<br>1000 NORTH KING STREET<br>WILMINGTON, DELAWARE 19801 | BWALT<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>RODNEY SQUARE<br>1000 NORTH KING STREET<br>WILMINGTON, DELAWARE 19801 |
| Internal Revenue Service<br>Attn: Insolvency Section<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Secretary of State<br>Division of Corporations<br>Franchise Tax<br>P.O. Box 898<br>Dover, DE 19903 |
| BWALT<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>RODNEY SQUARE<br>1000 NORTH KING STREET<br>WILMINGTON, DELAWARE 19801 | BWALT<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>RODNEY SQUARE<br>1000 NORTH KING STREET<br>WILMINGTON, DELAWARE 19801 |
| Securities & Exchange Commission<br>100 F Street, NE<br>Washington, DC 20549 | GLAS Trust Company LLC<br>Attn: Transaction Management - Byju<br>3 Second Street, Suite 206<br>Jersey City, NJ 07311 |

| BWALT<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>RODNEY SQUARE<br>1000 NORTH KING STREET<br>WILMINGTON, DELAWARE 19801 | BWALT<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>RODNEY SQUARE<br>1000 NORTH KING STREET<br>WILMINGTON, DELAWARE 19801 |
|---|---|
| State of Delaware Attorney General<br>Attn: Bankruptcy Department<br>820 N. French Street<br>Wilmington, DE 19801 | U.S. Attorney for the Districe of Delaware<br>Attn: David C. Weiss & Ellen Slights<br>1007 Orange St., Ste 700<br>P.O. Box 2046<br>Wilmington, DE 19899-2046 |

**ELECTRONIC MAIL**

klein@kleinllc.com;
pvantol@vantol-law.com;
dhagelberg@okorlaw.com;
matthew.draper@draperllc.com;
jsensing@potteranderson.com'
jrisener@potteranderson.com
bsullivan@sha-llc.com;
zallinson@sha-llc.com;
amcnerney@sullivanlaw.com;
msullivan@sullivanlaw.com;
pdinardo@sullivanlaw.com;
rrosenblatt@sullivanlaw.com;
linda.casey@usdoj.gov;
rcorbi@corbilaw.com

Supplemental Service on 9/29/25

bkclaimconfirmation@ftb.ca.gov
ari@bblawpllc.com
lasalle.smith@djeholdings.com