IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| BYJU'S ALPHA, INC.[1], | ) Chapter 11 |
| | ) |
|          Debtor. | ) Case No. 24-10140 (BLS) |
| | ) |
| | ) **Ref. Docket No. 492** |
| | ) |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 492

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Fifteenth Monthly Fee Application of Young Conaway Stargate & Taylor, LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Debtor for the Period from August 1, 2025 through August 31, 2025* [Docket No. 492] (the "Application") filed on September 26, 2025.

The undersigned further certifies that, as of the date hereof, he has reviewed the Court's docket in these cases and no answer, objection, or other responsive pleading to the Application appears thereon. Objections to the Application were to be filed and served by October 17, 2025 at 4:00 p.m. (ET).

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals* [Docket No. 121], the Debtor is now authorized to pay 80% ($107,361.20) of requested fees ($134,201.50) and 100% of requested expenses ($2,657.23) on an interim basis without further order of the Court.

---

[1] The Debtor in this chapter 11 cases, along with the last four digits of the Debtor's federal tax identification number, is BYJU's Alpha, Inc. (4260). The location of the Debtor's service address for purposes of this Chapter 11 Case is 1007 N. Market St. Ste. G20 452, Wilmington, DE 19801.

31506465.2

Dated: October 24, 2025
      Wilmington, Delaware

                **YOUNG CONAWAY STARGATT & TAYLOR, LLP**

                */s/ Kenneth J. Enos*
                Robert S. Brady (Del. No. 2847)
                Kenneth J. Enos (Del. No. 4544)
                Jared W. Kochenash (Del. No. 6557)
                Timothy R. Powell (Del. No. 6894)
                1000 North King Street
                Wilmington, Delaware 19801
                Telephone: (302) 571-6600
                Facsimile: (302) 571-1253
                rbrady@ycst.com
                kenos@ycst.com
                jkochenash@ycst.com
                tpowell@ycst.com

                -and-

                **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
                Susheel Kirpalani (admitted *pro hac vice*)
                Benjamin Finestone (admitted *pro hac vice*)
                Daniel Holzman (admitted *pro hac vice*)
                Jianjian Ye (admitted *pro hac vice*)
                295 Fifth Avenue
                New York, New York 10016
                Tel.: (212) 849 7000
                susheelkirpalani@quinnemanuel.com
                benjaminfinestone@quinnemanuel.com
                danielholzman@quinnemanuel.com
                jianjianye@quinnemanuel.com

                Counsel for Debtor, BYJU's Alpha, Inc.