# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| BYJU'S ALPHA, INC.,[1] | ) Case No. 24-10140 (BLS) |
| Debtor. | ) |

## DECLARATION OF BRENDA S. WALTERS
## OF YOUNG CONAWAY STARGATT & TAYLOR, LLP,
## REGARDING THE TABULATION OF BALLOTS CAST ON THE COMBINED
## DISCLOSURE STATEMENT AND CHAPTER 11 PLAN OF BYJU'S ALPHA, INC.

Pursuant to 28 U.S.C. § 1746, I, Brenda S. Walters, declare, under the penalty of perjury, that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a Paralegal employed by the law firm of Young Conaway Stargatt & Taylor, LLP ("Young Conaway"), co-counsel to the above-captioned debtor and debtor in possession (the "Debtor"). I am over the age of 18 years and not a party to the within action.

2. I submit this Declaration (the "Declaration") regarding the solicitation of votes and tabulation of Ballots[2] with respect to the *Amended Combined Disclosure Statement and Chapter 11 Plan of BYJU's Alpha, Inc.* [Docket No. 475] (as modified, amended, or supplemented from time to time, the "Combined Disclosure Statement and Plan").

3. Except as otherwise indicated, all facts set forth herein are based upon my personal knowledge. I am authorized to submit this Declaration on behalf of Young Conaway. If called to testify, I would testify as follows.

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is BYJU's Alpha, Inc. (4260). The location of the Debtor's service address for purposes of this Chapter 11 Case is 1007 N. Market St. Ste. G20 452, Wilmington, DE 19801.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Combined Disclosure Statement and Plan (as defined herein).

33680839.2

4. On September 16, 2025, the Court entered its *Order (I) Approving the Combined Plan and Disclosure Statement on an Interim Basis for Solicitation Purposes Only; (II) Establishing Solicitation and Voting Procedures; (III) Approving the Form of Ballots and Solicitation Materials; (IV) Establishing the Voting Record Date; (V) Fixing the Date, Time, and Place for the Combined Hearing and the Deadlines for Filing Objections Thereto; and (VI) Granting Related Relief* [Docket No. 478] (the "Solicitation Order").

**A.    Service and Transmittal of Solicitation Packages and Related Information.**

5. On September 25, 2025, the Publication Notice was published in the *Wall Street Journal*. An affidavit evidencing the publication of the Publication Notice was filed with the Court on September 25, 2025 [Docket No. 487].

6. Pursuant to the Solicitation Order, Holders of Claims in Class 3 (Prepetition Term Loan Claims) were entitled to vote to accept or reject the Plan (the "Voting Class"). No other Classes of Claims or Interests were entitled to vote to accept or reject the Plan.

7. In accordance with the Solicitation Order, and in lieu of a Solicitation Package, the Debtor distributed to Holders of Claims or Interests in the Non-Voting Classes for the Debtor, by first-class mail, a copy of the Combined Notice and the Plan Summary on September 18, 2025.

8. In accordance with the Solicitation Order, the Solicitation Package was provided to the Prepetition Agent for distribution to the Holders of Claims in the Voting Class.

**B.    The Tabulation Process.**

9. To be included in the tabulation results as valid, a Ballot must have been (a) properly completed pursuant to the voting procedures described in the Solicitation Order, (b) executed by the relevant Holder entitled to vote on the Plan (or such Holder's representative),

and (c) received by the Debtor no later than October 19, 2025, at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline") in accordance with the instructions on the Ballot.

10. By the Voting Deadline, the Prepetition Agent submitted a Master Ballot on behalf of the Voting Class, which included a summary of voting results based on returned beneficial interest holder Ballots. The Debtor did not receive any defective Ballots, and all Ballots that were received by the Debtor are accounted for in the Tabulation Summary (as defined herein).

11. I hereby certify that the results of voting by the Voting Class are as set forth in **Exhibit A** (the "Tabulation Summary") to this Declaration, which is a true and correct copy of the final tabulation of timely cast and properly completed Ballots received.

[*Remainder of page intentionally left blank*]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing information concerning the distribution, submission, and tabulation of Ballots in connection with the Plan is true and correct to the best of my knowledge, information, and belief.

Dated: October 27, 2025
Wilmington, Delaware

                                      */s/ Brenda S. Walters*
                                      Brenda S. Walters

# EXHIBIT A

## Tabulation Summary

| Class | Total Ballots Received by the Prepetition Agent | | | | Class Voting Result |
| --- | --- | --- | --- | --- | --- |
| | Accept | | Reject | | |
| | Amount | Number | Amount | Number | |
| Class 3 – Prepetition Term Loan Claims | $1,151,639,766.29 (100%) | 58 (100%) | $0 (0.00%) | 0 (0.00%) | ACCEPT |

33680839.2