IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| BYJU'S ALPHA, INC.,[1] | ) Chapter 11 |
| | ) |
| Debtor. | ) Case No. 24-10140 (BLS) |
| | ) |
| | ) |
| | ) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON OCTOBER 29, 2025 AT 10:00 A.M. (ET)**

This hearing will be conducted via Zoom.

Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing using the eCourtAppearance tool (available here).

After the deadline has passed, an electronic invitation, with the relevant audio or video link, will be emailed to you prior to the hearing.

**MATTER GOING FORWARD**

1.  Amended Combined Disclosure Statement and Chapter 11 Plan of BYJU's Alpha, Inc. [D. I. 475, 9/16/25]

    Response Deadline:   October 22, 2025 at 4:00 p.m. (ET)

    Responses Received:  Informal response from the Office of the United States Trustee

    Related Documents:

    A.  Combined Disclosure Statement and Chapter 11 Plan of BYJU's Alpha, Inc. [D. I. 470, 8/29/25]

    B.  Notice of Filing of Blackline of Combined Disclosure Statement and Chapter 11 Plan of BYJU's Alpha, Inc. [D. I. 476, 9/16/25]

    C.  Order (I) Approving the Combined Plan and Disclosure Statement on an Interim Basis for Solicitation Purposes Only, (II) Establishing Solicitation and Voting

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260). The location of the Debtor's service address for purposes of this chapter 11 case is: 1007 N. Market St. Ste. G20 452, Wilmington, DE 19801.

Procedures, (III) Approving the Form of Ballots and Solicitation Materials, (IV) Establishing the Voting Record Date, (V) Fixing the Date, Time, and Place for the Combined Hearing and the Deadlines for Filing Confirmation Objections, and (VI) Granting Related Relief [D.I. 478, 9/16/25]

D. Notice of Approval of Combined Plan and Statement on an Interim Basis for Solicitation Purposes Only and the Hearing to Consider (A) Final Approval of the Combined Plan and Disclosure Statement as Containing Adequate Information and (B) Confirmation of the Plan [D.I. 481, 9/18/25]

E. Affidavit (Wall Street Journal) Regarding Publication Notice of Hearing on Combined Disclosure Statement and Chapter 11 Plan [D.I. 487, 9/25/25]

F. Notice of Filing Plan Supplement [D.I. 503, 10/14/25]

G. Declaration of Brenda S. Walters of Young Conaway Stargatt & Taylor LLP Regarding the Tabulation of ballots Cast on the Combined Disclosure Statement and Chapter 11 Plan of BYJU's Alpha, Inc. [D.I. 509, 10/27/25]

H. Declaration of Timothy R. Pohl, Director, CEO, and Secretary of BJYU's Alpha, Inc. in Support of Final Approval and Confirmation of the Amended Combined Disclosure Statement and Chapter 11 Plan of BYJU's Alpha, Inc. [D.I. 510, 10/27/25]

I. Memorandum of Law in Support of Confirmation of the Amended Combined Disclosure Statement and Chapter 11 Plan of BYJU's Alpha, Inc. [D.I. 511, 10/27/25]

J. Notice of Filing of Findings of Fact, Conclusions of Law, and Order Confirming the Amended Combined Disclosure Statement and Chapter 11 Plan of BYJU's Alpha, Inc. [D.I. 512, 10/27/25]

Status: No objections were filed. The Debtor believes that all issues raised by the Office of the United States Trustee have been resolved. This matter is going forward.

Dated: October 27, 2025
      Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Kenneth J. Enos*
Robert S. Brady (Del. No. 2847)
Kenneth J. Enos (Del. No. 4544)
Jared W. Kochenash (Del. No. 6557)
Timothy R. Powell (Del. No. 6894)
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
rbrady@ycst.com
kenos@ycst.com
jkochenash@ycst.com
tpowell@ycst.com

-and-

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Benjamin Finestone (admitted pro hac vice)
Kate Scherling (admitted pro hac vice)
Jordan M. Nakdimon (admitted pro hac vice)
295 Fifth Avenue
New York, New York 10016
Tel.: (212) 849 7000
benjaminfinestone@quinnemanuel.com
katescherling@quinnemanuel.com
jordannakdimon@quinnemanuel.com

Counsel for Debtor, BYJU's Alpha, Inc.