**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| BYJU'S ALPHA, INC.,[1] | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Case No. 24-10140 (BLS) |
| | ) | |
| | ) | |
| BYJU'S ALPHA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| GLAS TRUST COMPANY, LLC, | ) | |
| | ) | |
| Intervenor-Plaintiff, | ) | Adv. Pro. No. 25-50822 (BLS) |
| | ) | |
| v. | ) | |
| | ) | |
| OCI LIMITED and RUPIN BANKER | ) | Hearing Date: Nov. 26, 2025 at 10:30 a.m. (ET) |
| | ) | Obj. Deadline: Nov. 21, 2025 at 4:00 p.m. (ET) |
| Defendants. | ) | |
| | ) | |

## NOTICE OF MOTIONS AND HEARING

**PLEASE TAKE NOTICE** that on November 14, 2025, the above-captioned debtor and debtor in possession (the "Debtor") filed *Debtor's Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving Compromise and Agreement Between the Debtor, GLAS Trust Company LLC, and OCI Limited* [D.I. 526 (sealed), D.I. 527 (redacted), Adv. D.I. 49 (sealed), Adv. D.I. 50 (redacted)] and *Debtor's Motion, Pursuant to Section 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018, for Entry of an Order Authorizing the Filing Under Seal of Certain Confidential Information Included In Debtor's Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving Compromise and Agreement Between the Debtor, GLAS Trust Company LLC, and OCI Limited* [D.I. 530, Adv. D.I. 52] (together, the Motions).

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motions must be filed at or before **November 21, 2025 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must serve a copy of the objection or response upon the undersigned counsel to the Debtor so as to be received on or before the Objection Deadline.

---

[1] The Debtor in this Chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260). The location of the Debtor's service address for purposes of this Chapter 11 Case is: 1007 N. Market Street Ste. G20 452, Wilmington, Delaware 19801.

33774045

      PLEASE TAKE FURTHER NOTICE THAT A HEARING TO CONSIDER THE MOTIONS WILL BE HELD ON **NOVEMBER 26, 2025 AT 10:30 A.M. (ET)** BEFORE THE HONORABLE BRENDAN L. SHANNON, UNITED STATES BANKRUPTCY COURT JUDGE FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 1, WILMINGTON, DELAWARE 19801.

Dated: November 18, 2025
      Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Kenneth J. Enos*
Robert S. Brady (Del. No. 2847)
Kenneth J. Enos (Del. No. 4544)
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
rbrady@ycst.com
kenos@ycst.com

-and-

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Benjamin Finestone (admitted pro hac vice)
Kate Scherling (admitted pro hac vice)
Jordan M. Nakdimon (admitted pro hac vice)
295 Fifth Avenue
New York, New York 10016
Tel.: (212) 849 7000
benjaminfinestone@quinnemanuel.com
katescherling@quinnemanuel.com
jordannakdimon@quinnemanuel.com

Counsel for Debtor, BYJU's Alpha, Inc

33774045