IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BYJU'S ALPHA, INC.,<br><br>　　　　Debtor | Chapter 11<br><br>Case No. 24-10140 (BLS) |
| BYJU'S ALPHA, INC.,<br>　　　　Plaintiff,<br>　　v.<br>BYJU RAVEENDRAN, DIVYA GOKULNATH, and ANITA KISHORE,<br>　　　　Defendants. | Adv. Pro. No. 25-50526 (BLS)<br><br>Re: Adv. D.I. 77, 78, 93, 116, 140 |

# ORDER

AND NOW this 20th day of November, 2025, upon consideration of the Motion to Dismiss Complaint filed by Byju Raveendran and Divya Gokulnath (the "Motion to Dismiss"), and the response thereto, and after a hearing on notice, and for the reasons stated in the accompanying Opinion, it is hereby ORDERED that the Motion to Dismiss is DENIED.

　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　_____
　　　　　　　　　　　　BRENDAN LINEHAN SHANNON
　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE