**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BYJU'S ALPHA, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 24-10140 (BLS)<br><br>**Related to D.I. 526** |

**LIMITED OBJECTION OF CAMSHAFT CAPITAL FUND,
L.P., CAMSHAFT CAPITAL ADVISORS, LLC, CAMSHAFT
CAPITAL MANAGEMENT, LLC, AND RIJU RAVINDRAN TO
DEBTOR'S RULE 9019 MOTION AND RESERVATION OF RIGHTS**[1]

Camshaft and Riju Ravindran (collectively, the "Objectors") respectfully submit this limited objection (the "Limited Objection") to the *Debtor's Motion Pursuant to Bankruptcy Rule 9010 for Entry of an Order Approving Compromise and Agreement Between the Debtor, GLAS Trust Company LLC, and OCI Limited* (the "9019 Motion"), *see* D.I. 526, and related reservation of rights. In support of their Limited Objection, the Objectors state as follows:

1. The 9019 Motion has only a sparse description of the settlement agreement for which the Debtor seeks approval (the "Settlement Agreement") and the Settlement Agreement itself was filed under seal.

2. The Objectors have filed an objection to the sealing of the Settlement Agreement, but, unless and until the Settlement Agreement is unsealed, the Objectors cannot properly evaluate whether they object to the Settlement Agreement and, if so, on what basis.

3. Under the circumstances, the Objectors respectfully submit that the Court should defer any approval of the Settlement Agreement until the Objectors have had an opportunity to review an unsealed version of it.

---

[1] The Camshaft entities will be referred to collectively below as "Camshaft."

4.       The Objectors also reserve all rights as to the 9019 Motion, including the right to file an objection to the 9019 Motion at a later date.

## CONCLUSION

For the foregoing reasons, the Objectors respectfully request that the Court deny the 9019 Motion, without prejudice, subject to a further consideration of the 9010 Motion if the Settlement Agreement is unsealed and after the Objectors have had an opportunity to object.

| | |
|---|---|
| Dated: November 21, 2025<br>Wilmington, Delaware | **KLEIN LLC**<br><br>*/s/ Julia B. Klein*<br>Julia B. Klein (DE 5198)<br>225 West 14th Street, Suite 100<br>Wilmington, Delaware 19801<br>(302) 438-0456<br>klein@kleinllc.com<br><br>and<br><br>Pieter Van Tol (admitted *pro hac vice*)<br>**VAN TOL LAW PLLC**<br>199 8th Avenue, Suite B3<br>Brooklyn, NY 11215<br>(917) 514-9464<br>www.vantol-law.com<br><br>*Counsel for Objectors* |