IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| BYJU'S ALPHA, INC.,[1] | ) Chapter 11 |
| | ) |
| Debtor. | ) Case No. 24-10140 (BLS) |
| | ) |
| | ) |
| BYJU'S ALPHA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| GLAS TRUS COMPANY LLC, | ) Adv. Pro. No. 25-50822 (BLS) |
| | ) |
| Intervenor, | ) |
| | ) |
| v. | ) |
| | ) |
| OCI LIMITED and RUPIN BANKER, | ) |
| | ) |
| Defendants | ) |

**AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON NOVEMBER 26, 2025 AT 10:30 A.M. (ET)**

This hearing will be conducted remotely via Zoom. Please refer to the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (Video or audio), and the advance registration requirements.

Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing using the eCourtAppearance tool (available here).

After the deadline has passed, an electronic invitation, with the relevant audio or video link, will be emailed to you prior to the hearing.

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260). The location of the Debtor's service address for purposes of this chapter 11 case is: 1007 N. Market St. Ste. G20 452, Wilmington, DE 19801.

[2] **Amended items are in bold.**

33792869.1

**MATTERS GOING FORWARD**

1.  Debtor's Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving Compromise and Agreement Between the Debtor, GLAS Trust Company, LLC and OCI Limited [D.I. 526 (sealed), D.I. 527 (redacted); 11/15/25] [A.D.I. 49 (sealed); A.D.I. 50 (redacted; 11/15/25]

    Response Deadline:    November 21, 2025 at 4:00 p.m. (ET)

    Related Documents:

    A.  Order Shortening Notice and Objection Periods for, and Schedule an Expedited Hearing on, Debtor's Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving Compromise and Agreement Between the Debtor, GLAS Trust Company, LLC and OCI Limited [D.I. 530, 53]

    B.  Notice of Hearing [D.I. 531, A.D.I. 54]

    Responses Received:

    C.  Limited Objection of Camshaft Capital Fund, L.P., Camshaft Capital Advisors, LLC, Camshaft Capital Management LLC, and Riju Ravindran to Debtor's Rule 9019 Motion and Reservation of Rights [D.I. 537, 11/21/25]

    D.  Objection of Rupin Banker to Debtor's Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving Compromise and Agreement Between the Debtor, GLAS Trust Company, LLC and OCI Limited [D.I. 526 (sealed), D.I. 527 (redacted); 11/15/25] [A.D.I. 55, 11/21/25]

    E.  **Notice of Revised Proposed Order Regarding Debtor's Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving Compromise and Agreement Between the Debtor, GLAS Trust Company, LLC and OCI Limited [A.D.I. 58, 11/25/25]**

    F.  **Debtor's Motion for Entry of an Order Granting Leave and Permission to File a Late Reply in Support of Debtor's 9019 and Sealing Motion [A.D.I. 59]**

    G.  **Omnibus Reply in Support of Debtor's Motion to Approve Compromise Under Bankruptcy Rule 9019 and Motion to File Under Seal Certain Information Included Therein [A.D.I. 60]**

    Status: **This matter is going forward.**

2.  Debtor's Motion, Pursuant to Section 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018, for Entry of an Order Authorizing the Filing Under Seal of Motion to File Under Seal Certain Confidential Information Included in Debtor's Motion Pursuant to Bankruptcy

Rule 9019 for Entry of an Order Approving Compromise and Agreement Between the Debtor, GLAS Trust Company, LLC and OCI Limited [D.I. 531, A.D.I. 52; 11/15/25]

<u>Response Deadline</u>:   November 21, 2025 at 4:00 p.m. (ET)

<u>Related Documents</u>:

A. Notice of Hearing [D.I. 531, A.D.I. 54]

<u>Responses Received</u>:

B. Objection of Camshaft Capital Fund, L.P., Camshaft Capital Advisors, LLC, Camshaft Capital Management LLC, and Riju Ravindran to Debtor's Motion to Seal Information Relating to Bankruptcy Rule 9019 Motion [D.I. 536, 11/21/25]

C. Objection of Rupin Banker to Debtor's Motion, Pursuant to Section 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018, for Entry of an Order Authorizing the Filing Under Seal of Motion to File Under Seal Certain Confidential Information Included in Debtor's Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving Compromise and Agreement Between the Debtor, GLAS Trust Company, LLC and OCI Limited [A.D.I. 55, 11/21/25]

D. **Notice of Revised Proposed Order Regarding Debtor's Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving Compromise and Agreement Between the Debtor, GLAS Trust Company, LLC and OCI Limited [A.D.I. 58, 11/25/25]**

E. **Debtor's Motion for Entry of an Order Granting Leave and Permission to File a Late Reply in Support of Debtor's 9019 and Sealing Motion [A.D.I. 59]**

F. **Omnibus Reply in Support of Debtor's Motion to Approve Compromise Under Bankruptcy Rule 9019 and Motion to File Under Seal Certain Information Included Therein [A.D.I. 60]**

<u>Status</u>: **This matter is going forward.**

[*Signature on Following Page*]

Dated: November 25, 2025
     Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Kenneth J. Enos*
Robert S. Brady (Del. No. 2847)
Kenneth J. Enos (Del. No. 4544)
Jared W. Kochenash (Del. No. 6557)
Timothy R. Powell (Del. No. 6894)
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
rbrady@ycst.com
kenos@ycst.com
jkochenash@ycst.com
tpowell@ycst.com

-and-

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Benjamin Finestone (admitted pro hac vice)
Kate Scherling (admitted pro hac vice)
Jordan M. Nakdimon (admitted pro hac vice)
295 Fifth Avenue
New York, New York 10016
Tel.: (212) 849 7000
benjaminfinestone@quinnemanuel.com
katescherling@quinnemanuel.com
jordannakdimon@quinnemanuel.com

Counsel for Plaintiff-Debtor, BYJU's Alpha, Inc.