# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BYJU'S ALPHA, INC.,<br><br>    Debtor. | Chapter 11<br>Case No. 24-10140 (BLS) |
| BYJU'S ALPHA, INC.,<br>        Plaintiff,<br><br>    v.<br><br>BYJU RAVEENDRAN, DIVYA GOKULNATH, and ANITA KISHORE,<br>        Defendants. | Adv. Pro. No. 25-50526 (BLS)<br><br>Re: Adv. D.I. 97, 143, 144, 151 |

## ORDER SCHEDULING BRIEFING ON DAMAGES

**AND NOW**, it appearing that the Court has issued its Opinion granting default judgment in favor of Plaintiff and reserving the question of damages to be assessed against Defendant Byju Raveendran in connection therewith (the "Default Judgment Opinion");[1] it is hereby

**ORDERED**, that the parties shall submit simultaneous briefing addressing their respective positions on the issue of damages in connection with the default judgment, including proposed forms of judgment order, on **January 7, 2026 at 4 p.m. (ET)**. Following receipt of those submissions, the Court will determine whether argument on the dispute will be of assistance, or whether the matter can be decided on the papers.

Dated: December 8, 2025

                                              BRENDAN LINEHAN SHANNON
                                              UNITED STATES BANKRUPTCY JUDGE

---

[1] Adv. D.I. 143.