# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BYJU'S ALPHA, INC.,<br><br>        Debtor | Chapter 11<br><br>Case No. 24-10140 (BLS) |
| BYJU'S ALPHA, INC.,<br>        Plaintiff,<br>v.<br><br>BYJU RAVEENDRAN, DIVYA GOKULNATH, and ANITA KISHORE,<br>        Defendants, | Adv. Pro. No. 25-50526 (BLS)<br><br>Re: Adv. D.I. 77, 78, 93, 116, 141, 165 |

## AMENDED ORDER REGARDING MOTION TO DISMISS

AND NOW this 8th day of December, 2025, upon consideration of the Motion to Dismiss Complaint filed by Byju Raveendran,[1] and the response thereto, and after a hearing on notice, and for the reasons stated in the accompanying Amended Opinion, it is hereby ORDERED that the Motion to Dismiss the Complaint against Byju Raveendran is DENIED.

                                          FOR THE COURT:

                                          BRENDAN LINEHAN SHANNON
                                          UNITED STATES BANKRUPTCY JUDGE

---

[1] Adv. D.I. 77, 78.