**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| BYJU'S ALPHA, INC.,[1] | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Case No. 24-10140 (BLS) |
| | ) | |
| | ) | |
| | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON APRIL 1, 2025 AT 10:30 A.M. (ET)**

---

**AS NO MATTERS ARE GOING FORWARD, THE HEARING HAS BEEN CANCELLED**.

---

**RESOLVED MATTER**

1.    Fourth Interim Fee Applications of the Debtor's Professionals for the Period from April 1, 2025 Through and Including December 31, 2025 [D.I. 578, 3/4/26]

Response Deadline:    March 25, 2026 at 4:00 p.m. (ET)

Responses Received:  None.

Related Documents:

A.    *See* Exhibit A attached.

B.    Certification of Counsel Regarding Proposed Omnibus Order Approving Fourth Interim Fee Applications of Debtor's Professionals [D.I.591, 3/26/26]

C.    Omnibus Order Approving Fourth Interim Fee Applications of Debtor's Professionals [D.I. 592, 3/27/26]

Status:  The Order has been entered.  No hearing is necessary.

---

[1]    The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260).  The location of the Debtor's service address for purposes of this chapter 11 case is: 1007 N. Market St. Ste. G20 452, Wilmington, DE 19801.

34114693.1

Dated: March 30. 2026
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Kenneth J. Enos*
Robert S. Brady (Del. No. 2847)
Kenneth J. Enos (Del. No. 4544)
Jared W. Kochenash (Del. No. 6557)
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
rbrady@ycst.com
kenos@ycst.com
jkochenash@ycst.com

-and-

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Benjamin Finestone (admitted pro hac vice)
Kate Scherling (admitted pro hac vice)
Jordan M. Nakdimon (admitted pro hac vice)
295 Fifth Avenue
New York, New York 10016
Tel.: (212) 849 7000
benjaminfinestone@quinnemanuel.com
katescherling@quinnemanuel.com
jordannakdimon@quinnemanuel.com

Counsel for Debtor, BYJU's Alpha, Inc.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BYJU'S ALPHA, INC.,[2] | Case No. 24-10140 (BLS) |
| Debtor. | **Hearing Date: April 1, 2026 at 10:30 a.m. (ET)**<br>**Obj. Deadline: March 25, 2026 at 4:00 p.m. (ET)** |

**EXHIBIT A**
**INDEX TO FOURTH INTERIM FEE APPLICATIONS**

Fourth Interim Fee Applications of the Debtor's Professionals for the Period from April 1, 2025 Through and Including December 31, 2025 [D.I. 578, 3/4/26]

1.      Quinn Emanuel Urquhart & Sullivan, LLP

   A.      Fourteenth Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Co-Counsel to the Debtor for Allowance of Compensation and Reimbursement of Expenses for the Period from April 1, 2025 through April 30, 2025 [D.I. 422 (sealed), D.I. 423 (redacted), 6/26/25]

   B.      Certificate of No Objection Regarding D.I. 422 [D.I. 442, 7/21/25]

   C.      Fifteenth Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Co-Counsel to the Debtor for Allowance of Compensation and Reimbursement of Expenses for the Period from May 1, 2025 through May 31, 2025 [D.I. 468 (sealed), D.I. 469 (redacted), 8/29/25]

   D.      Certificate of No Objection Regarding D.I. 468 [D.I. 486, 9/24/25]

   E.      Sixteenth Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Co-Counsel to the Debtor for Allowance of Compensation and Reimbursement of Expenses for the Period from June 1, 2025 through June 30, 2025 [D.I. 495 (sealed), 10/2/25]

   F.      Certificate of No Objection Regarding D.I. 495 [D.I. 514, 10/27/25]

---

[2]    The Debtor in this Chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260).  The location of the Debtor's service address for purposes of this Chapter 11 case is: 1007 N. Market St. Ste. G20 452, Wilmington, Delaware 19801.

