**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) |
| | ) |
| BYJU'S ALPHA, INC.,[1] | ) Chapter 11 |
| | ) |
| Debtor. | ) Case No. 24-10140 (BLS) |
| | ) |
| | ) |
| | ) |
| BYJU'S ALPHA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| GLAS TRUS COMPANY LLC, | ) Adv. Pro. No. 25-50822 (BLS) |
| | ) |
| Intervenor, | ) |
| | ) |
| v. | ) |
| | ) |
| OCI LIMITED and RUPIN BANKER, | ) |
| | ) |
| Defendants | ) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON MAY 5, 2026 AT 1:30 P.M. (ET)**

This hearing will be conducted in person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (Video or audio), and the advance registration requirements.

Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing using the eCourtAppearance tool (available here).

After the deadline has passed, an electronic invitation, with the relevant audio or video link, will be emailed to you prior to the hearing.

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260). The location of the Debtor's service address for purposes of this chapter 11 case is: 1007 N. Market St. Ste. G20 452, Wilmington, DE 19801.

34094532.1

**MATTER GOING FORWARD**

1.      Defendant Rupin Banker's Motion to Dismiss [D.I. 39; 9/5/25]

      Related Documents:

      A.      Defendant Rupin Banker's Opening Brief in Support of His Motion to Dismiss [D.I. 40, 9/5/25]

      B.      Debtor's and GLAS Trust Company LLC's Opposition to Defendant Rupin Banker's Motion to Dismiss [D.I. 43 (sealed); D.I. 45 (redacted), 9/19/25]

      C.      Plaintiff's Motion for an Order Authorizing the Filing Under Seal of Debtor's and GLAS Trust Company LLC's Opposition to Rupin Banker's Motion to Dismiss [D.I. 44, 9/19/25]

      D.      Defendant Rupin Banker's Reply Memorandum in Support of His Motion to Dismiss [D.I. 46, 9/26/25]

      E.      Notice of Completion of Briefing [D.I. 48, 10/6/25]

      F.      Defendant Rupin Banker's Request for Oral Argument [D.I. 65, 12/23/25]

      Status: This matter is going forward.

Dated: May 1, 2026
      Wilmington, Delaware      **YOUNG CONAWAY STARGATT & TAYLOR, LLP**

      */s/ Kenneth J. Enos*
      Robert S. Brady (Del. No. 2847)
      Kenneth J. Enos (Del. No. 4544)
      Jared W. Kochenash (Del. No. 6557)
      1000 North King Street
      Wilmington, Delaware 19801
      Telephone: (302) 571-6600
      Facsimile: (302) 571-1253
      rbrady@ycst.com
      kenos@ycst.com
      jkochenash@ycst.com

      -and-

34094532.1

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Benjamin Finestone (admitted pro hac vice)
Kate Scherling (admitted pro hac vice)
Jordan M. Nakdimon (admitted pro hac vice)
295 Fifth Avenue
New York, New York 10016
Tel.: (212) 849 7000
benjaminfinestone@quinnemanuel.com
katescherling@quinnemanuel.com
jordannakdimon@quinnemanuel.com

Counsel for Plaintiff-Debtor, BYJU's Alpha, Inc.

34094532.1

3