**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| BYJU'S ALPHA, INC.,[1] | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Case No. 24-10140 (BLS) |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| BYJU'S ALPHA, INC., | ) | |
| Plaintiff, | ) | |
| | ) | |
| GLAS TRUST COMPANY LLC, | ) | Adv. Pro. Case No. 25-50822 (BLS) |
| | ) | |
| Intervenor, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RUPIN BANKER, | ) | |
| Defendant. | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR ZOOM HEARING ON JULY 15, 2026 AT 11:30 A.M. (ET)**

---

This hearing will be conducted remotely via Zoom. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing using the eCourtAppearance tool (available here). After the deadline has passed, an electronic invitation, with the relevant audio or video link, will be emailed to you prior to the hearing.

---

**MATTER GOING FORWARD**

1.      Status Conference in Adv. 25-50822

        Related Documents:

        A.      Memorandum Order [D.I. 71, 6/18/26]

Status: This matter is going forward.

---

[1]   The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260). The location of the Debtor's service address for purposes of this chapter 11 case is: 1007 N. Market St. Ste. G20 452, Wilmington, Delaware 19801.

Dated: July 13, 2026
        Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Kenneth J. Enos*
Robert S. Brady (Del. No. 2847)
Kenneth J. Enos (Del. No. 4544)
Jared W. Kochenash (Del. No. 6557)
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
rbrady@ycst.com
kenos@ycst.com
jkochenash@ycst.com

-and-

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Benjamin Finestone (admitted pro hac vice)
Kate Scherling (admitted pro hac vice)
Jordan M. Nakdimon (admitted pro hac vice)
295 Fifth Avenue
New York, New York 10016
Tel.: (212) 849 7000
benjaminfinestone@quinnemanuel.com
katescherling@quinnemanuel.com
jordannakdimon@quinnemanuel.com

*Counsel to Plaintiff BYJU's Alpha, Inc.*