**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) |
| BYJU'S ALPHA, INC.,[1] | ) Chapter 11 |
| Debtor. | ) Case No. 24-10140 (BLS) |
| BYJU'S ALPHA, INC., | ) |
| Plaintiff, | ) |
| v. | ) Adv. Pro. No. 26-50221 (BLS) |
| REVERE MASTER SPV LLC SERIES VII, REVERE MASTER SPV LLC, REVERE MANAGER LLC, REVERE SECURITIES LLC, KYLE M. WOOL, JEREOME F. NILES, JOSHUA A SHIPLEY, AND JOHN AND JANE DOES 1-10, | ) |
| Defendants | ) |

**NOTICE OF AGENDA OF MATTER SCHEDULED**
**FOR HEARING ON OCTOBER 14, 2026 AT 11:30 A.M. (ET)**

**THIS PROCEEDING WILL BE CONDUCTED REMOTELY VIA ZOOM.**

Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.

## MATTER GOING FORWARD

1. Revere Defendants' Motion to Dismiss Adversary Complaint [D.I. 6, 4/28/26]

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260). The location of the Debtor's service address for purposes of this chapter 11 case is: 1007 N. Market St. Ste. G20 452, Wilmington, DE 19801.

Related Documents:

A. Complaint [D.I. 1, 3/13/26 (redacted); D.I. 3, 3/14/26 (sealed)

B. Exhibit A to Complaint [D.I. 1-1, 3/13/26]

C. Exhibit B to Complaint [D.I. 1-2, 3/13/26]

D. Exhibit C to Complaint [D.I. 1-3, 3/13/26]

E. Brief in Support of Defendants' Motion to Dismiss Adversary Complaint [D.I. 7, 4/28/26]

F. Appendix of Exhibits to Revere Defendants' Motion to Dismiss Adversary Complaint [D.I. 8, 4/28/26]

G. Plaintiff's Opposition to Revere Defendants' Motion to Dismiss Adversary Complaint [D.I. 18, 6/10/26]

H. Reply in Further Support of Revere Defendants' Motion to Dismiss Adversary Complaint [D.I. 26, 6/26/26]

I. Defendants Revere Master SPV LLC Series VII, Revere Master SPV LLC, Revere Manager LLC, Revere Securities LLC, Kyle M. Wool, Jerome F. Niles, Joshua A. Shipley Request for Oral Argument Regarding Motion to Dismiss Adversary Complaint [D.I. 27, 6/29/26]

J. Notice of Completion of Briefing [D.I. 28, 6/29/26]

K. Notice of Hearing on Revere Defendants' Motion to Dismiss Adversary Complaint [D.I. 29, 8/25/26]

L. Notice of Change of Time for Hearing for Revere Defendants' Motion to Dismiss Adversary Complaint [D.I. 31, 9/22/26]

Status: The Court has scheduled a hearing via Zoom to issue a bench ruling on the Revere Defendants' Motion to Dismiss.

Dated: October 12, 2026

**ESBROOK P.C.**

*/s/ Maria Aprile Sawczuk*
Scott J. Leonhardt (DE 4885)
Maria Aprile Sawczuk (DE 3320)
800 N. King Street, Suite 301
Wilmington, DE 19801
Phone: (302) 408-7353
E-Mail: scott.leonhardt@esbrook.com
maria.sawczuk@esbrook.com

-and-

Christopher J. Esbrook
(*Pro Hac Vice* forthcoming)
Kirk Watkins (*Pro Hac Vice* forthcoming)
321 N. Clark Street, Suite 1930
Chicago, IL 60654
Phone: (312) 319-7680
E-mail: christopher.esbrook@esbrook.com
kirk.watkins@esbrook.com

*Special Litigation Counsel to the Debtor*