**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| BYJU'S ALPHA, INC.,[1] | ) | Case No. 24-10140 (BLS) |
| Debtor. | ) | |

**NOTICE OF APPOINTMENT OF SUCCESSOR PLAN ADMINISTRATOR**

**PLEASE TAKE NOTICE** that pursuant to the *Findings of Fact, Conclusions of Law, and Order Confirming the Amended Combined Disclosure Statement and Chapter 11 Plan of BYJU's Alpha, Inc.* [Docket No. 517] (the "Confirmation Order"),[2] Mr. Timothy R. Pohl was appointed as the Plan Administrator to serve as the sole director and sole officer of the Wind-Down Debtor in accordance with the duties and powers set forth therein and in the Plan.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Plan and the related Plan Administrator Agreement, Mr. Nicholas Rubin will replace Mr. Pohl as the Plan Administrator effective as of October 14, 2026.

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is BYJU's Alpha, Inc. (4260). The location of the Debtor's service address for purposes of this Chapter 11 Case is 1007 N. Market St. Ste. G20 452, Wilmington, DE 19801.

[2] Capitalized terms not otherwise defined herein shall be given the meanings ascribed to them in the Confirmation Order.

Dated: October 16, 2026
Wilmington, Delaware

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Susheel Kirpalani (admitted *pro hac vice*)
Benjamin Finestone (admitted *pro hac vice*)
Daniel Holzman (admitted *pro hac vice*)
Jianjian Ye (admitted *pro hac vice*)
295 Fifth Avenue
New York, New York 10016
Telephone: (212) 849-7000
susheelkirpalani@quinnemanuel.com
benjaminfinestone@quinnemanuel.com
danielholzman@quinnemanuel.com
jianjianye@quinnemanuel.com

*Counsel for the Plan Administrator*

*/s/ Kenneth J. Enos*
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Robert S. Brady (Del. No. 2847)
Kenneth J. Enos (Del. No. 4544)
Jared W. Kochenash (Del. No. 6557)
Katherine Majewski (Del. No. 7623)
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
rbrady@ycst.com
kenos@ycst.com
jkochenash@ycst.com
kmajewski@ycst.com

*Counsel for the Plan Administrator*