G.   Seventeenth Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Co-Counsel to the Debtor for Allowance of Compensation and Reimbursement of Expenses for the Period from July 1, 2025 through July 31, 2025 [D.I. 500, 10/9/25]

H.   Certificate of No Objection Regarding D.I. 500 [D.I. 520, 10/31/25]

I.   Eighteenth Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Co-Counsel to the Debtor for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2025 through August 31, 2025 [D.I. 504, 10/16/25]

J.   Certificate of No Objection Regarding D.I. 504 [D.I. 525, 11/10/25]

K.   Nineteenth Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Co-Counsel to the Debtor for Allowance of Compensation and Reimbursement of Expenses for the Period from September 1, 2025 through September 30, 2025 [D.I. 518, 10/21/25]

L.   Certificate of No Objection Regarding D.I. 518 [D.I. 540, 11/24/25]

M.   Twentieth Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Co-Counsel to the Debtor for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2025 through October 31, 2025 [D.I. 551, 1149/26]

N.   Certificate of No Objection Regarding D.I. 551 [D.I. 565, 4/22/25]

O.   Twenty-first Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Co-Counsel to the Debtor for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2025 through November 30, 2025 [D.I. 567, 1/28/26]

P.   Certificate of No Objection Regarding D.I. 567 [D.I. 430, 2/20/26]

Q.   Twenty-second Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Co-Counsel to the Debtor for Allowance of Compensation and Reimbursement of Expenses for the Period from December 1, 2025 through December 31, 2025 [D.I. 576, 2/20/26]

R.   Certificate of No Objection Regarding D.I. 576 [D.I. 587, 3/16/25]

S.   Supplement to Fourth Interim Fee Application of Quinn Emanuel Urquhart & Sullivan, LLP [D.I. 580, 3/4/26]

34114693.1

2.   Young Conaway Stargatt & Taylor, LLP

    A.   Eleventh Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Debtor for the Period from April 1, 2025 through April 30, 2025 [D.I. 386, 5/12/25]

    B.   Certificate of No Objection Regarding D.I. 386 [D.I. 405, 6/11/25]

    C.   Twelfth Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Debtor for the Period from May 1, 2025 through May 31, 2025 [D.I. 409, 6/18/25]

    D.   Certificate of No Objection Regarding D.I. 409 [D.I. 437, 7/14/25]

    E.   Thirteenth Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Debtor for the Period from June 1, 2025 through June 30, 2025 [D.I. 441, 7/21/25]

    F.   Certificate of No Objection Regarding D.I. 411 [D.I. 463, 8/22/25]

    G.   Fourteenth Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Debtor for the Period from July 1, 2025 through July 31, 2025 [D.I. 474, 9/10/25]

    H.   Certificate of No Objection Regarding D.I. 474 [D.I. 506, 10/24/25]

    I.   Fifteenth Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Debtor for the Period from August 1, 2025 through August 31, 2025 [D.I. 492, 9/26/25]

    J.   Certificate of No Objection Regarding D.I. 492 [D.I. 507, 10/24/25]

    K.   Sixteenth Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Debtor for the Period from September 1, 2025 through September 30, 2025 [D.I. 522, 11/4/25]

    L.   Certificate of No Objection Regarding D.I. 522 [D.I. 545, 12/2/25]

    M.   Seventeenth Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Debtor for the Period from October 1, 2025 through October 31, 2025 [D.I. 541, 11/24/25]

34114693.1

- 3 -

N.      Certificate of No Objection Regarding D.I. 541 [D.I. 556, 12/17/25]

O.      Eighteenth Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Debtor for the Period from November 1, 2025 through November 30, 2025 [D.I. 557, 12/18/25]

P.      Certificate of No Objection Regarding D.I. 557 [D.I. 562, 1/9/26]

Q.      Nineteenth Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Debtor for the Period from December 1, 2025 through December 31, 2025 [D.I. 561, 1/9/25]

R.      Certificate of No Objection Regarding D.I. 561 [D.I.569, 2/5/25]

S.      Supplement to Fourth Interim Fee Application of Young Conaway Stargatt & Taylor, LLP [D.I. 579, 3/4/26]

3.  Special Counsel

A.      (Sealed) Third Monthly Fee Application for Allowance of Compensation Services Rendered and Reimbursement of Expenses as Counsel for the Debtor for the Period from July 23, 2026 through August 21, 2025 [D.I. 473, 9/8/25]

B.      Certificate of No Objection Regarding D.I. 473 [D.I. 554, 7/1/25]

C.      (Sealed) Fourth Monthly Fee Application for Allowance of Compensation Services Rendered and Reimbursement of Expenses as Counsel for the Debtor for the Period from August 22, 2025 Through September 16, 2025 [D.I. 502, 10/14/25]

D.      Certificate of No Objection Regarding D.I. 502 [D.I. 555, 12/16/25]

4.  Wick Phillips Gould & Martin, LLP

A.      (Sealed) Second Monthly Fee Application of Wick Phillips Gould & Martin, LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Debtor for the Period June 1, 2025 to July 31, 2025 [D.I. 457, 8/14/25]

B.      Certificate of No Objection Regarding D.I. 457 [D.I. 508, 10/24/25]

34114693.1